# Exhibit A

NYSCEF

Albany County Supreme Court

**Document List**

**Index #  907519-18**

Created on:01/09/2019 01:25 PM

**Case Caption:**   **THE PEOPLE OF THE STATE OF NEW YORK, by BARBARA UNDERWOOD, Attorney General of the State of New York v. TARGET CORPORATION et al**

**Judge Name:**   **Richard Platkin**

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|------|--------------------------|--------|---------------|----------|
| 1 | PETITION<br>Verified Petition | Processed | 12/13/2018 | Wistar-Jones, C. |
| 2 | NOTICE OF PETITION<br>Notice of Petition | Processed | 12/13/2018 | Wistar-Jones, C. |
| 3 | RJI -RE: NOTICE OF PETITION | Processed | 12/13/2018 | Wistar-Jones, C. |
| 4 | ADDENDUM - COMMERCIAL DIVISION (840C) | Processed | 12/13/2018 | Wistar-Jones, C. |
| 5 | NO FEE AUTHORIZATION (LETTER/ORDER/AFFIRMATION)<br>Fee waiver letter | Processed | 12/13/2018 | Wistar-Jones, C. |
| 6 | MEMORANDUM OF LAW<br>Memorandum of Law | Processed | 12/13/2018 | Wistar-Jones, C. |
| 7 | AFFIDAVIT<br>Affidavit of Jodi Feld | Processed | 12/13/2018 | Wistar-Jones, C. |
| 8 | EXHIBIT(S)<br>Exhibits to Affidavit of Jodi Feld | Processed | 12/13/2018 | Wistar-Jones, C. |
| 9 | AFFIDAVIT<br>Affidavit of Jennifer Nalbone | Processed | 12/13/2018 | Wistar-Jones, C. |
| 10 | AFFIDAVIT<br>Affidavit of Philip E. Goodrum | Processed | 12/13/2018 | Wistar-Jones, C. |
| 11 | EXHIBIT(S)<br>Attachment to Goodrum Affidavit | Processed | 12/13/2018 | Wistar-Jones, C. |
| 12 | NOTICE OF APPEARANCE (POST RJI) | Processed | 12/21/2018 | Wolf, R. |
| 13 | NOTICE OF APPEARANCE (POST RJI) | Processed | 12/21/2018 | Rosenberg, M. |
| 14 | STIPULATION - TIME TO ANSWER | Processed | 12/21/2018 | Wolf, R. |
| 15 | NOTICE OF APPEARANCE (POST RJI) | Processed | 12/21/2018 | Chu, Y. |
| 16 | NOTICE OF APPEARANCE (POST RJI) | Processed | 12/28/2018 | Seiter, L. |
| 17 | NOTICE OF APPEARANCE (POST RJI) | Processed | 12/28/2018 | Hallak, E. |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ALBANY

--------------------------------------------------------------- x
                                                :

THE PEOPLE OF THE STATE OF NEW YORK, :
by BARBARA UNDERWOOD, Attorney General :
of the State of New York,                       :       Index No. _____-2018

             Petitioners,                :       **VERIFIED PETITION**

                   - against -           :

TARGET CORPORATION, WALMART INC., :
and LAROSE INDUSTRIES LLC,          :

             Respondents.             :

--------------------------------------------------------------- x

The People of the State of New York (the State), by their attorney, Barbara

D. Underwood, Attorney General of the State of New York, respectfully allege upon

information and belief:

## PRELIMINARY STATEMENT

1.       The State brings this special proceeding pursuant to Executive Law

§ 63(12) to protect children in New York from toys containing lead and to enforce

the State's laws governing the safety and marketing of toys.  With this Verified

Petition, the State seeks injunctive relief and penalties against the importers and

retailers of a children's toy that contained high levels of lead.  Lead is a toxic heavy

metal that, among other harms, impairs neurological development and physical

growth in children.

1

2.      Respondents LaRose Industries LLC (LaRose) and Target Corporation (Target) imported and distributed thousands of children's "Cra-Z-Jewelz" jewelry-making kits (Kits) that included bracelets containing high levels of lead.  Target as well as respondent Walmart Inc. (Walmart) distributed, sold, and held the Kits for sale.  Respondents also marketed the toys as suitable for children when in fact the toys presented a significant lead exposure risk to children.

3.      The Kits have now been recalled, but respondents have failed to take affirmative measures sufficient to ensure that they do not again import, distribute, and sell toys that place New York children at risk of adverse health consequences from lead exposure.

4.      As more fully set forth below, the respondents have engaged in repeated illegality and fraud under Executive Law § 63(12) by committing thousands of violations of: (1) General Business Law (GBL) § 396-k, which prohibits the importation, distribution, and sale of hazardous toys; (2) GBL § 349, which prohibits deceiving consumers; (3) GBL § 350, which prohibits false advertising; and (4) Executive Law § 63(12), which prohibits fraud.  The State seeks statutory penalties and injunctive relief to protect children from further risk of lead exposure from hazardous toys.

## I.      PARTIES AND JURISDICTION

5.      Petitioners are the People of the State of New York, by their attorney, Barbara D. Underwood, Attorney General of the State of New York.

2

6.      Respondent Target Corporation is a retailer incorporated and headquartered in Minnesota.  Target operates dozens of retail stores in New York, including in Albany County, and offers merchandise online for sale and shipment to New York consumers.  Target imported, distributed, sold, and/or held for sale at least 3,397 Kits in New York.

7.      Respondent Walmart Inc. is a retailer incorporated in Delaware and headquartered in Arkansas.  Walmart operates dozens of retail stores in New York, including in Albany County, and offers merchandise online for sale and shipment to New York consumers.  Walmart distributed, sold, and/or held for sale at least 1,239 Kits in New York.

8.      Respondent LaRose Industries LLC is a toy and stationery company incorporated and based in New Jersey.  LaRose develops and designs children's products under the brand "Cra-Z-Art," most of which are manufactured by contractors overseas and imported by LaRose for distribution to retailers, who then sell the products to consumers in New York and elsewhere.  LaRose imported for sale and/or distributed in New York at least 9,296 Kits.

9.      At all relevant times, the respondents have purposefully availed themselves of this forum.

10.     This Court has jurisdiction over this proceeding pursuant to Executive Law § 63(12), which authorizes the Attorney General to commence a special proceeding for injunctive relief, damages, and other relief, including statutory

3

penalties, against any person or business entity that has engaged in repeated or persistent fraud or illegality in the conduct of business.

11.    This Court also has jurisdiction pursuant to GBL § 396-k(2), which authorizes the Attorney General to seek injunctive relief and penalties for the importation, distribution, sale, and holding for sale of hazardous toys or other articles intended for use by children.

12.    This Court also has jurisdiction pursuant to GBL § 349(b), which authorizes the Attorney General to enjoin deceptive acts and practices in the conduct of business, and pursuant to GBL § 350-d, which authorizes the Attorney General to seek civil penalties, up to $5,000 per violation, for violations of Sections 349 and 350.

13.    The State has timely served the respondents with a pre-litigation notice pursuant to General Business Law §§ 396-k(3), 349(c), and 350-c.

14.    Venue is proper in Albany County pursuant to CPLR §§ 503(a) and 506(a) because the State has offices in Albany County and because a substantial part of the events giving rise to the claim occurred in Albany County, where a substantial number of the Kits were distributed, sold, and offered for sale.

4

## II.   STATUTORY BACKGROUND

**A.   Section 396-k of the General Business Law Prohibits the Importation, Distribution, Sale and Holding for Sale of Hazardous Toys.**

15.   Section 396-k of the General Business Law, titled "Hazardous toys and other articles primarily for use by children; prohibition and enforcement,"[1] makes it unlawful to import, distribute, sell, or hold for sale any "toy or other article intended for use by a child which presents an electrical, mechanical or thermal hazard."  GBL § 396-k(1).

16.   The statute defines "child" as any person under fourteen years of age. GBL § 396-k(1)(a).

17.   A toy presents a mechanical hazard if any aspect of the toy's "design or manufacture presents an unreasonable risk of personal injury or illness," including but not limited to hazards arising: from the toy's "surfaces"; "because the article or any part or accessory thereof may be aspirated or ingested"; or "from stuffing material which is not free of dangerous or harmful substances."  Such risks may arise either "in normal use" or when the toy is "subjected to reasonably foreseeable damage or abuse."  GBL § 396-k(1)(c).

18.   The federal Consumer Product Safety Act prohibits lead in any part of a children's product in excess of 100 parts per million (ppm).  15 U.S.C. § 1278a(a)(2)(C).

---

[1] There is a separate, unrelated enactment also codified as General Business Law § 396-k, titled "Sale of certain motor vehicles damaged by the ravages of natural disaster."

5

19. A toy's design or manufacture "presents an unreasonable risk of personal injury or illness" to a child under Section 396-k of the General Business Law if it contains lead in excess of 100 ppm.

20. A toy "presents" a "mechanical hazard" under Section 396-k if it contains lead in excess of 100 ppm.

21. The Attorney General may enforce Section 396-k in an action seeking injunctive relief and/or civil penalties. GBL § 396-k(2). The maximum penalty per violation is $4,000 for a knowing and willful violation, and $1,000 otherwise. *Id.*

## B. GBL §§ 349 and 350 Prohibit Deceptive Acts and Practices and False Advertising.

22. GBL § 349(a) prohibits "[d]eceptive acts or practices in the conduct of any business, trade or commerce."

23. GBL § 350 prohibits "[f]alse advertising in the conduct of any business, trade or commerce."

24. GBL § 350-a defines false advertising as advertising which is "misleading in a material respect." In determining whether advertising is misleading, GBL § 350-a provides that the court must take "into account (among other things) not only representations made by statement, word, design, device, sound or any combination thereof, but also the extent to which the advertising fails to reveal facts material in the light of such representations with respect to the commodity . . . to which the advertising relates under the conditions prescribed in said advertisement, or under such conditions as are customary and usual."

25. GBL § 350-d authorizes the Attorney General to seek penalties in an

6

amount up to $5,000 per violation of Sections 349 and 350.   GBL § 349(b) also

authorizes the Attorney General to seek injunctive relief.

## C. Executive Law § 63(12) Authorizes the Attorney General to Bring a Special Proceeding to Enjoin Repeated or Persistent Fraud or Illegality in the Transaction of Business.

26.     Executive Law § 63(12) authorizes the Attorney General to bring a

special proceeding to enjoin "repeated fraudulent or illegal acts" and "persistent

fraud or illegality" in "the carrying on, conducting or transaction of business."

27.     "Illegal" conduct under Executive Law § 63(12) includes the violation of

any state, federal, or local law or regulation.

28.     "Fraud" and "fraudulent" refer to "any device, scheme or artifice to

defraud and any deception, misrepresentation, concealment, suppression, false

pretense, false promise or unconscionable contractual provisions."

29.     The test of fraudulent conduct under § 63(12) is whether the act or

practice has the capacity or tendency to deceive, or creates an atmosphere conducive

to fraud.

30.     "Repeated" fraud or illegality under Executive Law § 63(12) includes

the "repetition of any separate and distinct fraudulent or illegal act, or conduct

which affects more than one person," and "persistent" fraud or illegality includes

"continuance or carrying on of any fraudulent or illegal act or conduct."

31.     In an action or proceeding pursuant to Executive Law § 63(12) to

enjoin repeated or persistent illegality, the Attorney General may also seek

penalties for underlying statutory violations.

7

32.     In any action or proceeding pursuant to Executive Law § 63(12) or GBL §§ 349, 350, or 350-d, pursuant to CPLR § 8303(a)(6), the Attorney General is entitled to recover an additional allowance of $2,000 against each defendant, whether or not other costs have been awarded.

### III.     FACTS

**A.     Lead Is Toxic, Especially to Children.**

33.     Lead is a known neurotoxin that can cause significant harm to human health.  Lead can affect almost every organ and system in the body.  Children are especially vulnerable to these and other health risks posed by exposure to lead. Even low levels of lead in the blood of children can result in behavior and learning problems, lower IQ, hyperactivity, slowed growth, hearing problems and anemia.

34.     The presence of lead in toys may poison children through multiple pathways, especially through oral contact, including hand-to-mouth contact.  In particular, lead is added to plastic material in toys in order to soften it and make it more flexible, among other reasons.  However, exposure to sunlight, air, and cleaners causes the bond between lead and plastic to break down into dust, which children can then ingest by placing lead-containing toys in their mouths, or by handling the toys and then placing their fingers in their mouths.

35.     No amount of lead is safe for children.  Any incremental exposure may contribute to the health risks described above.

36.     A toy containing lead presents an unreasonable risk of personal injury or illness to a child because even small or incremental amounts of lead may

contribute to health issues such as impaired neurological development and physical growth.

## B.  The Respondents Imported, Distributed, Sold, and/or Held for Sale Lead-Containing Kits in New York.

### LaRose's development of the Kits

37.    As part of its Cra-Z-Art line of children's craft toys, LaRose developed the "Shimmer 'n Sparkle Ultimate Gem Machine" (Shimmer 'n Sparkle Base Kits). The Shimmer 'n Sparkle Base Kit included a "gem machine" that allowed a child to create pieces of jewelry.  The Base Kit also included a plastic, fake leather band, which LaRose called a "slider bracelet," with holes and a buckle that resembled a watchband, with a tan underside that lies next to the child's skin and a colored material on the top side.  The child attached colored "gems" to the slider bracelet to create a jewelry item.  A photograph of a "slider bracelet" is below.



38.    To supplement the Base Kit, LaRose created the "Shimmer 'n Sparkle Gem Charm and Slider Bracelets" (Shimmer 'n Sparkle Refill Kits) which contained four slider bracelets and additional gems.

9

39.     LaRose also produced Base Kits branded "My Look Ultimate Gem Machine" (My Look Base Kits) for sale exclusively by Target.[2]  The contents of the My Look Base Kits were identical to the Shimmer 'n Sparkle Base Kits in all material respects.  LaRose did not produce and Target did not sell "My Look" branded Refill Kits.

40.     LaRose contracted with Fairland Toy, a company located in China, to manufacture the Kits: the Shimmer 'n Sparkle Base Kit, the My Look Base Kit (which was identical in all material respects to the Shimmer 'n Sparkle Base Kit), and the Shimmer 'n Sparkle Refill Kit (which contained additional slider bracelets and gems).  Fairland is one of LaRose's primary vendors.

41.     Fairland began producing the Kits on or around July 10, 2015.

42.     The packaging of each Kit depicted a smiling child wearing jewelry produced using the Kit, along with pictures of the Kit components.  The upper right corner on the front face of each Kit's box contained a printed age designation indicating "6+".   The photographs below show the packaging of each type of Kit.

---

[2] The three related Cra-Z-Jewelz Gem Creations products at issue here—the Shimmer 'n Sparkle Base Kits, the My Look Base Kits, and the Shimmer 'n Sparkle Refill Kits—are referred to collectively herein as the "Kits."



*"Shimmer 'n Sparkle" Base Kit sold by retailers other than Target*



*"My Look" Base Kit sold by Target*

11



*"Shimmer 'n Sparkle" Refill Kit sold by some retailers*

### Importation and sale of the Kits

43.    LaRose served as the importer of record for the Shimmer 'n Sparkle Base Kits and Refill Kits.

44.    Target served as the importer of record for all or most of the My Look Base Kits.  LaRose may have also served as the importer of components for My Look Base Kits that were fully assembled into Kits by LaRose in the United States prior to distribution to Target.

45.    The federal Consumer Product Safety Act and implementing regulations promulgated by the Consumer Product Safety Commission (CPSC) require an importer of a children's product to ensure and certify that the product is tested for compliance with the federal 100 ppm lead limit, among other safety requirements.  *See* 15 U.S.C. § 2063(a); 16 C.F.R. §§ 1107.20–1107.26.  Before

12

importing the product into the United States, the importer must issue a "certificate of compliance" verifying that the product has been tested for, and complies with, the federal 100 ppm lead limit and other safety requirements. The certificate of compliance must then "accompany" the product and a copy must be "furnished" to each distributor and retailer. 15 U.S.C. § 2063(a), (g).

46.    In or around August 2015, LaRose arranged for one Shimmer 'n Sparkle Base Kit and one My Look Base Kit to be tested by SGS, a CPSC-accepted laboratory in Hong Kong. LaRose did not select the samples to be tested itself; rather, its practice was to request that its manufacturer in China select sample toys to be tested for safety compliance. The Shimmer 'n Sparkle Base Kit that was tested for compliance with federal regulations had been manufactured on July 13, 2015. The My Look Base Kit that was tested for compliance with federal regulations had been manufactured on July 30, 2015.

47.    SGS issued the lead content testing results for the Shimmer 'n Sparkle Base Kit on September 14, 2015, and for the My Look Base Kit on September 2, 2015. According to the test results, the two Kits complied with the federal 100 ppm lead limit, but the laboratory did not report individual test results for the tan underside of the slider bracelet.

48.    LaRose first shipped Kits to New York on approximately August 6, 2015.

13

49.     From approximately August 2015 through April 2016, LaRose imported for sale in New York and/or distributed in New York at least 9,296 Kits, with most of the Kits being imported by mid-November 2015.

50.     LaRose distributed Shimmer 'n Sparkle Kits (both Base Kits and Refill Kits) to distribution centers operated by Walmart, among other retailers but not Target.

51.     From approximately October 2015 through April 2016, Walmart distributed, sold, and/or held for sale at least 1,239 Shimmer 'n Sparkle Kits in New York.

52.     As a general matter, LaRose did not create a certificate of compliance to accompany an imported product; instead, it created the certificates only if and when a customer requested it.

53.     In the case of the Kits, LaRose did not create the certificates until April 26 and May 2, 2016, in response to requests from the retailers after they were notified of the Attorney General's investigation.

54.     As a result, a certificate of compliance did not accompany Kits when they were imported by LaRose and were not furnished to the retailers, as required by federal law.

55.     From approximately October 2015 through April 2016, Walmart distributed, sold, and/or held for sale at least 1,239 Shimmer 'n Sparkle Kits in New York.

14

56.    Target does not track which, if any, My Look Base Kits were imported by LaRose rather than Target itself, though LaRose has indicated that it imported and distributed some My Look Kits for Target.

57.    Target distributed, sold, and/or held for sale in New York at least 3,397 My Look Kits, beginning in August 2015 through April 2015.

58.    Target did not issue a certificate of compliance for the My Look Kits until September 9, 2015.

59.    Walmart and Target sold the Kits in the toy aisles of their stores, or in other sections or aisles of their stores stocked primarily with children's products, and/or they sold the Kits in the toy sections of their websites and listed them as appropriate for children.

60.    Walmart's website listed the Shimmer 'n Sparkle Base Kits under the category "Toys / Arts & Crafts for Kids / Craft Kits," with a listed "Age Range" of "5 to 7 Years" and a listed "Age Group" of "Child."

## C.    The Attorney General Discovers High Lead Levels in the Kits and Prompts Their Recall.

61.    Between October 2015 and February 2016, as part of an investigation into lead in children's toys, the Attorney General purchased ten Kits, including Shimmer 'n Sparkle Base Kits, My Look Base Kits, and Shimmer 'n Sparkle Refill Kits, from different retailers at different locations around New York State, and submitted those Kits for testing at a CPSC-accepted laboratory, ANSECO.

62.    The Attorney General asked ANSECO to individually test the tan underside of each slider bracelet. The test results showed that the tan underside of

15

each slider bracelet in each of the tested Kits contained lead at levels between 470 and 1,000 ppm or more, depending on the particular slider bracelet. These lead levels were nearly five to ten times more than the federal 100 ppm lead limit.

63.    Four of the toys the Attorney General tested were manufactured on July 13, 2015, the same day as the Shimmer 'n Sparkle Base Kit that LaRose had tested in 2015.

64.    In April 2016, the Attorney General informed the respondents and the CPSC of its findings.

65.    In response to the Attorney General's investigation, and at the request of the CPSC, LaRose submitted twelve additional Kits for testing by an SGS laboratory in the United States. LaRose requested that the laboratory individually test the tan underside of each slider bracelet. The results showed that the tan material in each slider bracelet in each of the tested Kits contained lead at levels between 518 and 1,220 ppm, or roughly five to twelve times the 100 ppm limit.

66.    On April 26, 2016, LaRose also received the test results for a sample Shimmer 'n Sparkle Refill Kit from MTS, another laboratory in Hong Kong. The purpose of testing this sample Refill Kit is unclear, because LaRose submitted the Refill Kit to MTS in late 2015 or early 2016, after the majority of the Kits had been imported, and this test was the not the basis for any certificate of compliance. In addition, although the test results indicate that the Refill Kit tested by MTS complied with the federal 100 ppm lead limit, the tan undersides of the two slider bracelets sampled were not individually tested.

16

67.    The CPSC also tested three additional Kits.  The CPSC tests showed that the tan underside of each slider bracelet tested contained lead at levels between 574 and 1,001 ppm, or more than five to ten times the 100 ppm limit.

68.    As a result of LaRose's and the CPSC 's independent confirmations of the Attorney General's test results, LaRose recalled all the Kits on a nationwide basis on June 2, 2015.

69.    The Attorney General subsequently obtained twenty additional My Look Base Kits from Target that had been held for sale in New York and tested those Kits.  The tan underside of each slider bracelet in each of these Kits failed, with lead levels ranging from 870 ppm to 1000 ppm—more than eight to ten times the 100 ppm limit.  One of the toys the Attorney General had tested was manufactured on the same day, July 30, 2015, as the My Look Base Kit that LaRose had tested in 2015.

70.    All together, the Attorney General tested thirty Kits that were distributed, held for sale, or sold in New York, all of which showed lead levels far in excess of 100 ppm in the tan underside of every slider bracelet tested.

71.    LaRose and CPSC tested a total of fifteen Kits, not including the three Kits LaRose had tested in Hong Kong, all of which also showed lead levels far in excess of 100 ppm in the tan underside of every slider bracelet tested.

72.    Statistical analysis based on available test results shows, with 95% confidence, that at least 96% of Kits imported, distributed, sold, or held for sale in

17

New York had one or more slider bracelets with tan undersides containing lead in excess of 100 ppm.

73.    This statistical estimate, that at least 96% of the Kits would fail, is supported regardless of whether it is based on: (1) the thirty Kits tested by the Attorney General, all of which are known to have been sold or held for sale in New York; (2) the Attorney General's thirty Kits plus the fifteen Kits tested by LaRose and the CPSC after the Attorney General notified them of its test results; (3) the Attorney General's thirty Kits plus the three Kits submitted for testing by LaRose before it learned about the Attorney General's investigation; or (4) all of the tested Kits.

74.    These analyses of different groupings of Kits indicate that there was nothing anomalous about the toys distributed, sold, or held for sale in New York versus Kits distributed, sold, or held for sale elsewhere.  They further demonstrate that the test results for the three Kits initially submitted for testing by LaRose do not materially change the likelihood that virtually all of the toys sold in New York contained lead in excess of 100 ppm.

75.    Using this statistical extrapolation of 96%, the following are conservative estimates of the number of Kits imported, distributed, held for sale, or sold by each respondent in New York that violated the 100 ppm lead standard:

- LaRose: 8,924 (96% of the 9,296 or more Kits that LaRose imported for sale in New York and/or distributed in New York)

18

- Target: 3,261 (96% of the 3,397 or more Kits that Target imported for sale, distributed, sold, and/or held for sale in New York)

- Walmart: 1,189 (96% of the 1,239 or more Kits that Walmart distributed, sold, and/or held for sale in New York)

76.   Kits with slider bracelet bands containing lead in excess of 100 ppm are not suitable for use by children due to the lead exposure hazard presented by the high lead content of the slider bracelets.

## FIRST CAUSE OF ACTION
### REPEATED ILLEGALITY PURSUANT TO EXECUTIVE LAW § 63(12) and GBL § 396-k (Hazardous Toys)

77.   The State repeats and realleges each of the foregoing paragraphs as if fully set forth herein.

78.   Under Executive Law § 63(12), the Attorney General of New York may bring a special proceeding pursuant to Article 4 of the Civil Practice Law and Rules to seek injunctive and monetary relief against any person "engage[d] in repeated . . . illegal acts . . . in the carrying on, conducting or transaction of business."

79.   Respondents are persons engaged in carrying on, conducting, or transaction of business for purposes of Executive Law § 63(12).

80.   Under the GBL, it is unlawful for any "person, firm, corporation, association or agent or employee thereof" to import, distribute, sell, or hold for sale any "toy or other article intended for use by a child which presents an electrical, mechanical or thermal hazard."  GBL § 396-k(1).

19

81.     The Kits were "toys or other articles" intended for use by a child within the meaning of Section 396-k(1).

82.     A toy presents a mechanical hazard if any aspect of that toy's "design or manufacture presents an unreasonable risk of personal injury or illness." GBL § 396-k(1)(c).

83.     The federal Consumer Product Safety Act prohibits lead in children's products in excess of 100 ppm.  15 U.S.C. § 1278a(a)(2)(C).

84.     A toy's "design or manufacture presents an unreasonable risk of personal injury or illness" to a child within the meaning Section 396-k(1)(c) if it contains lead in excess of 100 ppm.

85.     A toy "presents" a "mechanical hazard" under Section 396-k(1) if it contains lead in excess of 100 ppm.

86.     Respondents are persons, firms, and/or corporations for purposes of GBL § 396-k(1).

87.     LaRose violated GBL § 396-k at least 8,924 times by importing and/or distributing at least 8,924 Kits in New York that presented a mechanical hazard.

88.     Target violated GBL § 396-k at least 3,261 times by importing, distributing, selling, and/or holding for sale at least 3,261 Kits in New York that presented a mechanical hazard.

89.     Walmart violated GBL § 396-k at least 1,189 times by distributing, selling, and/or holding for sale at least 1,189 Kits in New York that presented a mechanical hazard.

20

90. By way of the foregoing, each of the respondents engaged in repeated illegality under Executive Law § 63(12).

## SECOND CAUSE OF ACTION
### REPEATED ILLEGALITY PURSUANT TO EXECUTIVE LAW § 63(12) and GBL § 349 (Deceptive Acts and Practices)

91. The State repeats and realleges each of the foregoing paragraphs as if fully set forth herein.

92. Under Executive Law § 63(12), the Attorney General of New York may bring a special proceeding pursuant to Article 4 of the Civil Practice Law and Rules to seek injunctive and monetary relief against any person "engage[d] in repeated . . . illegal acts . . . in the carrying on, conducting or transaction of business."

93. Respondents are persons engaged in carrying on, conducting, or transaction of business for purposes of Executive Law § 63(12).

94. Section 349 of the General Business Law prohibits "[d]eceptive acts or practices in the conduct of any business, trade or commerce."  GBL § 349(a).

95. Respondents are persons engaged in business, trade, or commerce for purposes of GBL § 349.

96. By labeling, importing, and distributing Kits into New York with packaging that depicted a child and that displayed a "6+" age label, LaRose and Target represented to consumers that the Kits were suitable for use by children, and specifically, children as young as six.

97. By selling, displaying, and holding for sale Kits in New York bearing the above-described packaging in the toy aisle or equivalent sections of their retail

21

stores and websites, Target and Walmart represented to consumers that the Kits were suitable for use by children, and specifically, children as young as six.

98.    Respondents' above-described conduct represented to consumers that the Kits were suitable for children.

99.    The Kits were not suitable for children because they presented a lead exposure risk to children.

100.    It is a violation of GBL § 349 where a representation or omission by the offending party is likely to mislead a reasonable consumer acting reasonably under the circumstances.

101.    Respondents' representations that the Kits were suitable for children—and their omission to represent otherwise—were likely to mislead reasonable consumers because the Kits in fact presented a lead exposure risk to children.

102.    By deceptively marketing each of the Kits it imported and/or distributed in New York as suitable for children, LaRose violated GBL § 349 at least 9,296 times.

103.    By deceptively marketing each of the Kits it imported, distributed, sold, and/or held for sale in New York as suitable for children, Target violated GBL § 349 at least 3,397 times.

104.    By deceptively marketing each of the Kits it distributed, sold, and/or held for sale in New York as suitable for children, Walmart violated GBL § 349 at least 1,239 times.

105.  By way of the foregoing, each of the respondents engaged in repeated illegality under Executive Law § 63(12).

### THIRD CAUSE OF ACTION
### REPEATED ILLEGALITY PURSUANT TO EXECUTIVE LAW § 63(12) and GBL § 350 (False Advertising)

106.  The State repeats and realleges each of the foregoing paragraphs as if fully set forth herein.

107.  Under Executive Law § 63(12), the Attorney General of New York may bring a special proceeding pursuant to Article 4 of the Civil Practice Law and Rules to seek injunctive and monetary relief against any person "engage[d] in repeated . . . illegal acts . . . in the carrying on, conducting or transaction of business."

108.  Respondents are persons engaged in carrying on, conducting, or transaction of business for purposes of Executive Law § 63(12).

109.  Section 350 of the General Business Law prohibits "[f]alse advertising in the conduct of any business, trade or commerce."  GBL § 350.

110.  Respondents are persons engaged in business, trade, or commerce for purposes of GBL § 350.

111.  "Advertising" explicitly includes "labeling" and, more broadly, "representations made by statement, word, design, device, sound or any combination thereof."  GBL § 350-a(1).

112.  False advertising under Section 350 is advertising that is "misleading in a material respect."  GBL § 350-a(1).

23

113.     LaRose and Target engaged in advertising within the meaning of GBL § 350 by "labeling" the Kits with a "6+" age label and with depictions of children using the Kits.

114.     Target and Walmart engaged in advertising within the meaning of GBL § 350 through "representations made by . . . device" by displaying the Kits with the above-described packaging on their store shelves and websites, specifically in sections of their stores and websites designated for toys and children's products.

115.     Respondents' above-described advertising represented that the Kits were suitable for children.

116.     The Kits were not suitable for children because they presented a lead exposure risk to children.

117.     Respondents' above-described advertising, which represented that the Kits were suitable for children, was false because the Kits presented a toxicity risk to children due to the high lead levels in the slider bracelets.

118.     By falsely advertising each of the Kits it imported and/or distributed in New York as suitable for children, LaRose violated GBL § 350 at least 9,296 times.

119.     By falsely advertising each of the Kits it imported, distributed, sold, and/or held for sale in New York as suitable for children, Target violated GBL § 350 at least 3,397 times.

120.     By falsely advertising each of the Kits it distributed, sold, and/or held for sale in New York as suitable for children, Walmart violated GBL § 350 at least 1,239 times.

121.    By way of the foregoing, each of the respondents engaged in repeated illegality under Executive Law § 63(12).

## FOURTH CAUSE OF ACTION
## REPEATED FRAUD PURSUANT TO EXECUTIVE LAW § 63(12)

122.    The State repeats and realleges each of the foregoing paragraphs as if fully set forth herein.

123.    Under Executive Law § 63(12), the Attorney General of New York may bring a special proceeding pursuant to Article 4 of the Civil Practice Law and Rules to seek injunctive relief against any person "engage[d] in repeated fraudulent . . . acts . . . in the carrying on, conducting or transaction of business."

124.    Respondents are persons engaged in carrying on, conducting, or transaction of business for purposes of Executive Law § 63(12).

125.    The terms "fraud" and "fraudulent" in Section 63(12) refer to "any device, scheme or artifice to defraud and any deception, misrepresentation, concealment, suppression, false pretense, false promise or unconscionable contractual provisions."

126.    Fraudulent acts under Section 63(12) are acts that have the capacity or tendency to deceive, or that create an atmosphere conducive to fraud.

127.    By labeling, importing, and distributing Kits into New York with packaging that depicted a child and that displayed a "6+" age label, LaRose and Target represented to consumers that the Kits were suitable for use by children.

128.    By selling, displaying, and holding for sale Kits in New York bearing the above-described packaging in the toy aisle or equivalent sections of their retail

25

stores and websites, Target and Walmart represented to consumers that the Kits were suitable for use by children.

129.   Respondents' above-described conduct represented to consumers that the Kits were suitable for children.

130.   The Kits were not suitable for children because they presented a lead exposure risk to children.

131.   Respondents' representations had the capacity or tendency to deceive consumers because the Kits were hazardous to children due to the high lead levels in the slider bracelets.

132.   By misrepresenting each of the Kits they imported, distributed, sold, or held for sale in New York as suitable for children, the respondents repeatedly engaged in fraudulent acts under Executive Law § 63(12).

### **PRAYER FOR RELIEF**

**WHEREFORE**, the State respectfully requests that a judgment and order be issued:

1.   Permanently enjoining all respondents from engaging in fraud and illegality under Executive Law § 63(12) and from violating GBL §§ 396-k, 349, and 350;

2.   Directing LaRose and Target, when it acts as an importer, within 90 days of this Court's order, to implement a quality control program that includes or maintains:

a) A Director of Quality Control (or a similar title) whose responsibilities include supervising quality control in overseas manufacturing operations; evaluating vendors and sub-vendors, including those who provide components and raw materials;

b) Requiring vendors of finished products to obtain components and raw materials from pre-approved suppliers and to test samples of incoming components and raw materials;

c) A testing program pursuant to which the importer or a third-party, but not the manufacturer, randomly selects the toys to be tested for compliance with the permissible lead limit by a CPSC-accepted laboratory;

d) Unannounced quality control audits of vendors;

e) Timely issuance of certificates of compliance in accordance with 15 U.S.C. § 2063;

f) A written quality control manual that includes all of the above elements (a)–(e).

3. Directing Walmart and Target, when it acts as a retailer, to:

a) Confirm that a valid certificate of compliance exists for each toy it receives from an importer for distribution and sale in New York;

b) Within 90 days of this Court's order, develop and implement a program to randomly select three percent (3%) of the toys it receives from an importer for sale in New York to be tested for lead

27

by a CPSC-approved laboratory. Such testing will be done during the retailers' four (4) highest sales periods per year. The retailers shall provide the testing results to the Attorney General's office; and

 c) Maintain the above testing program for a period of three years.

 4. Directing LaRose to pay a civil penalty of up to $1,000.00, and at least $37.50, to the State for each Kit that it imported and/or distributed in violation of GBL § 396-k;

 5. Directing Target to pay a civil penalty of up to $1,000.00, and at least $37.50, to the State for each Kit that it distributed, sold, and/or held for sale in violation of GBL § 396-k;

 6. Directing Walmart to pay a civil penalty of up to $1,000.00, and at least $25.00, to the State for each Kit that it imported, distributed, sold, and/or held for sale in violation of GBL § 396-k;

 7. Directing LaRose to pay a civil penalty of up to $5,000.00, and at least $37.50, to the State for each Kit that it marketed in violation of GBL §§ 349 and 350, pursuant to GBL § 350-d;

 8. Directing Target to pay a civil penalty of up to $5,000.00, and at least $37.50, to the State for each Kit that it marketed in violation of GBL §§ 349 and 350, pursuant to GBL § 350-d;

28

9.    Directing Walmart to pay a civil penalty of up to $5,000.00, and at least $25.00, to the State for each Kit that it marketed in violation of GBL §§ 349 and 350, pursuant to GBL § 350-d;

10.    Ordering that no respondent may pay any penalty fixed by the Court in this action on behalf of another respondent;

11.    Awarding the State costs plus an additional allowance of $2,000 against each respondent pursuant to CPLR § 8303(a)(6); and

12.    Granting such other relief as is just and proper.

Dated:        December 13, 2018
              New York, New York

                              BARBARA D. UNDERWOOD
                              Attorney General of the State of New York
                              Attorney for Petitioners

              By:

                              Channing Wistar-Jones
                              Assistant Attorney General
                              Environmental Protection Bureau
                              28 Liberty Street
                              New York, New York 10005
                              212-416-8446

29

## VERIFICATION

STATE OF NEW YORK      )
COUNTY OF NEW YORK     )  ss.:

CHANNING WISTAR-JONES, being duly sworn, deposes and says:

      1.    I am an Assistant Attorney General in the office of Barbara D. Underwood, Attorney General of the State of New York, and I am duly authorized to make this verification.

      2.    The Attorney General is the statutory representative of petitioners the People of the State of New York.

      3.    I have read the foregoing petition and assert, based upon personal knowledge and information and belief, that the contents thereof are true. The sources of my personal knowledge, information, and belief are my involvement in this matter for the Office of the Attorney General since in or about October 2016, and my review of the Attorney General's files concerning the allegations contained in this petition.

                                              _____
                                     CHANNING WISTAR-JONES

Sworn to before me this
13th day of December, 2018

_____
NOTARY PUBLIC

ANDRES M. SOTO
NOTARY PUBLIC OF THE STATE OF NY
NO. 0JS04612108
COMMISSION EXPIRES 10/16/20

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ALBANY
------------------------------------------------------------------- x
                                            :

THE PEOPLE OF THE STATE OF NEW YORK, :
by BARBARA UNDERWOOD, Attorney General :
of the State of New York,                    :      Index No. _____
                                              :

     Petitioners,                            :      RJI No. _____
                                              :

             - against -                   :      **NOTICE OF PETITION**
                                              :

THE PEOPLE OF THE STATE OF NEW YORK, :
TARGET CORPORATION, WALMART INC., :
and LAROSE INDUSTRIES LLC,          :
                                              :

     Respondents.                         :
                                                :
------------------------------------------------------------------- x

To the above-named respondents:

     **PLEASE TAKE NOTICE** that upon the attached Petition, verified

December 13, 2018, and the accompanying Affidavit of Jodi Feld, sworn to

December 11, 2018, the Affidavit of Jennifer Nalbone, sworn to December 5, 2018,

the Affidavit of Philip E. Goodrum, Ph.D., sworn to December 12, 2018, the

supporting memorandum of law, and all supporting exhibits,

     **AN APPLICATION WILL BE MADE** at the Special Term of the Supreme

Court, Albany County, to be held at the Courthouse at 16 Eagle Street, Albany,

New York on January 10, 2019 at the opening of Court that day or as soon

thereafter as the parties may be heard, for the review under Article 4 of the Civil

Practice Law and Rules ("CPLR") of Petitioners' request for an order and judgment

pursuant to Executive Law § 63(12) and General Business Law §§ 396-k, 349, 350, and 350-d.

**PLEASE TAKE FURTHER NOTICE** that a verified answer and supporting papers, if any, must be served in accordance with CPLR 403 at least seven days before the return date of the Petition.

**PLEASE TAKE FURTHER NOTICE** that in case of your failure to appear, judgment may be taken against you by default for the relief demanded in the Petition.

Petitioners designate Albany County as the venue of this proceeding pursuant to CPLR §§ 503(a) and 506(a) because the State of New York has offices in Albany County and because a substantial part of the events giving rise to the claim occurred in Albany County.

Dated:          December 13, 2018
                New York, New York

                                    BARBARA D. UNDERWOOD
                                    Attorney General of the State of New York
                                    Attorney for Petitioners

                      By:

                                    Channing Wistar-Jones
                                    Assistant Attorney General
                                    Environmental Protection Bureau
                                    28 Liberty Street
                                    New York, New York 10005
                                    212-416-8446

2

# REQUEST FOR JUDICIAL INTERVENTION

UCS-840 (3/2011)

| | For Court Clerk Use Only: |
|---|---|
| | IAS Entry Date |
| | |
| | Judge Assigned |
| | |
| | RJI Date |

**Supreme** _____ **COURT, COUNTY OF** _____ **Albany** _____

**Index No:** _____ **Date Index Issued:** _____

**CAPTION:** Enter the complete case caption. Do not use et al or et ano. If more space is required, attach a caption rider sheet.

THE PEOPLE OF THE STATE OF NEW YORK, by BARBARA UNDERWOOD, Attorney General of the State of New York,

**Plaintiff(s)/Petitioner(s)**

-against-

TARGET CORPORATION, WALMART INC., and LAROSE INDUSTRIES LLC,

**Defendant(s)/Respondent(s)**

## NATURE OF ACTION OR PROCEEDING: Check ONE box only and specify where indicated.

**MATRIMONIAL**
- ○ Contested
- ○ Uncontested

**NOTE:** For all Matrimonial actions where the parties have children under the age of 18, complete and attach the **MATRIMONIAL RJI Addendum**.

**TORTS**
- ○ Asbestos
- ○ Breast Implant
- ○ Environmental: _____
  (specify)
- ○ Medical, Dental, or Podiatric Malpractice
- ○ Motor Vehicle
- ○ Products Liability: _____
  (specify)
- ○ Other Negligence: _____
  (specify)
- ○ Other Professional Malpractice: _____
  (specify)
- ○ Other Tort: _____
  (specify)

**COMMERCIAL**
- ○ Business Entity (including corporations, partnerships, LLCs, etc.)
- ○ Contract
- ○ Insurance (where insurer is a party, except arbitration)
- ○ UCC (including sales, negotiable instruments)
- ◉ Other Commercial: Spec. prod'g - GBL viol. (see also addendum)
  (specify)

**NOTE:** For Commercial Division assignment requests [22 NYCRR § 202.70(d)], complete and attach the **COMMERCIAL DIV RJI Addendum**.

**REAL PROPERTY:** How many properties does the application include? _____
- ○ Condemnation
- ○ Foreclosure
- Property Address: _____
  Street Address          City          State          Zip

**NOTE:** For Foreclosure actions involving a one- to four-family, owner-occupied, residential property, or an owner-occupied condominium, complete and attach the **FORECLOSURE RJI Addendum**.
- ○ Tax Certiorari - Section: _____ Block: _____ Lot: _____
- ○ Other Real Property: _____
  (specify)

**OTHER MATTERS**
- ○ Certificate of Incorporation/Dissolution [see **NOTE** under Commercial]
- ○ Emergency Medical Treatment
- ○ Habeas Corpus
- ○ Local Court Appeal
- ○ Mechanic's Lien
- ○ Name Change
- ○ Pistol Permit Revocation Hearing
- ○ Sale or Finance of Religious/Not-for-Profit Property
- ○ Other: _____
  (specify)

**SPECIAL PROCEEDINGS**
- ○ CPLR Article 75 (Arbitration) [see **NOTE** under Commercial]
- ○ CPLR Article 78 (Body or Officer)
- ○ Election Law
- ○ MHL Article 9.60 (Kendra's Law)
- ○ MHL Article 10 (Sex Offender Confinement-Initial)
- ○ MHL Article 10 (Sex Offender Confinement-Review)
- ○ MHL Article 81 (Guardianship)
- ○ Other Mental Hygiene: _____
  (specify)
- ○ Other Special Proceeding: _____
  (specify)

## STATUS OF ACTION OR PROCEEDING: Answer YES or NO for EVERY question AND enter additional information where indicated.

| | YES | NO | |
|---|---|---|---|
| Has a summons and complaint or summons w/notice been filed? | ○ | ◉ | If yes, date filed: N/A - petition |
| Is this action/proceeding being filed post-judgment? | ○ | ◉ | If yes, judgment date: _____ |

## NATURE OF JUDICIAL INTERVENTION:    Check ONE box only AND enter additional information where indicated.

- ○ Infant's Compromise
- ○ Note of Issue and/or Certificate of Readiness
- ○ Notice of Medical, Dental, or Podiatric Malpractice    Date Issue Joined: _____
- ○ Notice of Motion    Relief Sought: _____    Return Date: _____
- ● Notice of Petition    Relief Sought: Judgment - Summary    Return Date: 01/10/2019
- ○ Order to Show Cause    Relief Sought: _____    Return Date: _____
- ○ Other Ex Parte Application    Relief Sought: _____    Return Date: _____
- ○ Poor Person Application
- ○ Request for Preliminary Conference
- ○ Residential Mortgage Foreclosure Settlement Conference
- ○ Writ of Habeas Corpus
- ○ Other  (specify): _____

## RELATED CASES:    List any related actions. For Matrimonial actions, include any related criminal and/or Family Court cases. If additional space is required, complete and attach the RJI Addendum.  If none, leave blank.

| Case Title | Index/Case No. | Court | Judge (if assigned) | Relationship to Instant Case |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## PARTIES:    If additional space is required, complete and attach the RJI Addendum. For parties without an attorney, check "Un-Rep" box AND enter party address, phone number and e-mail address in "Attorneys" space

| Un-Rep | Parties: List parties in caption order and indicate party role(s) (e.g. defendant; 3rd-party plaintiff). | Attorneys: Provide name, firm name, business address, phone number and e-mail address of all attorneys that have appeared in the case. | Issue Joined (Y/N) | Insurance Carrier(s): |
|---|---|---|---|---|
| ☐ | People of the State of New York — Last Name<br>First Name Primary Role: Petitioner<br>Secondary Role (if any): | Wistar-Jones — Last Name    Channing — First Name<br>New York State Office of the Attorney General — Firm Name<br>28 Liberty Street — Street Address    New York — City    New York — State    10005 — Zip<br>+1 (212) 416-8082 — Phone    +1 (212) 416-6007 — Fax    channing.jones@ag.ny.gov — e-mail | ○ YES<br>● NO |  |
| ☐ | Target Corporation — Last Name<br>First Name Primary Role: Respondent<br>Secondary Role (if any): | Last Name    First Name<br>Firm Name<br>Street Address    City    State    Zip<br>Phone    Fax    e-mail | ○ YES<br>● NO |  |
| ☐ | Walmart Inc. — Last Name<br>First Name Primary Role: Respondent<br>Secondary Role (if any): | Last Name    First Name<br>Firm Name<br>Street Address    City    State    Zip<br>Phone    Fax    e-mail | ○ YES<br>● NO |  |
| ☐ | LaRose Industries LLC — Last Name<br>First Name Primary Role:<br>Secondary Role (if any): | Last Name    First Name<br>Firm Name<br>Street Address    City    State    Zip<br>Phone    Fax    e-mail | ○ YES<br>● NO |  |

**I AFFIRM UNDER THE PENALTY OF PERJURY THAT, TO MY KNOWLEDGE, OTHER THAN AS NOTED ABOVE, THERE ARE AND HAVE BEEN NO RELATED ACTIONS OR PROCEEDINGS, NOR HAS A REQUEST FOR JUDICIAL INTERVENTION PREVIOUSLY BEEN FILED IN THIS ACTION OR PROCEEDING.**

Dated: 12/13/2018                                    SIGNATURE

5570767                                             CHANNING WISTAR-JONES
**ATTORNEY REGISTRATION NUMBER**                   **PRINT OR TYPE NAME**

Print Form

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF __Albany_____

_____ x

PEOPLE OF THE STATE OF NEW YORK,

                                      Plaintiff(s)/Petitioner(s)

  -against-

TARGET CORPORATION et al.,

                                  Defendant(s)/Respondent(s)

_____ x

Index No. _____

RJI No. (if any) _____

UCS-840C
3/2011

## COMMERCIAL DIVISION
**Request for Judicial Intervention Addendum**

**COMPLETE WHERE APPLICABLE** [add additional pages if needed]:

**Plaintiff/Petitioner's cause(s) of action** [check all that apply]:

[X] Breach of contract or fiduciary duty, fraud, misrepresentation, business tort (e.g. unfair competition), or statutory and/or common law violation where the breach or violation is alleged to arise out of business dealings (e.g. sales of assets or securities; corporate restructuring; partnership, shareholder, joint venture, and other business agreements; trade secrets; restrictive covenants; and employment agreements not including claims that principally involve alleged discriminatory practices)

[ ] Transactions governed by the Uniform Commercial Code (exclusive of those concerning individual cooperative or condominium units)

[ ] Transactions involving commercial real property, including Yellowstone injunctions and excluding actions for the payment of rent only

[ ] Shareholder derivative actions --- without consideration of the monetary threshold

[ ] Commercial class actions — without consideration of the monetary threshold

[ ] Business transactions involving or arising out of dealings with commercial banks and other financial institutions

[ ] Internal affairs of business organizations

[ ] Malpractice by accountants or actuaries, and legal malpractice arising out of representation in commercial matters

[ ] Environmental insurance coverage

[ ] Commercial insurance coverage (e.g. directors and officers, errors and omissions, and business interruption coverage)

[ ] Dissolution of corporations, partnerships, limited liability companies, limited liability partnerships and joint ventures — without consideration of the monetary threshold

[ ] Applications to stay or compel arbitration and affirm or disaffirm arbitration awards and related injunctive relief pursuant to CPLR Article 75 involving any of the foregoing enumerated commercial issues --- without consideration of the monetary threshold

**Plaintiff/Petitioner's claim for compensatory damages** [exclusive of punitive damages, interest, costs and counsel fees claimed]:

    $ 993,625 up to statutory maximum under GBL 349 and 350-d, in penalties under special proceeding

**Plaintiff/Petitioner's claim for equitable or declaratory relief** [brief description]:

In this special proceeding under Exec. Law 63(12) to enforce provisions of the General Business Law (sections 396-k, 349, 350), in addition to the statutory penalties noted above, the State requests injunctive relief requiring respondents to take certain quality control steps to ensure compliance with applicable lead limits for toys that are marketed and sold in New York.

**Defendant/Respondent's counterclaim(s)** [brief description, including claim for monetary relief]:

**I REQUEST THAT THIS CASE BE ASSIGNED TO THE COMMERCIAL DIVISION. I CERTIFY THAT THE CASE MEETS THE JURISDICTIONAL REQUIREMENTS OF THE COMMERCIAL DIVISION SET FORTH IN 22 NYCRR § 202.70(a), (b) AND (c).**

Dated: __12/13/2018_____

_____
SIGNATURE

_____
CHANNING WISTAR-JONES
PRINT OR TYPE NAME



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

BARBARA D. UNDERWOOD
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
ENVIRONMENTAL PROTECTION BUREAU

December 13, 2018

**ELECTRONICALLY FILED**

Hon. Bruce Hidley
Albany County Clerk
16 Eagle Street
Albany, New York 12207

Re:   *People of the State of New York v. Target Corporation, et al.*

Dear Mr. Hidley:

Pursuant to Executive Law § 161, please waive the collection of all fees for the Office of the Attorney General of the State of New York in connection with the above-captioned action.

If you have questions, please call me at the telephone number listed below. Thank you for your assistance.

BARBARA D. UNDERWOOD
Attorney General of the State of New York

CHANNING WISTAR-JONES
Assistant Attorney General
Environmental Protection Bureau
28 Liberty Street
New York, NY 10005
(212) 416-8082

28 Liberty Street, 19th Fl., New York, N.Y. 10005 ● Phone (212) 416-8446 ● Fax (212) 416-6007 ● WWW.AG.NY.GOV

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ALBANY

-------------------------------------------------------------- x
                                     :

THE PEOPLE OF THE STATE OF NEW YORK, :
by BARBARA UNDERWOOD, Attorney General :
of the State of New York, :
                                     :            Index No. 907519-18
       Petitioners, :            RJI No. 01-18-130331
                                     :            Assigned Judge: Richard Platkin
            - against - :

TARGET CORPORATION, WALMART INC., :
and LAROSE INDUSTRIES LLC, :
                                     :

       Respondents. :

-------------------------------------------------------------- x

## MEMORANDUM OF LAW
## IN SUPPORT OF VERIFIED PETITION

BARBARA D. UNDERWOOD
Attorney General of the State of New York
Environmental Protection Bureau
Attorney for Petitioners
28 Liberty Street
New York, New York 10005
212-416-8446

CHANNING WISTAR-JONES
Assistant Attorney General
Of Counsel

# TABLE OF CONTENTS

PRELIMINARY STATEMENT .................................................................................... 1

STATUTORY BACKGROUND .................................................................................... 2

    A.    General Business Law § 396-k Prohibits the Importation and Sale of Hazardous Toys. .......................................................................................... 2

    B.    GBL §§ 349 and 350 Prohibit Deceptive Acts and Practices and False Advertising. ........................................................................................ 4

    C.    Executive Law § 63(12) Authorizes the Attorney General to Bring a Special Proceeding to Enjoin Repeated or Persistent Fraud or Illegality in the Transaction of Business. ................................................................. 4

FACTS ........................................................................................................................ 5

    A.    Lead Is Toxic to Children. ................................................................... 5

    B.    Respondents Imported, Distributed, Sold, and Held for Sale Lead-Containing Kits in New York. .................................................................. 6

    C.    The Attorney General Discovers High Lead Levels in the Kits and Prompts Their Recall. ....................................................................................... 12

    D.    At Least 96% of All Kits Imported, Distributed, Sold, and Held for Sale in New York Violated the Lead Standard. .................................................. 14

ARGUMENT ........................................................................................................... 15

POINT I: RESPONDENTS ENGAGED IN REPEATED ILLEGALITY BY IMPORTING, DISTRIBUTING, AND SELLING THOUSANDS OF HAZARDOUS TOYS IN VIOLATION OF GBL § 396-k................................................ 15

POINT II: RESPONDENTS ENGAGED IN REPEATED FRAUD AND ILLEGAL-ITY BY MARKETING HAZARDOUS TOYS AS SUITABLE FOR CHILDREN IN VIOLATION OF GBL §§ 349 AND 350 AND EXECUTIVE LAW § 63(12) .............. 18

POINT III: THE STATE IS ENTITLED TO PENALTIES AND INJUNCTIVE RELIEF ................................................................................................. 21

    A.    The Court Should Order Respondents to Pay Civil Penalties. ..................... 21

    B.    The Court Should Grant Injunctive Relief to Protect Against Future Harm to Children in New York. ....................................................................... 25

CONCLUSION........................................................................................................ 30

## PRELIMINARY STATEMENT

The Attorney General of the State of New York (the State), brings this proceeding pursuant to Executive Law § 63(12) to protect children in New York from toys containing lead and to enforce the State's laws governing the safety and marketing of toys.  Respondents LaRose Industries LLC (LaRose) and Target Corporation (Target) imported and distributed thousands of children's "Cra-Z-Jewelz" jewelry-making kits (Kits) that included a bracelet that contained high levels of lead.  Lead is a toxic heavy metal that, among other harms, impairs neurological development and physical growth in children.  Target and respondent Walmart Inc. (Walmart) distributed, sold, and held the Kits for sale.  All respondents also marketed the toys as suitable for children despite their high levels of lead.  Although the Kits have been recalled, respondents have failed to take measures sufficient to ensure that they do not again place children at risk of lead exposure.

Respondents have engaged in repeated illegality and fraud under Executive Law § 63(12) by committing thousands of violations of: (1) General Business Law (GBL) § 396-k, which prohibits the importation, distribution, and sale of hazardous toys; (2) GBL § 349, which prohibits deceiving consumers; (3) GBL § 350, which prohibits false advertising; and (4) Section 63(12) itself, which prohibits fraud.  The State seeks statutory penalties and injunctive relief to protect children from further risk of lead exposure from hazardous toys.

1

# STATUTORY BACKGROUND

### A.  General Business Law § 396-k Prohibits the Importation and Sale of Hazardous Toys.

Section 396-k of the GBL, titled "Hazardous toys and other articles primarily for use by children; prohibition and enforcement," makes it unlawful to import, distribute, sell, or hold for sale any "toy or other article intended for use by a child which presents an electrical, mechanical or thermal hazard."  GBL § 396-k(1).  A "child" is any person under fourteen years of age.  *Id.* § 396-k(1)(a).  A toy presents a "mechanical" hazard if:

> [I]n normal use or when subjected to reasonably foreseeable damage or abuse, its design or manufacture presents an unreasonable risk of personal injury or illness:
>
> (1)  from fracture, fragmentation or disassembly of the article;
> (2)  from propulsion of the article or any part or accessory thereof;
> (3)  from points or other protrusions, surfaces, edges, openings or closures;
> (4)  from moving parts;
> (5)  from lack or insufficiency of controls to reduce or stop motion;
> (6)  as a result of self-adhering characteristics of the article;
> (7)  because the article or any part or accessory thereof may be aspirated or ingested;
> (8)  because of instability;
> (9)  from stuffing material which is not free of dangerous or harmful substances; or
> (10) because of any other aspect of the article's design or manufacture.

*Id.* § 396-k(1)(c).  This expansive definition encompasses hazards caused by, among other things, toxic substances present in toys to which a child may be exposed,

including: where "surfaces" of the article contain hazardous substances, *id.* § 396-k(1)(c)(3); where toxic particles "may be aspirated or ingested," *id.* § 396-k(1)(c)(7); where "stuffing" material contains "harmful substances," *id.* § 396-k(1)(c)(9); and where "any other aspect of the article's design or manufacture" presents a toxicity hazard, *id.* § 396-k(1)(c)(10).

GBL § 396-k does not establish a maximum acceptable level of lead in toys, but makes it unlawful to distribute or sell a toy that presents "*any* unreasonable risk of personal injury or illness" (emphasis added).  The federal Consumer Product Safety Act (Act), administered by the U.S. Consumer Product Safety Commission (CPSC), sets a maximum acceptable level of 100 parts per million (ppm) for lead in children's products, including any "part" of a children's product.  15 U.S.C. §§ 2068(a)(1)–(2), 1278a(a)(2)(C); 16 C.F.R. §§ 1200.2, 1500.91(a); 76 Fed. Reg. 44,463, 44,464 (July 26, 2011).  The Act also provides that state attorneys general may enforce a state requirement only to the extent that it is "identical" to the federal standard.  15 U.S.C. § 2075(a); *see also id.* § 2073(b)(4).  Accordingly, the State is enforcing GBL § 396-k only with respect to toys that contain lead in excess of 100 ppm.

GBL § 396-k imposes strict liability, as evidenced by the provision's penalty structure.  The two-tier penalty structure in GBL § 396-k(2) imposes a maximum penalty per violation of $4,000 for a "knowing and willful violation," and $1,000 for other violations, *i.e.*, unintentional violations.

3

### B. GBL §§ 349 and 350 Prohibit Deceptive Acts and Practices and False Advertising.

GBL § 349(a) prohibits "[d]eceptive acts or practices in the conduct of any business, trade or commerce." GBL § 350 prohibits "[f]alse advertising in the conduct of any business, trade or commerce." False advertising is "advertising, including *labeling*, of a commodity . . . if such advertising is misleading in a material respect." GBL § 350-a(1) (emphasis added). Misleading advertising includes "not only representations made by statement, word, [or] design . . . but also the extent to which the advertising fails to reveal facts material in the light of such representations with respect to the commodity . . . to which the advertising relates[.]" *Id.*

GBL § 350-d authorizes the Attorney General to seek penalties in an amount up to $5,000 per violation of Sections 349 and 350. GBL § 349(b) authorizes the Attorney General to seek injunctive relief.

### C. Executive Law § 63(12) Authorizes the Attorney General to Bring a Special Proceeding to Enjoin Repeated or Persistent Fraud or Illegality in the Transaction of Business.

Executive Law § 63(12) authorizes the Attorney General to bring a proceeding to enjoin "repeated fraudulent or illegal acts" and "persistent fraud or illegality" in "the carrying on, conducting or transaction of business." "Illegal" conduct under Executive Law § 63(12) includes the violation of any state, federal, or local law or regulation. *See, e.g.*, *People v. World Interactive Gaming Corp.*, 185 Misc. 2d 852, 856 (Sup. Ct. N.Y. Cty. 1999). "Fraud" and "fraudulent" refer to "any device, scheme or artifice to defraud and any deception, misrepresentation,

4

concealment, suppression, false pretense, false promise or unconscionable

contractual provisions." "Repeated" fraud or illegality under Executive Law

§ 63(12) includes the "repetition of any separate and distinct fraudulent or illegal

act, or conduct which affects more than one person," and "persistent" fraud or

illegality includes "continuance or carrying on of any fraudulent or illegal act or

conduct."

In an action or proceeding pursuant to Executive Law § 63(12) to enjoin

repeated or persistent illegality, the Attorney General may also seek penalties for

underlying statutory violations.  *See, e.g.*, *People v. Apple Health & Sports Clu*b,

*Ltd.*, 80 N.Y.2d 803, 807 (1992); *People v. Empyre Inground Pools*, 227 A.D.2d 731

(3d Dep't 1996).

## FACTS

### A.    Lead Is Toxic to Children.

"Lead is a poison that affects virtually every system in the body and is

particularly harmful to brain and nervous system development.  Even low levels of

blood lead have been linked to diminished intelligence, decreased stature or growth

and loss of hearing acuity."  *N.Y.C. Coal. to End Lead Poisoning, Inc. v. Vallone*, 100

N.Y.2d 337, 342–43 (2003) (citations and internal quotation marks omitted).

Children are especially vulnerable to health risks posed by exposure to lead, and

even low levels of lead in the blood of children can result in behavior and learning

5

problems, lower IQ, hyperactivity, slowed growth, hearing problems, and anemia. *See* https://www.epa.gov/lead/learn-about-lead# (last visited Dec. 10, 2018).

The presence of lead in toys may poison children through oral contact, including hand-to-mouth contact. *See* https://www.cdc.gov/nceh/lead/tips/toys.htm (last visited Dec. 13, 2018). In particular, lead is added to plastic material in toys to soften it and make it more flexible. However, exposure to sunlight, air, and cleaners causes the lead to break down into dust, which children can then ingest by placing lead-containing toys in their mouths, or by handling the toys and then placing their fingers in their mouths. *See id.* No amount of lead is safe for children. https://www.cdc.gov/nceh/lead (last visited Dec. 13, 2018).

**B.      Respondents Imported, Distributed, Sold, and Held for Sale Lead-Containing Kits in New York.**

LaRose is a toy and stationery company that develops children's products under the brand "Cra-Z-Art." *See* http://www.cra-z-art.com (last visited Dec. 3, 2018). Most Cra-Z-Art products are manufactured by contractors overseas and imported by LaRose. *See* Transcript of Testimony of June Daddea (Daddea Tr.) 12–13, 22–23, 25–27, Affidavit of Jodi Feld (Feld Aff.) Ex. A.

Target and Walmart are major retailers that each operate dozens of stores in New York and offer merchandise online for sale and shipment to New York consumers. Both have offered Cra-Z-Art products for sale at their retail locations and online. Target has arranged with LaRose to brand Cra-Z-Art items with the private label "My Look" and, in some cases, for Target to import these products. *See id.* at 35–42.

6

LaRose developed a Cra-Z-Art jewelry-making kit called the "Shimmer 'n Sparkle Ultimate Gem Machine" (Shimmer 'n Sparkle Base Kits). *See* Daddea Tr. 25–27. The Shimmer 'n Sparkle Base Kit included a plastic, fake leather band, which LaRose called a "slider bracelet," with holes and a buckle that resembled a watchband, with a tan underside that lies next to the child's skin and a colored material on the top side.



*See also* L003792, Feld Aff. Ex. G (photograph of Kit components). The child used the Gem Machine to attached colored "gems" to the slider bracelet. LaRose also created the "Shimmer 'n Sparkle Gem Charm and Slider Bracelets" (Shimmer 'n Sparkle Refill Kits) which contained additional slider bracelets and gems. *See* Daddea Tr. 116.

LaRose also produced Base Kits branded "My Look Ultimate Gem Machine" (My Look Base Kits) for sale exclusively by Target.[1] The My Look Base Kits were

---

[1] The Shimmer 'n Sparkle Base Kits, the My Look Base Kits, and the Shimmer 'n Sparkle Refill Kits are referred to collectively as "Kits."

identical to the Shimmer 'n Sparkle Base Kits in all material respects. *See id.* at 35–42, 136.

LaRose contracted with Fairland Toy, a company located in China, to manufacture the Kits.[2]  The packaging of each Kit had "6+" is in the upper right corner and showed a smiling child wearing jewelry made with the Kit. *See* https://www.cpsc.gov/ node/29904 (last visited Dec. 5, 2018) (CPSC Recall Notice). The photographs below, taken from the CPSC website, *see id.*, show the packaging of each type of Kit.



Shimmer 'n Sparkle Base Kit

---

[2] *See* Feld Aff. Exs. B, D (summary tables of tested Kits showing July 10, 2015 as earliest manufacture date).



My Look Base Kit



Shimmer 'n Sparkle Refill Kit

9

LaRose was the importer of record for the Shimmer 'n Sparkle Base Kits and Refill Kits.  *See* Feld Aff. Ex. K.  Target served as the importer of record for all or most of the My Look Base Kits.  Feld Aff. ¶¶ 28, 35.

The federal Act and its implementing regulations require an importer of a children's product to certify that the product is tested for compliance with the federal 100 ppm lead limit, among other safety requirements.  *See* 15 U.S.C. § 2063(a); 16 C.F.R. §§ 1107.20–1107.26.  Before importing the product into the United States, the importer must issue a "certificate of compliance" verifying that the product complies with the 100 ppm limit and other safety requirements.  The certificate of compliance must then "accompany" the product, and a copy must be "furnished" to each distributor and retailer.  15 U.S.C. § 2063(a), (g).

In or around August 2015, LaRose arranged for one Shimmer 'n Sparkle Base Kit and one My Look Base Kit to be tested by SGS, a CPSC-accepted laboratory. *See* Feld Aff. Ex. H (testing results).  LaRose did not itself select the samples to be tested; rather, it directed its manufacturer to select the toys to be tested.  Daddea Tr. 98.  The Shimmer 'n Sparkle Base Kit that was tested for compliance with federal regulations had been manufactured on July 13, 2015.  *See* L000073, Feld Aff. Ex. H; Daddea Tr. 32–33 (explaining how to determine a Kit's manufacture date).  The My Look Base Kit that was tested for compliance with federal regulations had been manufactured on July 30, 2015.  *See* TAR-FIG-0000251, Feld Aff. Ex. O (Target certificate of compliance).  According to SGS's test results, the two Kits complied with the federal 100 ppm lead limit, but the laboratory did not

10

report individual test results for the tan underside of the slider bracelet.[3]  *See*

L000186, L000305–06, Feld Aff. Eh. H; *see also* Feld Aff. ¶ 25.

From approximately August 2015 through April 2016, LaRose imported for

sale in New York and/or distributed in New York at least 9,296 Kits.  Feld Aff. ¶ 34;

Ex. J (LaRose spreadsheet showing New York shipments).[4]  Those Kits included

Shimmer 'n Sparkle Kits Base Kits and Refill Kits that were distributed to

distribution centers operated by Walmart, among other retailers, but not Target.

Daddea Tr. 144.   From approximately October 2015 through April 2016, Walmart

distributed, sold, and/or held for sale at least 1,239 Shimmer 'n Sparkle Kits in New

York.  *See* Feld Aff. ¶ 29.

As a general matter, LaRose did not create a certificate of compliance to

accompany an imported product; instead, it created the certificates only if and when

a customer requested it.  *See* Daddea Tr. 110.  In the case of the Kits, LaRose did

not create the certificates until April 26 and May 2, 2016, in response to requests

from the retailers after the State notified them of its investigation.  *See* L000018,

Feld Aff. Ex. O (Shimmer 'n Sparkle Base Kit certificate); *id.* at L000020 (Shimmer

---

[3] In late 2015 or early 2016, LaRose also submitted a Refill Kit for testing.  The circumstances are
unclear because LaRose did not receive the test results until April 26, 2016, *after* it had imported
most or all of the Kits.  *See* L000003, Feld Aff. Ex. H.  Although the Kit appeared to comply with the
federal lead limit, the tan undersides of the slider bracelets sampled were not individually tested.
*See id.* at L000004–05; Feld Aff. ¶ 26.

[4] Many of these documents were marked "Confidential" by respondents when they produced them to
the Attorney General's office, although the office did not take a position on the documents'
confidentiality at that time.  In order to provide respondents with the opportunity to seek judicial
intervention to prevent publication of these documents, we are withholding from public filing all
documents marked "Confidential" except test results that were provided to the CPSC and certificates
of compliance for the Kits.  These documents are not confidential under Part 216 of the Uniform
Court rules or Pub. Off. L. § 87(2)(d).

11

'n Sparkle Refill Kit certificate); *id.* at L004060 (e-mail from LaRose's counsel explaining company's practice); *see also* Daddea Tr. 110–12.  As a result, a certificate of compliance did not accompany Kits when they were imported by LaRose and were not furnished to the retailers, as required by federal law.

Although the exact number of Kits that Target imported is unclear,[5] Target distributed, sold, and/or held for sale in New York at least 3,397 My Look Kits from August 2015 through April 2015.  *See* Feld Aff. ¶ 28.  Target did not issue a certificate of compliance for the My Look Kits until September 9, 2015.  *See* TAR-FIG-0000251, Feld Aff. Ex. O.

Walmart and Target sold the Kits in the toy sections of their stores and/or websites and listed them as appropriate for children.  *See* Feld Aff. ¶ 8; Affidavit of Jennifer Nalbone ¶ 5; https://www.walmart.com/ip/Cra-Z-Art-Shimmer-n-Sparkle-Cra-Z-Jewelz-Ultimate-Gem-Machine/45005166 (last visited Dec. 10, 2018). Walmart's website listed the Shimmer 'n Sparkle Base Kits under the category "Toys/Arts & Crafts for Kids/Craft Kits," with a listed "Age Range" of "5 to 7 Years" and a listed "Age Group" of "Child."

## C.    The Attorney General Discovers High Lead Levels in the Kits and Prompts Their Recall.

Between October 2015 and February 2016, the Attorney General purchased ten Kits, including Shimmer 'n Sparkle Base Kits, My Look Base Kits, and Shimmer 'n Sparkle Refill Kits from different retailers at different locations around

---

[5] *Compare* Daddea Tr. 118–19 (LaRose imported some My Look Kits for Target) *and* Feld Aff. Ex. J (identifying My Look Kits that LaRose distributed to Target), *with* Feld Aff. Ex. K (only identifying Target as importer of My Look Kits).

New York State and had them tested by ANSECO, a CPSC-accepted laboratory. Feld Aff. ¶¶ 5–19.  The Attorney General asked ANSECO to individually test the tan underside of each slider bracelet.

The test results showed that the tan underside of each slider bracelet in each of the tested Kits contained lead at levels between 470 and 1,000 ppm or more, well over the federal 100 ppm lead limit.  Four of the toys the Attorney General tested were manufactured on July 13, 2015, the same day as the Shimmer 'n Sparkle Base Kit that LaRose had tested for compliance with federal regulations in 2015.  *Id.* ¶¶ 20–21; Exs. B, C.

In April 2016, the Attorney General informed respondents and the CPSC of these findings.  Feld Aff. ¶ 22.  LaRose then had twelve additional Kits tested and requested that the laboratory individually test the tan underside of each slider bracelet.  The results showed that the tan material in each slider bracelet in each of the tested Kits contained lead between 518 and 1,220 ppm, also far over the 100 ppm limit.  *Id.* ¶ 23; Exs. D, E.

The CPSC also tested three additional Kits.  Those tests showed that the tan underside of each slider bracelet tested contained lead between 574 and 1,001 ppm. *See* Feld Aff. Exs. F, G.  As a result of LaRose's and the CPSC's independent confirmations of the Attorney General's test results, LaRose recalled all three types of Kits on a nationwide basis on June 2, 2015.  *See* CPSC Recall Notice.

The Attorney General subsequently obtained and tested twenty additional My Look Base Kits from Target that had been held for sale in New York.  The slider

bracelet from each Kit failed, with lead levels ranging from 870 ppm to 1000 ppm. One of the toys the Attorney General tested was manufactured on the same day, July 30, 2015, as the My Look Base Kit that LaRose had tested in 2015. *See* Feld Aff. ¶ 11; Exs. B, C.

### D. At Least 96% of All Kits Imported, Distributed, Sold, and Held for Sale in New York Violated the Lead Standard.

Statistical extrapolation from the test results shows, with 95% confidence, that at least 96% of all Kits imported, distributed, sold, and held for sale in New York had one or more slider bracelets containing lead above 100 ppm. *See* Affidavit of Philip E. Goodrum, Ph.D. (Goodrum Aff.), ¶ 22. This estimate is a conservative one, based on an analysis of multiple data groupings to ensure that no particular factor is skewing the results. *Id.* ¶¶ 20–21.

The estimate that at least 96% of the Kits would fail holds regardless of whether it is based on:

(1) the thirty Kits tested by the Attorney General;

(2) the Attorney General's thirty Kits plus the fifteen Kits tested by LaRose and the CPSC after the Attorney General notified them of its test results;

(3) the Attorney General's thirty Kits plus the three Kits submitted for testing by LaRose before it learned about the Attorney General's investigation; or

(4) all of the tested Kits.

*Id.* ¶¶ 22–23. The most conservative estimate—based on the Attorney General's thirty Kits, plus the three Kits previously submitted for testing by LaRose—is that

14

at least 96% of Kits in New York included a slider bracelet with the underside exceeding the permissible lead limit, with 95% certainty. *Id.* ¶ 22.

Using this statistical extrapolation of 96%, the following are conservative estimates of the number of Kits attributable to each respondent that violated the 100 ppm lead standard:

- **LaRose: 8,924** (96% of 9,296 Kits);

- **Target: 3,261** (96% of 3,397 Kits);

- **Walmart: 1,189** (96% of 1,239 Kits).

*See also* Feld Aff. ¶¶ 28–34 (explaining that Kits are likely under counted).

## ARGUMENT

In a special proceeding under CPLR § 409, judgment for the petitioner is proper "where the petition and supporting papers contain sufficient allegations of fact to merit the relief requested and respondents have raised no triable issues of fact by an evidentiary showing." *State v. Daro Chartours, Inc.*, 72 A.D.2d 872, 872 (3d Dep't 1979) (citation omitted); *see also State v. McMillen*, 57 A.D.2d 979, 979 (3d Dep't 1977).

### POINT I

### RESPONDENTS ENGAGED IN REPEATED ILLEGALITY BY IMPORTING, DISTRIBUTING, AND SELLING THOUSANDS OF HAZARDOUS TOYS IN VIOLATION OF GBL § 396-k

GBL § 396-k was enacted to protect children in New York by making it unlawful, in relevant part, to import, distribute, sell, or hold for sale any "toy or other article intended for use by a child which presents a[] . . . mechanical . . .

15

hazard." GBL § 396-k(1). Remedial statutes like GBL § 396-k "should be construed broadly so as to effectuate their purpose" and to avoid "unreasonable and potentially unjust consequences." *Scanlan v. Buffalo Pub. Sch. Sys.*, 90 N.Y.2d 662, 676–77 (1997) (internal quotation marks omitted). For example, statutes "to protect the public health . . . should be given an extremely liberal construction so as to further the accomplishment of their objectives." *Drug Purchase, Inc. v. Bd. of Regents*, 65 A.D.2d 829, 830 (3d Dep't 1978) (internal quotation marks omitted); *see also Texaco, Inc. v. Flacke*, 114 Misc. 2d 660, 661 (Sup. Ct. Alb. Cty. 1982).

It is beyond dispute that the Cra-Z-Jewelz Kits are "toy[s] or other article[s] intended for use by a child" within the meaning of Section 396-k. A "child" is any person under fourteen years old. *Id.* § 396-k(1)(a). Respondents cannot dispute that the Kits say "6+" and show a child wearing jewelry made with the Kit. Nor can respondents dispute that the Kits were sold by Target and Walmart in the sections of their stores and websites for children's products.

The Kits also presented a "mechanical" hazard within the meaning of Section 396-k. A toy presents a "mechanical" hazard if, "in normal use or when subjected to reasonably foreseeable damage or abuse, its design or manufacture presents an unreasonable risk of personal injury or illness" due to any "aspect of the article's design or manufacture." *Id.* § 396-k(1)(c). That includes hazards from "surfaces"; "because the article or any part . . . thereof may be aspirated or ingested"; and "from stuffing material which is not free of dangerous or harmful substances." *Id.* The facts establish that (1) the lead in the slider bracelets presented an unreasonable

16

risk of personal injury or illness; (2) normal use or reasonably foreseeable damage or abuse of the bracelet presented that unreasonable risk to children; and (3) the lead was "an aspect of the [bracelet's] design or manufacture."

First, there can be no dispute that the high levels of lead found in the tested slider bracelets presented "an unreasonable risk of personal injury or illness."  The test results for the thirty toys tested by the Attorney General, the twelve toys tested by LaRose after learning of the State's investigation, and the three toys tested by the CPSC all showed that each toy contained at least one component with lead between 470 and 1220 ppm.  *See* Feld Aff. Exs. C–G.  As explained above, statistical analysis based on these results—even considering the three Kits LaRose had previously submitted for testing, which appeared to have passed the test for lead—shows that at least 96% of Kits in New York had one or more slider bracelets with lead in excess of 100 ppm.  *See* pp. 14–15 above; Goodrum Aff. ¶ 20.

Second, children could be exposed to those high levels of lead by handling or wearing a slider bracelet in the course of "normal use" —or handling a broken bracelet as a result of "reasonably foreseeable damage"—by "ingestion" of or other exposure to lead-containing surfaces or particles via hand-to-mouth contact.  *See* pp. 5–6 above.  Further, a child could be exposed to lead by subjecting a slider bracelet to "reasonably foreseeable . . . abuse" by placing the bracelet directly in his or her mouth.

Third, the presence of lead in the slider bracelets was an "aspect of the [Kits'] design or manufacture" because lead was present on the inner "surfaces" of the bracelets and inside the bracelets' substrate material.

Therefore, each respondent violated GBL § 396-k each time it imported, distributed, sold, or held for sale a Kit containing lead in excess of 100 ppm in New York. Because respondents each did so thousands of times, each engaged in "repeated" illegality in the conduct of business within the meaning of Executive Law § 63(12). "Respondents' conduct is therefore properly the subject of a special proceeding under Executive Law § 63(12).

## POINT II

### RESPONDENTS ENGAGED IN REPEATED FRAUD AND ILLEGALITY BY MARKETING HAZARDOUS TOYS AS SUITABLE FOR CHILDREN IN VIOLATION OF GBL §§ 349 AND 350 AND EXECUTIVE LAW § 63(12)

GBL § 349(a) prohibits "[d]eceptive acts or practices in the conduct of any business, trade or commerce." A claim under Section 349 must show that a representation or omission by the offending party is likely to mislead a reasonable consumer acting reasonably under the circumstances. *People v. Applied Card Sys., Inc.*, 27 A.D.3d 104, 106–07 (3d Dep't 2005). The conduct need not rise to the level of common law fraud to be actionable, and no proof of intent to defraud or justifiable reliance by a consumer is required. *Gaidon v Guardian Life Ins. Co. of Am.*, 94 N.Y.2d 330, 343 (1999).

It is undisputable that LaRose and Target labeled, imported, and distributed Kits with packaging showing a "6+" age label and a child wearing jewels made from

18

the Kit.  Further, Target and Walmart displayed and held the Kits for sale in the

toy sections of their New York retail stores and websites.  This conduct represented

to consumers that the Kits were suitable for children as young as six.  However,

these representations were misleading because the Kits in fact were not suitable for

children because they contained lead far in excess of the allowable limit.

Respondents' marketing of the Kits was therefore misleading and deceptive to

consumers in violation of GBL § 349.

Similarly, GBL § 350 prohibits "[f]alse advertising in the conduct of any

business, trade or commerce."  "Advertising" explicitly includes "labeling" and, more

broadly, "representations made by statement, word, design, device, sound or any

combination thereof."  GBL § 350-a(1).  Advertising is false under Section 350 if it

"is misleading in a material respect."  *Id.*  Misleading advertising includes "not only

representations" but also "the extent to which the advertising fails to reveal facts

material in the light of such representations with respect to the commodity[.]"  *Id.*

Under Section 350, statements or omissions need not rise to the level of common

law fraud, but need only be likely to mislead a reasonable consumer acting

reasonably under the circumstances.  *See Applied Card Sys.*, 27 A.D.3d at 106–07.

Here, there is no question that LaRose and Target advertised the Kits as

suitable for children by "labeling" the Kits with a "6+" age label and pictures of

children using the Kits.  Meanwhile, Walmart and Target also advertised the Kits

as suitable for children by displaying the Kits with this packaging on their store

shelves and websites, specifically in sections of their stores and websites designated

19

for toys and children's products.  Respondents' advertising of the Kits as suitable for children was misleading because the Kits contained slider bracelets with lead in excess of the allowable limit.

Respondents' marketing also constituted fraud under Executive Law § 63(12). Under Section 63(12), "fraud" and "fraudulent" refer to "any device, scheme or artifice to defraud and any deception, misrepresentation, concealment, suppression, false pretense, false promise or unconscionable contractual provisions."  It is not necessary to establish the elements of common law fraud, such as intent to deceive. *See, e.g.*, *State v. Ford Motor Co.*, 136 A.D.2d 154, 158 (3d Dep't 1988), *aff'd*, 74 N.Y.2d 495 (1989); *Lefkowitz v. Bull Inv. Group*, 46 A.D.2d 25, 28 (3d Dep't 1974), *aff'd*, 35 N.Y.2d 647 (1975).  The test of fraudulent conduct is simply whether the act or practice has the capacity or tendency to deceive, or creates an atmosphere conducive to fraud. *Applied Card Sys.*, 27 A.D.3d at 106.  For the same reasons that respondents' marketing of the Kits violated GBL §§ 349 and 350, it also violated Section 63(12).

These violations constituted "repeated" illegality and fraud in the conduct of business within the meaning of Executive Law § 63(12) because respondents' marketing of the Kits was illegal or fraudulent under GBL §§ 349 and 350 and Section 63(12) and thousands of Kits were deceptively packaged, labeled, placed for sale, or sold.  Respondents' conduct is therefore repeated illegality and fraud that is properly the subject of a special proceeding under Executive Law § 63(12).

## POINT III

## THE STATE IS ENTITLED TO PENALTIES AND INJUNCTIVE RELIEF

### A.     The Court Should Order Respondents to Pay Civil Penalties.

Section 63(12) entitles the Attorney General to recover penalties provided for under the statute she seeks to enforce. *See, e.g.*, *Apple Health*, 80 N.Y.2d at 807; *Empyre Inground Pools*, 227 A.D.2d 731.  The State is entitled to penalties under GBL § 396-k(2), which provides for the assessment of a civil penalty of up to $4,000 for each knowing and willful violation of its prohibition on hazardous toys and $1,000 per violation otherwise, and GBL § 350-d, which provides for a civil penalty of up to $5,000 for each violation of Sections 349 and 350's prohibitions on deceptive acts and false advertising.

Each Kit with a slider bracelet containing lead in excess of the 100 ppm standard that was imported, distributed, sold, or held for sale by a given respondent constitutes a separate violation of GBL § 396-k.  *Cf. United States v. Shelton Wholesale, Inc.*, 34 F. Supp. 2d 1147, 1164–65 (W.D. Mo. 1999) (assessing penalties per device failing CPSC standards).  For GBL §§ 349 and 350, each Kit that was imported, distributed, sold, or held for sale by a given respondent constitutes an additional and separate violation.  *See People v. Lipsitz*, 174 Misc. 2d 571, 584 (Sup. Ct. N.Y. Cty. 1997) (assessing penalties for violations of GBL §§ 349 and 350 per improper advertisement and consumer transaction); *People v. Applied Card Sys., Inc.*, 2006 N.Y. Misc. LEXIS 9527, at *23, *31 (Sup. Ct. Alb Cty. Jan. 19, 2006)

(citing *Lipsitz*).  Therefore, respondents are liable for at least the following numbers of violations of GBL §§ 396-k and 349–350:

|  | **§ 396-k** | **§§ 349, 350** |
|---|---|---|
| **LaRose** | 8,924 (96% of 9296) | 9,296 |
| **Target** | 3,261 (96% of 3397) | 3,397 |
| **Walmart** | 1,189 (96% of 1239) | 1,239 |

*See* pp. 11–12, 14–15 above.

The principles governing the appropriate amount of a penalty for violation of a consumer protection statute are set forth in *Meyers Bros. Parking Systems v. Sherman*, 87 A.D.2d 562, 563 (1st Dep't 1982), *aff'd*, 57 N.Y.2d 653 (1982), where the court held that the penalty for violation of a consumer protection statute should not be so small as to represent merely the "cost of doing business" but should be large enough to serve as a warning.  Thus, in assessing a per-Kit penalty for each respondent's violations, the Court should fix amounts that that are fair and that will serve as a warning to discourage this kind of wrongful conduct.

Because LaRose, as the importer, was responsible for the Kits' testing and certification, it should pay a higher penalty for its violations of GBL § 396-k.  The Court should assess a penalty of up to the statutory maximum of $1,000 for each violation, but at least equal to the approximate retail price of a Base Kit ($25.00) plus a 50% additional penalty ($12.50).  Similarly, because LaRose was responsible for designing and developing the Kits' packaging, as well as ensuring that the Kits complied with applicable safety requirements, the Court should assess a per-Kit

22

penalty under GBL §§ 349 and 350 of up to the statutory maximum of $5,000

apiece, but at least equal to the approximate retail price of a Base Kit ($25.00) plus

a 50% additional penalty ($12.50).

Target was the importer of most or all of the My Look Kits, making it

responsible for their proper testing and certification, and it also sold all the My

Look Kits. Target should therefore also be liable for a higher penalty.  The Court

should assess a GBL § 396-k penalty of up to the statutory maximum of $1,000 for

each violation, but at least equal to the approximate retail price of a Base Kit

($25.00) plus a 50% additional penalty ($12.50).  Similarly, because Target was

responsible for the My Look Kits' packaging and directly marketed and displayed

the My Look Kits to consumers, while also having a responsibility for the Kits'

underlying safety, Target should likewise be liable for a higher penalty under GBL

§§ 349 and 350.  The Court should fix a per-Kit penalty of up to the statutory

maximum of $5,000, but at least equal to the approximate retail price of a Base Kit

($25.00) plus a 50% additional penalty ($12.50).

Walmart failed to confirm that the Kits were safe to sell to children in New

York.  As discussed above, Walmart did not hold, or request from LaRose, a

certificate of compliance for the Kits until *after* being notified of the Attorney

General's investigation.  Therefore, the Court should fix a penalty under GBL § 396-

k up to the statutory maximum of $1,000 for each violation, but at least equal to the

approximate retail price of a Base Kit ($25.00).  Similarly, Walmart is responsible

for deceiving consumers by marketing, promoting, and displaying the Kits for

23

children in its stores and online.  Therefore, the Court should fix a per-Kit penalty
up to the statutory maximum of $5,000 for violations of GBL §§ 349 and 350, but at
least equal to the approximate retail price of a Base Kit ($25.00).

Based on those penalties per violation multiplied by the number of violations,
the Court should assess *at least* these penalty amounts against respondents:

|  | § 396-k | §§ 349, 350 |
|---|---|---|
| **LaRose** | $334,650.00 | $348,600.00 |
| **Target** | $122,287.50 | $127,387.50 |
| **Walmart** | $29,725.00 | $30,975.00 |

In the event that any of the respondents are party to a contract that
indemnifies them against the payment of the penalties sought here, this Court
should order that no respondent may pay any penalty on behalf of another
respondent.  Where "fines or similar penalties [are] imposed, civil or criminal, public
policy considerations preclude either indemnification or contribution for the
consequences of the illegal acts."  *Elican Holdings, Inc. v. Hudson Oil Ref. Corp.*,
466 N.Y.S.2d 22, 23 (1st Dep't 1983) (distinguishing fines and penalties from "clean-
up costs and other similar expenses," for which "contribution or indemnity may be
obtained").  As the Court of Appeals has explained in denying insurance
indemnification for punitive damages awards, "the purpose of punitive damages . . .
is to punish and to deter others from acting similarly."  *Cf. Home Ins. Co. v. Am.
Home Prods. Corp.*, 75 N.Y.2d 196, 200 (1990); *see also Biondi v. Beekman Hill*

24

*House Apartment Corp.*, 94 N.Y.2d 659, 663–67 (2000) (extending *Home Ins. Co.* to an indemnification agreement outside the insurance context).

Any indemnity agreement among the respondents here would violate public policy by undermining the deterrent effect of the civil penalty provisions of GBL §§ 396-k, 349, and 350. Therefore, in fixing penalties in this action, the Court should use its equitable authority to proscribe any respondent from indemnifying or otherwise reimbursing any other respondent for such penalties. *See S.E.C. v. Tourre*, 4 F. Supp. 3d 579, 597–98 (S.D.N.Y. 2014) (ordering that defendant could not be reimbursed for penalties by co-violator).

Finally, in any action or proceeding pursuant to Executive Law § 63(12) or GBL §§ 349 or 350, pursuant to CPLR § 8303(a)(6), the Attorney General is entitled to recover an additional $2,000 against each defendant. The Court should award this additional allowance here.

### B. The Court Should Grant Injunctive Relief to Protect Against Future Harm to Children in New York.

Executive Law § 63(12) authorizes the Court to grant injunctive relief for repeated or persistent fraudulent or illegal conduct. GBL §§ 396-k(2) and 349(b) also explicitly authorize such relief. Where, as here, the record establishes repeated fraud and illegality in the conduct of business, courts routinely grant ongoing injunctive relief in proceedings brought pursuant to Executive Law § 63(12). *See, e.g.*, *State v. Princess Prestige Co.*, 42 N.Y.2d 104, 107 (1977). In addition to enjoining future illegal or fraudulent practices, courts can fashion whatever relief is

25

necessary to protect consumers. *See, e.g.*, *State v. Cohen*, 473 N.Y.S.2d 98 (Sup. Ct. N.Y. Cty. 1983).

Injunctive relief is not moot if the conduct at issue has been discontinued but is capable of repetition, because such discontinuance is no guarantee that the conduct will not be resumed at a later date. The voluntary undertaking of remedial measures does not assure continuing compliance. *See, e.g.*, *Applied Card Sys.*, 27 A.D.3d at 109; *People of the State of New York v. Gen. Elec. Co.*, 302 A.D.2d 314, 316 (1st Dep't 2003).

Although the Attorney General's investigation prompted a recall of the Kits, and LaRose has made certain changes to its consumer product safety practices, there is no guarantee that LaRose will maintain those practices. Moreover, the other respondents have thus far failed to take any measures to protect against future incidents in which toys containing hazardous substances are imported and sold and marketed to consumers as suitable for children. Permanent injunctive relief is thus warranted here to require respondents to take and maintain such measures.

This Court should permanently enjoin respondents from violating GBL §§ 396-k, 349, and 350 and Executive Law § 63(12). In addition, the Court should award relief to protect against future exposure of children in New York to hazardous toys imported and sold by respondents. Specifically, the Court should direct LaRose and Target (in its capacity as an importer) to adopt within six months a quality control program with the following components:

a) A Director of Quality Control (or a similar title) whose responsibilities include supervising quality control in overseas manufacturing operations; and evaluating vendors and sub-vendors, including those who provide components and raw materials;

b) A requirement that vendors of finished products obtain components and raw materials from pre-approved suppliers and test samples of incoming components and raw materials;

c) A testing program pursuant to which the importer or a third-party, but not the manufacturer, randomly selects the toys to be tested for compliance with the permissible lead limit by a CPSC-accepted laboratory;

d) Unannounced quality control audits of vendors;

e) Timely issuance of certificates of compliance in accordance with 15 U.S.C. § 2063;

f) A written quality control manual that includes all of the above elements (a)–(e).

These requirements are tailored to address the deficiencies in LaRose's and Target's practices that the Attorney General found in her investigation. One deficiency is that LaRose's manufacturers chose the Kits that were tested for compliance with federal regulations. While the Kits chosen by LaRose's manufacturer passed, every single subsequent, randomly chosen Kit failed. Indeed,

the Attorney General tested Kits that had been manufactured on the same day as the ones LaRose initially tested, but while the LaRose Kits passed, the Attorney General's Kits failed.  These facts support directing the importer or a third-party (such as the testing laboratory) to select the toys to be tested, rather than allowing the manufacturer to choose.  Obtaining components and raw materials from pre-approved suppliers and testing samples of those components and raw materials before they go into finished products provide an additional layer of safety, as do unannounced quality control audits of vendors.

Similarly, testimony from a LaRose employee revealed that LaRose did not timely create the certificates of compliance required under 15 U.S.C. § 2063.  The statute states that certificates "shall accompany the applicable product or shipment of products covered by the same certificate and a copy of the certificate shall be furnished to each distributor or retailer of the product."  15 U.S.C. § 2063(g)(3).  LaRose, however, did not create the certificate until it was requested by the customer.  Daddea Tr. 109–10.

Testimony from LaRose also indicated that at the time the Kits were being manufactured and imported, the summer and fall of 2015, LaRose did not have a director of quality control or a written quality control manual.  Daddea Tr. 52–55, 76.  Written quality control procedures and requiring a manager to be responsible for implementing those procedures are likewise requirements designed to ensure that employees and vendors are familiar with and follow the applicable product safety requirements.

28

The Court should also direct Walmart and Target (in its capacity as a retailer) each to:

a. Confirm that a valid certificate of compliance exists for each toy it receives from an importer for sale in New York;

b. Within 90 days of this Court's order, engage an outside auditor to develop and implement a program to randomly select three percent of the toys it receives from an importer for sale in New York to be tested for lead by a CPSC-approved laboratory. Such testing will be done during the retailers' four highest sales periods per year. The retailers shall provide the testing results to the Attorney General's office; and

c. Maintain the above testing program in (b) for a period of three years.

These measures will require Walmart and Target to confirm that the toys they sell in New York are safe for children.

29

## CONCLUSION

For the reasons set forth in this memorandum, the Court should make a summary determination in the State's favor and grant injunctive relief and civil penalties.

Dated: December 13, 2018
New York, New York

BARBARA D. UNDERWOOD
Attorney General of the State of New York
Attorney for Plaintiffs

By: _____

Channing Wistar-Jones
Assistant Attorney General
Environmental Protection Bureau
28 Liberty Street, 19th Floor
New York, New York 10005
212-416-8082

30

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ALBANY
———————————————————————— x
                                                      :
THE PEOPLE OF THE STATE OF NEW YORK,  :
by BARBARA UNDERWOOD, Attorney General  :
of the State of New York,                             :
                                                      :
      Petitioners,                             :        Index No. 907519-18
                                                      :        RJI No. 01-18-130331
                                                      :        Assigned Judge: Richard Platkin
          - against -                           :
                                                      :        **WORD COUNT**
TARGET CORPORATION, WALMART INC.,       :        **CERTIFICATION**
and LAROSE INDUSTRIES LLC,                   :
                                                      :
      Respondents.                            :
                                                      :
———————————————————————— x

      Channing Wistar-Jones, an attorney in the Office of the Attorney General of

the State of New York, hereby certifies that according to the word count feature

of the word processing program used to prepare the Memorandum of Law in

Support Verified Petition, the memorandum contains 6,928 words and complies

with Rule 17 of the Rules of the Commercial Division.

Dated: December 13, 2018
      New York, New York


                          _____
                          Channing Wistar-Jones
                          Assistant Attorney General
                          Environmental Protection Bureau
                          28 Liberty Street, 19th Floor
                          New York, New York 10005
                          212-416-8082

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ALBANY

------------------------------------------------------------------x

THE PEOPLE OF THE STATE OF NEW YORK,
by BARBARA D. UNDERWOOD, Attorney
General of the State of New York,

**AFFIDAVIT OF JODI FELD**

                         Petitioners,

                - against -

INDEX NO. 907519-18
RJI NO. 01-18-130331

TARGET CORPORATION, WALMART INC., and
LAROSE INDUSTRIES LLC,

Assigned Judge:
Richard Platkin

                      Respondents.

------------------------------------------------------------------x

State of New York
              ss.:
County of New York

       Jodi Feld, being duly sworn deposes and says:

## I.    **Background and Credentials**

       1.      I am the Chief Environmental Scientist in the New York City office of

the State of New York Office of the Attorney General's (Attorney General)

Environmental Protection Bureau.  My responsibilities include the conduct of

research and scientific analysis to support the office's litigation, legislative

initiatives, and policy positions.  I also review and analyze legal and scientific

documents, and prepare scientific reports and supervise other Attorney General

scientists who conduct similar activities.

       2.      I received a Bachelor of Arts degree in Environmental Science from the

State University of New York at Binghamton and a Master of Science degree in

Water Resources Management from the University of Wisconsin at Madison.

3.      I submit this affidavit in support of the Attorney General's verified petition for injunctive relief and penalties against the respondents for importing, distributing, selling, and holding for sale toys that contain more than the 100 part per million (ppm) of lead permitted by law (permissible lead limit).  This affidavit is based on my personal knowledge and my review of the files maintained by the Attorney General.

## II.     The Attorney General's Purchase and Analysis of Cra-Z-Art Cra-Z-Jewelz Gem Creations Kits

4.      Lead is a potent toxin that, among other harms, can impair neurological development and physical growth in children. Even low levels of lead in children's bloodstream can result in behavior and learning problems, lower IQ, hyperactivity, slowed growth, hearing problems and anemia.  *See, e.g.*, https://www.epa.gov/lead/learn-about-lead#.

5.      In 2015, the Attorney General began an investigation into lead in children's toys. As part of that investigation, the Attorney General purchased and analyzed Cra-Z-Jewelz Gem Creations kits (Kits), which were imported and distributed by LaRose Industries LLC (LaRose), from the retailers Target, Kmart and Toys "R" Us, among others. The Kits that Target sold were labeled My Look Ultimate Gem Machine (My Look Base Kits).  *See* Transcript of hearing of June Daddea, March 8, 2017 (Daddea Tr.) at 36:5.[1]  Other retailers sold kits that were

---

[1] A complete copy of the Daddea transcript is included as Exhibit A in the Appendix accompanying the Verified Petition.

labeled Shimmer 'n Sparkle Ultimate Gem Machine (Shimmer 'n Sparkle Base Kits), which were materially identical to the My Look Base Kits.

6.      Each Base Kit contained a component which LaRose refers to as a "slider bracelet" (some of the test results refer to this component as a "band," "strap," "tan material" or other similar designations), which is a plastic, fake leather band that resembled a watchband, with holes and a buckle.  Each slider bracelet had a tan underside that lies next to the child's skin, and a colored material on the top side.  The child could attach colored "gems" to the slider bracelet to create a "jewelry" item.

7.      LaRose also imported the Shimmer 'n Sparkle Gem Charm and Slider Bracelets (Refill Kits) which supplemented the Base Kits with four additional slider bracelets and additional gems.   The Attorney General found and purchased the Refill Kits only from Toys "R" Us.

**Target**

8.      On October 15, 2015, I visited the Target store located at 999 Corporate Drive, Westbury, NY 11590 and purchased a My Look Base Kit having UPC Code 884920466340 and Batch # BCH006213A10-0715. The Kit was held and displayed for sale in the toy section of the store.

9.      On February 8, 2016, at my request, staff in the Attorney General's Buffalo regional office purchased another My Look Base Kit at the Target located at 2626 Delaware Avenue, Buffalo, NY 14216, having UPC Code 884920466340 and Batch # BCHTAR741A28-1015. *See* Affidavit of Jennifer Nalbone dated December

FILED: ALBANY COUNTY CLERK 12/13/2018 11:42 PM
NYSCEF DOC. NO.        Case 1:19-cv-00040-MAD-CFH   Document 2   Filed 01/10/19   Page 75 of 486   RECEIVED NYSCEF: 12/13/2018

INDEX NO. 907519-18

5, 2018 at ¶5. (Nalbone Aff.).

10.     On February 10, 2016, at my request, an intern in the Attorney
General's Syracuse Regional Office purchased another My Look Base Kit at the
Target located at 340 Towne Drive, Fayetteville, NY 13066, having UPC Code
884920466340 and Batch # BCHTAR742A28-1015.

11.     On February 21, 2017, Target, in response to a request of from Yueh-
Ru Chu, an attorney in the Attorney General's Environmental Protection Bureau,
sent 20 additional My Look Base Kits to the Attorney General from Target store
inventories in New York.

### Kmart

12.     On November 17, 2015, I visited the Kmart store at One Penn Plaza,
NY 10119 and purchased a Shimmer 'n Sparkle Base Kit having UPC Code
884920174504 and Batch # BCH006178A13-0715. The Kit was held and displayed
for sale in the toy section of the store.

13.     On February 8, 2016, at my request, staff in the Attorney General's
Buffalo regional office purchased another Shimmer 'n Sparkle Base Kit at the
Kmart located at 2055 Walden Avenue, Cheektowaga, NY 14225 having UPC Code
884920174504 and Batch # BCH006178A13-0715. *See* Nalbone Aff. at ¶6.

14.     On February 10, 2016, at my request an intern in the Attorney
General's Syracuse Regional Office, purchased another Shimmer 'n Sparkle Base
Kit at the Kmart located at 8007 Oswego Road, Liverpool, NY 13090 having UPC
Code 884920174504 and Batch # BCH006178A13-0715.

4

### Toys "R" Us

15.    On November 13, 2015, I visited the Toys "R" Us store at 117 Old Country Road, Carle Place, NY 11514 and purchased a Shimmer 'n Sparkle Base Kit having UPC Code 884920174504 and Batch # BCH006178A13-0715.

16.    On November 13, 2015, I visited the Toys "R" Us store at 117 Old Country Road, Carle Place, NY 11514 and purchased a Shimmer 'n Sparkle Refill Kit having UPC Code 884920174849 and Batch # BCH006431A28-0715.

17.    On February 14, 2016, at my request, an intern in the Attorney General's Syracuse Regional Office purchased another Shimmer 'n Sparkle Refill Kit at the Toys "R" Us located at 4155 NY-31 Great Northern Mall, Clay, NY 13041 having UPC Code 884920174849 and Batch # BCH006254A10-0815.

18.    On February 8, 2016, at my request, staff in the Attorney General's Buffalo regional office purchased another Shimmer 'n Sparkle Base Kit at the Toys "R" Us located at 3030 Sheridan Drive, Amherst, NY 14226 having UPC Code 884920174504 and Batch # BCH006431A28-0815. *See* Nalbone Aff. at ¶7.

19.    All Kits were securely stored at our offices located at 120 Broadway, New York, NY 10271 until they were sent to a testing lab for analysis for compliance with the Consumer Product Safety Act requirement for lead in substrate, which specifies a  permissible lead limit of 100 parts per million (ppm).[2]

---

[2] *See* 15 U.S.C. § 1278a(a)(2)(C); 16 C.F.R. §§ 1200.2, 1500.91(a); 76 Fed. Reg. 44,463 (July 26, 2011) (permissible lead limit).

5

### III.    Analysis of Kits by the Attorney General

20.    I sent all Kits to be tested to ANSECO Group, LLC, located at 4455 Genesee Street, Buffalo, NY 14225 (ANSECO). ANSECO is accepted by the federal Consumer Product Safety Commission (CPSC) to test for lead in children's products. *See* https://www.cpsc.gov/cgi-bin/labsearch (listing CPSC-accepted testing laboratories).

21.    ANSECO tested the jewelry-making slider bracelets in each Kit for compliance with the permissible lead limit. The tan underside of every slider bracelet in the 23 Kits obtained from Target, the 3 Kits obtained from Kmart and the 4 Kits obtained from Toys "R" Us contained lead in excess of the 100 ppm permissible lead limit. A table summarizing all of the ANSECO test results is included as Exhibit B in the Appendix. The ANSECO analytical reports, identified by Bates numbers OAG 000001 to OAG 000036, were produced to the respondents by the Attorney General and are included as Exhibit C in the Appendix.

### IV.    Analysis of Kits by LaRose and CPSC

22.    In April 2016, the Attorney General notified CPSC, LaRose, and the retailers named here as respondents, as well as Kmart and Toys "R" Us, of the lead testing results discussed above.  In response, LaRose tested 12 additional Base and Refill Kits (14 observations of the tan material on the underside of the slider bracelets) for compliance with the permissible lead limit and reported the results to CPSC. SGS North America Inc., located at 291 Fairfield Ave, Fairfield, NJ 07004 (SGS), a CPSC-accepted testing lab, conducted the testing for LaRose.

6

23.     Every slider bracelet tested by SGS on behalf of LaRose contained lead in excess of the 100 ppm permissible lead limit.[3] A table summarizing all of the SGS test results is included as Exhibit D in the Appendix. The SGS analytical reports, which were produced by LaRose and identified by Bates numbers L000010 to L000017 and L000023 to L000044, are included as Exhibit E in the Appendix.

24.     Furthermore, in April 2016, CPSC tested 3 additional Kits (7 observations) using X-Ray Fluorescence Spectroscopy. Again, every slider bracelet tested by CPSC contained lead in excess of the 100 ppm permissible lead limit.   A table summarizing all of the CPSC test results is included as Exhibit F in the Appendix.  The CPSC analytical reports, which were produced by LaRose and identified by Bates numbers L003786 to L003804, are included as Exhibit G in the Appendix.

## V.     LaRose's Consumer Product Safety Act Compliance Testing

25.     LaRose provided the Attorney General with copies of analytical reports prepared by SGS Labs in Hong Kong on behalf of LaRose and Target, dated around the time LaRose and Target began importing the Kits. These documents, which were produced by LaRose and identified by Bates numbers L000069 to L00075, L000175-L000192, and L000302-L000313, are included as Exhibit H in the Appendix.  Specifically, LaRose submitted one Shimmer 'n Sparkle Base Kit and, on

---

[3] In addition, these SGS reports indicated that some of the Kits tested also had lead concentrations exceeding the permissible limit of 90 ppm for lead in paint/surface coatings.  15 U.S.C. § 1278a(f)(1).  The Attorney General is not including this data in our analysis because we did not test for lead in paint/surface coatings.

7

Target's behalf, one My Look Base Kit, to be tested for compliance with the permissible lead limit as well as other CPSC safety requirements.  The reports do not clearly indicate that SGS tested the tan underside of the slider bracelets except, possibly, as samples that were a composite of the tan and colored slider bracelet materials and/or other parts in the Kits.  *See* Exhibit H at L000179, L00186, L000306 (referring to "Light brown foam sheet w/ light brown woven backing (Strap)", tested together with "White woven band w/ silvery plastic strip (Elastic band)" and/or "Dark pink surfaced white foam sheet w/ white mesh backing (Strap)").

26.    LaRose also produced to the Attorney General a test report issued April 26, 2016 showing that MTS Hong Kong, another CPSC-accepted laboratory, tested the components of a Refill Kit for compliance with the permissible lead limit. This document, which was produced by LaRose and identified by Bates numbers L000003 to L000008, is also included in Exhibit H of the Appendix.  It is unclear when or why LaRose had this Refill Kit tested.  The test report indicates the "Date of Submission" as "Nov 25, 2015/Dec 17, 2015/Jan 19, 2016," and the "Test Performance Date" as "Nov 25, 2015- Apr 26, 2016."  The results from this test report do not appear to have been used by LaRose in support of the CPSC-required compliance testing before importation, because it was not issued until <u>after</u> the Refill Kits had been imported.  However, since the report indicates that testing was performed for the permissible lead limit, which is at issue here, we are including this test result in our analysis.  The report does not clearly indicate that MTS tested

8

the tan underside of the slider bracelets except, possibly, as samples that were a composite of the tan and colored slider bracelet materials. *See* L000004, Exhibit H (referring to test items described as "Pink/Brown Printed Plastic (Strap)" and "Pink/Light Brown Printed Plastic (Strap)").

27.     LaRose and Target also produced documents to the Attorney General certifying the Kits' compliance with federal consumer product safety requirements. These documents, which are identified by the Bates numbers L000018 to L000021 and TAR-FIG-0000251 to TAR-FIG-0000252, are included in Exhibit O in the Appendix. Exhibit O also includes an email produced by LaRose, identified by the Bates numbers L004060 to L00004061, that explains the date of issuance which appears on the LaRose certificate for the Shimmer 'n Sparkle Base Kits.

## VI.    The Number of Toys Attributable to Each Respondent

28.     Based on documents produced by Target to the Attorney General in response to an Exec. Law § 63(12) subpoena, Target imported, distributed, sold, and/or held for sale at least 3397 Kits in New York from August 2015 to April 2016. These documents are identified by the Bates numbers shown in the table below and are included as Exhibit I in the Appendix.  This number is broken down as follows:

9

|       | Description | Source |
|-------|-------------|--------|
| 2528  | Kits sold in NY stores and online to NY customers | TAR-SCU-00000004 (shipments to NY customers) <br> TAR-SCU-00000008 (in-store sales in NY) |
| 644   | Kits remaining in Target distribution centers in NY as of March 2016, but not delivered to stores | TAR-SCU-00000013 |
| 225   | Kits remaining in Target stores in NY as of April 2016, but not sold to customers | TAR-SCU-00000014 |
| TOTAL **3397** |  |  |

This 3397 total may undercount the total number of toys that Target imported, distributed, sold, and/or held for sale in New York, because it does not include Base Kits that may have been sent to a distribution center in New York, but sold or held for sale in a neighboring state. Documents that LaRose and Target submitted to the CPSC also indicated that Target was the importer of the above-counted My Look Kits. These documents are identified by the Bates numbers L003809 to L003812, and are included as Exhibit K in the Appendix. However, testimony provided to the Attorney General by a LaRose representative suggests that LaRose may have imported and/or distributed some of the My Look Kits for Target. *See* Daddea Tr. at 40:8-41:4. A document produced by LaRose to the Attorney General also indicates that LaRose distributed some of the My Look Kits to Target, though it is unclear who the importer of record was for these Kits. This

10

document is identified by Bates Number L000002 and is included as Exhibit J in the Appendix.

29.     Based on documents produced by Walmart to the Attorney General in response to an Exec. Law § 63(12) subpoena, Walmart distributed, sold, and/or held for sale at least 1239 Base Kits in New York from October 9, 2015 to April 21, 2016. These documents are identified by the Bates numbers shown in the table below and are included as Exhibit L in the Appendix. This number is broken down as follows:

|  | Description | Source |
|---|---|---|
| 1120 | Kits sold in NY stores and online to NY customers | WM-2016010510C0000033 (shipments to NY customers) <br> WM-2016010510C0000034 (in-store sales in NY) |
| 119 | Recalled from NY stores | WM-2016010510C0000048 |
| TOTAL **1239** | | |

This 1239 total may undercount the total number of toys that Walmart distributed, sold, or held for sale in New York because it does not include Base Kits that may have been sent to a distribution center in New York, but were sold or held for sale in a neighboring state.  The above documents indicate that most of these Kits were Base Kits, with a small number of Refill Kits.  All Kits sold by Walmart were branded "Shimmer 'n Sparkle."

30.     Based on documents produced by Kmart to the Attorney General in response to an Exec. Law § 63(12) subpoena, Kmart distributed, sold, and/or held for sale at least 427 Kits in New York from late 2015 to late April 2016. These

11

documents are identified by the Bates numbers shown in the table below and are included as Exhibit M in the Appendix. This number is broken down as follows:

|  | Description | Source |
|---|---|---|
| 301 | Kits sold in NY stores and shipments to NY customers | K000001 (in-store sales in NY) K000014 (shipments to NY customers) |
| 126 | Held in NY stores as of 4/21/16 | Response to Request for Information |
| TOTAL **427** |  |  |

This 427 total may undercount the total number of toys that Kmart distributed, sold, or held for sale in New York because it does not include Base Kits that may have been sent to a distribution center in New York, but were sold or held for sale in a neighboring state.  All Kits sold by Kmart were Base Kits branded "Shimmer 'n Sparkle."

31.    Although Kmart Corporation filed for bankruptcy in October 2018 and therefore is not named as a respondent here, the number of toys it sold in New York is relevant for the purpose of determining the total number of toys imported and distributed by LaRose for sale in New York.

32.    Based on documents produced by Toys "R" Us to the Attorney General in response to an Exec. Law § 63(12) subpoena, Toys "R" Us distributed, sold, and/or held for sale at least 5134 Kits in New York. These documents are identified by the Bates numbers shown in the table below and are included as Exhibit N in the Appendix. This number is broken down as follows:

12

|  | Description | Source |
|---|---|---|
| 4689 | Kits sold in NY stores and shipments to NY customers | TRU_000001 |
| 445 | Kits remaining in NY stores on 4/22/16 | TRU_000002 |
| TOTAL **5134** |  |  |

This 5134 total may undercount the total number of toys that Toys "R" Us distributed, sold, or held for sale in New York, in that it does not include additional Kits that may have been distributed in New York, but sold or held for sale in neighboring states.  The above documents indicate that a majority of these Kits were Base Kits, with some Refill Kits.  All Kits sold by Toys "R" Us were branded "Shimmer 'n Sparkle."

33.     Although Toys "R" Us filed for bankruptcy in September 2017 and therefore is not named as a respondent here, the number of toys it sold in New York is relevant for the purpose of determining the total number of toys imported and distributed by LaRose for sale in New York.

34.     Based on the documents produced by the respondents, as well as Kmart and Toys "R" Us, to the Attorney General in response to Exec. Law § 63(12) subpoenas, LaRose imported and distributed at least 9296 Kits into New York. *See* Ex. J (L000002).  This number is broken down as follows:

|       | Description                                                  | Source                                                                             |
| ----- | ------------------------------------------------------------ | ---------------------------------------------------------------------------------- |
| 6800  | Shimmer 'n Sparkle Kits imported for sale in NY              | Sum of all Kits sold and held for sale by Walmart, Kmart and Toys "R" Us (see above) |
| 2496  | My Look Kits distributed to Target distribution centers in NY | L000002 (note: each "unit" holds 4 toys)                                           |
| TOTAL **9296** |                                                    |                                                                                    |

This 9296 total undercounts the total number of toys imported by LaRose and distributed or sold in New York in that it does not include "Shimmer 'n Sparkle" Kits imported by LaRose and sold or held for sale by retailers in New York other than Walmart, Kmart, or Toys "R" Us; "Shimmer 'n Sparkle" Kits imported by LaRose and distributed, but not sold or held for sale, in New York; and "My Look" Kits imported and/or distributed by LaRose and sold or held for sale by Target in New York, but not distributed through a New York distribution center.

35.      LaRose imported and distributed all Shimmer 'n Sparkle Kits sold or held for sale in New York. June Daddea, a LaRose employee, testified that LaRose acted as the importer of record for some of the My Look branded Kits, while Target was the importer of record for others.  Daddea Tr. at 40:8-41:4; 41:20-42:11. Documents that LaRose and Target sent to CPSC indicate that Target was the importer for My Look Kits.  *See* Exhibit K at L003811 and at TAR-MOR-0000173. For the purposes of this accounting, we have attributed to LaRose only those My

14

Look Kits that LaRose records clearly indicate it distributed to Target distribution centers in New York. *See* Exhibit J.

WHEREFORE, I respectfully request that the Court grant the relief sought.

_____

JODI FELD

Sworn to before me this

11th day of December, 2018

_____

Notary Public

AMANDA M. MOODY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MO6185666
Qualified in Westchester County
My Commission Expires 4-21-20

15

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ALBANY

———————————————————————————— x

THE PEOPLE OF THE STATE OF NEW YORK, :
by BARBARA UNDERWOOD, Attorney General :
of the State of New York, :

        Petitioners, :

        - against - :

TARGET CORPORATION, WALMART INC., :
and LAROSE INDUSTRIES LLC, :

        Respondents. :

———————————————————————————— x

Index No. 907519-18
RJI No. 01-18-130331
Assigned Judge: Richard Platkin

**WORD COUNT**
**CERTIFICATION**

      Channing Wistar-Jones, an attorney in the Office of the Attorney General of

the State of New York, hereby certifies that according to the word count feature

of the word processing program used to prepare the Affidavit of Jodi Feld, the

affidavit contains 3,277 words and complies with Rule 17 of the Rules of the

Commercial Division.

Dated: December 13, 2018
      New York, New York

                           Channing Wistar-Jones
                           Assistant Attorney General
                           Environmental Protection Bureau
                           28 Liberty Street, 19th Floor
                           New York, New York 10005
                           212-416-8082

## Appendix to Feld Affidavit
## EXHIBIT LIST

*Bates numbers included where applicable*

A. Transcript of Testimony of June Daddea, March 8, 2017

B. Summary of ANSECO Test Results

C. ANSECO Test Results

- OAG 000001 – OAG 000036

D. Summary of SGS North America Test Results

E. SGS North America Test Results

- L000010 – L000017
- L000023 – L000044

F. Summary of CPSC Test Results

G. CPSC Test Results

- L003786 – L003804

H. Results for Kits Submitted for Testing by Respondents Prior to Learning about Attorney General's Investigation

- L000069 – L000075
- L000175 – L000192
- L000302 – L000313
- L000003 – L000008

I. Target Distribution, Sales, and Inventory Data

- TAR-SCU-00000004*
- TAR-SCU-00000008*
- TAR-SCU-00000013 – TAR-SCU-00000016*

J. LaRose Distribution Data

- L000002*

K. Submissions by LaRose and Target to CPSC

- L003809 – L003812*
- TAR-MOR-0000173 – TAR-MOR-0000178*

L. Walmart Sales and Recall Data

- WM-2016010510C0000033*
- WM-2016010510C0000034*
- WM-2016010510C0000048*

M. Kmart Sales Data and Recall/Inventory Information

- Kmart_000001*
- Kmart_000014*
- Kmart Response to Attorney General's Requests for Information*

N. Toys "R" Us Sales and Inventory Data

- TRU_000001*
- TRU_000002*

O. LaRose and Target Certificates of Compliance

- L000018 – L000021
- L004060 – L004061*
- TAR-FIG-0000251 – TAR-FIG-0000252

* Withheld in public filing:  As explained in the memorandum of law accompanying the verified petition, many documents were marked "Confidential" by respondents when they produced them to the Attorney General's office, although the office did not take a position on the documents' confidentiality at that time.  In order to provide respondents with the opportunity to seek judicial intervention to prevent publication of these documents, we are withholding from public filing all documents marked "Confidential" except test results that were provided to the CPSC and certificates of compliance for the Kits.  These documents are not confidential under Part 216 of the Uniform Court rules or Pub. Off. L. § 87(2)(d).

# EXHIBIT A

Page 1

1    STATE OF NEW YORK
     OFFICE OF THE ATTORNEY GENERAL
2    ENVIRONMENTAL PROTECTION BUREAU
     --------------------------------------------X
3
     IN THE MATTER OF THE INVESTIGATION BY ERIC T.
4    SCHNEIDERMAN, ATTORNEY GENERAL OF THE STATE
     OF NEW YORK OF
5
     LAROSE TOYS
6
     --------------------------------------------X
7
                     120 Broadway
8                    New York, New York
9                    March 8, 2017
10                   10:45 a.m.
11
12
13
14
15
16
17
18
19       CONFIDENTIAL INVESTIGATION OF JUNE DADDEA, the
20
21    Witness, pursuant to Subpoena, taken at the above
22
23    place, date and time, before MARIA ACOCELLA, a
24
25    Notary Public within and for the State of New York.

Page 2

```
 1    A P P E A R A N C E S:

 2

         MOSES & SINGER, L.L.P.

 3              Attorneys for LAROSE TOYS
                and THE WITNESS

 4              The Chrysler Building
                405 Lexington Avenue

 5              New York, New York 10174-1299
         BY:    ROBERT S. WOLF, ESQ.

 6
                ROBERT D. ARGEN, ESQ.

 7

 8

 9

10       STATE OF NEW YORK

11       OFFICE OF THE ATTORNEY GENERAL

12       ERIC T. SCHNEIDERMAN

13              120 Broadway - 26th Floor

14              New York, New York 10271-0332

15       BY:    YUEH-RU CHU, ESQ.,

16              Assistant Attorney General

17              Environmental Protection Bureau

18

19

20    ALSO PRESENT:  Jodi Feld, Chief Scientist, Office

21    of the Attorney General, Environmental Protection

22    Bureau,

23

24    Natalie Bump Vena, Volunteer Attorney, Office of

25    the Attorney General
```

Page 3

1                         June Daddea

2     J U N E    D A D D E A, the Witness herein,

3     having been first duly sworn by a Notary

4     Public within and for the State of New York,

5     was examined and testified as follows:

6     EXAMINATION BY

7     MR. CHU:

8         Q.      Will you state your name and

9     business address for the record, please.

10        A.       June Daddea, 1578 Sussex

11    Turnpike, Randolph, New Jersey 07869.

12        Q.       Good morning, Ms. Daddea.

13        A.       Good morning.

14        Q.       Thanks for coming in.

15        A.       You're welcome.

16        Q.       So now you understand that you

17    have just taken an oath and sworn to tell the

18    truth.

19              And I am going to be asking you a

20    series of question if you don't understand my

21    question or you get distracted just let me

22    know and I will repeat my question.  I want

23    to make sure you understand them.  If I ask

24    you a question and you answer I will assume

25    that you understood my question.  Also, I see

June Daddea

that you are nodding. But since the Court Reporter can't transcribe your nods you just need to verbalize your answers --

A. Yes.

Q. -- and say yes or no. If you would like to take a break let me know. I just ask that you answer any pending question before you take that break.

A. Yes.

Q. Do you have any illness or condition that prevents you from testifying truthfully or accurately today?

A. No, I don't.

Q. Have you taken any medication or anything else that might prevent you from testifying truthfully and accurately today?

A. No.

Q. Is there any reason you are unable to testify truthfully and accurately today?

A. No.

Q. Ms. Daddea, how long have you worked at LaRose?

A. I worked there for eight years.

Page 5

```
 1                    June Daddea
 2        Q.      And what is your current title?
 3        A.      Director of human resources and
 4    administration.
 5        Q.      Thank you.
 6                And you always held that position
 7    in your at eight years at LaRose?
 8        A.      Yes.
 9        Q.      What are you responsibilities in
10    your current position?
11        A.      My responsibilities are
12    everything relating to human resources and
13    other administrative areas such as some
14    finance areas, accounting, insurance.
15        Q.      And what were your
16    responsibilities with regard to the recall of
17    Cra-Z-Art Shimmer and Sparkle Gem Machine and
18    Slider bracelets, if you had any?
19        A.      Yes.  I collected all of the --
20    well, as soon as we found out we learned
21    about the noncompliant product I notified our
22    attorney and then we discussed --
23                MR. WOLF:  Let my stop you.
24        Don't share any communications with
25        counsel in your answer.  Only if you can
```

Page 6

1                    June Daddea

2      confine your answers, if you can, if you

3      have difficulty you can ask to take a

4      break and I will discuss it with you.

5      To what you did in response but don't

6      include, you know, any communications

7      with counsel.

8              THE WITNESS:  All right.

9              MR. WOLF:  You can indicate that

10     you spoke with counsel.

11     Q.     Right.

12             MR. WOLF:  But don't go further

13     than that.  And I know there is no

14     intention to try to trick you but

15     sometimes witnesses move in that

16     direction.

17             MS. CHU:  Understood.

18             MR. WOLF:  So, please.

19     A.     I spoke with counsel.  And then I

20  spoke with the upper management and we worked

21  together with the CPSE.  And we decided to do

22  the recall and I collected the documents

23  whatever the CPSE required.  I gathered that

24  information and then I send them a monthly

25  progress report and handled the

Page 7

1                         June Daddea
2       communications with the consumers.  Guided
3       somebody actually to respond to them and what
4       to do with the product.
5            Q.      Thank you, Ms. Daddea.
6                    Now when you said you
7       communicated with counsel, do you mean
8       Mr. Wolf who is sitting here today or someone
9       else?
10           A.      No, no.  Mr. David Callet.
11           Q.      And is Mr. Callet retained by
12      LaRose?
13           A.      No.
14           Q.      In any capacity?
15           A.      No.  We have used him before.  We
16      are familiar with him because he works
17      closely with the CPSE.
18                   MR. WOLF:  I don't want you to be
19              confused when June says regularly
20              retained.  I don't know if -- I don't
21              know if the question really meant that
22              is on permanent retainer.
23                   THE WITNESS:  That is what I
24              thought.
25                   MR. WOLF:  You can correct if me

INDEX NO. 907519-18
NYSCEF DOC. NO. Case 1:19-cv-00040-MAD-CFH   Document 2   Filed 01/10/19   Page 98 of 486 EF: 12/13/2018

Page 8

1                          June Daddea

2           I am wrong.  Generally counsel to the

3           LaRose on matters like there.

4                   THE WITNESS:  Yes.

5                   MS. CHU:  Why don't I ask a

6           different question.

7                   MR. WOLF:  That is fine.

8           Q.      Does LaRose retain Mr. Callet to

9      work with the company on recall issues?

10          A.      Yes.

11          Q.      Does LaRose use Mr. Callet on

12     company business that is not related to

13     recalls?

14          A.      Yes.

15          Q.      And what would those other areas

16     be?

17          A.      It was a -- there was a shipment

18     that --

19                  MR. WOLF:  She means just general

20          areas of why Mr. Callet's firm is used

21          by the company.

22          A.      Any time we have any questions

23     with a product I will contact Mr. Callet.

24          Q.      And is Mr. Callet on retainer

25     with the firm to deal with questions of

Page 9

1                    June Daddea

2     recalls and other product questions as you

3     described them?

4          A.     Well, when you say retainer we

5     don't --

6          Q.     Do you pay him a standard fee

7     every month in return for --

8          A.     No.

9          Q.     Do you pay him per transaction?

10         A.     Per case.  Per transaction.

11         Q.     So can you describe some of the

12    questions with products where you have

13    consulted Mr. Callet?  Let's limit it to say

14    the last three to five years.

15               MR. WOLF:  Don't share

16         communications.

17               MS. CHU:  Mr. Wolf, I am just

18         asking her to describe generally her

19         questions.  I am not asking her to tell

20         me how Mr. Callet responded to her.

21         Simply what was the issue that she went

22         to Mr. Callet for.

23         A.     I believe it was -- it wasn't

24    that.

25         Q.     You mentioned a shipment of

Page 10

1                    June Daddea

2    something before?

3        A.    Right.  Right.  There was a

4    shipment that did not have certificate of

5    compliance.

6        Q.    Had the testing been done the

7    underlying testing that is required?

8        A.    Yes.

9        Q.    Do you remember what toy was

10   involved or product?

11       A.    It was components of a girl's

12   Lite Brix product.

13       Q.    Has LaRose had problems like this

14   before in addition to this particular

15   shipment that you just described for me in

16   the time you have been at the firm?

17       A.    No.

18       Q.    So, Ms. Daddea, you are aware

19   that you are here today pursuant to a

20   subpoena issued by the Attorney General's

21   office?

22       A.    Yes, I am.

23            MS. CHU:  I am going to ask the

24       Court Reporter to mark as Exhibit 1, a

25       subpoena for production of documents and

Page 11

```
 1                      June Daddea
 2          testimony issued by the People of the
 3          State of New York, the Office of the
 4          Attorney General.  It's addressed to
 5          Lauren Rosen, CEO and it is dated -- it
 6          should be dated May -- yes, it is dated
 7          May 7th.
 8                  (Whereupon, a multipage document
 9          was received and marked as Exhibit 1 for
10          identification, as of this date.)
11          Q.    Ms. Daddea, the Court Reporter
12   has handed you the subpoena which has been
13   marked as Exhibit 1.  If you can just take a
14   few moments to look through it and let me
15   know when you are done.
16                  (Witness is perusing the
17          exhibit.)
18          Q.    Thank you, Ms. Daddea.
19          A.    Okay.
20          Q.    Have you ever seen this document
21   before?
22          A.    Yes, I have.
23          Q.    And in what context?
24          A.    It was given to me so that I knew
25   what documents you required.
```

Case 1:19-cv-00040-MAD-CFH   Document 2   Filed 01/10/19   Page 102 of 486

1                     June Daddea

2        Q.     So were you the person who was in

3    charge of collecting documents to respond to

4    the subpoena?

5        A.     I was.

6        Q.     Did anyone help you?

7        A.     Well, they did not help me

8    collect the documents.  They provided some

9    documents to me.  But I was the one that

10   collected them to send to the attorney.

11       Q.     Okay.  Thank you very much,

12   Ms. Daddea.

13             If you look at the subpoena on

14   page seven, instruction 13 asks that an

15   affidavit of compliance be provided.  Did you

16   fill out the affidavit of compliance or do

17   you know if anyone at LaRose filled out that

18   affidavit of compliance?

19       A.     I don't remember filling this

20   out.

21       Q.     Okay.  What is your relationship

22   between LaRose and Cra-Z-Art Corporation?

23       A.     Cra-Z-Art is a brand.

24       Q.     And what is LaRose's business?

25       A.     LaRose is an importer and

Page 13

1                          June Daddea
2    distributor of children arts and crafts and
3    activities and stationery products.
4          Q.     Does LaRose itself manufacture
5    any products?
6          A.     No, we don't.
7          Q.     So you always have a contract
8    with an outside manufacture?
9          A.     Yes, we do.
10         Q.     Does LaRose develop or create any
11   of the toys or products that it distributes?
12         A.     Yes.
13         Q.     Can you take a guess as to the
14   percentage most of them, some of them, only a
15   few?
16         A.     That we develop and create?
17         Q.     Right.
18         A.     I would say most of them.
19         Q.     Okay.  Thank you.
20                And are all of the manufacturers
21   the company deals with are they all overseas?
22         A.     No.
23         Q.     So are some domestic?
24         A.     Yes.
25         Q.     Can you give me a rough breakdown

Page 14

```
 1                    June Daddea
 2   as to what percentage of manufacturers are
 3   overseas and what percentage are domestic?
 4        A.    So 90 percent overseas.
 5        Q.    Are there any particular toys
 6   that are manufactured domestically?  I am
 7   just wondering if there is some particular
 8   reason that it makes more sense to
 9   manufacture a particular toy or line of toys,
10   children products that domestically rather
11   than overseas.
12        A.    We have an easel.
13        Q.    That is manufactured?
14        A.    That is manufactured here.
15            MS. CHU:  Now, if the Court
16        Reporter would just mark this document
17        which is called LaRose Industry, LLC
18        organization chart as Exhibit 2.
19            (Whereupon, a one-page document
20        was received and marked as Exhibit 2 for
21        identification, as of this date.)
22        Q.    Ms. Daddea, does this
23   organization chart which I will represent to
24   you was provided to me by Mr. Wolf an
25   accurate representation of LaRose's structure
```

Page 15

```
 1                        June Daddea
 2    as far as positions and reporting structure?
 3         A.     Yes.
 4         Q.     Even if some of the names have
 5    changed?
 6         A.     Yes.
 7         Q.     And have any of the names
 8    changed?  I don't know when this chart was --
 9    as of what date it was created.
10         A.     None of the names have changed.
11         Q.     Are there more employees who are
12    below this last blue line of people?
13         A.     Yes.
14         Q.     About how many people overall
15    work for LaRose in Randolph?  Did you say
16    Randolph?
17         A.     In Randolph, New Jersey, yes.
18                We have approximately 50 people.
19         Q.     Thank you.
20                Now, who on this chart, if
21    anyone, would be responsible for placing an
22    order to manufacture a particular toy or if
23    there is more than one person?
24         A.     Placing the order?
25         Q.     Yes.
```

Page 16

1                        June Daddea

2          A.      Placing an order they are not on

3    this list.  They would be the buyers.

4          Q.      And if you were to add the buyers

5    onto this organization chart where would they

6    go?

7          A.      They would fall under -- they

8    would still report to Nellie Mahabir.

9          Q.      Okay.

10         A.      They would just be on a lower

11   level.

12         Q.      So would they report directly to

13   Ms. Mahabir --

14         A.      Yes.

15         Q.      -- or would they report to

16   someone else would then reports to

17   Ms. Mahabir?

18         A.      No.  They report directly to

19   Ms. Mahabir.

20         Q.      And about how many buyers are

21   there?

22         A.      Three.

23         Q.      Now, do you have an office other

24   than the one in Randolph?

25         A.      Yes, we do.

Page 17

```
 1                      June Daddea
 2         Q.       And where is that office?
 3         A.       That is Fayette, Ohio, Fayette.
 4         Q.       And about how many people in
 5   Fayette, Ohio?
 6         A.       Approximately 80 people.
 7         Q.       Is the office in Randolph the
 8   corporate headquarters?
 9         A.       Yes.
10         Q.       And what is the office in
11   Fayette, Ohio responsible for, what do they
12   do there?
13         A.       Fayette, Ohio they manufacture
14   paint.  Children's paint.
15         Q.       To go with the easel?
16         A.       To go with the easel, yes.  And
17   they also manufacture the plastic bottles
18   that the --
19         Q.       Paint goes in?
20         A.       That the paint goes in.
21         Q.       So is the Fayette office really a
22   manufacturing plant rather than an office,
23   per se?
24         A.       Yes, it is.
25         Q.       Does LaRose use any of the
```

Page 18

1                     June Daddea

2      products that are manufactured in Fayette,

3      Ohio in any of the toys that it imports from

4      overseas?

5           A.      I am not sure.

6           Q.      Do you have an office in Hong

7      Kong?

8           A.      Yes, we do.

9           Q.      And how many people are in that

10     office?

11          A.      Three people.

12          Q.      And what are their names?

13          A.      Alan Tam.

14          Q.      Is that T-a-m?

15          A.      T-a-m.  Victor Pan, P-a-n.  And

16     Kenny Chan, C-h-a-n.

17          Q.      And what are the responsibilities

18     of the people you just named?

19          A.      Alan overseas the Hong Kong

20     office and he will work with vendors make

21     sure they are shipping on time.  He is the

22     liaison between our office and vendors.  And

23     then Kenny and Victor are the QC people over

24     there.

25          Q.      How long has Mr. Pan worked for

FILED: ALBANY COUNTY CLERK 12/13/2018 11:42 PM
NYSCEF DOC. NO. 50

Case 1:19-cv-00040-MAD-CFH   Document 2   Filed 01/10/19   Page 109 of 486

Page 19

1                    June Daddea

2    LaRose?

3         A.      Approximately six years.

4         Q.      And you said he is one of the QC

5    people by QC you mean quality control?

6         A.      Yes.

7         Q.      What is his training or

8    experience in QC?

9         A.      He has worked in the toy industry

10   for many years.

11        Q.      Do you know how long

12   approximately?  It sounds like you mean he

13   worked in the toy industry before he came to

14   work for LaRose?

15        A.      Oh, yes.  Yes.  I am not sure how

16   long.

17        Q.      Do you know what his educational

18   background is?

19        A.      No, I don't.

20        Q.      Do you know if he has any

21   training in terms of courses with regard to

22   QC?

23        A.      I am not aware of that.

24        Q.      When you say you are not aware,

25   do you mean you don't know whether he has

Page 20

1                    June Daddea

2    taken any courses?

3        A.      I don't know.

4        Q.      How about Mr. -- actually --

5        A.      Chan.

6        Q.      I was going to ask one for

7    question about Mr. Pan.  Do you know how old

8    he is, approximately?

9        A.      I would say mid forties.

10       Q.      And Mr. Chan how long has he

11   worked at LaRose?

12       A.      He has worked the same amount of

13   time about six years.

14       Q.      Do you know what his education or

15   training as in QC?

16       A.      No, I don't.

17       Q.      Do you know if he has a college

18   degree?

19       A.      I don't.

20       Q.      Do you know if Mr. Pan has a

21   college degree?

22       A.      I don't know.

23       Q.      Do you know what type of

24   experience in QC Mr. Chan has?

25       A.      Mr. Chan also has toy experience.

                    June Daddea

1

2        Q.      Do you know how long he has

3   worked in the toy industry?

4        A.      I don't know.

5        Q.      Do you know about how old

6   Mr. Chan is?

7        A.      The same.  Around the same age

8   mid forties.

9        Q.      And how about Mr. Tam, does he

10  oversee the QC process?  I take that back.

11  Let me withdraw that question.

12              Does Mr. Tam have any QC

13  responsibilities?

14       A.      No.

15       Q.      Since only Mr. Pan and Mr. Chan

16  have QC responsibilities, do they have QC

17  responsibilities for all of your overseas

18  manufacturers?

19       A.      Yes.

20       Q.      Do you know do they work together

21  or do they each individually have QC

22  responsibilities with different

23  manufacturers?

24       A.      They worked together.

25       Q.      And so when you say Mr. Pan and

Page 22

1                         June Daddea
2      Mr. Chan have QC, what are the QC
3      responsibilities for specifically?
4           A.     They are responsible for working
5      with the lab to make sure that the testing is
6      done and if they need further samples.
7           Q.     One of them would go and get the
8      samples?
9           A.     I am sorry?
10          Q.     Do you mean that one of them
11     either Mr. Pan or Mr. Chan would go and get
12     the samples if more samples are needed?
13          A.     They would tell the vendor to
14     send more samples.
15          Q.     Do they have other QC
16     responsibilities?
17          A.     Not that I am aware of.
18          Q.     How does LaRose decide which
19     manufacturers to use to make its toys?
20          A.     Well, they base it on the history
21     that we have had with the manufacturers and
22     we know what the manufacturers are capable of
23     producing.
24          Q.     Do you have a list either an
25     informal list or formal list of preferred

Page 23

1                    June Daddea

2      manufacturers that you use?

3           A.      I don't have a list.

4           Q.      But does the company tend to use

5      the same group of manufacturers?

6           A.      Yes.

7           Q.      And is Fairland Toy one of those

8      manufacturers?

9           A.      Yes, it is.

10          Q.      And about how many others?

11          A.      There are about 30 others.

12          Q.      Who are the ones you use most

13     often, say the top three or so if there is a

14     top three?

15          A.      Fairland Toy, Champion and

16     Runlong, R-u-n-l-o-n-g.

17          Q.      Any others that you use very

18     frequently or the ones you use most often?

19          A.      A company by the name of WTO.  I

20     am sorry that is pencils.  So I don't think

21     you really --

22          Q.      Any of products that LaRose

23     imports.

24          A.      We have a company Yudo, Y-u-d-o.

25          Q.      Are all of these companies -- are

Page 24

1              June Daddea

2   all of these manufacturers located in

3   mainland China?

4        A.    Yes.  Fairland Toy has an office

5   in Hong Kong but their factory is mainland

6   China.

7        Q.    Let me be more specific then.

8              Do all of these companies of

9   factories in mainland China?

10        A.    Yes.

11        Q.    Do they also have offices in Hong

12   Kong?

13        A.    Not all of them.

14        Q.    Some of them?

15        A.    Yes.

16        Q.    Does Fairland have an office in

17   Hong Kong?

18        A.    Yes.

19        Q.    And how long has LaRose worked

20   with Fairland Toy?

21        A.    Eight years.

22        Q.    Okay.

23              MS. CHU:  I am going to ask the

24        Court Reporter to mark for

25        identification as Exhibit 3 a Cra-Z-Art

Page 25

```
 1                    June Daddea
 2        Shimmer and Sparkle Ultimate Gem
 3        Machine.
 4                 (Whereupon, a toy was received
 5        and marked as Exhibit 3 for
 6        identification, as of this date.)
 7        Q.     As you can see we have many of
 8   them but they all have individual numbers so
 9   I am sure you can share.
10                 So, Ms. Daddea, you are familiar
11   with this toy the Cra-Z-Art Shimmer and
12   Sparkle, I am just to call it the Gem
13   Machine?
14        A.     Gem machine yes.
15        Q.     And LaRose imported this toy, is
16   that right?
17        A.     Yes.
18        Q.     And Fairland manufactured this
19   toy?
20        A.     Yes.
21        Q.     Did LaRose design this toy?
22        A.     Yes.
23                 Can I consult with my attorney?
24        Q.     Sure.
25                 (Whereupon, the witness is
```

Page 26

1              June Daddea

2       conferring with Mr. Wolf.)

3              MR. WOLF:  It is not necessarily

4       designed by LaRose but LaRose -- and you

5       can ask questions, has someone that

6       invented this and that person designed

7       it and they have a license.  I don't

8       know what agreements they have.  It is

9       an outside inventor I guess or designer.

10             THE WITNESS:  Yes.

11             MR. WOLF:  Who contracts with

12      LaRose at least in this particular

13      instance.  And feel free to ask.

14             MS. CHU:  So, Mr. Wolf, I

15      appreciate your clarification.  I

16      understand we are trying to clarify

17      things and move the whole proceeding

18      along.  But I would appreciate it if you

19      would let Ms. Daddea testify since she

20      is the witness here to testify.  Just as

21      a general I understand that you are

22      simply trying to provide clarification

23      in the most efficient way possible.

24             MR. WOLF:  Thank you.

25      Q.      So, Ms. Daddea, who at LaRose

Page 27

1                        June Daddea

2    would have been responsible for producing

3    this product on the United States side of

4    things on the LaRose side before sending it

5    to be manufactured?

6           A.      Not producing.

7                   MS. CHU:  Why don't I withdraw

8           that question.

9           Q.      Can you describe for me the

10   process by which LaRose had the gem machine

11   manufactured.

12          A.      Well, we had an inventor brought

13   this gem machine, the gem maker to our

14   attention.  So we have a contract with that

15   vendor.

16          Q.      I see.  Okay.

17          A.      With the inventor.  And he is

18   paid royalties as a licensed product the

19   concept of it.  Then we in-house developed it

20   further the coloring and the different

21   components.

22          Q.      I see.  It is that development

23   aspect that I want to ask you about now.

24                  Who at LaRose worked on

25   developing the product further prior to its

Page 28

1                    June Daddea

2    manufacturing?

3         A.      That would be Parviz Daftavi, our

4    vice president of engineering and the product

5    manager, Dawn Gross, G-r-o-s-s.

6         Q.      Is Ms. Gross on the --

7         A.      No.  No, she is not.

8              MR. WOLF:  I only bring eager

9         cooperative witnesses.

10             MS. CHU:  Mr. Wolf, I subpoena

11        more of witnesses.

12        Q.      Who on the organizational chart

13   would Ms. Gross report to?

14        A.      Nellie Mahabir.

15        Q.      Would she report directly to

16   Ms. Mahabir?

17        A.      Yes, she would.

18        Q.      And so what exactly -- did

19   Ms. Gross have a team that worked with her or

20   reported to her?  By team I mean anywhere

21   from one person to many more people.

22        A.      She would use an outside

23   designing firm.

24        Q.      What did Ms. Gross and her team,

25   I will just call them a team, how did they

Page 29

```
 1                    June Daddea
 2   further develop the product prior to having
 3   it manufactured.
 4        A.    Well, they decided which arms to
 5   use, bracelets, you know any of the
 6   components.  They put this together so that
 7   it would be attractive.  An attractive
 8   product to consumers.
 9        Q.    And after Ms. Gross and her team
10   were satisfied that the product would be
11   attractive to I am guessing young girls who
12   like pink and purple, what is the next step?
13        A.    Then it is brought to Fairland
14   Toy.  We decide if Fairland Toy would be the
15   best vendor to manufacture this.
16        Q.    And why did you decide Fairland
17   would be the best manufacturer?
18        A.    I don't know that.
19        Q.    And how does LaRose decide how
20   many of these to manufacture at least
21   initially?
22        A.    Based on a forecast from our
23   retailers.
24        Q.    So did you have particular
25   retailers in mind to whom you were going to
```

Page 30

1                    June Daddea

2      sell this product before you sent it to

3      Fairland?

4          A.     Yes.

5          Q.     And how did LaRose come to have

6      those retailers in mind, are there retailers

7      who you typically sold products to?

8          A.     Yes.  Yes.  And we introduced --

9      when we have an idea like this we will

10     introduce it to the buyers and they will

11     express an interest.

12         Q.     I see.  So does the buyer get an

13     estimate of how many toys a particular

14     retailer would buy?

15         A.     Yes.

16         Q.     And is that estimate how LaRose

17     decides how many toys to have Fairland

18     manufacture?

19         A.     Yes.

20         Q.     Do you know how many toys LaRose

21     initially asked Fairland to manufacture?

22         A.     I am not sure of the total that

23     we asked them to manufacture.

24         Q.     Just so that we are both clear.

25     I am not asking you how many of these toys

Page 31

1                         June Daddea

2     were manufactured overall.  But simply the

3     very first order that was placed for these

4     toys, do you know approximately how many?

5            A.     66,000 was the initial order.

6            Q.     Do you know when that initial

7     order was placed?

8            A.     Early 2015.

9            Q.     Ms. Daddea, from the time the

10    factory starts manufacturing a toy, this toy

11    about how long does it take from the start of

12    manufacture to the toys actually arriving in

13    the United States to be distributed to

14    retailers?

15           A.     That would depend on the

16    complexity of the product.  And then the

17    transport time which would be a month.

18           Q.     Is that typically how long it

19    takes to get from Hong Kong to --

20           A.     From Hong Kong to this area, yes.

21    The east coast.

22           Q.     You told me generally.  How about

23    for the gem machine specifically about how

24    long would it take?  Well, you told me it

25    takes about a month to ship the toy.

Page 32

1                          June Daddea

2          A.      To ship it.  Prior to that I can

3     only guess how long it would take.

4          Q.      Since your guess would be far

5     more educated than mine why don't you just

6     take a guess.  A range is fine two --

7          A.      I would say a month.

8          Q.      Now, Ms. Daddea, if you can take

9     a look at the bottom of this toy.

10         A.      I am sorry?

11         Q.      Bottom of the gem machine that

12    has been marked as Exhibit 3.  I believe

13    there is a number here under the UPC that is

14    BCH006178A13-0715, is that right?

15         A.      Yes.

16         Q.      What does the BCH stand for?

17         A.      That is the code for Fairland.

18    For the factory.

19         Q.      And what does the rest of that

20    number mean?

21         A.      006178 is our purchase order

22    number to Fairland Toy.  A, is the -- it was

23    manufactured on the first shift on July 13,

24    2015.

25         Q.      Well, I never would have guessed

Page 33

                              June Daddea

 1
 2    that.
 3              MR. WOLF:  Me either.
 4         Q.    You are the most knowledgeable
 5    person in the room.
 6              MR. WOLF:  When they say a lot of
 7         thought went into that I guess a lot of
 8         thought did go into that.
 9         Q.    So the BCH will always stand for
10    Fairland?
11         A.    Yes.
12         Q.    And the six digit number after
13    that refers to the purchase order number?
14         A.    Correct.
15         Q.    Is that purchase order number in
16    any way related to a date?
17         A.    No.
18         Q.    It is a random collection of
19    numbers?
20         A.    Sequential.
21         Q.    Sequential.  Otherwise random
22    collection of numbers?
23         A.    Yes.
24         Q.    What does first ship mean?
25         A.    It was manufactured on Fairland

Page 34

```
 1                    June Daddea
 2    -- during Fairland's first shift of the day.
 3         Q.    I see.  Do you know about how
 4    many shifts Fairland has?
 5         A.    I don't know.
 6         Q.    I am guessing there are at least
 7    two if they distinguish between the first one
 8    and another one?
 9         A.    I would say so.  They work around
10    the clock over there.
11         Q.    That is what I would have
12    thought.  Okay.
13              MR. WOLF:  It is in one of those
14         other boxes I am curious if it is
15         sequentially if you have any other
16         numbers.
17         Q.    So is it possible that a toy
18    could have the same purchase order number but
19    then be manufactured on a different day?
20         A.    Yes.
21         Q.    Because the purchase order could
22    for a very large number of toys --
23         A.    Yes.
24         Q.    -- that would require multiple
25    days to manufacture?
```

Page 35

1                    June Daddea

2        A.     Yes.

3              MS. CHU:  Well, as you can see we

4        do have many other toys but now that

5        Ms. Daddea has explained to us how to

6        read these numbers this will be very

7        quick.

8              May I ask the Court Reporter to

9        mark this My Look Crazy Jewels --

10       actually, you know, I take that back.

11             I am going to ask the Court

12       Reporter to mark this My Look Toy which

13       is also a Cra-Z-Art Gem Creation

14       Ultimate Gem Machine and just to

15       distinguish from the other toy it has a

16       blue sticker with the number 29 on it

17       which is an internal Attorney General

18       edification number.

19             (Whereupon, a toy was received

20       and marked as Exhibit 4 for

21       identification, as of this date.)

22       Q.     So, Ms. Daddea, this toy the gem

23       machine that we marked as Exhibit Number 4 is

24       very similar to the gem machine we looked at

25       before.  But it says My Look up in the

Page 36

```
 1                     June Daddea
 2  corner.
 3              And what is the significance of
 4  the My Look on this toy?
 5       A.     My Look is a Target exclusive.
 6       Q.     Is this gem machine different in
 7  any way from the shimmer and sparkle gem
 8  machine?
 9       A.     No, it is not.
10       Q.     So it is essentially the same toy
11  but it has a Target exclusive brand on it
12  which is My Look?
13       A.     I am sorry?
14       Q.     It is essentially the same toy
15  but it is branded My Look which is a Target
16  exclusive brand?
17       A.     That is correct.
18       Q.     So assuming then that you cannot
19  manufacture branded My Look Toys for anyone
20  else other than Target?
21       A.     That is correct.
22       Q.     When you manufacture the My Look
23  Toys, are they manufactured in their own lots
24  or production runs?
25       A.     Yes.
```

Page 37

1                        June Daddea

2        Q.      And does Fairland manufacture the

3   My Look Toys for LaRose?

4        A.      Yes.

5        Q.      The entire process none of it is

6   outsourced?

7        A.      Correct.

8        Q.      So because of My Look Toys are

9   separately branded are they produced in lots

10  by themselves?

11       A.      Yes.  Now, when I say Fairland

12  Toy manufactures the product and this is both

13  My Look and the shimmer and sparkle Fairland

14  Toy has some vendors that will make these

15  components.

16       Q.      I see.  Thank you for that

17  clarification.

18               I think what I was wondering is

19  perhaps whether Fairland manufactured the toy

20  and then someone else boxed it?

21       A.      No.  The Fairland boxed it, yes.

22  They get the components.  Fairland

23  manufactured the gem maker.  And they took

24  that with the components and then they

25  assembly it.

```
                                              Page 38
  1                          June Daddea
  2          Q.      And so they also manufacture the
  3    differently branded box or especially Target
  4    branded box and put the components in the
  5    box?
  6          A.      Yes.
  7          Q.      So if you look at the bottom of
  8    the box and now that, Ms. Daddea, now that
  9    you have explained to us how to read these
 10    mysterious numbers.  So the BCH is again the
 11    code for Fairland.  I am going to take a leap
 12    here the T-A-R for target?
 13          A.      No TAR on here.
 14          Q.      Oh, no.  Then I have different
 15    question.
 16                  So since this toy is branded My
 17    Look it was obviously produced for Target?
 18          A.      Correct.
 19          Q.      Can you just read the numbers on
 20    the bottom start the WCH and just walk us
 21    through it again.
 22          A.      BCH006213A10-0715.
 23          Q.      So then again the 006213 is the
 24    LaRose purchase order number?
 25          A.      Correct.  A, is the first shift.
```

Page 39

1                       June Daddea
2    And it was manufactured on July 10, 2015.
3         Q.    Now I think there is also a lot
4    number sticker on this toy, right?
5         A.    I am not familiar with that.  I
6    see here 230715.
7         Q.    Yes.  Lot number (indicating).
8               So for the record, on the bottom
9    of the Exhibit 4 there is a small white
10   sticker that says lot number sign and then a
11   number and that number again, Ms. Daddea, is?
12        A.    I am not familiar with that
13   number.
14        Q.    But I am just asking you to read
15   it to me.
16        A.    I am sorry?
17        Q.    I am just asking you to read it.
18        A.    I am sorry.  Lot number 230715.
19        Q.    And so you just said you don't
20   know what this lot number means?
21        A.    I don't know.
22        Q.    Is this something that Target may
23   have put on the box based on you knowledge of
24   the toy industry and how it works?
25        A.    Could be.

Page 40

1                          June Daddea

2          Q.      Do you have any other educated

3     guesses as to what this lot number sticker

4     might mean?  And again I understand you don't

5     know.  Since you know a lot more about the

6     toy industry than I do.

7          A.      No, I don't know.

8          Q.      So now in the case of My Look

9     Toys who would be the importer of record for

10    the My Look Toys?

11         A.      The importer of record would be

12    either Target or LaRose.

13         Q.      So either one of you, either

14    LaRose or Target would be the importer of

15    record?

16         A.      Correct.

17         Q.      Is there a particular -- is it

18    generally LaRose or Target or is it random as

19    to who --

20         A.      For the My Look?

21         Q.      For the My Look Toys

22    specifically.

23         A.      It is generally either one of us

24    LaRose or Target.

25         Q.      And how is that decision made as

Page 41

```
 1                      June Daddea
 2   to who will be the importer of record?
 3        A.    Target decides that.  What they
 4   want to import directly.
 5              MS. CHU:  I am going to ask the
 6        Court Reporter to mark for
 7        identification as Exhibit 5 My Look
 8        Crazy Jewels Ultimate Gem Machine that
 9        has an internal Attorney General number
10        of 129A.
11              (Whereupon, a toy was received
12        and marked as Exhibit 5 for
13        identification, as of this date.)
14        Q.    Ms. Daddea, I actually just have
15   a few more questions about the Target and the
16   My Look Toys.
17              Was Target at all involved in the
18   manufacture of the My Look Toys?
19        A.    No.
20        Q.    LaRose arranges for the
21   manufacturing and it is just a question of
22   whether Target takes possession in Hong Kong
23   or the United States?
24        A.    Correct.
25        Q.    And is that the difference
```

Page 42

1                          June Daddea

2      between being the importer of record if you

3      were the importer of record and would take

4      possession of I assume a shipping container

5      or partial container of toys in Hong Kong

6      rather than the United States?

7              A.      I am sorry, repeat that.

8              Q.      If you are the importer of record

9      for the toys, the retailer would take

10     possession of the toys overseas?

11             A.      Yes.

12             Q.      Now, even though LaRose

13     manufactured the My Look Toys for Target, did

14     Target purchase any shimmer and sparkle gem

15     machines the non-Targeted branded toys from

16     LaRose?

17             A.      No.

18             Q.      So let's look at Exhibit 5.  Now,

19     I think this one the bottom again the UPC

20     code so now this one should have a BCH TAR

21     number.

22             A.      Yes.

23             Q.      Does the TAR stand for Target?

24             A.      Yes.

25             Q.      And then the 741 is a purchase

Page 43

1                        June Daddea

2    number?

3         A.       Yes.

4         Q.       And then again the A is the first

5    shift?

6         A.       The shift.

7         Q.       And then the 28-1015 would mean

8    that it was manufactured on October 28, 2015?

9         A.       Correct.

10        Q.       You have given us the key to

11   deciphering these numbers.

12               Now how do you refer to all the

13   toys that have the same BCH number, is that a

14   lot, a batch, a run, you know, what is the

15   term for that in your industry?

16        A.       It is referred to either as a

17   date code or a batch code.

18        Q.       So all the toys that have the

19   same batch code would you just call that a

20   batch?

21        A.       Yes.

22               MS. CHU:  I am going to ask the

23        Court Reporter to mark for

24        identification a My Look Crazy Jewels

25        Ultimate Gem Machine which has an

Page 44

```
 1              June Daddea
 2       internal Attorney General number of 134.
 3              (Whereupon, a document was
 4       received and marked as Exhibit 6 for
 5       identification, as of this date.)
 6       Q.     So, Ms. Daddea, looking at the
 7  bottom of this box you will see this one
 8  doesn't have a batch code, right?
 9       A.     Correct.
10       Q.     Do you know what happened to it?
11       A.     No, I don't know.
12       Q.     This is the one that got away.
13       A.     I don't know why this doesn't
14  have a batch code.
15       Q.     Just a factory error?
16       A.     It could be or a printing error.
17       Q.     Is the printing done at the
18  factory?
19       A.     That I am not sure.  I am not
20  sure of that.
21       Q.     Is it possible that the toys are
22  definitely manufactured at Fairland.  They
23  are put into a box and then the boxes are
24  sent somewhere else to have the batch code
25  printed on?
```

1                    June Daddea

2       A.      No.  The boxes are preprinted.

3       Q.      Oh, I see.  I see.  They are

4    preprinted somewhere else and come to the

5    factory?

6              MR. WOLF:  Do you know?

7       A.      Yes.  They are preprinted

8    somewhere else.

9       Q.      Do you know or do you have a

10   guess as to whether the absence of a batch

11   code on this toy is limited to only this toy

12   or whether there is a batch of toys without a

13   batch code?

14      A.      I have no idea.

15      Q.      Fair enough.  You know how things

16   are supposed to work not necessarily why they

17   don't.

18      A.      Yes.  Things happen.

19      Q.      They do.

20              MS. CHU:  So I am going to ask

21          the Court Reporter to mark our next

22          document which is a two-page but

23          four-sided document.  That has the

24          Cra-Z-Art logo at the top and says

25          vendor agreement.

Page 46

```
 1                    June Daddea
 2              (Whereupon, a two-page
 3        double-sided document was received and
 4        marked as Exhibit 7 for identification,
 5        as of this date.)
 6              MR. WOLF:  Can we take a
 7        two-minute break after this question.
 8              MS. CHU:  Why don't we take a
 9        two-minute break now.
10              (Whereupon, a short recess was
11        taken.)
12        Q.    Ms. Daddea, if you can take a
13   look at Exhibit 4 and 5 which I think are
14   over here.
15              So, Ms. Dadde4a, can you take a
16   look at Exhibit 4 and 5.  These are both My
17   Look Gem Machines, right?
18        A.    Yes.
19        Q.    But Exhibit 4 -- I am sorry,
20   Exhibit 5 has a batch number that starts BCH
21   TAR, the TAR is for Target.  And Exhibit 4
22   has a BCH without the TAR for Target.
23   Although it was obviously manufactured for
24   Target since it has My Look on it.
25              Do you know why that is?
```

Page 47

```
 1                      June Daddea
 2        A.      Well, the 6213 our purchase order
 3   to Fairland so, they manufactured this for
 4   us.  And they knew that it should go into the
 5   My Look packaging this may have been a batch
 6   number and I don't like to speculate.
 7               MR. WOLF:  So don't.
 8               THE WITNESS:  All right.
 9        Q.      Well, I certainly don't want you
10   to speculate.
11               Do you have an educated guess as
12   to why it might have happened?  And I will
13   take your answering knowing full well that
14   you don't know but you are just
15   hypothesizing.
16               MR. WOLF:  If you can.
17        A.      We issued a purchase order to
18   Fairland Toy.
19        Q.      Right.
20        A.      To send the components and the
21   flat boxes to Randolph.
22        Q.      I see.
23        A.      And we would assembly it there
24   and ship it directly to Target.
25        Q.      Oh, I see.  So, in other words,
```

Page 48

1                      June Daddea

2    you would put the complete toy together

3    yourself --

4          A.      Correct.

5          Q.      -- in the United States?

6                  Why would LaRose do that?

7          A.      Time constraints.

8          Q.      I see.  To your knowledge, has

9    LaRose done this before not necessarily for

10   the My Look Toys but for any other toy?

11         A.      I am not aware.  I don't know.

12         Q.      So now turning to Exhibit 7 which

13   we marked before the break.  Did you have a

14   chance to review Exhibit 7 the vendor

15   agreement before the break, Ms. Daddea?

16         A.      No.

17         Q.      Well, if you can do that now and

18   then let me know when you are done.

19         A.      Yes.

20                 (Witness is perusing the

21         exhibit.)

22                 MR. WOLF:  Off the record.

23                 (Discussion off the record.)

24         A.      All right.  I have read it.

25         Q.      Thank you, Ms. Daddea.

Page 49

1                        June Daddea

2              So are you familiar with this

3    vendor agreement?

4         A.     I have seen this recently.  Prior

5    to that I was not familiar with it.

6         Q.     Do you know who drafted this

7    vendor agreement?

8         A.     I don't know.

9         Q.     Do you know is this a standard

10   vendor agreement that LaRose has with all of

11   its vendors or is it specific to Fairland?

12        A.     I don't know.

13        Q.     This agreement is dated on page

14   four May 12, 2010, is that when LaRose

15   started working with Fairland?

16        A.     No.  We started prior to that.

17        Q.     Do you know -- I am sorry?

18        A.     I am sorry.  We started with them

19   2009.

20        Q.     Do you know whether LaRose and

21   Fairland had a relationship without a

22   contract or whether there was a contract that

23   predates this one?

24        A.     I don't know.

25        Q.     Do you know about how often does

Page 50

1                    June Daddea

2    Fairland manufacture toys for LaRose?

3              And just to clarify that a little

4    more is Fairland almost always in the process

5    of manufacturing a toy for LaRose or does

6    Fairland just manufacture a few toys a year?

7    I am trying to get a sense of how much work

8    LaRose giving Fairland.

9         A.      Fairland Toy almost always

10   manufactures toys for LaRose.

11        Q.      Do you know whether they at the

12   same time manufacture toys for other

13   companies or do you pretty much take up all

14   of their available resources?

15        A.      They do have other customers

16   besides us.

17        Q.      Do you know if LaRose is one of

18   Fairland's major customers?

19        A.      I don't know.

20        Q.      So looking at page one of the

21   vendor agreement you will see there are two

22   boxes.  The first box, second row from the

23   bottom it says MFG ID number which I assume

24   means manufacturing ID number.

25              What is the manufacturing ID

Page 51

                              June Daddea

1

2      number?

3          A.      I am not familiar with that

4      number.

5          Q.      Do you know if it is a number

6      given out by some sort of government agency

7      or trade group?

8          A.      I don't know.

9          Q.      And then moving down to the

10     second box about halfway down there is a row

11     that says last audit by independent

12     organization and then in capital letters ITS.

13              Do you know what ITS stands for?

14         A.      I don't know what ITS stands for

15     but I know that they audit factories.

16         Q.      Okay.  Do you know if it is a

17     governmental agency or some other

18     nongovernmental group?

19         A.      That I don't know.

20         Q.      Turning to page two of the vendor

21     agreement under product quality and safety

22     responsibility.  The first line says

23     Cra-Z-Art Corp., considers that all of its

24     partner suppliers are responsible for

25     manufacturing products that conform to our

Page 52

```
 1                     June Daddea
 2   quality expectations and meet or exceed all
 3   the regulatory safety requirements.  And then
 4   the very end of that paragraph refers to
 5   quote a thorough understanding of the
 6   applicable USA International safety
 7   requirements.  And then the last sentence of
 8   the second paragraph says, therefore, the
 9   partner suppliers are considered responsible
10   for manufacturing products to meet all of the
11   requirements.
12              So now who at LaRose is in charge
13   of ensuring that the manufacturer is capable
14   of meeting or exceeding all of the regulatory
15   safety requirements that are referred to here
16   in this vendor agreement?
17        A.    At the time it would have been --
18   well past or present?  Because we have had a
19   change.
20        Q.    Well, why don't you just --
21              MR. WOLF:  Wait you asked a
22        question that Yeuh-Ru was going to give
23        you an answer.
24        Q.    What why don't you tell me what
25   it used to be and tell me what it is now.
```

Page 53

```
 1                     June Daddea
 2        A.      Used to be a gentle man by the
 3   name of Uday, U-d-a-y, Patel, P-a-t-e-l.
 4        Q.      Was he based in Randolph?
 5        A.      Yes, he was.
 6        Q.      And did he have a position that
 7   corresponds with the position on the
 8   organization chart that is Exhibit 2?
 9        A.      No.  Mr. Patel was a vice
10   president of costing and purchasing.  And
11   Mr. Patel passed away last April.  And since
12   then the only one here that replaces some of
13   his functions is Dennis Yung, Y-u-n-g, second
14   to the bottom row.
15        Q.      Director of sourcing and
16   compliance.
17        A.      Yes.
18        Q.      So did Mr. Yung take over some of
19   Mr. Patel's duties as of last April?
20        A.      Yes.
21        Q.      What duties did he take over?
22        A.      He took over the sourcing and the
23   compliance.  Quality control.
24        Q.      And so what were Mr. Patel's
25   duties with regard to sourcing and
```

Page 54

                        June Daddea

 1
 2   compliance?
 3        A.     Mr. Patel visited China.  He
 4   would visit the vendors.  Visit the factories
 5   and talk to them.  Determine which vendors
 6   could produce our products.  And he was in
 7   charge of the testing.  The Hong Kong QC
 8   employees Victor Pan and Kenny Chan reported
 9   to Uday.  Now they report to Dennis.
10        Q.     Okay.  And are Mr. Yung's duties
11   the same as Mr. Patel's?
12        A.     Relating -- regarding sourcing
13   and compliance, yes.  But Mr. Patel did had
14   other duties.
15        Q.     So Mr. Yung now also visits China
16   and visits the vendors, talks to the vendors,
17   decides which vendors can produce LaRose
18   products, is that right?
19        A.     Yes.  Yes.  Mr. Yung spends more
20   time in China.
21        Q.     Than Mr. Patel?
22        A.     Than Mr. Patel did, yes.
23        Q.     Do you know why he spends more
24   time there than his predecessor?
25        A.     Well, because we are improving

Page 55

1                    June Daddea

2    and expanding our quality control team and

3    procedures.  So now Mr. Yung will visit the

4    subvendors.

5         Q.    I see.  So that is one of the

6    ways in which LaRose is expanding its QC team

7    and procedures?

8         A.    Oh, yes.  Yes.

9         Q.    And is it expanding its QC

10   procedures in other ways?

11        A.    I am sorry?

12        Q.    Is LaRose expanding its QC

13   procedures in other ways?

14        A.    Yes.

15        Q.    What are those?  Can you describe

16   those for me?

17        A.    Yes.  Now what Mr. Yung has the

18   vendors doing is the vendors will send the

19   components or the samples let's say, the

20   samples to the lab directly.  Prior to that

21   the vendors were sending the samples to the

22   Hong Kong office.  Kenny and Victor would

23   then turn around and send it to the lab.

24   Vendors are sending it directly.  And what

25   they are doing is Dennis is asking for a bill

1                    June Daddea
2   of material for each product.  In addition to
3   the subvendor, the name of the subvendor and
4   the vendor can only use subvendors that
5   Mr. Yung approves.
6        Q.     So, in other words, the vendors
7   now have an approved subvendor?
8        A.     They have an approved subvendor.
9        Q.     An approved subvendor is one that
10  Mr. Yung has approved?
11       A.     Correct.
12       Q.     And what is a bill of materials?
13       A.     A bill of materials is a list of
14  all the components.  I call it a recipe card
15  it will have the list of every component that
16  is in here.  They will send that to the lab
17  and then what they do they will send the
18  components preproduction they wouldn't wait
19  until they have the finished product they
20  will send them to the lab.  If we don't have
21  all the components at one time they will send
22  two different batches of components.  And
23  then they will send the packaging so that the
24  lab can test all of the requirements
25  according to the packaging called for that

Page 57

1                     June Daddea

2    product.

3          Q.     The inks that have been used on

4    the packages?

5          A.     Yes.

6          Q.     When you said the lab tested the

7    components, does that mean the lab tests each

8    and every item in the box, for example, it

9    will test every components part in this gem

10   machine box?

11         A.     Yes.  Yes.

12         Q.     I ask because I have looked

13   inside and there are many, many pieces in

14   this box.

15         A.     Uh-huh.

16         Q.     So you said Mr. Yung visits

17   subvendors.  Vendors send samples to the lab

18   directly.

19             Are there any other changes that

20   LaRose has made?

21         A.     Yes.  We required our vendors to

22   -- the major vendors to get the, I believe it

23   is an XRF machine that will detect up to 16

24   metals.  So we have -- there is one in place

25   at Fairland, Champion, Runlong and our own

Page 58

                    June Daddea
 1
 2   factory in China.
 3        Q.     LaRose has its own factory in
 4   China?
 5        A.     Yes.
 6        Q.     Is it just called LaRose?
 7        A.     No.  It is Cra-Z-Art Dong,
 8   D-o-n-g, Guan, G-u-a-n.
 9        Q.     And so it has an XRF machine and
10   what are the vendors supposed to do with the
11   XRF machine?
12        A.     The vendors will test every
13   component coming into their factory for lead.
14   So everything runs through the XRF machine
15   first and then when they send it to the lab
16   it is tested again.
17        Q.     I see.
18        A.     Also what Dennis is doing is he
19   cross checks the machines.  So he will take a
20   sample that Fairland has tested on their
21   machine.  The inspector will take that
22   sample, bring it over to Champion, test it on
23   their machine possibly bring it to our
24   factory test it on our machine to make sure
25   all the machines are working properly.

Page 59

1                        June Daddea

2        Q.      See if they all give the same

3    results?

4        A.      Yes.

5        Q.      I see.  So now a moment ago you

6    said that all the components that come into

7    the factory go through the XRF machine.  So

8    does that mean that every single batch of raw

9    materials is tested?  In other words --

10        A.      The carton.

11        Q.      Are you testing a sample of let's

12    say you get in a big delivery of these metal

13    charms in the gem machine, do you test a

14    sample of that large batch or the entire

15    batch goes through the XRF machine?

16        A.      From what I understand the carton

17    will be passed through this XRF machine.

18        Q.      I see.

19                MR. WOLF:  Just like the airport.

20        Q.      And is that what an XRF machine

21    looks like like one of detectors at the

22    airport?

23                MS. FELD:  No.

24        Q.      So the entire -- so you're saying

25    all the component parts or raw supplies or

1                       June Daddea
2       raw materials in the XRF?
3             A.      Uh-huh.
4             Q.      Any additional changes or
5       expansion that LaRose has made?
6             A.      Yes.  We have one inspector that
7       is assigned solely to Fairland.  And we hired
8       another inspector for North China.  So our
9       inspector in South China doesn't have to
10      travel back and forth.
11            Q.      It is a big country.
12            A.      Uh-huh.  Lots of train fares and
13      air fares.  And now also we hired, in fact,
14      he just started yesterday we hired a QC
15      engineer.  Who has more education and more
16      experience than the others.
17            Q.      So the inspector who has been
18      assigned to just Fairland and the inspector
19      who is assigned in China, I take it these are
20      not Mr. Pan and Mr. Chan?
21            A.      No.
22            Q.      These are additional individuals?
23            A.      Yes.
24            Q.      Are they based out of your Hong
25      Kong office?

Page 61

```
                        June Daddea
 1
 2        A.      No.   They are based out of China.
 3   Our China office.  Our China factory.
 4        Q.      And where is the China factory?
 5        A.      Where is it?
 6        Q.      Uh-huh.
 7        A.      Where it is?  It is in Dong Guan.
 8        Q.      And that is called Cra-Z-Art Dong
 9   Guan?
10        A.      Cra-Z-Art Dong Guan.
11        Q.      And so that is just a factory
12   with a small office I am guessing?
13        A.      Yes.
14        Q.      And Dong Guan is also where
15   Fairland is located, right?  They are located
16   in the same city?  The Cra-Z-Art factory and
17   Fairland are located in the same city?
18        A.      Fairland's factory?
19        Q.      Yes.
20        A.      Yes.
21        Q.      I am sorry, the Fairland factory
22   not Fairland office.  Okay.
23               And what is the name of the QC
24   engineer?
25        A.      QC engineer is Reese, R-e-e-s-e,
```

Page 62

1                         June Daddea

2       I believe it is Yao, Y-a-o.  I am not a

3       hundred percent sure though.

4            Q.     Okay.  And what educational

5       training does he have?

6            A.     I know he has a college degree in

7       engineering.

8            Q.     Do you know what kind of

9       engineering, chemical?

10           A.     I don't know.

11           Q.     And what other training or

12      experience does he have?

13           A.     That I don't know either.

14           Q.     Who hired Mr. Yao?

15           A.     Dennis.  Dennis Yung.

16           Q.     And what is your QC engineer --

17      what are his responsibilities going to be?

18      You said he started yesterday?

19           A.     He just started yesterday.  I am

20      not sure what his responsibilities will be.

21      I still have to talk to Dennis about that.

22           Q.     Actually you just told me you

23      hired a new QC engineer.

24                  Are there any other expansions or

25      changes that LaRose has made?

Page 63

                        June Daddea

1

2      A.    Yes.  What we are doing now is

3  having the vendor send the samples directly

4  to the lab preproduction.  This way it gives

5  us enough lead time should there be a

6  problem.  So he is speeding up the process.

7      Q.    So you said the sample -- sorry.

8  Go ahead.

9      A.    I am sorry.  Also now what Dennis

10  does is he goes to the labs and he will meet

11  with the actual technicians.  Not just people

12  in the front office but he will speak with

13  the technicians.  He will get to know them.

14  He will interview them make sure they

15  understand our requirements.  And the labs

16  know that should there be any change in

17  personnel to let Dennis know he will go back

18  in and interview them.

19      Q.    When you say personnel do you

20  mean at the lab?

21      A.    At the lab.

22      Q.    New technicians?

23      A.    Technicians only.

24      Q.    Now you said the vendor sends

25  samples to the lab preproduction.  I assume

Page 64

1                    June Daddea
2    they have to make at least a few samples,
3    right, some they have something to send to
4    the lab or they send components?
5         A.    They send components.  Along with
6    the bill of material so that the lab knows
7    and they will accumulate the test reports.
8    They will know that all right, for this one
9    product I have 80 components all together.
10   So I have to receive 80 samples.
11        Q.    I see.  Sort of a checklist?
12        A.    Yes.
13        Q.    I see.  Any other expansions or
14   changes?
15        A.    Not as of now.  We are looking to
16   hire some more QC people or inspectors
17   overseas.
18        Q.    When you say QC people do you
19   mean specifically inspectors?
20        A.    Inspectors.  Probably not as
21   experienced and educated as Reese is the
22   newest one.  But with more education and
23   experience.
24        Q.    How many, and I will call them
25   inspectors plus do you anticipate hiring?

Page 65

1                    June Daddea

2        A.      A few.  Two or three.

3        Q.      Is the idea that the inspectors

4    will be dedicated to particular factories?

5        A.      I don't know what Dennis has in

6    mind.

7        Q.      When did all of these changes go

8    into place, approximately?

9        A.      Dennis started -- he started

10   working for the firm in May of 2016 shortly

11   after that.  I would say by the summer 2016

12   August maybe.

13       Q.      Now, before the changes that you

14   just described for me were instituted by

15   Mr. Yung how did LaRose ensure that its

16   vendors were able to meet and I am quoting

17   here from the vendor agreement applicable USA

18   and International safety requirements quote?

19       A.      Uday Patel would visit them.  He

20   would inspect the factory.  And also they go

21   through this annual audit.

22       Q.      Oh, I see.  So is that every

23   factory that LaRose contracts with goes

24   through an annual audit?

25       A.      Yes.

Page 66

1                        June Daddea

2        Q.      Who conducted that audit?

3        A.      Well in this case it was ITS.

4        Q.      Oh, okay.

5                Would Mr. Patel be present for

6    that audit?

7        A.      No.

8        Q.      Do you know generally what the

9    audit would look at?

10       A.      I don't know.

11       Q.      Before Mr. Yung was hired, does

12   LaRose have any particular policies or

13   protocols with regard to compliance with

14   safety requirements?

15       A.      Yes.  We have our standard

16   requirements.

17       Q.      Are they written?

18       A.      That I don't know.  I know we do

19   our testing based on Wal-Mart protocol.

20       Q.      Why do you base it on Wal-Mart

21   protocol?

22       A.      Wal-Mart has the best out there.

23       Q.      Does LaRose have a copy of the

24   Wal-Mart protocol, if you know?

25       A.      I don't know.

Page 67

1                   June Daddea

2       Q.      So did Mr. Patel visit and

3   inspect Fairland's factory before LaRose

4   started placing orders to manufacture toys?

5       A.      I believe he did.

6       Q.      So looking again at page two of

7   the product quality safety responsibility

8   section.  The first sentence of the fourth

9   paragraph says, quote Cra-Z-Art will usually

10  have local representatives frequently

11  visiting the partner supplier's factory

12  performing inspections during the production

13  processes and on finished goods.

14          So prior to Mr. Yung starting who

15  would inspect your factories or who would

16  inspect Fairland?

17      A.      Well, we had the three

18  inspectors.

19      Q.      Okay.

20      A.      We had Al Johnson, Ken Wu, W-u,

21  and Alan Yeung, Y-e-u-n-g.

22      Q.      And where are they based?

23      A.      In our China factory.

24      Q.      Your China factory?

25      A.      Yes.

Page 68

1                    June Daddea

2        Q.     And are these the same inspectors

3   who you referred to before one of whom will

4   be assigned to just Fairland and one who will

5   be assigned to North China?

6        A.     Yes.  I am sorry in addition to

7   that we hired another inspector who is

8   assigned to North China.

9        Q.     Who is that?

10       A.     That is George Gao, G-a-o.  Now,

11  Mr. Alan Yeung recently passed away.

12       Q.     So now how long have these

13  inspectors worked for LaRose?  Let's start

14  with Al Johnson.

15       A.     I would say 2009.  That is when

16  we started selling.

17       Q.     That is when you started selling

18  toys, children's toys?

19       A.     Yes.

20       Q.     I thought LaRose had been selling

21  children toys for much longer?

22       A.     No.  LaRose has only been in

23  existence since 2008.

24       Q.     Okay.  So Mr. Johnson started in

25  2009.  And Mr. Wu?

Page 69

1                    June Daddea
2       A.       Around the same period of time.
3    That is when we started up the factory.
4       Q.       That is when you started the
5    factory, okay.
6                And Alan Yeung?
7       A.       Same thing.
8       Q.       Until he passed away?
9       A.       Yes.
10      Q.       Mr. Gao was just hired?
11      A.       He was hired in last year 2016.
12      Q.       What were their responsibilities
13   with respect to visiting let's focus on
14   Fairland?
15      A.       I don't know the specifics.
16      Q.       Do you know approximately how
17   many times a year they would visit Fairland
18   or was it every month or every week?
19      A.       Oh, it was every week.
20      Q.       And who was responsible for
21   Fairland which of these inspectors?
22      A.       That was Johnson.
23      Q.       Does is continue to be the
24   inspector who is dedicated to Fairland?
25      A.       Yes.  Now he is the sole

FILED: ALBANY COUNTY CLERK 12/13/2018 11:42 PM

INDEX NO. 907519-18

NYSCEF DOC. NO.

Case 1:19-cv-00040-MAD-CFH   Document 2   Filed 01/10/19   Page 160 of 486

RECEIVED NYSCEF: 12/13/2018

Page 70

1            June Daddea

2  inspector for Fairland.  He is there every

3  day.

4       Q.    And do you know generally

5  speaking what he does when he is there every

6  day?

7       A.    No, I don't.  I know that he will

8  take production samples and run it through

9  the XRF machine and then that is when he will

10  spot check them and take them to another

11  factory test it on Champion's machine, our

12  machine.  He also looks at the -- they keep a

13  report of components coming in and when they

14  are passed through the machine the readings.

15  So he reviews those readings.

16       Q.    What is Mr. Johnson's background

17  in quality control?

18       A.    I am sorry, I don't know.

19       Q.    Do you know for Ken Wu?

20       A.    I don't.

21       Q.    Alan Yeung?

22       A.    I don't know.

23       Q.    George Gao?

24       A.    He has a degree.  A lot of

25  experience.  But details I really don't know.

Page 71

1                       June Daddea

2          Q.       Would you like some water,

3     Ms. Daddea?

4          A.       Water that might be good.

5          Q.       I am just going to look it over

6     to see if it makes sense to break now or

7     whether I can finish up.

8                   Are you okay, Ms. Daddea?

9          A.       Yes.  Thank you.

10         Q.       So going back to something you

11    testified before you said that LaRose now

12    essentially has a list of approved subvendors

13    which are approved by Mr. Yung, by Dennis

14    Yung?

15         A.       Yes.

16         Q.       Now, before Mr. Yung approved

17    your list of subvendors, did manufacturers

18    like Fairland have approved list of

19    subvendors or not?

20         A.       No, they didn't.

21         Q.       And so how were subvendors

22    chosen, was it just left up to the

23    manufacturer?

24         A.       It was left up to the

25    manufacturer.  And the manufacturer in many

Page 72

1                      June Daddea

2    cases used what they called a trading agent

3    who will go out and they will find the

4    subvendors.

5         Q.     I see.  And you said this entity

6    is called a trading agent?

7         A.     Trading agent.

8         Q.     So the trading agent is like a

9    broker who connects the manufacturer with a

10   subvendor of say component parts?

11        A.     Yes.  Uh-huh.

12        Q.     And before Mr. Yung came on board

13   and implemented these various changes, did

14   manufacturers have a bill of materials?

15        A.     No.

16        Q.     And just so I am clear, it is the

17   subvendors who produces the bill of

18   materials?

19        A.     No.

20        Q.     Or the vendor?

21        A.     The vendor.

22        Q.     But it sounds like the bill of

23   materials has to be created based on

24   components that are provided by the

25   subvendor?

Page 73

                          June Daddea

1

2        A.      Correct.

3        Q.      But it is the vendor who actually

4    creates the bill of materials?

5        A.      They create the bill of

6    materials, yes.

7        Q.      The bill of materials is a new

8    system?

9        A.      Sending the bill of material with

10   the samples is a new system to the lab.

11       Q.      I see.  But creating the bill of

12   materials by itself is not new?

13       A.      Correct.  It is not -- that is

14   not new.

15       Q.      So has Fairland always created a

16   bill of materials for its toys?

17       A.      Yes.

18       Q.      I just want to make sure I

19   understand that.

20               And it also sounds like XRF is a

21   new requirement?

22       A.      Yes.

23       Q.      Prior to Mr. Yung implementing

24   these new changes who would chose the samples

25   that got sent for testing?

Page 74

```
 1                    June Daddea
 2        A.     The vendor.
 3        Q.     And how would they be sent to the
 4   lab?
 5        A.     The vendor would send it to the
 6   Hong Kong office.  Who in turn would send it
 7   to a lab.
 8        Q.     And did the Hong Kong office have
 9   other responsibilities other than sending it
10   onto the lab, for example, were the samples
11   supposed to come in a sealed container and
12   the Hong Kong office had to make sure the
13   seals were not broken, anything like that?
14        A.     No.
15        Q.     Did the samples have to come inn
16   a sealed container?
17        A.     I don't believe so.
18        Q.     Prior to Mr. Johnson being
19   dedicated to Fairland, do you know how often
20   he would visit Fairland?
21        A.     I don't know exactly how long.
22   It would be several times a week.
23        Q.     Okay.
24               MS. CHU:  It is 1:00 why don't we
25         take a break for lunch.
```

Page 75

1           June Daddea

2                (Whereupon, a lunch recess was

3           taken.)

4           Q.    So, Ms. Daddea, I just have a few

5      follow-up questions for you this morning.

6                Could Fairland manufacture the

7      shimmer and sparkle gem machine and the My

8      Look Gem Machine on the same day?

9           A.    Yes.

10          Q.    And so then what would happen to

11     each batch or lot of toys?

12          A.    It would have the same date but

13     different -- a different purchase order

14     number.

15          Q.    And then the My Look Toys would

16     presumably have a BCH TAR number on them?

17          A.    Yes.

18          Q.    And then I assume they would then

19     be boxed differently and the toys would come

20     off the conveyor belt or whatever it is they

21     come off and one group would be boxed in

22     shimmer and sparkle box and one would be

23     boxed in the My Look box?

24          A.    Correct.

25          Q.    So now changing subjects.  Do you

Page 76

```
 1                    June Daddea
 2   know Mr. Yung's educational background?
 3        A.    I don't know what he holds a
 4   degree in.  But he does have a degree I
 5   believe he has a masters.
 6        Q.    Do you know if it is in
 7   engineering or industrial relations,
 8   something like that?
 9        A.    I am sorry, I really don't
10   recall.
11        Q.    That is okay.
12              Now, before we broke for lunch
13   you were describing for me the expanded I
14   will call it enhanced QA, QC procedures that
15   LaRose has put into place.
16              Are those enhanced procedures
17   written down anywhere?  Are they memorialized
18   in the policy?
19        A.    Yes, they will be.  Dennis is
20   putting something together.
21        Q.    QA, QC manual something like
22   that?
23        A.    Yes.
24        Q.    So now let's look at Exhibit 7,
25   which is the vendor agreement between the
```

Page 77

1                     June Daddea

2       LaRose and Fairland.  And turning to page

3       three the first section is labeled quality

4       control.  And the first sentence is the

5       factory must have a good QC organization.

6                 Are you familiar with what

7       Fairland's QC organization was before the

8       changes that Dennis Yung has implemented?

9            A.     I don't know everything about the

10      QC organization.  But I do know that now they

11      have that machine.  The XRF machine.  And

12      they are testing every batch of components

13      that come into factory.

14           Q.     The subject of testing the

15      components can you explain what you mean when

16      you say testing the components?  I just want

17      to make sure that we don't mean different

18      things.  In fact, why don't we get one of the

19      toys and you can explain what you mean by

20      component.  I am going to show you Exhibit 6

21      which is the My Look Gem Machine it has an

22      internal ID number of 134.

23           A.     All right.  Well, from the

24      subvendor depending how it is packaged you

25      could have these straps, the bracelets, they

Page 78

1              June Daddea
2    could come in individually wrapped I guess
3    like a plastic bag.  Maybe there are three in
4    a plastic bag I don't know how they come into
5    the factory.  But there would be a case of
6    them.
7         Q.    I see.
8         A.    So a case of maybe 500 of these
9    bracelets.
10        Q.    I see.  So I guess for the
11   record, we are looking at Exhibit 6 so there
12   is a purple looks like a watch strap on the
13   front strap with holes and a little buckle.
14        A.    Oh, here yeah.
15        Q.    And so you would get a case or
16   Fairland would get a case of 500 of those?
17        A.    Uh-huh.
18        Q.    In other words, the straps are
19   precut?
20        A.    Yes.
21        Q.    They are precut.  The holes are
22   already in them and the buckles are already
23   on them?
24        A.    Yes.  Uh-huh.
25        Q.    Fairland is not actually getting

Page 79

1                  June Daddea
2    a big sheet of material and cutting the
3    bracelets out of them?
4         A.    Correct.
5         Q.    And so what about these -- so in
6    other words, the subvendor is the one who is
7    getting a big sheet of material and then
8    cutting the bracelets?
9         A.    Yes.
10        Q.    Or otherwise creating the
11   bracelets however they do it?
12        A.    Yes.
13        Q.    So now on the front of the box
14   also these various metallic looking charms
15   with color gems in them, does Fairland make
16   those itself or do these little charms like
17   eight butterflies, for example, do they come
18   to the factory?
19        A.    I am not sure about these in
20   particular.  If they would be a component or
21   Fairland themselves would make it.
22        Q.    Okay.  Based on your knowledge of
23   Fairland, what is Fairland's manufacturing
24   capability can it make sort of these metallic
25   looking charms that we see on the front of

Page 80

```
 1                    June Daddea
 2   the box?
 3        A.    I believe they can.  They have
 4   the tooling.  They can do plastic molding.
 5        Q.    Okay.  So now when you say
 6   components what do you mean by components
 7   take the bracelet, for example, is a
 8   component?
 9        A.    Correct.  This necklace, like the
10   chain for the necklace.
11        Q.    I see.  The chain at the top that
12   has a little --
13        A.    Yes.
14        Q.    -- places where the child can
15   insert color gems?
16        A.    Yes.  And there are other silver
17   bracelets.
18        Q.    Right.
19        A.    On the side here.  And possibly
20   even some of the or all of the charms and
21   gems.  So they are all individual components.
22   I don't know which pieces Fairland may make
23   themselves or purchase from subvendors.  But
24   any components that come in would be subject
25   to this machine.  They run the case by the
```

Page 81

```
 1                    June Daddea
 2   machine.
 3         Q.     Okay.  Thank you, Ms. Daddea.
 4               If Fairland were to actually
 5   manufacture, for example, the ring and the
 6   necklace, the little butterfly charm then
 7   what they what would be delivered to the
 8   factory would be some sort of raw material?
 9         A.     That is correct.
10         Q.     And then they would -- are these
11   played out of plastic, for example, the
12   butterfly, the ring and other charms that the
13   child can hang off the bracelets?
14         A.     I am not sure what the component
15   is.
16         Q.     Well, it doesn't actually matter
17   that much.
18               Whatever that is made out of that
19   raw material would be delivered to the
20   factory and then Fairland would create these
21   different pieces out of that raw material?
22         A.     Yes.
23         Q.     So it gets both -- it may get raw
24   materials and it may get parts, components
25   that do not then need to be made into
```

Page 82

1                    June Daddea

2    something else but are part -- but they are

3    assembled as part of the whole toy at the

4    end?

5          A.     Yes.

6          Q.     Thank you.  I just wanted to make

7    sure we are talking about the same thing.

8                 And just so that I am clear, the

9    procedure now is that Fairland will use the

10   XRF machine on all component parts such as

11   the bracelets as well as on any raw

12   materials?

13         A.     Yes.

14         Q.     It will also put raw materials

15   through the XRF machine to make sure that the

16   material passes whatever relevant test

17   before?

18         A.     Yes.

19         Q.     Before turning it into whatever

20   the toy part is?

21         A.     Yes.  Any container coming into

22   the plant.

23         Q.     Got it.

24                So returning to the vendor

25   agreement and the first paragraph, the second

Page 83

```
 1                      June Daddea
 2   sentence of the first paragraph, the factory
 3   must have an adequate number of QC inspectors
 4   in every production area and inspectors must
 5   be properly trained.
 6              Does that refer to the Fairland
 7   inspectors or the LaRose inspectors?
 8        A.    Sounds as though here they are
 9   referring to their own inspections.
10        Q.    Do you know whether Fairland has
11   its own QC inspectors for inspecting?
12        A.    I am sorry?
13        Q.    Do you know whether Fairland has
14   its own QC inspectors for its factory?
15        A.    I believe they do, yes.
16        Q.    Do you know approximately how
17   many?
18        A.    No, I don't.
19        Q.    Do you know what kind of training
20   Fairland QC inspectors have?
21        A.    No, I don't know.
22        Q.    So the second paragraph refers to
23   control samples, what are control samples?
24        A.    I don't know what they mean by
25   that by control samples.  Must be readily
```

Page 84

```
 1                    June Daddea
 2   available in all areas of the factory.  I
 3   don't know what they could mean by that.
 4        Q.    Okay.  Have you ever heard the
 5   term control samples before?
 6        A.    No.
 7        Q.    This is the first time?
 8        A.    Yes.
 9        Q.    And this is the first time you
10   are hearing it not just with regard to
11   Fairland but in general?
12        A.    In general.
13        Q.    All right.  Then going to the
14   third paragraph, the factory must perform
15   incoming QC for all components purchased from
16   outside prior to them being used online.
17             Do you know what Fairland
18   incoming QC was before the new protocols that
19   Mr. Yung has instituted?
20        A.    No, I don't know.
21        Q.    Do you know if there were any?
22        A.    I don't know.
23        Q.    In the last paragraph says, the
24   factory QC must keep records of inspected
25   slash rejected lots and must make the records
```

Page 85

```
 1                    June Daddea
 2   available to Cra-Z-Art upon request.
 3             Do you know whether Fairland does
 4   that keep records of inspected and rejected
 5   lots before the protocol that Mr. Yung
 6   instituted?
 7        A.    No, I don't know.
 8        Q.    Do you know whether they keep
 9   records now after Mr. Yung instituted the new
10   protocols?
11        A.    Well, I know that they have to
12   make their records available as to that XRF
13   machine.  Testing all of the components.  I
14   don't know the details about keeping lots
15   separate or on the records for the lots
16   separate for us.
17        Q.    Do you know whether anyone from
18   LaRose ever asked to see the records of
19   inspected and rejected lots?
20        A.    I don't know.
21        Q.    Who at LaRose would have done
22   that would have requested records and
23   reviewed them?
24        A.    That would have been one of our
25   inspectors.  Johnson, Alan or Ken.
```

Page 86

1                    June Daddea

2       Q.      And you may have answered this

3    question already.  Do you know if they ever

4    did, if they ever requested records to

5    review?

6       A.      I am not aware of that.

7       Q.      Now the next section which is

8    entitled final pre-shipment inspections.  The

9    first paragraph says, all merchandise is

10   supplied to Cra-Z-Art by its vendors are

11   subjected to a final pre-shipping inspection

12   performed by authorized company inspectors.

13              Does company refer to LaRose?

14      A.      Yes.

15      Q.      And what is a final pre-shipping

16   inspection?

17      A.      One of our inspectors would have

18   to go out and he would do a final inspection

19   as required even on our purchase orders we

20   would require that before they ship it.

21      Q.      And what does the inspection

22   consist of?

23      A.      That I don't know.

24      Q.      Does the inspector open random

25   boxes and take out the toy and look at it or

Page 87

```
 1                      June Daddea
 2    something else?
 3         A.    I really don't know the details.
 4         Q.    Again, I apologize if I asked you
 5    this already.
 6               Do you remember when Fairland
 7    started manufacturing the gem machine both
 8    the shimmer and sparkle and the My Look when
 9    it started manufacturing it was?
10         A.    Would have been in the beginning
11    of 2015.
12         Q.    Do you know when the toys were
13    first shipped to the U.S.?
14         A.    August 2015.  I am sorry, could
15    have been July.  July or August 2015.
16               MS. CHU:  I am going to ask the
17         Court Reporter to mark as Exhibit 8 a
18         one page document entitled Cra-Z-Art
19         Corp. testing sampling procedure.
20               (Whereupon, a one-page document
21         was received and marked as Exhibit 8 for
22         identification, as of this date.)
23         Q.    Have you had a chance to look
24    this document over, Ms. Daddea?
25               (Witness is perusing the
```

Page 88

```
 1                    June Daddea
 2        exhibit.)
 3        A.      I have never seen this before.
 4        Q.      Well, then you already answered
 5   my first question.
 6                Based on your knowledge of LaRose
 7   and Fairland, do you know whether this a
 8   LaRose document or a Fairland document?
 9        A.      I wouldn't know.
10        Q.      Could this be a document produced
11   by LaRose for Fairland for Fairland's use?
12        A.      It could be.
13                MR. WOLF:  You finished with your
14        answer?
15                THE WITNESS:  Yes.
16        Q.      Do you know who would know where
17   this document came from and what its use is?
18   What it is for?
19        A.      Someone in our China office one
20   of the inspectors may know.
21        Q.      So when you say China office you
22   mean the factory not the Hong Kong office?
23        A.      Correct.  The inspectors are
24   based in China.
25        Q.      So your mainland China office?
```

Page 89

1                    June Daddea

2        A.       Mainland, yes.

3        Q.       Do you think anyone in your Hong

4    Kong office might know anything about this

5    document?

6        A.       I don't know.

7        Q.       Okay.

8                 So I am going to ask the Court

9        Reporter to mark the document which is

10       an e-mail bearing a three-page document

11       starting with Bates number L003389.

12                (Whereupon, a three-page document

13       was received and marked as Exhibit 9 for

14       identification, as of this date.)

15       Q.       So if you can, Ms. Daddea, take a

16   few moments to look this over and let me know

17   when you are done.

18                (Witness is perusing the

19       exhibit.)

20       A.       All right.  I am finished.

21       Q.       Have you ever seen this e-mail or

22   a draft of this e-mail before?

23       A.       I have reviewed it.  It was in

24   the -- when I was looking at some of the

25   documents it was in there.

```
                                          Page 90

 1                    June Daddea

 2         Q.     I see.  So you have seen this

 3    e-mail before?

 4         A.     Yes.

 5         Q.     Going on the first page 3389, the

 6    second e-mail in this they had from David

 7    Callet to Stephanie Symoffski (phonetic) and

 8    then there is a paragraph with a bunch of

 9    bullet points.  And there is a second

10    paragraph with a bunch of circle bullet

11    points.  The first circle say samples from

12    products from initial product runs are

13    submitted to accredited third-party for

14    product safety testing.

15              What was the initial product run

16    for the gem machine?  How do you define

17    initial product run?

18         A.     It would be samples from the

19    first product run.

20         Q.     So how big was the first product

21    run for the gem machine?

22         A.     I am not sure of the first

23    product run.

24         Q.     Do you have an estimate say a

25    1,000, 5,000, 10,000?
```

Case 1:19-cv-00040-MAD-CFH   Document 2   Filed 01/10/19   Page 181 of 486

Page 91

```
 1                     June Daddea
 2        A.      No, that I don't.
 3        Q.      Would this be the 66,000 toys you
 4   referred to this morning?
 5        A.      That would be the first purchase
 6   order.  But not necessarily the first
 7   production run.
 8        Q.      Okay.  What is a production run
 9   just generally speaking?
10        A.      Production run is the run for
11   that particular day and time.  They set up
12   the production line with the components and
13   they run the batch through.
14        Q.      And so that would be the very
15   first time that they create or assembly,
16   whatever verb you want to use, this toy?
17        A.      Yes.
18        Q.      And it is from that production
19   run that samples are taken to be tested?
20        A.      Yes.
21        Q.      Okay.  Is there a typical size
22   for an initial production run?
23        A.      I don't know.  I am not aware of
24   that.
25        Q.      And was it the case where the gem
```

Page 92

1                              June Daddea

2      machine that LaRose took samples from the

3      initial production run of the gem machine and

4      took samples and submitted those samples for

5      testing?

6            A.      Taking the samples from the

7      initial run?

8            Q.      Yes.

9            A.      And sending them to the lab?

10           Q.      Yes.

11           A.      Yes.

12           Q.      Now, according to this e-mail

13     from Mr. Callet the second circled bullet

14     point asks the question, are new products

15     tested more than once.  This is the bottom of

16     page 3389.  And Mr. Callet answers, not

17     normally.  However, given the events that

18     resulted in this product recall, LaRose

19     enhanced its efforts and the answer goes on.

20                  Is LaRose planning to test

21     products more than once now?

22           A.      Yes.

23           Q.      And how often does LaRose intend

24     to test products now?

25           A.      Randomly our inspectors can go in

Page 93

```
 1                    June Daddea
 2     there and pull a sample.
 3          Q.     Do you have particular criteria
 4     depending -- do you have a particular
 5     criteria for how often that sampling should
 6     be done?
 7          A.     No, I don't have that.
 8          Q.     Do you know if it is on a time
 9     basis once a month, every six weeks?
10          A.     I don't -- I am not sure.  I
11     don't know what Dennis has set up yet.
12     Dennis is in the process of documenting
13     everything.
14          Q.     Or it could be on a per toy like
15     every 1,000 toys or something?
16          A.     It could be.  It could be once a
17     week.
18          Q.     But you just don't know what
19     criteria he is planning to --
20          A.     I personally don't know.
21          Q.     Now the top of page 3390 which is
22     the next page.  The middle of the first line
23     a new sentence starts, LaRose has made it
24     clear to all of its vendors that they are
25     required to test and document every batch of
```

Page 94

1              June Daddea
2  raw material components, packaging materials
3  and printing ink all are fully compliant with
4  all product safety standards and goes on to
5  list to describe some more changes that
6  LaRose is instituting.
7           Is Mr. Callet describing the
8  expanded QC procedures that you described to
9  me before we broke for lunch?
10           MR. WOLF:  Can you repeat that
11       question again?
12           MS. CHU:  Are the additional QC
13       procedures that Mr. Callet is describing
14       in his e-mail as specifically at the top
15       of page 3390, are those the same
16       procedures that Ms. Daddea was
17       describing before we broke for lunch?
18       Ms. Daddea, describe from what I recall
19       enhanced QA, QC that Mr. Yung is
20       implementing and will be implementing.
21       Q.     And I wanted to know are those
22  the same procedure or do you think those are
23  the same procedures that Mr. Callet is
24  describing here in this e-mail?
25       A.     Some of them are.  All of our

Page 95

```
 1                   June Daddea
 2   vendors were aware that they had to be fully
 3   compliant with all product safety standards
 4   as was mentioned in this vendor agreement.
 5       Q.     Is there anything that Mr. Callet
 6   is describing in this e-mail that you are
 7   aware of that you have not already described
 8   in terms of LaRose's enhanced QA, QC
 9   procedures?
10       A.     No, this is everything.  This
11   doesn't include those on the XRF machine.
12       Q.     Now, when Mr. Callet refers to
13   quote every batch of raw material components
14   unquote.
15              What is a batch?  Is there is a
16   particular meaning to the term batch?
17       A.     Well, batch is every time you
18   bring as I mentioned before they bring in a
19   case of components, that would be a batch.
20       Q.     Okay.
21       A.     If we run out of those components
22   bring in another carton of components that is
23   another batch.
24       Q.     So whatever package of components
25   arrives, okay.
```

Page 96

                              June Daddea
1
2                 MS. CHU:  I am going to ask the
3        Court Reporter to mark as Exhibit 10, a
4        test report from SGS which starts with
5        Bates number L003499.
6                 (Whereupon, a multipage document
7        was received and marked as Exhibit 10
8        for identification, as of this date.)
9                 MR. WOLF:  Off the record.
10                (Discussion off the record.)
11       A.       All right.  I have read it.
12       Q.       First some general questions.  To
13   whom at LaRose are reports like this usually
14   sent to?
15       A.       They are sent to our chemist
16   Daniel Khakshoor.
17       Q.       Does Mr. Khakshoor always get a
18   copy of tests like this?
19       A.       He should.
20       Q.       He is supposed to?
21       A.       He is supposed to, yes.  As well
22   as Victor Pan and Kenny Chan.
23       Q.       What are Mr. Khakshoor's
24   responsibilities with respect to complying
25   with the CPSA guidelines generally?

Page 97

1                      June Daddea

2        A.      He reviews every test report and

3    if the item hasn't passed then he will

4    instruct the QCs to submit another sample.

5    Get another sample from the vendor and submit

6    that.

7        Q.      And what about Mr. Pan and

8    Mr. Chan, what are their responsibilities

9    with regard to complying with the United

10   States safety guidelines or requirements?

11       A.      They are just responsible for

12   making sure that the testing is being done

13   trying to get it done in a reasonable amount

14   of time.

15       Q.      Who picks the laboratory that the

16   samples are sent to?

17       A.      We pick the labs.

18       Q.      Would that be Mr. Khakshoor?

19       A.      That would be Mr. Khakshoor and

20   Uday at the time.

21       Q.      And so now would it be Mr. Yung?

22       A.      Yes.

23       Q.      And Mr. Khakshoor?

24       A.      Now it is just Mr. Yung.

25       Q.      Does Fairland -- do your

Page 98

1                         June Daddea

2    manufacturers have any role in choosing the

3    lab?

4         A.     No.

5         Q.     Have the manufacturers ever had a

6    role in choosing which lab the samples are

7    sent to?

8         A.     Not that I am aware of.

9         Q.     And how are the samples picked

10   and sent to the lab?

11        A.     The vendors will take the --

12   before they would take the samples from the

13   production line send them to our Hong Kong

14   office, who in turn would send them to the

15   lab.

16        Q.     And who decided how many samples

17   they would take?

18        A.     I believe it is our requirement

19   that six samples are sent.

20        Q.     Is that a LaRose policy for all

21   your manufacturers that six samples are

22   taken?

23        A.     I believe it is.

24        Q.     Now, looking at Exhibit 10, are

25   you generally familiar with test reports like

Page 99

1                    June Daddea

2    this?

3         A.    No.  I am not generally familiar

4    with them.

5         Q.    Have you ever seen them before?

6         A.    I have seen them, yes.

7         Q.    So now the first page says sample

8    receiving date August 3, 2015.  I am guessing

9    that means that is the date that the lab got

10   the sample; is that correct?

11        A.    Yes.

12        Q.    So then testing period says

13   August 3, 2015 to September 14, 2015, what is

14   the testing period?

15        A.    Well they were testing the

16   product from August from that -- during that

17   date range August 3, 2015 to September 14,

18   2015.

19        Q.    So the lab needs several weeks

20   here to test the samples?

21        A.    They took several weeks.

22        Q.    They took several weeks they may

23   not need several but they took several?

24        A.    Right.

25        Q.    And who decides what particular

```
                                          Page 100

 1                    June Daddea
 2   tests the laboratory needs to perform?
 3        A.     Well, that would be again a part
 4   of our testing procedures which used to be
 5   required by Uday Patel.  Now it is Dennis
 6   Yung.  He is keeping basically the same
 7   procedures and again it is based on a
 8   Wal-Mart protocol.
 9        Q.     Mr. Patel he decided what tests
10   would be done?
11        A.     Yes.
12        Q.     And that decision was based on
13   the Wal-Mart protocol?
14        A.     Yes.
15        Q.     Do you happen to know some of the
16   tests that were required?
17        A.     Well definitely lead.  Otherwise
18   could be a drop test for certain toys to make
19   sure they don't break and shatter.  Small
20   parts testing, you know, and then other
21   chemical tests.
22              MR. WOLF:  Excuse me, one second.
23              (Whereupon, Mr. Wolf is
24        conferring with the witness.)
25        Q.     Ms. Daddea, you had said just now
```

Page 101

                    June Daddea

 1   six samples are taken and tested, does that

 2   mean the lab produces one report for each

 3   sample so there should be six test reports?

 4        A.     I am not sure how that works.

 5        Q.     Looking at this test report which

 6   is Exhibit 10, is there anyway to tell what

 7   the batch number is for the toys that were

 8   tested?

 9        A.     There is a sample photo on the

10   last page but it does not show the batch

11   number.

12        Q.     Right.

13        A.     There is no way of telling which

14   batch it came from.

15        Q.     So how soon after whatever batch

16   of toys this sample this test report is for.

17   How soon after this testing could these toys

18   be on the shelves for sale in the United

19   States?

20        A.     It would be the next day as long

21   as we know it passed.

22        Q.     So you mean it could be ready for

23   sale on September 15th?

24        A.     Well, the testing period is

1              June Daddea

2    August 3rd through September 14th.  The test

3    report was finished on the 14th.

4         Q.    I see.  But are the toys still in

5    Hong Kong at that point or are they already

6    in the United States?

7         A.      They could be here.

8         Q.      Okay.  Are toys shipped to the

9    United States before they are tested or

10   before LaRose gets the test results?

11        A.      They could be.

12        Q.      Is there a usual practice or

13   policy with regard to that?

14        A.      No, no, no.

15        Q.      So in other words, let's say this

16   test report is for samples that came from

17   batch one as soon as batch one rolled off the

18   factory floor they could be put into a

19   container and shipped to the United States

20   and while that is happening the samples are

21   sent to the lab to be tests?  In other words,

22   these things happened simultaneously not

23   sequentially?

24             MR. WOLF:  Is that a question?

25             MS. CHU:  It is a question.  It

Page 103

```
 1                    June Daddea
 2        is a long question.
 3              MR. WOLF:  Do you understand the
 4        question?
 5              THE WITNESS:  I believe I do.
 6        A.    If the toy was --
 7              MR. WOLF:  Are they shipped
 8        before the testing is --
 9        Q.    Before LaRose gets the tests
10     results.
11              MR. WOLF:  Not hypothetically
12        before when could they be sold is
13        actually the question.  Are they
14        actually shipped before, you know, out
15        of China or wherever they are before the
16        test results are received.
17              MS. CHU:  Why don't I ask the
18        question one more time so we have a
19        clear record.
20              MR. WOLF:  Only because your
21        first question which seemed to be a
22        hypothetical, when could they be sold
23        and she said the next day and then that
24        began a geographical question after.  So
25        you said Hong Kong.
```

Page 104

1                    June Daddea

2              MS. CHU:  I believe I lost track

3        of exactly what I asked.  I think I

4        should just ask it again.

5              MR. WOLF:  Thank you very much.

6        I appreciate it.

7        Q.     So once a batch of toys is

8     manufactured is it then -- actually let me

9     rephrase that question.

10             Once the initial production run

11    of toys is manufactured is it then

12    immediately shipped to the United States

13    before LaRose gets the test report?

14       A.     No.

15       Q.     When are those toys from the

16    initial production run shipped to the United

17    States?

18       A.     Once we have word from the lab

19    that it passed.

20       Q.     So this test report is dated

21    September 14, 2015 how soon after

22    September 14, 2015 could the toys, the batch

23    that is represented by this test result be

24    sold in the United States?  Be in the United

25    States on shelves to be sold?

Case 1:19-cv-00040-MAD-CFH   Document 2   Filed 01/10/19   Page 195 of 486

                         June Daddea

1

2       A.      Again, the test report was issued

3    on the 14th.  But the testing period was

4    August 3rd through September 14th.

5       Q.      Right.

6       A.      So it is possible that we knew

7    that it passed before September 14th.

8       Q.      Okay.  But didn't you just tell

9    me that LaRose waits until it gets the test

10   results back before the toys ship?

11      A.      Yes, the test results.  Not the

12   physical report.

13      Q.      Oh, I see.  So are you saying

14   then at any point between August 3rd and

15   September 14th if LaRose found out that the

16   toys had passed they would say okay, you can

17   ship the toys?

18      A.      Yes.

19      Q.      Okay.  Do you know when the toys

20   represented by this test report or the batch

21   of toys represented by this test report were,

22   in fact, shipped to the United States?

23      A.      No, I don't know.

24      Q.      About how long would it take from

25   whatever date?

Page 106

1                         June Daddea

2               MR. WOLF:  How long once they say

3        ship them?

4               MS. CHU:  Yes.

5        Q.      Once they okay to ship those out

6    how long would it take for the toys to get to

7    the United States and then to a retailer's

8    shelves?

9        A.      If it is shipped by air it would

10   be the next day.  If it is shipped by vessel

11   to the east coast it would be 30 days.  To

12   the west coast it would be two weeks.

13       Q.      And do you know how long did it

14   take to manufacture the gem machine just the

15   manufacturing part of the process?

16       A.      No, I don't know.

17       Q.      Ms. Daddea, are you familiar

18   enough with these tests to be able to

19   identify where in the test it indicates that

20   the bands passed the relevant tests?

21               (Witness is perusing the

22        exhibit.)

23               MR. WOLF:  After this answer I

24        would like to take a break.

25               MS. CHU:  Yeah.  I would like to

Page 107

<pre>
1                    June Daddea
2         keep it short since we started late.
3                MR. WOLF:  Okay.
4         A.    I can't identify that particular
5    band.  They have different bands.  Shiny
6    silver coating plastic that is the gem.  Plus
7    dark pink coating on form sheet.  That looks
8    like it is one of the gems.
9                 (Witness is perusing the
10        exhibit.)
11        Q.    Ms. Daddea, is it part of your
12   job responsibilities to review test results
13   such as Exhibit 10?
14        A.    No.
15        Q.    And I think you testified you
16   don't know where in the test report it
17   indicates that the band passed, are you
18   having a hard time doing?
19        A.    I am sorry?
20        Q.    You are having a hard time
21   finding where in the test report it shows
22   where the band passed?
23        A.    Yes.  Because I am not that
24   familiar with the test reports.  I know they
25   list all of the components I am just trying
</pre>

Page 108

                    June Daddea

1   to match up.

3        Q.      Okay.

4        A.      Because they pull them apart.

5        Q.      Right.  Okay.  Well if you are

6   not really familiar with the tests, if you

7   are not familiar with the test report then.

8   And you are looking because you are looking

9   not because you actually know --

10       A.      Exactly.

11       Q.      So you don't need to look any

12  more is what I am saying.

13            MS. CHU:  So why don't we take a

14       five-minute break.

15            MR. WOLF:  Sure.

16            MS. CHU:  Be back at 3:25.

17            MR. WOLF:  That is fine.

18            (Whereupon, a short recess was

19       taken.)

20            MS. CHU:  So in an effort to make

21       things go a little faster I am going to

22       give the Court Reporter two documents to

23       marked.  The first is a one page

24       two-sided document with the Bates stamp

25       L000018.  And the second one is a

Page 109

1                        June Daddea

2          another one page two-sided document with

3          the Bates stamp L 000020.

4                   (Whereupon, two documents were

5          received and marked as Exhibits 11 and

6          12 for identification, as of this date.)

7          Q.      Have you had a chance to look at

8    these?

9                   (Witness is perusing the

10         exhibit.)

11         A.      Yes, I have seen these.

12         Q.      As part of your job

13   responsibilities are you generally familiar

14   with certificates of compliance?

15         A.      I am familiar with them.  Not

16   part of my job responsibilities.

17         Q.      But you are familiar with them?

18         A.      Yes.

19         Q.      Who prepares the certification of

20   compliance?

21         A.      Daniel Khakshoor.

22         Q.      And can you describe how that

23   process works?

24         A.      Once he receives a test report

25   from the lab he uploads that into our

INDEX NO. 907519-18

Case 1:19-cv-00040-MAD-CFH   Document 2   Filed 01/10/19   Page 200 of 486 RECEIVED NYSCEF: 12/13/2018

1                      June Daddea

2    database.

3         Q.     And then what happens?

4         A.     He can create the certificate of

5    compliance from that database.

6         Q.     And do you know whether he

7    maintains these certificates of compliance in

8    hard copy?

9         A.     I don't believe so.

10        Q.     So he typically maintains the

11   certificates of compliance in digital format

12   as an electronic copy?

13        A.     Yes.

14        Q.     And do you know whether he

15   creates the certificate of compliance the day

16   -- does he give it the date of he gets the

17   test report or the date of test report?

18        A.     No.  He will create this when it

19   is requested by the customer.

20        Q.     So look at Exhibit 11 which is

21   Bates stamp L000018, certification of

22   compliance up in the right-hand corner it

23   says date of issue 4/26/16.  Now if you look

24   over on the flip side which is Bates stamped

25   000019, number six it says date and place

Page 111

1                    June Daddea

2    where these products were tested for

3    compliance with the regulations stated above

4    date September 14, 2015.  Gives a test report

5    and the place is Hong Kong, China.

6               Is the reason you just gave why

7    the test report is dated September 14, 2015

8    but the date of issue is April 26, 2016 which

9    is over seven months the date of issue of the

10   certificate of compliance is more than seven

11   months after the these test results and the

12   date on the test report?

13        A.    Yes.  This is the date that the

14   certificate was printed date of issue.  So he

15   generated this.

16        Q.    Okay.  So before April 26, 2016

17   there was no certificate of compliance for

18   the particular toy covered by the

19   certificate?

20        A.    Correct.

21        Q.    If you can take a look at

22   Exhibit 12.  So again, if you look at the

23   second side which has a Bates stamp of

24   L000021 it actually has three test report

25   dates.  8/21/15, 9/14/15 and then 12/5/15 but

1                    June Daddea

2    the date of is 5/12/2016 -- I am sorry

3    5/2/16.

4              So again, is the reason that the

5    date of issue of the certificate is

6    substantially after the first two test dates

7    that the certificate was not created by

8    Mr. Khakshoor until it was requested by a

9    customer or someone else?

10         A.    Correct.  Yes.

11         Q.    And, in fact, on the first it

12   says L000020, small print underneath the

13   boxes some of which have X's it say GCC

14   provided on the item number 17450 tested on

15   9/14/15.  And then item 46634 gem machine

16   tested on 8/21/15.

17              So again both of these toys were

18   tested significantly several months before

19   the date of issue of the certificate, is that

20   right?

21         A.    Yes.

22              MS. CHU:  So I am going to ask

23         the Court Reporter to mark a multipage

24         document.  The top of which is a letter

25         from David P. Callet to the CPSC.  It

Page 113

1                        June Daddea

2        starts at Bates number L003815 and it

3        goes through L003912.  And for the

4        record, the letter references various

5        test reports all of which are separately

6        stapled and annexed to the letter.

7                   (Whereupon, a multipage document

8        was received and marked as Exhibit 13

9        for identification, as of this date.)

10                  MS. CHU:  You have done that

11       several times that is coaching the

12       witness.  I am not sure that is proper

13       since it is pursuant to section 63 (12).

14       I think it is my understanding that the

15       witness actually isn't entitled to have

16       a lawyer present.  If you can stop doing

17       that I would appreciate that.

18                  MR. WOLF:  Let the record reflect

19       there is no coaching going on here.  You

20       didn't have a question pending.  She has

21       counsel present, counsel is present for

22       a purpose to have the ability to consult

23       with a client and to advise the client.

24       That is my professional responsibility

25       not to just sit here as an observer.  I

1                     June Daddea

2       am not interfering.  I am not objecting.

3       She is answering every question.  I

4       don't consult with her when there is a

5       question pending nor will I.  I am

6       certainly entitled to consult with my

7       client.  Obviously there is no coaching

8       going on.  I don't even know what that

9       means.  It sounds like it is improper

10      and I don't think you really meant that.

11      I am not here to interfere.  We have

12      been fully cooperative and will remain

13      so.  I am not here to disrupt nor do I

14      believe I have disrupted.  To the extent

15      I said anything on the record I believe

16      it was just for clarification.

17            MS. CHU:  I am not taking issue

18      with anything.

19            MR. WOLF:  And I will only do

20      that for that purpose.  But ultimately,

21      you know, and not for very long.  But

22      enough said so...

23            I do it here so I don't have to

24      ask to take a break and lose time on the

25      record.  I certainly can consult with

Page 115

1                    June Daddea

2        her quietly before you ask your

3        question.

4        Q.    Ms. Daddea, can you please turn

5   to the third page of the letter from

6   Mr. Callet which is on the page that is Bates

7   stamped L003817.

8        A.    Right.

9        Q.    Actually, the box I am thinking

10  starts on the bottom of the previous page

11  L003816.  And this refers to the shimmer and

12  sparkle Cra-Z-Art crazy jewel gem charm and

13  slider bracelets.  And over in test under the

14  column that says test report number it says

15  note this product is replace materials for

16  the product number 884920174504 above and

17  uses the same materials used in product

18  number 884920174504.  So I think that

19  actually what Mr. Callet is indicating here

20  in this letter is that the gem charm and

21  slider bracelets were not actually separately

22  tested on their own but yet the certification

23  was, in fact, based on the test result for

24  the gem machine the larger gem machine kit.

25       A.    That is correct.

Page 116

1                          June Daddea

2          Q.      So in other words, when I asked

3    you before whether the certificate of

4    compliance with the Bates stamped L 000020

5    through 21, which is Exhibit 12 indicated

6    that the gem charm and slider bracelets were

7    based on tests the certificate was not

8    actually based on a test of the individual

9    charm and slider bracelet, is that right?

10   Rather it was based on tests of the gem

11   machine toy?

12         A.      Correct.

13         Q.      So in other words, the gem charm

14   and slider bracelets as a separate toy were

15   never actually tested or at least not back in

16   August or September of 2015?

17         A.      They are the same components only

18   put into a separate box to be sold as refill.

19         Q.      Okay.  Thank you for clarifying

20   that.  And while we are looking at Exhibit 13

21   can you tell me who at LaRose helped

22   Mr. Callet respond to this CPSC or help

23   Mr. Callet prepare this is 15B response to

24   the CPSC?

25         A.      The 15B response?  I am sorry,

Page 117

1                    June Daddea

2    which one?

3        Q.    That is Exhibit 13.  The letter

4    from David P. Callet that e-mail to section

5    15.

6        A.    Oh, the initial report?

7        Q.    Yes.

8              MR. WOLF:  I am sorry for my

9         clarification.  The question who helped

10         him prepare the letter or the entire

11         submission from LaRose?

12        Q.    The entire submission from LaRose

13    who provided information to Mr. Callet so

14    that he could prepare this response?

15        A.    Both Daniel Khakshoor and myself.

16        Q.    And what did -- what was

17    Mr. Khakshoor's role, what aid did he

18    provide?

19        A.    He provided the test reports.

20        Q.    Did he do anything else?

21        A.    No.

22        Q.    And what was your role,

23    Ms. Daddea?

24        A.    My role was to answer any other

25    questions other than the test reports.

Page 118

1                      June Daddea

2       Q.      What were the general areas for

3    which you provided information?  What topics

4    did you provide information?

5       A.      That would be sales.  Who we sold

6    the product to the retailers.  As well as the

7    consumers.  And gathering all of the data how

8    many items we received.  How many we sold to

9    retailers.  How many we all still have on

10   hand.

11      Q.      Thank you.  Was there anything

12   else?

13      A.      No.  No, not really.

14      Q.      So looking again at his 15B

15   report page L0038817 the second table it says

16   in support of the record for the above listed

17   products are as follows.  And under My Look

18   it says the import of record is Target

19   Corporation.

20              So I believe you testified

21   earlier that both Target and LaRose were

22   importers of record for the toys branded My

23   Look, do you know which one is accurate?

24      A.      I don't know.  I know Target

25   imported this item but I believe we also

Page 119

1                        June Daddea

2    prepared some of them in our plant.

3    Initially they were supposed to be imported

4    by Target.  We assembled some of them in our

5    plant.

6          Q.    When you say our plant where is

7    the plant located?

8          A.    In New Jersey.

9          Q.    So if you assembled the toys in

10   New Jersey would LaRose have been the

11   importer of record?

12         A.    Yes.

13         Q.    But you were importing the

14   component parts?

15         A.    Yes.

16         Q.    Once they were assembled in the

17   United States then they would be sent to

18   Target?

19         A.    Correct.  But the finished

20   product was imported by Target.

21         Q.    Okay.  Thank you for clarifying

22   that.  I am sure it all gets very confusing.

23              So only Target imported finished

24   products that were branded My Look?

25         A.    Yes.

Page 120

                    June Daddea

1

2        Q.     Does Target ever test -- did

3    Target ever test the My Look Toys itself or

4    does it always rely on LaRose for the

5    testing?

6        A.     I believe they may have tested it

7    themselves when they were importing it.

8        Q.     So in other words, Target may

9    have tested the My Look branded toys in order

10   to comply with the consumer product safety

11   requirement for certificate of compliance?

12       A.     Yes.

13       Q.     Do you know that for sure?

14       A.     No, I don't know.

15            MS. CHU:  I am going to ask the

16       Court Reporter to mark a two-page e-mail

17       that has Bates stamp of L003584 to 3585.

18            (Whereupon, a two-page document

19       was received and marked as Exhibit 14

20       for identification, as of this date.)

21       A.     Oh, excuse me.  If I may add a

22   comment.  I know you just mentioned before

23   that about Target and that they would test

24   based on CPSE requirements.  That is actually

25   how we test too.  We say Wal-Mart protocol

```
 1                    June Daddea
 2    but it is based on the requirements as
 3    demanded by CPSC.
 4         Q.     Okay.  Thank you for that
 5    clarification.
 6         A.     So we are on the same page.
 7         Q.     Actually I am going to ask you
 8    about a different e-mail 4060 first.
 9                MR. WOLF:  Put this one away.
10                MS. CHU:  Yeah, put this one
11         down.
12                I am going to ask the Court
13         Reporter to please mark an e-mail which
14         is Bates stamped L004060 to 461 I think
15         we are up 15.
16                (Whereupon, a document was
17         received and marked as Exhibit 15 for
18         identification, as of this date.)
19         Q.     Ms. Daddea, I have only one
20    simple question for you about this.  Which is
21    in the body of the e-mail it says the third
22    paragraph middle of the second sentence it
23    says, Mr. Callet says the relevant timely
24    test was entered into LaRose records at the
25    time of the tests.
```

Page 122

1                    June Daddea

2                What does that mean exactly

3    relevant timely tested --

4         A.     Our database.

5         Q.     Told you it was a simple

6    question.

7                MR. WOLF:  Back to 14?

8                MS. CHU:  Actually I just have

9         some general questions.

10        Q.     How did LaRose decide to test the

11   toys, test toys from the initial production

12   run?  How did LaRose or whoever at LaRose

13   decided that toys would be tested just once

14   after the initial production run or the toys

15   would be -- the tested toys would be toys

16   from the initial production run?

17        A.     That I don't know.  Mr. Patel was

18   in charge of compliance then so I would

19   imagine it would be him.

20        Q.     Do you know whether LaRose ever

21   changed the frequency of the testing for any

22   reason?

23        A.     No, I am not aware of that.

24        Q.     Do you know whether LaRose ever

25   changed frequency of testing because you, you

Page 123

1                        June Daddea
2    being the company not on you, personally
3    found out about a change in the manufacturing
4    process that might affect compliance at
5    LaRose?
6         A.     I am not aware of that.
7         Q.     Separate and apart from the XRF
8    machine you purchased prior to Mr. Yung newly
9    implemented protocol, did LaRose ever do any
10   independent testing of any toys?
11        A.     I am not aware of that either.
12   That wasn't part of my regular
13   responsibilities.
14        Q.     I understand.  But since you work
15   there maybe you heard of something.
16             So do you know whether LaRose
17   independently tested either the gem machine
18   or the slider bracelet after the initial
19   production run?
20        A.     I am not sure.
21        Q.     Okay.  You are not sure?
22        A.     Well, I don't know.
23        Q.     Do you know who would have made
24   the decision that the slider bracelets didn't
25   need to be separately tested?

Page 124

1

2        A.      I believe that -- let me rephrase

3    that.  Because it is a component part of the

4    gem making kit it is the same item only in a

5    different box and it doesn't include the

6    machine.  So I believe we are not required to

7    test that separately.

8        Q.      So I understand the rationale but

9    what I am asking who would have made that

10   determination, would it have been Mr. Patel,

11   would it have been you?

12       A.      It would have been Mr. Patel.

13       Q.      So, Ms. Daddea, let me ask you

14   obviously the toys from the initial

15   production run passed their tests.  And yet

16   many toys manufactured after that failed

17   tests.  Including toys purchased by the

18   Attorney General's office.  Toys purchased by

19   CPSC, how do you account for that happening?

20       A.      We believe that it is because of

21   a batch of -- a new batch of component

22   bracelets that were brought into Fairland

23   factory that weren't tested.  Fairland did

24   not inform us that there was a material

25   change because we would have retested it.

```
 1                    June Daddea
 2   And Fairland may not have known that.  And I
 3   don't know if it came from the same subvendor
 4   or not.  Because Fairland was purchasing
 5   through this trading agent.
 6        Q.    Now, all of these questions will
 7   refer to the time before Mr. Yung implemented
 8   any changes.
 9              Did LaRose have a policy
10   regarding material changes that was
11   communicated to its vendors?
12        A.    We did information our vendors
13   that any material change must be given to us.
14   We must be informed.
15        Q.    Was this in writing or orally by
16   one of your inspectors or QC people?
17        A.    It may have been part of that
18   agreement that we have with that vendor
19   agreement.
20        Q.    Okay.  If we can look at the
21   vendor agreement then which I believe is
22   number seven.  Could you just take a moment
23   and look through it and point out to me where
24   the material change policy is discussed.
25              (Witness is perusing the
```

Page 126

                         June Daddea

  1

  2        exhibit.)

  3        A.      I don't see any reference to

  4   that.

  5        Q.      Okay.

  6        A.        Inspectors make the quality

  7   checks according -- of the final product.  In

  8   detail to assure conforming to control sample

  9   in quality.  As well as the packing label --

 10   doesn't say anything about reporting material

 11   change.

 12        Q.      So is it your testimony that the

 13   vendor agreement between Cra-Z-Art and

 14   Fairland does not contain any --

 15             MR. PLAINTIFF:  You can finish

 16        your question but the document speaks

 17        for itself.

 18        Q.      -- language about material

 19   change?

 20             MR. WOLF:  Before you answer.

 21        The document speaks for itself.  Two, I

 22        believe that paragraph that she just

 23        read certainly refers to that to ensure

 24        conformity to a controlled sample.  It

 25        is a new part that is coming in from a

Page 127

1                          June Daddea

2           different vendor at a different time.

3           It is not conforming.  I leave that for

4           you.

5                    MS. CHU:  Mr. Wolf, now you are

6           testifying.  I believe she testified

7           earlier that she didn't know what

8           controlled samples are.

9           Q.      Ms. Daddea, I believe I asked you

10    before but I will ask you again.  What are

11    control samples?

12          A.      I wasn't sure until now.  I mean

13    I did not know what -- I would think of them

14    as a prototype.  But here I guess they call

15    it a control sample which means this is what

16    the final finished product should look like

17    and that I guess they refer to as a control

18    sample.  I refer to it as a prototype.

19          Q.      And you said that you didn't

20    understand until now what has caused you now

21    to recall what a control sample is?

22          A.      Well, because here they say

23    inspectors make quality checks according to

24    the final product in detail to assure

25    conformity to control sample which would be

Page 128

1            June Daddea

2    the prototype.

3        Q.    Okay.  Now, is your testimony now

4    based on your reading of this vendor

5    agreement or your knowledge of what happens

6    in Fairland factory?

7        A.    No.  Based on reading this vendor

8    agreement.

9        Q.    So let's go back to my original

10   question which is:  How did LaRose

11   communicate to Fairland that it should notify

12   LaRose of any material changes?

13       A.    That I don't know.  That would

14   have been between Mr. Patel and the vendors.

15       Q.    Do you know whether LaRose

16   communicated to Fairland that Fairland should

17   notify LaRose of any material changes such as

18   a change in the subvendor?

19       A.    I don't know for sure.

20       Q.    Do you know of any written policy

21   of any LaRose written policy that states that

22   a vendor should communicate any material

23   changes to LaRose?

24       A.    I am not aware of any.

25       Q.    So if Fairland did change

Page 129

1                    June Daddea

2    subvendor how would LaRose find out about it?

3              MR. WOLF:  Now or then?

4              MS. CHU:  Before the new protocol

5         was implemented by Mr. Yung.

6         A.    They should have told us.

7         Q.    I am sorry, go ahead.

8         A.    They would have or they should

9    have told us.  And they had to be aware of it

10   because I know that Mr. Patel was very -- he

11   worked with them daily.  I am sure he --

12   because on our purchase orders of every

13   purchase order it says must conform to all

14   federal and state regulations.  Now our new

15   purchase orders go more into detail.

16        Q.    So in other words, the

17   responsibility was on the vendor to let you

18   know of something like a change in a

19   subvendor?

20        A.    Yes.

21        Q.    When you say Mr. Patel worked

22   with Fairland daily was he based here in the

23   United States or in Hong Kong or mainland

24   China?

25              MR. WOLF:  Wait until the

```
                                                Page 130
 1                        June Daddea
 2         question is finished.
 3              A.      He was based in the United
 4    States.  He worked constantly all day long by
 5    phone and e-mail until late in the night.
 6              Q.      Well I am sure the 12-hour time
 7    difference made his work schedule pretty
 8    difficult?
 9              A.      Exactly.
10              Q.      Is Mr. Yung, his successor also
11    based here in the United States?
12              A.      He is based in the United States.
13    But he travels more often or frequently to
14    Hong Kong and China.
15              Q.      Has LaRose ever recalled items
16    before?
17              A.      Yes.
18              Q.      And what items were those?
19              A.      The first one was our Snoopy Snow
20    Cone that was 2013.  And then in 2015 we had
21    the Snoopy Flying Ace Ride On Plane.
22              Q.      Did it look like his doghouse?
23              A.      Like his doghouse.
24              Q.      He used to fly his doghouse?
25              A.      The snow cone did.  Not the
```

Page 131

1                    June Daddea

2   flying plane, you know, little white plane.

3   Little wooden toy.

4        Q.     Do you recall who manufactured

5   the snow cone?

6        A.     Fairland Toy.

7        Q.     And how about the flying ace?

8        A.     Fairland Toy.

9        Q.     And do you know why was the snow

10  cone recalled?

11       A.     Snow cone maker was recalled due

12  to small parts that could possibly fall out

13  little rivets that could fall out of the

14  wheel that crushes the ice.

15       Q.     How about the flying ace why was

16  that recalled?

17       A.     The flying ace also was recalled

18  for small parts.

19       Q.     Did LaRose institute any changes

20  with respect to its manufacturing policies

21  after either of these recalls let's start

22  with the 2013 recall?

23       A.     Yes.  We designed the cylinder

24  that crushes the ice to prevent this from

25  happening again.  We worked with Fairland we

Page 132

1              June Daddea
2    told them to enhance their quality control.
3         Q.     Do you know had the snow cone
4    passed the safety test for small parts before
5    it was sold in the United States?
6         A.     Yes, it did.
7         Q.     And how about the Snoopy Flying
8    Ace, why was that recalled?
9         A.     That was recalled because the
10   axle that was in the wheels could pop out.
11   It wasn't -- it didn't have the groove set in
12   there to prevent it from popping out.  It
13   could pop out and little hubcap would come
14   loose that was a small part.
15        Q.     It was also a small parts
16   problem?
17        A.     Yes.
18        Q.     And had the flying ace also
19   passed the small parts test?
20        A.     Yes.
21        Q.     The CPSIA small parts test?
22        A.     Yes.
23        Q.     What, if any, actions did LaRose
24   take after the flying ace recall?
25        A.     We redesigned the axle.

Page 133

            June Daddea

1

2       Q.      Did LaRose feel that Fairland was

3    responsible in any measure for the snow cone

4    problems?

5       A.      Well their quality control.  They

6    should have detected that the cylinder --

7    there was a small amount of cylinders where

8    the gray part, the metal part that crushes

9    the ice was put on a cylinder backwards.  So

10   instead of going with the ice and crushing it

11   it would go against the ice and pulling it

12   apart.  So that was a quality control issue.

13      Q.      In other words, when Fairland

14   assembled the toy did they assembly it the

15   wrong way?

16      A.      Yes.  The wheel, the cylinder was

17   assembled the wrong way.

18      Q.      I see.

19      A.      Some of them.  We were able to

20   identify the batches that were affected.

21      Q.      I see.

22              MR. WOLF:  I need like three

23          minutes to take a quick break just for a

24          call that has to be made.

25              MS. CHU:  Okay.

```
                                            Page 134

 1                        June Daddea

 2                   (Whereupon, a short recess was

 3            taken.)

 4                   MR. WOLF:  Thank you.

 5          Q.      I think we talking about the

 6     Snoopy Snow Cone before the break.  So it

 7     sounds like you're saying, Ms. Daddea, that

 8     Fairland was assembling the toy improperly?

 9          A.      Yes.  They there were pieces that

10     were.

11          Q.      And so that --

12          A.      Misassembled.

13          Q.      And that a possibility that small

14     pieces --

15          A.      Yes.

16          Q.      What about the Snoopy Flying Ace

17     you said that also a small parts problem?

18          A.      Yes.

19          Q.      Was that also a result of

20     improper assembly or was it another problem?

21          A.      Well, the axle was put inside

22     through the wheels and it was -- there was a

23     little peace of plastic like shimmy that was

24     put in to hold it and one popped out.

25          Q.      Did LaRose feel that Fairland had
```

Page 135

```
 1                    June Daddea
 2    any responsibility for the problem?
 3         A.      They would have been -- yes.  I
 4    mean that wasn't discussed specifically with
 5    me but I don't know what they discussed with
 6    Fairland how that was resolved with Fairland.
 7         Q.      Okay.  I ask because it would
 8    have been a design problem or assembly
 9    problem and assembly would obviously be more
10    a Fairland issue than the design problem.
11         A.      Yeah, that I don't know.  I don't
12    know if that was because of the design
13    problem.  But I mean Fairland has -- we have
14    worked with Fairland and given them most of
15    our products.  I check the stats they have
16    actually shipped us or manufactured for us
17    either shipping it to us directly or to our
18    customers over 21 million cartons.  Now, one
19    carton could contain anywhere from two to six
20    pieces.
21         Q.      By pieces do you mean toys?
22         A.      Right.  This particular toy this
23    is a four pack.  So there would be four of
24    these in a carton.  So then you multiply the
25    average would be four.  And we had a little
```

Page 136

1                     June Daddea
2      under a thousand SKUs that they make for us.
3                MR. WOLF:  Say what that is for
4           the record.
5                THE WITNESS:  SKU, stock keeping
6           units, products actual products.
7           Q.     When you say under a thousand
8      SKUs you mean a thousand different products?
9           A.     Thousand different products.
10          Q.     Just under a thousand different
11     products?
12          A.     Just under a thousand different
13     products.  Now this would be one SKU and the
14     shimmer and sparkle would be another one.
15     Even though it is a crazy jewels but it would
16     be two different products My Look and shimmer
17     and sparkle.
18          Q.     And would the slider bracelet be
19     a third?
20          A.     Yes.
21          Q.     It is separate a SKU?
22          A.     It is a separate SKU, yes.
23          Q.     Now, following the recall did
24     LaRose decide to continue selling the gem
25     machine or modified version of the gem

Page 137

1                    June Daddea

2    machine?

3         A.    Well, we intended it to be

4    modified.  We are waiting for your office to

5    give us the okay.

6         Q.    Are there any financial

7    consequence or other consequences to Fairland

8    with this recall of a toy manufacturer?

9         A.    Yes.  We are charging them back

10   for our expenses incurred.  Any penalties

11   that we were charged by our customers.  So

12   they do have a financial impact and hoping

13   that teaches them a lesson.

14        Q.    So when you say charged back

15   would that mean every single gem machine that

16   they manufactured they will essentially have

17   to repay LaRose for that?

18        A.    I am sorry?

19        Q.    Let me ask the question a

20   different way.

21             How many of these toys is

22   Fairland going to have to pay a charge back?

23        A.    The net amount of the toys that

24   were shipped -- let's put it this way.  I

25   think any returns from our customers and

Page 138

```
 1                  June Daddea
 2    consumers so anything that was returned by
 3    customers and consumers.
 4         Q.     When you say consumers do you
 5    mean retailers?
 6         A.     Directly from the consumers as a
 7    result of the recall.  So we are taking
 8    everything back.  So we going to gather all
 9    that information and then charge them back.
10         Q.     So in other words, all the toys
11    that the retailers sent back to you like
12    Target, Wal-Mart you will charge Fairland?
13         A.     Yes.
14         Q.     And all the toys that consumers,
15    individual customers sent back to you you
16    also charge Fairland for?
17         A.     Yes.
18         Q.     Do you have an estimate as to how
19    much that will be?
20         A.     Probably a couple of hundred
21    thousand.  200,000.
22         Q.     We are close to the end.
23              MS. CHU:  So I am going to ask
24         the Court Reporter to mark a multipage
25         document that begins with Bates stamp
```

Page 139

1                    June Daddea

2         L004431 and runs through 4455.

3                 (Whereupon, a multipage document

4         was received and marked as Exhibit 16

5         for identification, as of this date.)

6         Q.      You don't have to look through

7    this whole document, Ms. Daddea.  I actually

8    have questions about the first few pages.

9         A.      Okay.

10        Q.      Are you familiar with the first

11   page of this document or the first few pages?

12        A.      Yes.

13        Q.      And what is this document?

14        A.      This is our purchase order to

15   Fairland Toy.

16        Q.      And who is typically responsible

17   for sending out these purchase orders?

18        A.      That would be the buyer.

19        Q.      Okay.  Now looking at the top

20   left-hand corner of the first page 4431 it

21   says original PO, dated 7/23/2014.  I assume

22   that means the original purchase order date?

23        A.      7/23, yes.

24        Q.      Now over on the top right-hand

25   corner right under the words page one of two

Page 140

                          June Daddea

1    it says POREV date:  7/7/2016.

2            Does that stand for purchase

3    order revised date or reverse date?  What

4    does it stand?

5        A.    Oh, yes.  Yes, this is because

6    this purchase order included more than just

7    the jewels and gem maker.  So I requested the

8    copy from the buyer of the purchase orders

9    just showing the gems and jewel maker.  We

10   didn't care about anything else.  So the

11   buyer had to go in and revise the purchase

12   order.

13       Q.    I see.

14       A.    To remove on the other items.

15       Q.    I see.

16       A.    And just give me the gem and

17   jewel maker.

18       Q.    I see.  And so what was the

19   purchase of getting the revised purchase

20   order with just the gem and jewel maker.

21       A.    Because one of the required

22   documents was the purchase orders, any

23   documents pertaining to the gem machine.  The

24   gem maker.  So it didn't matter what else was

Page 141

                        June Daddea

1  on there I just had them eliminate everything

2  else.  Just give me the gem and jewel maker.

3      Q.     Okay.  And you said when you say

4  required documents you mean in response to

5  the Attorney General's subpoena?

6      A.     Yes, to your subpoena.

7      Q.     How going back to the subpoena

8  you said you collected documents for the

9  subpoena?

10     A.     Yes.

11     Q.     And then who then decided which

12 of those documents would be produced to the

13 Attorney General's office?

14     A.     I did.

15     Q.     You did.  So you both collected

16 the documents and then you decided which

17 documents should be turned over to us?

18     A.     Yes.

19     Q.     After you decided to or as the

20 process of deciding to recall the gem maker

21 was happening who at LaRose spoke with

22 Mr. Callet about the recall?  You testified

23 that you did.

24     A.     I did.

```
 1                    June Daddea

 2       Q.     And Mr. Khakshoor did?

 3       A.     Yes.

 4       Q.     Anyone else?  For example

 5   Ms. Mahabir?

 6       A.     Yes.

 7       Q.     Anyone else?

 8       A.     I don't think there would be

 9   anybody else.  Dennis Yung.

10       Q.     He had just been hired, right?

11       A.     After the recall.  Do you mean

12   immediately after the recall?

13       Q.     Any time between when you were --

14   when you first got the Attorney General's

15   letter which was dated late April of 2016

16   through the recall itself which was in very

17   early June.

18       A.     That would be Nellie Mahabir,

19   Daniel Khakshoor and myself.

20             MS. CHU:  Can we go off the

21       record for a moment.

22             (Discussion off the record.)

23             (Whereupon, a short recess was

24       taken.)

25             (Whereupon, a document was
```

Page 143

1                         June Daddea

2           received and marked off the record as

3           Exhibit 17 for identification, as of

4           this date.)

5           Q.      Ms. Daddea, the Court Reporter

6    has handed you a document that has been

7    identified as Exhibit 17.  Which is a

8    spreadsheet entitled Crazy Jewels shipment

9    into New York State which has the Bates stamp

10   L000002.

11               Are you familiar with this

12   document, Ms. Daddea?

13           A.      Yes, I am.

14           Q.      Do you know who prepared it?

15           A.      I did.

16           Q.      All right.  So I am going to

17   represent to you, Ms. Daddea, that we sorted

18   your spreadsheet by date order and saw that

19   there were no shipments into New York between

20   December 17, 2015 and April 18, 2016, do you

21   know why that could be?  It is a little hard

22   for you to -- your spreadsheet is not sorted

23   by date so it is hard for you to see the date

24   range.  But I am representing that we did

25   that and there was that gap.

Page 144

1                        June Daddea

2          A.      The spreadsheet is sorted by

3    invoice number.

4          Q.      Right.

5          A.      There were shipments to the major

6    retailers Wal-Mart, Target, Toys-R-Us, K-Mart

7    that were shipped to distribution centers.

8    From there the retailers will ship to stores

9    all over the country.

10         Q.      I see.

11         A.      When we ship to a distribution

12   center we don't know where that product will

13   end up.

14         Q.      I see.  So if you ship to say a

15   Target distribution center in New Jersey it

16   could end up in New York State, Pennsylvania?

17         A.      That is correct.

18         Q.      Anywhere close by?

19         A.      Yes.

20         Q.      Or not close by.  Okay.

21                 Can you identify again the

22   retailers, the major retailers where you

23   shipped to the distribution center rather

24   than to a store?

25         A.      Wal-Mart, Target, Toys-R-Us,

Page 145

1                    June Daddea

2    K-Mart.

3         Q.    So if we wanted to find out how

4    many toys went from a distribution center one

5    of these retailer to a store in New York how

6    do you do that?

7         A.    The retailer should be able to

8    provide that information based on their

9    shipping records.

10        Q.    Okay.  So is the fact that LaRose

11   ships to a distribution center rather than an

12   individual store the reason why you don't see

13   any shipments in New York State between

14   December 17th and April 18th of 2016?

15        A.    That is correct.

16        Q.    So in other words, you're saying

17   that -- you are saying that during that time

18   shipments went to distribution centers

19   outside of New York State?

20        A.    Yes.

21        Q.    So if LaRose ships to a Wal-Mart

22   distribution center why are there Wal-Mart

23   stores listed on this spreadsheet in the

24   middle?  There are six Wal-Mart stores

25   listed.  Actually it is all the same Wal-Mart

Page 146

1                     June Daddea

2   store.  They are all for the Wal-Mart store

3   in Marcy, New York.

4        A.     It was shipped to a DC in New

5   York State.

6        Q.     It says Wal-Mart DC regular.  Oh,

7   that is the located in Marcy, New York that

8   is what the information here means?

9        A.     Yes.

10       Q.     So on this list when it says the

11  bottom several lines are all Target and they

12  all say Target D slash C, does that mean a

13  Target distribution center?

14       A.     Yes.

15       Q.     So, Ms. Daddea, you testified

16  that LaRose had a few recalls before both

17  regarding toys made by Fairland.  But this

18  time with the gem machine LaRose has decided

19  to implement a pretty comprehensive set of

20  changes.

21            Why has LaRose decided to make

22  those changes now after this particular

23  recall?

24       A.     To ensure we just want to enhance

25  our quality control and our customers -- our

Page 147

1                         June Daddea

2    vendor's quality control that so this never

3    happens again.

4         Q.      That is a very logical reason.

5                 I am just asking why after this

6    particular recall because you have had two

7    earlier recalls also with Fairland Toy?

8         A.      There was --

9                 MR. WOLF:  Wait, wait, wait.  Let

10        her finish the question.

11        Q.      I am sorry, I am done?

12                MR. WOLF:  If your answer

13        includes advice of counsel or anything

14        like that just don't include that in

15        your answer.

16                THE WITNESS:  Oh, no.

17        A.      Because they were involved in

18   small parts that we understood the reason

19   that this happened.  And this is -- this

20   particular recall is because of lead.  And it

21   involved a nationwide recall.  A lot of

22   products were out there.  We never want this

23   to happen again.

24        Q.      Did LaRose ever ask Fairland what

25   happened why toys after the initial

Case 1:19-cv-00040-MAD-CFH   Document 2   Filed 01/10/19   Page 238 of 486

Page 148

1                        June Daddea
2     production run were failing the tests?
3          A.     (Witness indicating).
4          Q.     You need to verbalize your
5     answer.  I know it is getting late.
6          A.     Yes.  Larry Rosen and Nellie
7     Mahabir both went over to Hong Kong to speak
8     to the owner of Fairland Toy.
9          Q.     Who is the owner?
10         A.     Tony Wong, W-o-n-g.
11         Q.     And what did Fairland say, what
12    was the substance of their conversation with
13    Mr. Wong?
14         A.     I don't know the details of their
15    conversation.
16         Q.     Their general results?  The
17    general substance?
18         A.     I am not sure if they were sure
19    -- they received the components -- the second
20    batch the trading company.
21              MR. WOLF:  Who is "they"?
22              THE WITNESS:  Fairland.
23              MR. WOLF:  I don't mean to
24         interrupt.  But first you ask her if you
25         knew of the conversation she said she

Page 149

1                     June Daddea

2        doesn't know.  Now you are kind of

3        asking her again and she is describing

4        what I believe to be what Fairland did I

5        guess because in response to the result

6        which is fine.  I just want the record

7        to be clear because now she is saying

8        they and you know.

9               MS. CHU:  I was actually going to

10       ask Ms. Daddea to clarify who they is.

11              MR. WOLF:  Okay.

12       A.      I apologize.

13              MR. WOLF:  I don't mean to

14       interrupt.

15       Q.      I believe you first testified

16    that you didn't know the details of the

17    conversation between Mr. Rosen, Ms. Mahabir

18    and Mr. Wong.  And then I asked you even if

19    you don't know the details do you know the

20    general substance of the conversation between

21    Rosen, Mahabir and Wong.

22              MR. WOLF:  So listen I don't mean

23       to interrupt.  She asking the substance

24       of conversations not what somebody did

25       or didn't do.

Page 150

1               June Daddea

2          THE WITNESS:  All right.  I see.

3          MR. WOLF:  That might be a

4      different question did you learn what

5      information was discovered.  But now she

6      is asking the substance of the

7      conversation.  But you just said you

8      don't know what they said.  I don't know

9      if you know the substance.  The question

10     is in regard to conversations.

11     Q.    The general substance of their

12 conversation.  Even if don't know the

13 details.

14     A.    What the hell happened basically.

15          MR. WOLF:  There you go.

16     Q.    Do you know what Fairland -- do

17 you know what Fairland's explanations was for

18 what the hell happened was?

19     A.    I don't know for sure.

20     Q.    Okay.  Do you have a guess, an

21 educated guess?

22     A.    My educated guess is I know that

23 Fairland was buying from a trade agent.  So

24 the trading agent probably didn't tell

25 Fairland oh, by the way, I got these from

Page 151

1                    June Daddea

2    another supplier.

3        Q.      Okay.

4        A.      Can't talk with my hands either.

5        Q.      That is true.  You can but you

6    need to verbalize at the same time.

7                When Fairland purchases

8    components and raw materials to make this

9    toy, do they purchase enough for the entire

10   initial purchase order?  In other words, how

11   much do they get at one time?

12       A.      That I don't know.

13              MS. CHU:  You know, why don't we

14         just take a short break.  I will just

15         look over my questions and see if I

16         anything else to ask.

17              MR. WOLF:  Thank you.

18              (Whereupon, a short recess was

19         taken.)

20       Q.      Ms. Daddea, you testified earlier

21   that Mr. Yung is in the process of preparing

22   a new QA, QC manual for LaRose, is that

23   right?

24       A.      That is correct.

25       Q.      Do you know about approximately

Page 152

1                       June Daddea

2      when he will be done with that?

3           A.      He is in China right now.  As

4      soon as he returns from China which will be

5      the end of March he will put something

6      together.  I would say we will have it by mid

7      April.  Tax date.

8           Q.      He will be a very busy man.

9           A.      I am sorry?

10          Q.      Mr. Yung will be very busy in mid

11     April.

12          A.      He will be.

13          Q.      I have no more questions at this

14     time.  And I thank you very much for your

15     time and cooperation in coming here?

16          A.      You're welcome.

17               MS. CHU:  I am going to ask

18          Mr. Wolf if you can produce a few other

19          documents.  The copy of the Wal-Mart

20          protocol that LaRose follows.  The ITS

21          audits of Fairland.  And if you can give

22          us a copy of just one copy of your new

23          purchase orders.  We would appreciate

24          that.

25               MR. WOLF:  Sure.  You want to

FILED: ALBANY COUNTY CLERK 12/13/2018 11:42 PM
NYSCEF DOC. NO. 1

Case 1:19-cv-00040-MAD-CFH   Document 2   Filed 01/10/19   Page 243 of 486

1                    June Daddea
2        send it to me in writing?  You want to
3        sent me an e-mail request for that, do
4        you mind?
5                MS. CHU:  I will be happy.
6                MR. WOLF:  Thank you for that.
7                Anything else you need or
8        questions you have just feel free to
9        call.
10               MS. CHU:  Thank you.
11               (Time noted:  5:09 p.m.)
12

                    _____
13                    JUNE DADDEA
14

     Subscribed and sworn to before me this

15
     _____day of _____, 2017.

16
     _____, Notary

17   Public.

18

19

20

21

22

23

24

25

Page 154

INDEX TO TESTIMONY

|                     | Page | Line |
| ------------------- | ---- | ---- |
| Examination by      | 3    | 6    |
| Ms. Chu             |      |      |

INDEX TO EXHIBITS

| Description | | Page | Line |
| --- | --- | --- | --- |
| 1 | Multipage document<br>Subpoena | 11 | 8 |
| 2 | One-page document<br>Org chart | 14 | 19 |
| 3 | Toy | 25 | 4 |
| 4 | Toy | 35 | 19 |
| 5 | Toy | 41 | 11 |
| 6 | Toy | 44 | 3 |
| 7 | Double-sided document<br>Vendor Agreement | 46 | 2 |
| 8 | One-page document | 87 | 20 |
| 9 | Three-page document<br>E-mail | 89 | 12 |
| 10 | Multipage document<br>Test result | 96 | 6 |
| 11 | One-page document<br>Cert of Compliance | 109 | 4 |
| 12 | Multipage document<br>Cert of Compliance | 109 | 4 |
| 13 | Multipage document | 113 | 7 |

(Continued on the following page.)

Page 155

1

Description                    Page         Line

2

14  Two-page document          120          18
3       E-mail
4   15  One-page document        121          16
        E-mail
5
16  Multipage document          139          3
6
17  One-page document           142          25
7       Spreadsheet
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

FILED: ALBANY COUNTY CLERK 12/13/2018 11:42 PM
NYSCEF DOC. NO. 182                                    RECEIVED NYSCEF: 12/13/2018

1                    CERTIFICATE

2

3      I, MARIA ACOCELLA, a Notary Public within

4    and for the State of New York, do hereby

5    certify:

6      That the witness whose deposition is

7    hereinbefore set forth, was duly sworn by me

8    and that the within transcript is a true

9    record of the testimony given by such

10   witness.

11     I further certify that I am not related to

12   any of the parties to this action by blood

13   or marriage and that I am in no way

14   interested in the outcome of this matter.

15     IN WITNESS WHEREOF, I have hereunto set my

16   hand this 21st day of March, 2017.

17

18                  _Maria Acocella_

19           _____

20                 MARIA ACOCELLA

21

22

23

24

25

Page 157

1          WITNESS'S CORRECTION SHEET

2     PAGE \ LINE \ CORRECTION

3     _____

4     _____

5     _____

6     _____

7     _____

8     _____

9     _____

10    _____

11    _____

12    _____

13    _____

14    _____

15    _____

16    _____

17    _____

18    _____

19

              _____

20                  JUNE DADDEA

21

22    Subscribed and sworn to before me

23    this _____ day of _____, 2017

24    _____, Notary Public.

25

**&**

**&** 2:2

**0**

**000019** 110:25
**000020** 109:3
116:4
**006178** 32:21
**006213** 38:23
**07869** 3:11

**1**

**1** 10:24 11:9,13
154:7
**1,000** 90:25 93:15
**10** 39:2 96:3,7
98:24 101:7
107:13 154:18
**10,000** 90:25
**10174-1299** 2:5
**10271-0332** 2:14
**109** 154:20,21
**10:45** 1:10
**11** 109:5 110:20
154:7,12,20
**113** 154:23
**12** 49:14 109:6
111:22 113:13
116:5 130:6
154:17,21
**12/5/15** 111:25
**120** 1:7 2:13 155:2
**121** 155:4
**129a** 41:10
**13** 12:14 32:23
113:8 116:20
117:3 154:23
**134** 44:2 77:22
**139** 155:5
**14** 99:13,17 104:21
104:22 111:4,7
120:19 122:7

154:9 155:2
**142** 155:6
**14th** 102:2,3 105:3
105:4,7,15
**15** 117:5 121:15,17
155:4
**1578** 3:10
**15b** 116:23,25
118:14
**15th** 101:24
**16** 57:23 139:4
155:4,5
**17** 143:3,7,20
155:6
**17450** 112:14
**17th** 145:14
**18** 143:20 155:2
**18th** 145:14
**19** 154:9,11
**1:00** 74:24

**2**

**2** 14:18,20 53:8
154:9,14
**20** 154:16
**200,000** 138:21
**2008** 68:23
**2009** 49:19 68:15
68:25
**2010** 49:14
**2013** 130:20
131:22
**2015** 31:8 32:24
39:2 43:8 87:11
87:14,15 99:8,13
99:13,17,18
104:21,22 111:4,7
116:16 130:20
143:20
**2016** 65:10,11
69:11 111:8,16
142:15 143:20

145:14
**2017** 1:9 153:15
156:16 157:23
**21** 116:5 135:18
**21st** 156:16
**230715** 39:6,18
**25** 154:10 155:6
**26** 111:8,16
**26th** 2:13
**28** 43:8
**28-1015** 43:7
**29** 35:16

**3**

**3** 24:25 25:5 32:12
99:8,13,17 154:4
154:10,13 155:5
**30** 23:11 106:11
**3389** 90:5 92:16
**3390** 93:21 94:15
**35** 154:11
**3585** 120:17
**3:25** 108:16
**3rd** 102:2 105:4,14

**4**

**4** 35:20,23 39:9
46:13,16,19,21
154:10,11,20,21
**4/26/16** 110:23
**405** 2:4
**4060** 121:8
**41** 154:12
**44** 154:13
**4431** 139:20
**4455** 139:2
**46** 154:14
**461** 121:14
**46634** 112:15

**5**

**5** 41:7,12 42:18
46:13,16,20
154:12
**5,000** 90:25
**5/12/2016** 112:2
**5/2/16** 112:3
**50** 15:18
**500** 78:8,16
**5:09** 153:11

**6**

**6** 44:4 77:20 78:11
154:4,13,18
**6213** 47:2
**63** 113:13
**66,000** 31:5 91:3

**7**

**7** 46:4 48:12,14
76:24 154:14,23
**7/23** 139:23
**7/23/2014** 139:21
**7/7/2016** 140:2
**741** 42:25
**7th** 11:7

**8**

**8** 1:9 87:17,21
154:7,16
**8/21/15** 111:25
112:16
**80** 17:6 64:9,10
**87** 154:16
**884920174504**
115:16,18
**89** 154:17

**9**

**9** 89:13 154:17
**9/14/15** 111:25
112:15

**90**  14:4
**96**  154:18

**a**

**a.m.**  1:10
**ability**  113:22
**able**  65:16 106:18
  133:19 145:7
**absence**  45:10
**account**  124:19
**accounting**  5:14
**accredited**  90:13
**accumulate**  64:7
**accurate**  14:25
  118:23
**accurately**  4:13,17
  4:20
**ace**  130:21 131:7
  131:15,17 132:8
  132:18,24 134:16
**acocella**  1:23
  156:3,20
**action**  156:12
**actions**  132:23
**activities**  13:3
**actual**  63:11 136:6
**add**  16:4 120:21
**addition**  10:14
  56:2 68:6
**additional**  60:4,22
  94:12
**address**  3:9
**addressed**  11:4
**adequate**  83:3
**administration**
  5:4
**administrative**
  5:13
**advice**  147:13
**advise**  113:23
**affect**  123:4

**affidavit**  12:15,16
  12:18
**age**  21:7
**agency**  51:6,17
**agent**  72:2,6,7,8
  125:5 150:23,24
**ago**  59:5
**agreement**  45:25
  48:15 49:3,7,10,13
  50:21 51:21 52:16
  65:17 76:25 82:25
  95:4 125:18,19,21
  126:13 128:5,8
  154:15
**agreements**  26:8
**ahead**  63:8 129:7
**aid**  117:17
**air**  60:13 106:9
**airport**  59:19,22
**al**  67:20 68:14
**alan**  18:13,19
  67:21 68:11 69:6
  70:21 85:25
**amount**  20:12
  97:13 133:7
  137:23
**annexed**  113:6
**annual**  65:21,24
**answer**  3:24 4:8
  5:25 52:23 88:14
  92:19 106:23
  117:24 126:20
  147:12,15 148:5
**answered**  86:2
  88:4
**answering**  47:13
  114:3
**answers**  4:4 6:2
  92:16
**anticipate**  64:25

**anybody**  142:9
**anyway**  101:7
**apart**  108:4 123:7
  133:12
**apologize**  87:4
  149:12
**applicable**  52:6
  65:17
**appreciate**  26:15
  26:18 104:6
  113:17 152:23
**approved**  56:7,8,9
  56:10 71:12,13,16
  71:18
**approves**  56:5
**approximately**
  15:18 17:6 19:3
  19:12 20:8 31:4
  65:8 69:16 83:16
  151:25
**april**  53:11,19
  111:8,16 142:15
  143:20 145:14
  152:7,11
**area**  31:20 83:4
**areas**  5:13,14 8:15
  8:20 84:2 118:2
**argen**  2:6
**arms**  29:4
**arranges**  41:20
**arrives**  95:25
**arriving**  31:12
**art**  5:17 12:22,23
  24:25 25:11 35:13
  45:24 51:23 58:7
  61:8,10,16 67:9
  85:2 86:10 87:18
  115:12 126:13
**arts**  13:2
**asked**  30:21,23
  52:21 85:18 87:4

104:3 116:2 127:9
  149:18
**asking**  3:19 9:18
  9:19 30:25 39:14
  39:17 55:25 124:9
  147:5 149:3,23
  150:6
**asks**  12:14 92:14
**aspect**  27:23
**assembled**  82:3
  119:4,9,16 133:14
  133:17
**assembling**  134:8
**assembly**  37:25
  47:23 91:15
  133:14 134:20
  135:8,9
**assigned**  60:7,18
  60:19 68:4,5,8
**assistant**  2:16
**assume**  3:24 42:4
  50:23 63:25 75:18
  139:21
**assuming**  36:18
**assure**  126:8
  127:24
**attention**  27:14
**attorney**  1:1,4
  2:11,16,21,24,25
  5:22 10:20 11:4
  12:10 25:23 35:17
  41:9 44:2 124:18
  141:6,14 142:14
**attorneys**  2:3
**attractive**  29:7,7
  29:11
**audit**  51:11,15
  65:21,24 66:2,6,9
**audits**  152:21
**august**  65:12
  87:14,15 99:8,13

[august - buyer]

99:16,17 102:2
105:4,14 116:16
**authorized** 86:12
**available** 50:14
84:2 85:2,12
**avenue** 2:4
**average** 135:25
**aware** 10:18 19:23
19:24 22:17 48:11
86:6 91:23 95:2,7
98:8 122:23 123:6
123:11 128:24
129:9
**axle** 132:10,25
134:21

**b**

**back** 21:10 35:10
60:10 63:17 71:10
105:10 108:16
116:15 122:7
128:9 137:9,14,22
138:8,9,11,15
141:8
**background** 19:18
70:16 76:2
**backwards** 133:9
**bag** 78:3,4
**band** 107:5,17,22
**bands** 106:20
107:5
**base** 22:20 66:20
**based** 29:22 39:23
53:4 60:24 61:2
66:19 67:22 72:23
79:22 88:6,24
100:7,12 115:23
116:7,8,10 120:24
121:2 128:4,7
129:22 130:3,11
130:12 145:8

**basically** 100:6
150:14
**basis** 93:9
**batch** 43:14,17,19
43:20 44:8,14,24
45:10,12,13 46:20
47:5 59:8,14,15
75:11 77:12 91:13
93:25 95:13,15,16
95:17,19,23 101:8
101:11,15,16
102:17,17 104:7
104:22 105:20
124:21,21 148:20
**batches** 56:22
133:20
**bates** 89:11 96:5
108:24 109:3
110:21,24 111:23
113:2 115:6 116:4
120:17 121:14
138:25 143:9
**bch** 32:16 33:9
38:10 42:20 43:13
46:20,22 75:16
**bch006178a13-...**
32:14
**bch006213a10-...**
38:22
**bearing** 89:10
**began** 103:24
**beginning** 87:10
**begins** 138:25
**believe** 9:23 32:12
57:22 62:2 67:5
74:17 76:5 80:3
83:15 98:18,23
103:5 104:2 110:9
114:14,15 118:20
118:25 120:6
124:2,6,20 125:21

126:22 127:6,9
149:4,15
**belt** 75:20
**best** 29:15,17
66:22
**big** 59:12 60:11
79:2,7 90:20
**bill** 55:25 56:12,13
64:6 72:14,17,22
73:4,5,7,9,11,16
**blood** 156:12
**blue** 15:12 35:16
**board** 72:12
**body** 121:21
**bottles** 17:17
**bottom** 32:9,11
38:7,20 39:8
42:19 44:7 50:23
53:14 92:15
115:10 146:11
**box** 38:3,4,5,8
39:23 44:7,23
50:22 51:10 57:8
57:10,14 75:22,23
79:13 80:2 115:9
116:18 124:5
**boxed** 37:20,21
75:19,21,23
**boxes** 34:14 44:23
45:2 47:21 50:22
86:25 112:13
**bracelet** 80:7
116:9 123:18
136:18
**bracelets** 5:18
29:5 77:25 78:9
79:3,8,11 80:17
81:13 82:11
115:13,21 116:6
116:14 123:24
124:22

**brand** 12:23 36:11
36:16
**branded** 36:15,19
37:9 38:3,4,16
42:15 118:22
119:24 120:9
**break** 4:7,9 6:4
46:7,9 48:13,15
71:6 74:25 100:19
106:24 108:14
114:24 133:23
134:6 151:14
**breakdown** 13:25
**bring** 28:8 58:22
58:23 95:18,18,22
**brix** 10:12
**broadway** 1:7
2:13
**broke** 76:12 94:9
94:17
**broken** 74:13
**broker** 72:9
**brought** 27:12
29:13 124:22
**buckle** 78:13
**buckles** 78:22
**building** 2:4
**bullet** 90:9,10
92:13
**bump** 2:24
**bunch** 90:8,10
**bureau** 1:2 2:17
2:22
**business** 3:9 8:12
12:24
**busy** 152:8,10
**butterflies** 79:17
**butterfly** 81:6,12
**buy** 30:14
**buyer** 30:12
139:18 140:9,12

[buyers - coaching]                                                      Page 4

**buyers** 16:3,4,20
30:10
**buying** 150:23

**c**

**c** 2:1 18:16 146:12
**call** 25:12 28:25
43:19 56:14 64:24
76:14 127:14
133:24 153:9
**called** 14:17 56:25
58:6 61:8 72:2,6
**callet** 7:10,11 8:8
8:11,23,24 9:13,20
9:22 90:7 92:13
92:16 94:7,13,23
95:5,12 112:25
115:6,19 116:22
116:23 117:4,13
121:23 141:23
**callet's** 8:20
**capability** 79:24
**capable** 22:22
52:13
**capacity** 7:14
**capital** 51:12
**card** 56:14
**care** 140:11
**carton** 59:10,16
95:22 135:19,24
**cartons** 135:18
**case** 9:10 40:8
66:3 78:5,8,15,16
80:25 91:25 95:19
**cases** 72:2
**caused** 127:20
**center** 144:12,15
144:23 145:4,11
145:22 146:13
**centers** 144:7
145:18

**ceo** 11:5
**cert** 154:20,22
**certain** 100:18
**certainly** 47:9
114:6,25 126:23
**certificate** 10:4
110:4,15 111:10
111:14,17,19
112:5,7,19 116:3,7
120:11 156:1
**certificates** 109:14
110:7,11
**certification**
109:19 110:21
115:22
**certify** 156:5,11
**chain** 80:10,11
**champion** 23:15
57:25 58:22
**champion's** 70:11
**chan** 18:16 20:5
20:10,24,25 21:6
21:15 22:2,11
54:8 60:20 96:22
97:8
**chance** 48:14
87:23 109:7
**change** 52:19
63:16 123:3
124:25 125:13,24
126:11,19 128:18
128:25 129:18
**changed** 15:5,8,10
122:21,25
**changes** 57:19
60:4 62:25 64:14
65:7,13 72:13
73:24 77:8 94:5
125:8,10 128:12
128:17,23 131:19
146:20,22

**changing** 75:25
**charge** 12:3 52:12
54:7 122:18
137:22 138:9,12
138:16
**charged** 137:11,14
**charging** 137:9
**charm** 81:6
115:12,20 116:6,9
116:13
**charms** 59:13
79:14,16,25 80:20
81:12
**chart** 14:18,23
15:8,20 16:5
28:12 53:8 154:9
**check** 70:10
135:15
**checklist** 64:11
**checks** 58:19
126:7 127:23
**chemical** 62:9
100:21
**chemist** 96:15
**chief** 2:20
**child** 80:14 81:13
**children** 13:2
14:10 68:21
**children's** 17:14
68:18
**china** 24:3,6,9
54:3,15,20 58:2,4
60:8,9,19 61:2,3,3
61:4 67:23,24
68:5,8 88:19,21,24
88:25 103:15
111:5 129:24
130:14 152:3,4
**choosing** 98:2,6
**chose** 73:24

**chosen** 71:22
**chrysler** 2:4
**chu** 2:15 3:7 6:17
8:5 9:17 10:23
14:15 24:23 26:14
27:7 28:10 35:3
41:5 43:22 45:20
46:8 74:24 87:16
94:12 96:2 102:25
103:17 104:2
106:4,25 108:13
108:16,20 112:22
113:10 114:17
120:15 121:10
122:8 127:5 129:4
133:25 138:23
142:20 149:9
151:13 152:17
153:5,10 154:4
**circle** 90:10,11
**circled** 92:13
**city** 61:16,17
**clarification** 26:15
26:22 37:17
114:16 117:9
121:5
**clarify** 26:16 50:3
149:10
**clarifying** 116:19
119:21
**clear** 30:24 72:16
82:8 93:24 103:19
149:7
**client** 113:23,23
114:7
**clock** 34:10
**close** 138:22
144:18,20
**closely** 7:17
**coaching** 113:11
113:19 114:7

[coast - correct]

Page 5

**coast** 31:21 106:11 106:12
**coating** 107:6,7
**code** 32:17 38:11 42:20 43:17,17,19 44:8,14,24 45:11 45:13
**collect** 12:8
**collected** 5:19 6:22 12:10 141:9,16
**collecting** 12:3
**collection** 33:18 33:22
**college** 20:17,21 62:6
**color** 79:15 80:15
**coloring** 27:20
**column** 115:14
**come** 30:5 45:4 59:6 74:11,15 75:19,21 77:13 78:2,4 79:17 80:24 132:13
**coming** 3:14 58:13 70:13 82:21 126:25 152:15
**comment** 120:22
**communicate** 128:11,22
**communicated** 7:7 125:11 128:16
**communications** 5:24 6:6 7:2 9:16
**companies** 23:25 24:8 50:13
**company** 8:9,12 8:21 13:21 23:4 23:19,24 86:12,13 123:2 148:20
**complete** 48:2

**complexity** 31:16
**compliance** 10:5 12:15,16,18 53:16 53:23 54:2,13 66:13 109:14,20 110:5,7,11,15,22 111:3,10,17 116:4 120:11 122:18 123:4 154:20,22
**compliant** 94:3 95:3
**comply** 120:10
**complying** 96:24 97:9
**component** 56:15 58:13 59:25 72:10 77:20 79:20 80:8 81:14 82:10 119:14 124:3,21
**components** 10:11 27:21 29:6 37:15 37:22,24 38:4 47:20 55:19 56:14 56:18,21,22 57:7,9 59:6 64:4,5,9 70:13 72:24 77:12 77:15,16 80:6,6,21 80:24 81:24 84:15 85:13 91:12 94:2 95:13,19,21,22,24 107:25 116:17 148:19 151:8
**comprehensive** 146:19
**concept** 27:19
**condition** 4:12
**conducted** 66:2
**cone** 130:20,25 131:5,10,11 132:3 133:3 134:6

**conferring** 26:2 100:24
**confidential** 1:19
**confine** 6:2
**conform** 51:25 129:13
**conforming** 126:8 127:3
**conformity** 126:24 127:25
**confused** 7:19
**confusing** 119:22
**connects** 72:9
**consequence** 137:7
**consequences** 137:7
**considered** 52:9
**considers** 51:23
**consist** 86:22
**constantly** 130:4
**constraints** 48:7
**consult** 25:23 113:22 114:4,6,25
**consulted** 9:13
**consumer** 120:10
**consumers** 7:2 29:8 118:7 138:2 138:3,4,6,14
**contact** 8:23
**contain** 126:14 135:19
**container** 42:4,5 74:11,16 82:21 102:19
**context** 11:23
**continue** 69:23 136:24
**continued** 154:24
**contract** 13:7 27:14 49:22,22

**contracts** 26:11 65:23
**control** 19:5 53:23 55:2 70:17 77:4 83:23,23,25 84:5 126:8 127:11,15 127:17,21,25 132:2 133:5,12 146:25 147:2
**controlled** 126:24 127:8
**conversation** 148:12,15,25 149:17,20 150:7 150:12
**conversations** 149:24 150:10
**conveyor** 75:20
**cooperation** 152:15
**cooperative** 28:9 114:12
**copy** 66:23 96:18 110:8,12 140:9 152:19,22,22
**corner** 36:2 110:22 139:20,25
**corp** 51:23 87:19
**corporate** 17:8
**corporation** 12:22 118:19
**correct** 7:25 33:14 36:17,21 37:7 38:18,25 40:16 41:24 43:9 44:9 48:4 56:11 73:2 73:13 75:24 79:4 80:9 81:9 88:23 99:10 111:20 112:10 115:25 116:12 119:19

144:17 145:15 151:24
**correction** 157:1,2
**corresponds** 53:7
**costing** 53:10
**counsel** 5:25 6:7 6:10,19 7:7 8:2 113:21,21 147:13
**country** 60:11 144:9
**couple** 138:20
**courses** 19:21 20:2
**court** 4:2 10:24 11:11 14:15 24:24 35:8,11 41:6 43:23 45:21 87:17 89:8 96:3 108:22 112:23 120:16 121:12 138:24 143:5
**covered** 111:18
**cpsa** 96:25
**cpsc** 112:25 116:22,24 121:3 124:19
**cpse** 6:21,23 7:17 120:24
**cpsia** 132:21
**cra** 5:17 12:22,23 24:25 25:11 35:13 45:24 51:23 58:7 61:8,10,16 67:9 85:2 86:10 87:18 115:12 126:13
**crafts** 13:2
**crazy** 35:9 41:8 43:24 115:12 136:15 143:8
**create** 13:10,16 73:5 81:20 91:15 110:4,18

**created** 15:9 72:23 73:15 112:7
**creates** 73:4 110:15
**creating** 73:11 79:10
**creation** 35:13
**criteria** 93:3,5,19
**cross** 58:19
**crushes** 131:14,24 133:8
**crushing** 133:10
**curious** 34:14
**current** 5:2,10
**customer** 110:19 112:9
**customers** 50:15 50:18 135:18 137:11,25 138:3 138:15 146:25
**cutting** 79:2,8
**cylinder** 131:23 133:6,9,16
**cylinders** 133:7

**d**

**d** 2:6 3:2,2,2 23:24 53:3 58:8 146:12
**dadde4a** 46:15
**daddea** 1:19 3:1 3:10,12 4:1,23 5:1 6:1 7:1,5 8:1 9:1 10:1,18 11:1,11,18 12:1,12 13:1 14:1 14:22 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1,10 26:1,19,25 27:1 28:1 29:1 30:1 31:1,9 32:1,8 33:1 34:1 35:1,5,22

36:1 37:1 38:1,8 39:1,11 40:1 41:1 41:14 42:1 43:1 44:1,6 45:1 46:1 46:12 47:1 48:1 48:15,25 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1,3,8 72:1 73:1 74:1 75:1,4 76:1 77:1 78:1 79:1 80:1 81:1,3 82:1 83:1 84:1 85:1 86:1 87:1,24 88:1 89:1,15 90:1 91:1 92:1 93:1 94:1,16 94:18 95:1 96:1 97:1 98:1 99:1 100:1,25 101:1 102:1 103:1 104:1 105:1 106:1,17 107:1,11 108:1 109:1 110:1 111:1 112:1 113:1 114:1 115:1,4 116:1 117:1,23 118:1 119:1 120:1 121:1 121:19 122:1 123:1 124:1,13 125:1 126:1 127:1 127:9 128:1 129:1 130:1 131:1 132:1 133:1 134:1,7 135:1 136:1 137:1 138:1 139:1,7 140:1 141:1 142:1

143:1,5,12,17 144:1 145:1 146:1 146:15 147:1 148:1 149:1,10 150:1 151:1,20 152:1 153:1,13 157:20
**daftavi** 28:3
**daily** 129:11,22
**daniel** 96:16 109:21 117:15 142:19
**dark** 107:7
**data** 118:7
**database** 110:2,5 122:4
**date** 1:23 11:10 14:21 15:9 25:6 33:16 35:21 41:13 43:17 44:5 46:5 75:12 87:22 89:14 96:8 99:8,9,17 105:25 109:6 110:16,17,23,25 111:4,8,9,12,13,14 112:2,5,19 113:9 120:20 121:18 139:5,22 140:2,4,4 143:4,18,23,23 152:7
**dated** 11:5,6,6 49:13 104:20 111:7 139:21 142:15
**dates** 111:25 112:6
**david** 7:10 90:6 112:25 117:4
**dawn** 28:5
**day** 34:2,19 70:3,6 75:8 91:11 101:21 103:23 106:10

FILED: ALBANY COUNTY CLERK 12/13/2018 11:42 PM

NYSCEF DOC. NO.

INDEX NO. 907519-18

RECEIVED NYSCEF: 12/13/2018

Case 1:19-cv-00040-MAD-CFH   Document 2   Filed 01/10/19   Page 254 of 486

[day - e]

Page 7

110:15 130:4
153:15 156:16
157:23
**days** 34:25 106:11
**dc** 146:4,6
**deal** 8:25
**deals** 13:21
**december** 143:20
145:14
**decide** 22:18 29:14
29:16,19 122:10
136:24
**decided** 6:21 29:4
98:16 100:9
122:13 141:12,17
141:20 146:18,21
**decides** 30:17 41:3
54:17 99:25
**deciding** 141:21
**deciphering** 43:11
**decision** 40:25
100:12 123:24
**dedicated** 65:4
69:24 74:19
**define** 90:16
**definitely** 44:22
100:17
**degree** 20:18,21
62:6 70:24 76:4,4
**delivered** 81:7,19
**delivery** 59:12
**demanded** 121:3
**dennis** 53:13 54:9
55:25 58:18 62:15
62:15,21 63:9,17
65:5,9 71:13
76:19 77:8 93:11
93:12 100:5 142:9
**depend** 31:15
**depending** 77:24
93:4

**deposition** 156:6
**describe** 9:11,18
27:9 55:15 94:5
94:18 109:22
**described** 9:3
10:15 65:14 94:8
95:7
**describing** 76:13
94:7,13,17,24 95:6
149:3
**description** 154:6
155:1
**design** 25:21 135:8
135:10,12
**designed** 26:4,6
131:23
**designer** 26:9
**designing** 28:23
**detail** 126:8
127:24 129:15
**details** 70:25
85:14 87:3 148:14
149:16,19 150:13
**detect** 57:23
**detected** 133:6
**detectors** 59:21
**determination**
124:10
**determine** 54:5
**develop** 13:10,16
29:2
**developed** 27:19
**developing** 27:25
**development**
27:22
**difference** 41:25
130:7
**different** 8:6 21:22
27:20 34:19 36:6
38:14 56:22 75:13
75:13 77:17 81:21

107:5 121:8 124:5
127:2,2 136:8,9,10
136:12,16 137:20
150:4
**differently** 38:3
75:19
**difficult** 130:8
**difficulty** 6:3
**digit** 33:12
**digital** 110:11
**direction** 6:16
**directly** 16:12,18
28:15 41:4 47:24
55:20,24 57:18
63:3 135:17 138:6
**director** 5:3 53:15
**discovered** 150:5
**discuss** 6:4
**discussed** 5:22
125:24 135:4,5
**discussion** 48:23
96:10 142:22
**disrupt** 114:13
**disrupted** 114:14
**distinguish** 34:7
35:15
**distracted** 3:21
**distributed** 31:13
**distributes** 13:11
**distribution** 144:7
144:11,15,23
145:4,11,18,22
146:13
**distributor** 13:2
**document** 11:8,20
14:16,19 44:3
45:22,23 46:3
87:18,20,24 88:8,8
88:10,17 89:5,9,10
89:12 93:25 96:6
108:24 109:2

112:24 113:7
120:18 121:16
126:16,21 138:25
139:3,7,11,13
142:25 143:6,12
154:7,9,14,16,17
154:18,20,21,23
155:2,4,5,6
**documenting**
93:12
**documents** 6:22
10:25 11:25 12:3
12:8,9 89:25
108:22 109:4
140:23,24 141:5,9
141:13,17,18
152:19
**doghouse** 130:22
130:23,24
**doing** 55:18,25
58:18 63:2 107:18
113:16
**domestic** 13:23
14:3
**domestically** 14:6
14:10
**dong** 58:7 61:7,8
61:10,14
**double** 46:3
154:14
**draft** 89:22
**drafted** 49:6
**drop** 100:18
**due** 131:11
**duly** 3:3 156:7
**duties** 53:19,21,25
54:10,14

**e**

**e** 2:1,1 3:2,2 53:3
61:25,25,25 67:21
89:10,21,22 90:3,6

[e - fairland]

92:12 94:14,24 95:6 117:4 120:16 121:8,13,21 130:5 153:3 154:17 155:3,4

**eager** 28:8

**earlier** 118:21 127:7 147:7 151:20

**early** 31:8 142:17

**easel** 14:12 17:15 17:16

**east** 31:21 106:11

**edification** 35:18

**educated** 32:5 40:2 47:11 64:21 150:21,22

**education** 20:14 60:15 64:22

**educational** 19:17 62:4 76:2

**efficient** 26:23

**effort** 108:20

**efforts** 92:19

**eight** 4:25 5:7 24:21 79:17

**either** 22:11,24 33:3 40:12,13,13 40:23 43:16 62:13 123:11,17 131:21 135:17 151:4

**electronic** 110:12

**eliminate** 141:2

**employees** 15:11 54:8

**engineer** 60:15 61:24,25 62:16,23

**engineering** 28:4 62:7,9 76:7

**enhance** 132:2 146:24

**enhanced** 76:14 76:16 92:19 94:19 95:8

**ensure** 65:15 126:23 146:24

**ensuring** 52:13

**entered** 121:24

**entire** 37:5 59:14 59:24 117:10,12 151:9

**entitled** 86:8 87:18 113:15 114:6 143:8

**entity** 72:5

**environmental** 1:2 2:17,21

**eric** 1:3 2:12

**error** 44:15,16

**especially** 38:3

**esq** 2:5,6,15

**essentially** 36:10 36:14 71:12 137:16

**estimate** 30:13,16 90:24 138:18

**events** 92:17

**exactly** 28:18 74:21 104:3 108:10 122:2 130:9

**examination** 3:6 154:4

**examined** 3:5

**example** 57:8 74:10 79:17 80:7 81:5,11 142:4

**exceed** 52:2

**exceeding** 52:14

**exclusive** 36:5,11 36:16

**excuse** 100:22 120:21

**exhibit** 10:24 11:9 11:13,17 14:18,20 24:25 25:5 32:12 35:20,23 39:9 41:7,12 42:18 44:4 46:4,13,16,19 46:20,21 48:12,14 48:21 53:8 76:24 77:20 78:11 87:17 87:21 88:2 89:13 89:19 96:3,7 98:24 101:7 106:22 107:10,13 109:10 110:20 111:22 113:8 116:5,20 117:3 120:19 121:17 126:2 139:4 143:3 143:7

**exhibits** 109:5 154:5

**existence** 68:23

**expanded** 76:13 94:8

**expanding** 55:2,6 55:9,12

**expansion** 60:5

**expansions** 62:24 64:13

**expectations** 52:2

**expenses** 137:10

**experience** 19:8 20:24,25 60:16 62:12 64:23 70:25

**experienced** 64:21

**explain** 77:15,19

**explained** 35:5 38:9

**explanations** 150:17

**express** 30:11

**extent** 114:14

**f**

**fact** 60:13 77:18 105:22 112:11 115:23 145:10

**factories** 24:9 51:15 54:4 65:4 67:15

**factory** 24:5 31:10 32:18 44:15,18 45:5 58:2,3,13,24 59:7 61:3,4,11,16 61:18,21 65:20,23 67:3,11,23,24 69:3 69:5 70:11 77:5 77:13 78:5 79:18 81:8,20 83:2,14 84:2,14,24 88:22 102:18 124:23 128:6

**failed** 124:16

**failing** 148:2

**fair** 45:15

**fairland** 23:7,15 24:4,16,20 25:18 29:13,14,16 30:3 30:17,21 32:17,22 33:10,25 34:4 37:2,11,13,19,21 37:22 38:11 44:22 47:3,18 49:11,15 49:21 50:2,4,6,8,9 57:25 58:20 60:7 60:18 61:15,17,21 61:22 67:16 68:4 69:14,17,21,24 70:2 71:18 73:15 74:19,20 75:6

[fairland - generally]

Page 9

77:2 78:16,25
79:15,21,23 80:22
81:4,20 82:9 83:6
83:10,13,20 84:11
84:17 85:3 87:6
88:7,8,11 97:25
124:22,23 125:2,4
126:14 128:6,11
128:16,16,25
129:22 131:6,8,25
133:2,13 134:8,25
135:6,6,10,13,14
137:7,22 138:12
138:16 139:15
146:17 147:7,24
148:8,11,22 149:4
150:16,23,25
151:7 152:21
**fairland's** 34:2
50:18 61:18 67:3
77:7 79:23 88:11
150:17
**fall** 16:7 131:12,13
**familiar** 7:16
25:10 39:5,12
49:2,5 51:3 77:6
98:25 99:3 106:17
107:24 108:6,7
109:13,15,17
139:10 143:11
**far** 15:2 32:4
**fares** 60:12,13
**faster** 108:21
**fayette** 17:3,3,5,11
17:13,21 18:2
**federal** 129:14
**fee** 9:6
**feel** 26:13 133:2
134:25 153:8
**feld** 2:20 59:23

**fill** 12:16
**filled** 12:17
**filling** 12:19
**final** 86:8,11,15,18
126:7 127:16,24
**finance** 5:14
**financial** 137:6,12
**find** 72:3 129:2
145:3
**finding** 107:21
**fine** 8:7 32:6
108:17 149:6
**finish** 71:7 126:15
147:10
**finished** 56:19
67:13 88:13 89:20
102:3 119:19,23
127:16 130:2
**firm** 8:20,25 10:16
28:23 65:10
**first** 3:3 31:3
32:23 33:24 34:2
34:7 38:25 43:4
50:22 51:22 58:15
67:8 77:3,4 82:25
83:2 84:7,9 86:9
87:13 88:5 90:5
90:11,19,20,22
91:5,6,15 93:22
96:12 99:7 103:21
108:23 112:6,11
121:8 130:19
139:8,10,11,20
142:14 148:24
149:15
**five** 9:14 108:14
**flat** 47:21
**flip** 110:24
**floor** 2:13 102:18
**fly** 130:24

**flying** 130:21
131:2,7,15,17
132:7,18,24
134:16
**focus** 69:13
**follow** 75:5
**following** 136:23
154:24
**follows** 3:5 118:17
152:20
**forecast** 29:22
**form** 107:7
**formal** 22:25
**format** 110:11
**forth** 60:10 156:7
**forties** 20:9 21:8
**found** 5:20 105:15
123:3
**four** 45:23 49:14
135:23,23,25
**fourth** 67:8
**free** 26:13 153:8
**frequency** 122:21
122:25
**frequently** 23:18
67:10 130:13
**front** 63:12 78:13
79:13,25
**full** 47:13
**fully** 94:3 95:2
114:12
**functions** 53:13
**further** 6:12 22:6
27:20,25 29:2
156:11

**g**

**g** 23:16 28:5 53:13
58:8,8 67:21
68:10 148:10
**gao** 68:10 69:10
70:23

**gap** 143:25
**gather** 138:8
**gathered** 6:23
**gathering** 118:7
**gcc** 112:13
**gem** 5:17 25:2,12
25:14 27:10,13,13
31:23 32:11 35:13
35:14,22,24 36:6,7
37:23 41:8 42:14
43:25 46:17 57:9
59:13 75:7,8
77:21 87:7 90:16
90:21 91:25 92:3
106:14 107:6
112:15 115:12,20
115:24,24 116:6
116:10,13 123:17
124:4 136:24,25
137:15 140:8,17
140:21,24,25
141:3,21 146:18
**gems** 79:15 80:15
80:21 107:8
140:10
**general** 1:1,4 2:11
2:16,21,25 8:19
11:4 26:21 35:17
41:9 44:2 84:11
84:12 96:12 118:2
122:9 148:16,17
149:20 150:11
**general's** 10:20
124:18 141:6,14
142:14
**generally** 8:2 9:18
31:22 40:18,23
66:8 70:4 91:9
96:25 98:25 99:3
109:13

[generated - identify]                                                    Page 10

**generated** 111:15
**gentle** 53:2
**geographical**
    103:24
**george** 68:10
    70:23
**getting** 78:25 79:7
    140:20 148:5
**girl's** 10:11
**girls** 29:11
**give** 13:25 52:22
    59:2 108:22
    110:16 137:5
    140:17 141:3
    152:21
**given** 11:24 43:10
    51:6 92:17 125:13
    135:14 156:9
**gives** 63:4 111:4
**giving** 50:8
**go** 6:12 16:6 17:15
    17:16 22:7,11
    33:8 47:4 59:7
    63:8,17 65:7,20
    72:3 86:18 92:25
    108:21 128:9
    129:7,15 133:11
    140:12 142:20
    150:15
**goes** 17:19,20
    59:15 63:10 65:23
    92:19 94:4 113:3
**going** 3:19 10:23
    20:6 24:23 29:25
    35:11 38:11 41:5
    43:22 45:20 52:22
    62:17 71:5,10
    77:20 84:13 87:16
    89:8 90:5 96:2
    108:21 112:22
    113:19 114:8

**generated** 120:15 121:7,12
    133:10 137:22
    138:8,23 141:8
    143:16 149:9
    152:17
**good** 3:12,13 71:4
    77:5
**goods** 67:13
**government** 51:6
**governmental**
    51:17
**gray** 133:8
**groove** 132:11
**gross** 28:5,6,13,19
    28:24 29:9
**group** 23:5 51:7
    51:18 75:21
**guan** 58:8 61:7,9
    61:10,14
**guess** 13:13 26:9
    32:3,4,6 33:7
    45:10 47:11 78:2
    78:10 127:14,17
    149:5 150:20,21
    150:22
**guessed** 32:25
**guesses** 40:3
**guessing** 29:11
    34:6 61:12 99:8
**guided** 7:2
**guidelines** 96:25
    97:10

**h**

**h** 18:16
**halfway** 51:10
**hand** 110:22
    118:10 139:20,24
    156:16
**handed** 11:12
    143:6

**handled** 6:25
**hands** 151:4
**hang** 81:13
**happen** 45:18
    75:10 100:15
    147:23
**happened** 44:10
    47:12 102:22
    147:19,25 150:14
    150:18
**happening** 102:20
    124:19 131:25
    141:22
**happens** 110:3
    128:5 147:3
**happy** 153:5
**hard** 107:18,20
    110:8 143:21,23
**headquarters** 17:8
**heard** 84:4 123:15
**hearing** 84:10
**held** 5:6
**hell** 150:14,18
**help** 12:6,7 116:22
**helped** 116:21
    117:9
**hereinbefore**
    156:7
**hereunto** 156:15
**hire** 64:16
**hired** 60:7,13,14
    62:14,23 66:11
    68:7 69:10,11
    142:10
**hiring** 64:25
**history** 22:20
**hold** 134:24
**holds** 76:3
**holes** 78:13,21
**hong** 18:6,19 24:5
    24:11,17 31:19,20

**generated** 41:22 42:5 54:7
    55:22 60:24 74:6
    74:8,12 88:22
    89:3 98:13 102:5
    103:25 111:5
    129:23 130:14
    148:7
**hoping** 137:12
**hour** 130:6
**house** 27:19
**hubcap** 132:13
**huh** 57:15 60:3,12
    61:6 72:11 78:17
    78:24
**human** 5:3,12
**hundred** 62:3
    138:20
**hypothesizing**
    47:15
**hypothetical**
    103:22
**hypothetically**
    103:11

**i**

**ice** 131:14,24
    133:9,10,11
**idea** 30:9 45:14
    65:3
**identification**
    11:10 14:21 24:25
    25:6 35:21 41:7
    41:13 43:24 44:5
    46:4 87:22 89:14
    96:8 109:6 113:9
    120:20 121:18
    139:5 143:3
**identified** 143:7
**identify** 106:19
    107:4 133:20
    144:21

**illness** 4:11
**imagine** 122:19
**immediately**
104:12 142:12
**impact** 137:12
**implement** 146:19
**implemented**
72:13 77:8 123:9
125:7 129:5
**implementing**
73:23 94:20,20
**import** 41:4
118:18
**imported** 25:15
118:25 119:3,20
119:23
**importer** 12:25
40:9,11,14 41:2
42:2,3,8 119:11
**importers** 118:22
**importing** 119:13
120:7
**imports** 18:3
23:23
**improper** 114:9
134:20
**improperly** 134:8
**improving** 54:25
**include** 6:6 95:11
124:5 147:14
**included** 140:7
**includes** 147:13
**including** 124:17
**incoming** 84:15,18
**incurred** 137:10
**independent** 51:11
123:10
**independently**
123:17
**index** 154:2,5

**indicate** 6:9
**indicated** 116:5
**indicates** 106:19
107:17
**indicating** 39:7
115:19 148:3
**individual** 25:8
80:21 116:8
138:15 145:12
**individually** 21:21
78:2
**individuals** 60:22
**industrial** 76:7
**industry** 14:17
19:9,13 21:3
39:24 40:6 43:15
**inform** 124:24
**informal** 22:25
**information** 6:24
117:13 118:3,4
125:12 138:9
145:8 146:8 150:5
**informed** 125:14
**initial** 31:5,6 90:12
90:15,17 91:22
92:3,7 104:10,16
117:6 122:11,14
122:16 123:18
124:14 147:25
151:10
**initially** 29:21
30:21 119:3
**ink** 94:3
**inks** 57:3
**inn** 74:15
**insert** 80:15
**inside** 57:13
134:21
**inspect** 65:20 67:3
67:15,16

**inspected** 84:24
85:4,19
**inspecting** 83:11
**inspection** 86:11
86:16,18,21
**inspections** 67:12
83:9 86:8
**inspector** 58:21
60:6,8,9,17,18
68:7 69:24 70:2
86:24
**inspectors** 64:16
64:19,20,25 65:3
67:18 68:2,13
69:21 83:3,4,7,7
83:11,14,20 85:25
86:12,17 88:20,23
92:25 125:16
126:6 127:23
**instance** 26:13
**institute** 131:19
**instituted** 65:14
84:19 85:6,9
**instituting** 94:6
**instruct** 97:4
**instruction** 12:14
**insurance** 5:14
**intend** 92:23
**intended** 137:3
**intention** 6:14
**interest** 30:11
**interested** 156:14
**interfere** 114:11
**interfering** 114:2
**internal** 35:17
41:9 44:2 77:22
**international** 52:6
65:18
**interrupt** 148:24
149:14,23

**interview** 63:14,18
**introduce** 30:10
**introduced** 30:8
**invented** 26:6
**inventor** 26:9
27:12,17
**investigation** 1:3
1:19
**invoice** 144:3
**involved** 10:10
41:17 147:17,21
**issue** 9:21 110:23
111:8,9,14 112:5
112:19 114:17
133:12 135:10
**issued** 10:20 11:2
47:17 105:2
**issues** 8:9
**item** 57:8 97:3
112:14,15 118:25
124:4
**items** 118:8
130:15,18 140:15

**j**

**j** 3:2
**jersey** 3:11 15:17
119:8,10 144:15
**jewel** 115:12
140:10,18,21
141:3
**jewels** 35:9 41:8
43:24 136:15
140:8 143:8
**job** 107:12 109:12
109:16
**jodi** 2:20
**johnson** 67:20
68:14,24 69:22
74:18 85:25
**johnson's** 70:16

**[july - l004060]**

**july**  32:23 39:2 87:15,15

**june**  1:19 3:1,10 4:1 5:1 6:1 7:1,19 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1 104:1 105:1 106:1 107:1 108:1 109:1 110:1 111:1 112:1 113:1 114:1 115:1 116:1 117:1 118:1 119:1 120:1 121:1 122:1 123:1 124:1 125:1 126:1 127:1 128:1 129:1 130:1 131:1 132:1 133:1 134:1 135:1 136:1 137:1 138:1 139:1 140:1 141:1 142:1,17 143:1 144:1 145:1 146:1 147:1 148:1 149:1 150:1 151:1 152:1 153:1,13 157:20

**k**

**k**  144:6 145:2

**keep**  70:12 84:24 85:4,8 107:2

**keeping**  85:14 100:6 136:5

**ken**  67:20 70:19 85:25

**kenny**  18:16,23 54:8 55:22 96:22

**key**  43:10

**khakshoor**  96:16 96:17 97:18,19,23 109:21 112:8 117:15 142:2,19

**khakshoor's**  96:23 117:17

**kind**  62:8 83:19 149:2

**kit**  115:24 124:4

**knew**  11:24 47:4 105:6 148:25

**know**  3:22 4:7 6:6 6:13 7:20,21 11:15 12:17 15:8 19:11,17,20,25 20:3,7,14,17,20,22 20:23 21:2,4,5,20

22:22 26:8 29:5 29:18 30:20 31:4 31:6 34:3,5 35:10 39:20,21 40:5,5,7 43:14 44:10,11,13 45:6,9,15 46:25 47:14 48:11,18 49:6,8,9,12,17,20 49:24,25 50:11,17 50:19 51:5,8,13,14 51:15,16,19 54:23 62:6,8,10,13 63:13 63:16,17 64:8 65:5 66:8,10,18,18 66:24,25 69:15,16 70:4,7,18,19,22,25 74:19,21 76:2,3,6 77:9,10 78:4 80:22 83:10,13,16 83:19,21,24 84:3 84:17,20,21,22 85:3,7,8,11,14,17 85:20 86:3,23 87:3,12 88:7,9,16 88:16,20 89:4,6,16 91:23 93:8,11,18 93:20 94:21 100:15,20 101:22 103:14 105:19,23 106:13,16 107:16 107:24 108:9 110:6,14 114:8,21 118:23,24,24 120:13,14,22 122:17,20,24 123:16,22,23 125:3 127:7,13 128:13,15,19,20 129:10,18 131:2,9 132:3 135:5,11,12 143:14,21 144:12

148:5,14 149:2,8 149:16,19,19 150:8,8,9,12,16,17 150:19,22 151:12 151:13,25

**knowing**  47:13

**knowledge**  39:23 48:8 79:22 88:6 128:5

**knowledgeable**  33:4

**known**  125:2

**knows**  64:6

**kong**  18:7,19 24:5 24:12,17 31:19,20 41:22 42:5 54:7 55:22 60:25 74:6 74:8,12 88:22 89:4 98:13 102:5 103:25 111:5 129:23 130:14 148:7

**l**

**l**  23:16 53:3 109:3 116:4

**l.l.p.**  2:2

**l000002**  143:10

**l000018**  108:25 110:21

**l000020**  112:12

**l000021**  111:24

**l003389**  89:11

**l003499**  96:5

**l003584**  120:17

**l003815**  113:2

**l003816**  115:11

**l003817**  115:7

**l0038817**  118:15

**l003912**  113:3

**l004060**  121:14

**[l004431 - lots]**                                                                 Page 13

**l004431** 139:2
**lab** 22:5 55:20,23
  56:16,20,24 57:6,7
  57:17 58:15 63:4
  63:20,21,25 64:4,6
  73:10 74:4,7,10
  92:9 98:3,6,10,15
  99:9,19 101:3
  102:21 104:18
  109:25
**label** 126:9
**labeled** 77:3
**laboratory** 97:15
  100:2
**labs** 63:10,15
  97:17
**language** 126:18
**large** 34:22 59:14
**larger** 115:24
**larose** 1:5 2:3 4:24
  5:7 7:12 8:3,8,11
  10:13 12:17,22,25
  13:4,10 14:17
  15:15 17:25 19:2
  19:14 20:11 22:18
  23:22 24:19 25:15
  25:21 26:4,4,12,25
  27:4,10,24 29:19
  30:5,16,20 37:3
  38:24 40:12,14,18
  40:24 41:20 42:12
  42:16 48:6,9
  49:10,14,20 50:2,5
  50:8,10,17 52:12
  54:17 55:6,12
  57:20 58:3,6 60:5
  62:25 65:15,23
  66:12,23 67:3
  68:13,20,22 71:11
  76:15 77:2 83:7
  85:18,21 86:13

88:6,8,11 92:2,18
92:20,23 93:23
94:6 96:13 98:20
102:10 103:9
104:13 105:9,15
116:21 117:11,12
118:21 119:10
120:4 121:24
122:10,12,12,20
122:24 123:5,9,16
125:9 128:10,12
128:15,17,21,23
129:2 130:15
131:19 132:23
133:2 134:25
136:24 137:17
141:22 145:10,21
146:16,18,21
147:24 151:22
152:20
**larose's** 12:24
  14:25 95:8
**larry** 148:6
**late** 107:2 130:5
  142:15 148:5
**lauren** 11:5
**lawyer** 113:16
**lead** 58:13 63:5
  100:17 147:20
**leap** 38:11
**learn** 150:4
**learned** 5:20
**leave** 127:3
**left** 71:22,24
  139:20
**lesson** 137:13
**letter** 112:24
  113:4,6 115:5,20
  117:3,10 142:15
**letters** 51:12

**level** 16:11
**lexington** 2:4
**liaison** 18:22
**license** 26:7
**licensed** 27:18
**limit** 9:13
**limited** 45:11
**line** 14:9 15:12
  51:22 91:12 93:22
  98:13 154:3,6
  155:1 157:2
**lines** 146:11
**list** 16:3 22:24,25
  22:25 23:3 56:13
  56:15 71:12,17,18
  94:5 107:25
  146:10
**listed** 118:16
  145:23,25
**listen** 149:22
**lite** 10:12
**little** 50:3 78:13
  79:16 80:12 81:6
  108:21 131:2,3,13
  132:13 134:23
  135:25 143:21
**llc** 14:17
**local** 67:10
**located** 24:2 61:15
  61:15,17 119:7
  146:7
**logical** 147:4
**logo** 45:24
**long** 4:23 18:25
  19:11,16 20:10
  21:2 24:19 31:11
  31:18,24 32:3
  68:12 74:21
  101:21 103:2
  105:24 106:2,6,13
  114:21 130:4

**longer** 68:21
**look** 11:14 12:13
  32:9 35:9,12,25
  36:4,5,12,15,19,22
  37:3,8,13 38:7,17
  40:8,10,20,21 41:7
  41:16,18 42:13,18
  43:24 46:13,16,17
  46:24 47:5 48:10
  66:9 71:5 75:8,15
  75:23 76:24 77:21
  86:25 87:8,23
  89:16 108:11
  109:7 110:20,23
  111:21,22 118:17
  118:23 119:24
  120:3,9 125:20,23
  127:16 130:22
  136:16 139:6
  151:15
**looked** 35:24
  57:12
**looking** 44:6 50:20
  64:15 67:6 78:11
  79:14,25 89:24
  98:24 101:6 108:8
  108:8 116:20
  118:14 139:19
**looks** 59:21 70:12
  78:12 107:7
**loose** 132:14
**lose** 114:24
**lost** 104:2
**lot** 33:6,7 39:3,7
  39:10,18,20 40:3,5
  43:14 70:24 75:11
  147:21
**lots** 36:23 37:9
  60:12 84:25 85:5
  85:14,15,19

[lower - memorialized]

Page 14

**lower**  16:10
**lunch**  74:25 75:2
  76:12 94:9,17

**m**

**m**  18:14,15
**machine**  5:17 25:3
  25:13,14 27:10,13
  31:23 32:11 35:14
  35:23,24 36:6,8
  41:8 43:25 57:10
  57:23 58:9,11,14
  58:21,23,24 59:7
  59:13,15,17,20
  70:9,11,12,14 75:7
  75:8 77:11,11,21
  80:25 81:2 82:10
  82:15 85:13 87:7
  90:16,21 92:2,3
  95:11 106:14
  112:15 115:24,24
  116:11 123:8,17
  124:6 136:25
  137:2,15 140:24
  146:18
**machines**  42:15
  46:17 58:19,25
**mahabir**  16:8,13
  16:17,19 28:14,16
  142:5,18 148:7
  149:17,21
**mail**  89:10,21,22
  90:3,6 92:12
  94:14,24 95:6
  117:4 120:16
  121:8,13,21 130:5
  153:3 154:17
  155:3,4
**mainland**  24:3,5,9
  88:25 89:2 129:23
**maintains**  110:7
  110:10

**major**  50:18 57:22
  144:5,22
**maker**  27:13
  37:23 131:11
  140:8,10,18,21,25
  141:3,21
**making**  97:12
  124:4
**man**  53:2 152:8
**management**  6:20
**manager**  28:5
**manual**  76:21
  151:22
**manufacture**  13:4
  13:8 14:9 15:22
  17:13,17 29:15,20
  30:18,21,23 31:12
  34:25 36:19,22
  37:2 38:2 41:18
  50:2,6,12 67:4
  75:6 81:5 106:14
**manufactured**
  14:6,13,14 18:2
  25:18 27:5,11
  29:3 31:2 32:23
  33:25 34:19 36:23
  37:19,23 39:2
  42:13 43:8 44:22
  46:23 47:3 104:8
  104:11 124:16
  131:4 135:16
  137:16
**manufacturer**
  29:17 52:13 71:23
  71:25,25 72:9
  137:8
**manufacturers**
  13:20 14:2 21:18
  21:23 22:19,21,22
  23:2,5,8 24:2
  71:17 72:14 98:2

98:5,21
**manufactures**
  37:12 50:10
**manufacturing**
  17:22 28:2 31:10
  41:21 50:5,24,25
  51:25 52:10 79:23
  87:7,9 106:15
  123:3 131:20
**march**  1:9 152:5
  156:16
**marcy**  146:3,7
**maria**  1:23 156:3
  156:20
**mark**  10:24 14:16
  24:24 35:9,12
  41:6 43:23 45:21
  87:17 89:9 96:3
  112:23 120:16
  121:13 138:24
**marked**  11:9,13
  14:20 25:5 32:12
  35:20,23 41:12
  44:4 46:4 48:13
  87:21 89:13 96:7
  108:23 109:5
  113:8 120:19
  121:17 139:4
  143:2
**marriage**  156:13
**mart**  66:19,20,22
  66:24 100:8,13
  120:25 138:12
  144:6,6,25 145:2
  145:21,22,24,25
  146:2,6 152:19
**masters**  76:5
**match**  108:2
**material**  56:2 64:6
  73:9 79:2,7 81:8
  81:19,21 82:16

94:2 95:13 124:24
  125:10,13,24
  126:10,18 128:12
  128:17,22
**materials**  56:12,13
  59:9 60:2 72:14
  72:18,23 73:4,6,7
  73:12,16 81:24
  82:12,14 94:2
  115:15,17 151:8
**matter**  1:3 81:16
  140:25 156:14
**matters**  8:3
**mean**  7:7 19:5,12
  19:25 22:10 28:20
  32:20 33:24 40:4
  43:7 57:7 59:8
  63:20 64:19 77:15
  77:17,19 80:6
  83:24 84:3 88:22
  101:3,23 122:2
  127:12 135:4,13
  135:21 136:8
  137:15 138:5
  141:5 142:11
  146:12 148:23
  149:13,22
**meaning**  95:16
**means**  8:19 39:20
  50:24 99:9 114:9
  127:15 139:22
  146:8
**meant**  7:21 114:10
**measure**  133:3
**medication**  4:15
**meet**  52:2,10
  63:10 65:16
**meeting**  52:14
**memorialized**
  76:17

**mentioned** 9:25
95:4,18 120:22
**merchandise** 86:9
**metal** 59:12 133:8
**metallic** 79:14,24
**metals** 57:24
**mfg** 50:23
**mid** 20:9 21:8
152:6,10
**middle** 93:22
121:22 145:24
**million** 135:18
**mind** 29:25 30:6
65:6 153:4
**mine** 32:5
**minute** 46:7,9
108:14
**minutes** 133:23
**misassembled**
134:12
**modified** 136:25
137:4
**molding** 80:4
**moment** 59:5
125:22 142:21
**moments** 11:14
89:16
**month** 9:7 31:17
31:25 32:7 69:18
93:9
**monthly** 6:24
**months** 111:9,11
112:18
**morning** 3:12,13
75:5 91:4
**moses** 2:2
**move** 6:15 26:17
**moving** 51:9
**multipage** 11:8
96:6 112:23 113:7
138:24 139:3

154:7,18,21,23
155:5
**multiple** 34:24
**multiply** 135:24
**mysterious** 38:10

### n

**n** 2:1 3:2 18:15,16
23:16,16 53:13
58:8,8 67:21
148:10
**name** 3:8 23:19
53:3 56:3 61:23
**named** 18:18
**names** 15:4,7,10
18:12
**natalie** 2:24
**nationwide** 147:21
**necessarily** 26:3
45:16 48:9 91:6
**necklace** 80:9,10
81:6
**need** 4:4 22:6
81:25 99:23
108:11 123:25
133:22 148:4
151:6 153:7
**needed** 22:12
**needs** 99:19 100:2
**nellie** 16:8 28:14
142:18 148:6
**net** 137:23
**never** 32:25 88:3
116:15 147:2,22
**new** 1:1,4,8,8,25
2:5,5,10,14,14 3:4
3:11 11:3 15:17
62:23 63:22 73:7
73:10,12,14,21,24
84:18 85:9 92:14
93:23 119:8,10
124:21 126:25

129:4,14 143:9,19
144:15,16 145:5
145:13,19 146:3,4
146:7 151:22
152:22 156:4
**newest** 64:22
**newly** 123:8
**night** 130:5
**nodding** 4:2
**nods** 4:3
**non** 42:15
**noncompliant**
5:21
**nongovernmental**
51:18
**normally** 92:17
**north** 60:8 68:5,8
**notary** 1:25 3:3
153:16 156:3
157:24
**note** 115:15
**noted** 153:11
**notified** 5:21
**notify** 128:11,17
**number** 32:13,20
32:22 33:12,13,15
34:18,22 35:16,18
35:23 38:24 39:4
39:7,10,11,11,13
39:18,20 40:3
41:9 42:21 43:2
43:13 44:2 46:20
47:6 50:23,24
51:2,4,5 75:14,16
77:22 83:3 89:11
96:5 101:8,12
110:25 112:14
113:2 115:14,16
115:18 125:22
144:3

**numbers** 25:8
33:19,22 34:16
35:6 38:10,19
43:11

### o

**o** 23:16,24 28:5
58:8 62:2 68:10
148:10
**oath** 3:17
**objecting** 114:2
**observer** 113:25
**obviously** 38:17
46:23 114:7
124:14 135:9
**october** 43:8
**office** 1:1 2:11,20
2:24 10:21 11:3
16:23 17:2,7,10,21
17:22 18:6,10,20
18:22 24:4,16
55:22 60:25 61:3
61:12,22 63:12
74:6,8,12 88:19,21
88:22,25 89:4
98:14 124:18
137:4 141:14
**offices** 24:11
**oh** 19:15 38:14
45:3 47:25 55:8
65:22 66:4 69:19
78:14 105:13
117:6 120:21
140:6 146:6
147:16 150:25
**ohio** 17:3,5,11,13
18:3
**okay** 11:19 12:11
12:21 13:19 16:9
24:22 27:16 34:12
51:16 54:10 61:22
62:4 66:4 67:19

[okay - permanent]                                                                                    Page 16

68:24 69:5 71:8
74:23 76:11 79:22
80:5 81:3 84:4
89:7 91:8,21
95:20,25 102:8
105:8,16,19 106:5
107:3 108:3,5
111:16 116:19
119:21 121:4
123:21 125:20
126:5 128:3
133:25 135:7
137:5 139:9,19
141:4 144:20
145:10 149:11
150:20 151:3
**old**   20:7 21:5
**once**   92:15,21 93:9
93:16 104:7,10,18
106:2,5 109:24
119:16 122:13
**ones**   23:12,18
**online**   84:16
**open**   86:24
**orally**   125:15
**order**   15:22,24
16:2 31:3,5,7
32:21 33:13,15
34:18,21 38:24
47:2,17 75:13
91:6 120:9 129:13
139:14,22 140:4,7
140:13,21 143:18
151:10
**orders**   67:4 86:19
129:12,15 139:17
140:9,23 152:23
**org**   154:9
**organization**
14:18,23 16:5
51:12 53:8 77:5,7

77:10
**organizational**
28:12
**original**   128:9
139:21,22
**outcome**   156:14
**outside**   13:8 26:9
28:22 84:16
145:19
**outsourced**   37:6
**overall**   15:14 31:2
**overseas**   13:21
14:3,4,11 18:4,19
21:17 42:10 64:17
**oversee**   21:10
**owner**   148:8,9

**p**

**p**   2:1,1 18:15 53:3
112:25 117:4
**p.m.**   153:11
**pack**   135:23
**package**   95:24
**packaged**   77:24
**packages**   57:4
**packaging**   47:5
56:23,25 94:2
**packing**   126:9
**page**   12:14 14:19
45:22 46:2 49:13
50:20 51:20 67:6
77:2 87:18,20
89:10,12 90:5
92:16 93:21,22
94:15 99:7 101:11
108:23 109:2
115:5,6,10 118:15
120:16,18 121:6
139:11,20,25
154:3,6,9,16,17,20
154:24 155:1,2,4,6
157:2

**pages**   139:8,11
**paid**   27:18
**paint**   17:14,14,19
17:20
**pan**   18:15,25 20:7
20:20 21:15,25
22:11 54:8 60:20
96:22 97:7
**paragraph**   52:4,8
67:9 82:25 83:2
83:22 84:14,23
86:9 90:8,10
121:22 126:22
**part**   57:9 82:2,3
82:20 100:3
106:15 107:11
109:12,16 123:12
124:3 125:17
126:25 132:14
133:8,8
**partial**   42:5
**particular**   10:14
14:5,7,9 15:22
26:12 29:24 30:13
40:17 65:4 66:12
79:20 91:11 93:3
93:4 95:16 99:25
107:4 111:18
135:22 146:22
147:6,20
**parties**   156:12
**partner**   51:24
52:9 67:11
**parts**   59:25 72:10
81:24 82:10
100:20 119:14
131:12,18 132:4
132:15,19,21
134:17 147:18
**party**   90:13

**parviz**   28:3
**passed**   53:11
59:17 68:11 69:8
70:14 97:3 101:22
104:19 105:7,16
106:20 107:17,22
124:15 132:4,19
**passes**   82:16
**patel**   53:3,9,11
54:3,13,21,22
65:19 66:5 67:2
100:5,9 122:17
124:10,12 128:14
129:10,21
**patel's**   53:19,24
54:11
**pay**   9:6,9 137:22
**peace**   134:23
**penalties**   137:10
**pencils**   23:20
**pending**   4:8
113:20 114:5
**pennsylvania**
144:16
**people**   11:2 15:12
15:14,18 17:4,6
18:9,11,18,23 19:5
28:21 63:11 64:16
64:18 125:16
**percent**   14:4 62:3
**percentage**   13:14
14:2,3
**perform**   84:14
100:2
**performed**   86:12
**performing**   67:12
**period**   69:2 99:12
99:14 101:25
105:3
**permanent**   7:22

**[person - products]**                                            Page 17

**person** 12:2 15:23
26:6 28:21 33:5
**personally** 93:20
123:2
**personnel** 63:17
63:19
**pertaining** 140:24
**perusing** 11:16
48:20 87:25 89:18
106:21 107:9
109:9 125:25
**phone** 130:5
**phonetic** 90:7
**photo** 101:10
**physical** 105:12
**pick** 97:17
**picked** 98:9
**picks** 97:15
**pieces** 57:13 80:22
81:21 134:9,14
135:20,21
**pink** 29:12 107:7
**place** 1:23 57:24
65:8 76:15 110:25
111:5
**placed** 31:3,7
**places** 80:14
**placing** 15:21,24
16:2 67:4
**plaintiff** 126:15
**plane** 130:21
131:2,2
**planning** 92:20
93:19
**plant** 17:22 82:22
119:2,5,6,7
**plastic** 17:17 78:3
78:4 80:4 81:11
107:6 134:23
**played** 81:11

**please** 3:9 6:18
115:4 121:13
**plus** 64:25 107:6
**po** 139:21
**point** 92:14 102:5
105:14 125:23
**points** 90:9,11
**policies** 66:12
131:20
**policy** 76:18 98:20
102:13 125:9,24
128:20,21
**pop** 132:10,13
**popped** 134:24
**popping** 132:12
**porev** 140:2
**position** 5:6,10
53:6,7
**positions** 15:2
**possession** 41:22
42:4,10
**possibility** 134:13
**possible** 26:23
34:17 44:21 105:6
**possibly** 58:23
80:19 131:12
**practice** 102:12
**pre** 86:8,11,15
**precut** 78:19,21
**predates** 49:23
**predecessor** 54:24
**preferred** 22:25
**prepare** 116:23
117:10,14
**prepared** 119:2
143:14
**prepares** 109:19
**preparing** 151:21
**preprinted** 45:2,4
45:7

**preproduction**
56:18 63:4,25
**present** 2:20 52:18
66:5 113:16,21,21
**president** 28:4
53:10
**presumably** 75:16
**pretty** 50:13 130:7
146:19
**prevent** 4:16
131:24 132:12
**prevents** 4:12
**previous** 115:10
**print** 112:12
**printed** 44:25
111:14
**printing** 44:16,17
94:3
**prior** 27:25 29:2
32:2 49:4,16
55:20 67:14 73:23
74:18 84:16 123:8
**probably** 64:20
138:20 150:24
**problem** 63:6
132:16 134:17,20
135:2,8,9,10,13
**problems** 10:13
133:4
**procedure** 82:9
87:19 94:22
**procedures** 55:3,7
55:10,13 76:14,16
94:8,13,16,23 95:9
100:4,7
**proceeding** 26:17
**process** 21:10
27:10 37:5 50:4
63:6 93:12 106:15
109:23 123:4
141:21 151:21

**processes** 67:13
**produce** 54:6,17
152:18
**produced** 37:9
38:17 88:10
141:13
**produces** 72:17
101:3
**producing** 22:23
27:2,6
**product** 5:21 7:4
8:23 9:2 10:10,12
27:3,18,25 28:4
29:2,8,10 30:2
31:16 37:12 51:21
56:2,19 57:2 64:9
67:7 90:12,14,15
90:17,19,20,23
92:18 94:4 95:3
99:16 115:15,16
115:17 118:6
119:20 120:10
126:7 127:16,24
144:12
**production** 10:25
36:24 67:12 70:8
83:4 91:7,8,10,12
91:18,22 92:3
98:13 104:10,16
122:11,14,16
123:19 124:15
148:2
**products** 9:12
13:3,5,11 14:10
18:2 23:22 30:7
51:25 52:10 54:6
54:18 90:12 92:14
92:21,24 111:2
118:17 119:24
135:15 136:6,6,8,9
136:11,13,16

[products - received]                                                    Page 18

147:22
**professional**
113:24
**progress** 6:25
**proper** 113:12
**properly** 58:25
83:5
**protection** 1:2
2:17,21
**protocol** 66:19,21
66:24 85:5 100:8
100:13 120:25
123:9 129:4
152:20
**protocols** 66:13
84:18 85:10
**prototype** 127:14
127:18 128:2
**provide** 26:22
117:18 118:4
145:8
**provided** 12:8,15
14:24 72:24
112:14 117:13,19
118:3
**public** 1:25 3:4
153:17 156:3
157:24
**pull** 93:2 108:4
**pulling** 133:11
**purchase** 32:21
33:13,15 34:18,21
38:24 42:14,25
47:2,17 75:13
80:23 86:19 91:5
129:12,13,15
139:14,17,22
140:3,7,9,12,20,20
140:23 151:9,10
152:23

**purchased** 84:15
123:8 124:17,18
**purchases** 151:7
**purchasing** 53:10
125:4
**purple** 29:12
78:12
**purpose** 113:22
114:20
**pursuant** 1:21
10:19 113:13
**put** 29:6 38:4
39:23 44:23 48:2
76:15 82:14
102:18 116:18
121:9,10 133:9
134:21,24 137:24
152:5
**putting** 76:20

**q**

**qa** 76:14,21 94:19
95:8 151:22
**qc** 18:23 19:4,5,8
19:22 20:15,24
21:10,12,16,16,21
22:2,2,15 54:7
55:6,9,12 60:14
61:23,25 62:16,23
64:16,18 76:14,21
77:5,7,10 83:3,11
83:14,20 84:15,18
84:24 94:8,12,19
95:8 125:16
151:22
**qcs** 97:4
**quality** 19:5 51:21
52:2 53:23 55:2
67:7 70:17 77:3
126:6,9 127:23
132:2 133:5,12
146:25 147:2

**question** 3:20,21
3:22,24,25 4:8
7:21 8:6 20:7
21:11 27:8 38:15
41:21 46:7 52:22
86:3 88:5 92:14
94:11 102:24,25
103:2,4,13,18,21
103:24 104:9
113:20 114:3,5
115:3 117:9
121:20 122:6
126:16 128:10
130:2 137:19
147:10 150:4,9
**questions** 8:22,25
9:2,12,19 26:5
41:15 75:5 96:12
117:25 122:9
125:6 139:8
151:15 152:13
153:8
**quick** 35:7 133:23
**quietly** 115:2
**quote** 52:5 65:18
67:9 95:13
**quoting** 65:16

**r**

**r** 2:1 23:16 28:5
38:12 61:25 144:6
144:25
**randolph** 3:11
15:15,16,17 16:24
17:7 47:21 53:4
**random** 33:18,21
40:18 86:24
**randomly** 92:25
**range** 32:6 99:17
143:24
**rationale** 124:8

**raw** 59:8,25 60:2
81:8,19,21,23
82:11,14 94:2
95:13 151:8
**read** 35:6 38:9,19
39:14,17 48:24
96:11 126:23
**readily** 83:25
**reading** 128:4,7
**readings** 70:14,15
**ready** 101:23
**really** 7:21 17:21
23:21 70:25 76:9
87:3 108:6 114:10
118:13
**reason** 4:19 14:8
111:6 112:4
122:22 145:12
147:4,18
**reasonable** 97:13
**recall** 5:16 6:22
8:9 76:10 92:18
94:18 127:21
131:4,22 132:24
136:23 137:8
138:7 141:21,23
142:11,12,16
146:23 147:6,20
147:21
**recalled** 130:15
131:10,11,16,17
132:8,9
**recalls** 8:13 9:2
131:21 146:16
147:7
**receive** 64:10
**received** 11:9
14:20 25:4 35:19
41:11 44:4 46:3
87:21 89:13 96:7
103:16 109:5

[received - resulted]

113:8 118:8
120:19 121:17
139:4 143:2
148:19
**receives** 109:24
**receiving** 99:8
**recess** 46:10 75:2
108:18 134:2
142:23 151:18
**recipe** 56:14
**record** 3:9 39:8
40:9,11,15 41:2
42:2,3,8 48:22,23
78:11 96:9,10
103:19 113:4,18
114:15,25 118:16
118:18,22 119:11
136:4 142:21,22
143:2 149:6 156:9
**records** 84:24,25
85:4,9,12,15,18,22
86:4 121:24 145:9
**redesigned** 132:25
**reese** 61:25 64:21
**refer** 43:12 83:6
86:13 125:7
127:17,18
**reference** 126:3
**references** 113:4
**referred** 43:16
52:15 68:3 91:4
**referring** 83:9
**refers** 33:13 52:4
83:22 95:12
115:11 126:23
**refill** 116:18
**reflect** 113:18
**regard** 5:16 19:21
53:25 66:13 84:10
97:9 102:13
150:10

**regarding** 54:12
125:10 146:17
**regular** 123:12
146:6
**regularly** 7:19
**regulations** 111:3
129:14
**regulatory** 52:3,14
**rejected** 84:25
85:4,19
**related** 8:12 33:16
156:11
**relating** 5:12
54:12
**relations** 76:7
**relationship** 12:21
49:21
**relevant** 82:16
106:20 121:23
122:3
**rely** 120:4
**remain** 114:12
**remember** 10:9
12:19 87:6
**remove** 140:15
**repay** 137:17
**repeat** 3:22 42:7
94:10
**rephrase** 104:9
124:2
**replace** 115:15
**replaces** 53:12
**report** 6:25 16:8
16:12,15,18 28:13
28:15 54:9 70:13
96:4 97:2 101:3,6
101:17 102:3,16
104:13,20 105:2
105:12,20,21
107:16,21 108:7
109:24 110:17,17

111:4,7,12,24
115:14 117:6
118:15
**reported** 28:20
54:8
**reporter** 4:3 10:24
11:11 14:16 24:24
35:8,12 41:6
43:23 45:21 87:17
89:9 96:3 108:22
112:23 120:16
121:13 138:24
143:5
**reporting** 15:2
126:10
**reports** 16:16 64:7
96:13 98:25 101:4
107:24 113:5
117:19,25
**represent** 14:23
143:17
**representation**
14:25
**representatives**
67:10
**represented**
104:23 105:20,21
**representing**
143:24
**request** 85:2 153:3
**requested** 85:22
86:4 110:19 112:8
140:8
**require** 34:24
86:20
**required** 6:23 10:7
11:25 57:21 86:19
93:25 100:5,16
124:6 140:22
141:5

**requirement**
73:21 98:18
120:11
**requirements** 52:3
52:7,11,15 56:24
63:15 65:18 66:14
66:16 97:10
120:24 121:2
**resolved** 135:6
**resources** 5:3,12
50:14
**respect** 69:13
96:24 131:20
**respond** 7:3 12:3
116:22
**responded** 9:20
**response** 6:5
116:23,25 117:14
141:5 149:5
**responsibilities**
5:9,11,16 18:17
21:13,16,17,22
22:3,16 62:17,20
69:12 74:9 96:24
97:8 107:12
109:13,16 123:13
**responsibility**
51:22 67:7 113:24
129:17 135:2
**responsible** 15:21
17:11 22:4 27:2
51:24 52:9 69:20
97:11 133:3
139:16
**rest** 32:19
**result** 104:23
115:23 134:19
138:7 149:5
154:19
**resulted** 92:18

[results - send]

**results**  59:3 102:10 103:10,16 105:10,11 107:12 111:11 148:16
**retailer**  30:14 42:9 145:5,7
**retailer's**  106:7
**retailers**  29:23,25 30:6,6 31:14 118:6,9 138:5,11 144:6,8,22,22
**retain**  8:8
**retained**  7:11,20
**retainer**  7:22 8:24 9:4
**retested**  124:25
**return**  9:7
**returned**  138:2
**returning**  82:24
**returns**  137:25 152:4
**reverse**  140:4
**review**  48:14 86:5 107:12
**reviewed**  85:23 89:23
**reviews**  70:15 97:2
**revise**  140:12
**revised**  140:4,20
**ride**  130:21
**right**  6:8,11 10:3,3 13:17 25:16 32:14 39:4 44:8 46:17 47:8,19 48:24 54:18 61:15 64:3 64:8 77:23 80:18 84:13 89:20 96:11 99:24 101:13 105:5 108:5 110:22 112:20 115:8 116:9

135:22 139:24,25 142:10 143:16 144:4 150:2 151:23 152:3
**ring**  81:5,12
**rivets**  131:13
**robert**  2:5,6
**role**  98:2,6 117:17 117:22,24
**rolled**  102:17
**room**  33:5
**rosen**  11:5 148:6 149:17,21
**rough**  13:25
**row**  50:22 51:10 53:14
**royalties**  27:18
**ru**  2:15 52:22
**run**  43:14 70:8 80:25 90:15,17,19 90:21,23 91:7,8,10 91:10,13,19,22 92:3,7 95:21 104:10,16 122:12 122:14,16 123:19 124:15 148:2
**runlong**  23:16 57:25
**runs**  36:24 58:14 90:12 139:2

**s**

**s**  2:1,5 28:5,5 61:25
**safety**  51:21 52:3 52:6,15 65:18 66:14 67:7 90:14 94:4 95:3 97:10 120:10 132:4
**sale**  101:19,24
**sales**  118:5

**sample**  58:20,22 59:11,14 63:7 93:2 97:4,5 99:7 99:10 101:4,10,17 126:8,24 127:15 127:18,21,25
**samples**  22:6,8,12 22:12,14 55:19,20 55:21 57:17 63:3 63:25 64:2,10 70:8 73:10,24 74:10,15 83:23,23 83:25 84:5 90:11 90:18 91:19 92:2 92:4,4,6 97:16 98:6,9,12,16,19,21 99:20 101:2 102:16,20 127:8 127:11
**sampling**  87:19 93:5
**satisfied**  29:10
**saw**  143:18
**saying**  59:24 105:13 108:12 134:7 145:16,17 149:7
**says**  7:19 35:25 39:10 45:24 50:23 51:11,22 52:8 67:9 84:23 86:9 99:7,12 110:23,25 112:12 115:14,14 118:15,18 121:21 121:23,23 129:13 139:21 140:2 146:6,10
**schedule**  130:7
**schneiderman**  1:4 2:12

**scientist**  2:20
**se**  17:23
**sealed**  74:11,16
**seals**  74:13
**second**  50:22 51:10 52:8 53:13 82:25 83:22 90:6 90:9 92:13 100:22 108:25 111:23 118:15 121:22 148:19
**section**  67:8 77:3 86:7 113:13 117:4
**see**  3:25 25:7 27:16,22 30:12 34:3 35:3 37:16 39:6 44:7 45:3,3 47:22,25 48:8 50:21 55:5 58:17 59:2,5,18 64:11,13 65:22 71:6 72:5 73:11 78:7,10 79:25 80:11 85:18 90:2 102:4 105:13 126:3 133:18,21 140:14,16,19 143:23 144:10,14 145:12 150:2 151:15
**seen**  11:20 49:4 88:3 89:21 90:2 99:5,6 109:11
**sell**  30:2
**selling**  68:16,17,20 136:24
**send**  6:24 12:10 22:14 47:20 55:18 55:23 56:16,17,20 56:21,23 57:17 58:15 63:3 64:3,4 64:5 74:5,6 98:13

[send - sparkle]

98:14 153:2

**sending** 27:4
55:21,24 73:9
74:9 92:9 139:17

**sends** 63:24

**sense** 14:8 50:7
71:6

**sent** 30:2 44:24
73:25 74:3 96:14
96:15 97:16 98:7
98:10,19 102:21
119:17 138:11,15
153:3

**sentence** 52:7 67:8
77:4 83:2 93:23
121:22

**separate** 85:15,16
116:14,18 123:7
136:21,22

**separately** 37:9
113:5 115:21
123:25 124:7

**september** 99:13
99:17 101:24
102:2 104:21,22
105:4,7,15 111:4,7
116:16

**sequential** 33:20
33:21

**sequentially** 34:15
102:23

**series** 3:20

**set** 91:11 93:11
132:11 146:19
156:7,15

**seven** 12:14 111:9
111:10 125:22

**sgs** 96:4

**share** 5:24 9:15
25:9

**shatter** 100:19

**sheet** 79:2,7 107:7
157:1

**shelves** 101:19
104:25 106:8

**shift** 32:23 34:2
38:25 43:5,6

**shifts** 34:4

**shimmer** 5:17
25:2,11 36:7
37:13 42:14 75:7
75:22 87:8 115:11
136:14,16

**shimmy** 134:23

**shiny** 107:5

**ship** 31:25 32:2
33:24 47:24 86:20
105:10,17 106:3,5
144:8,11,14

**shipment** 8:17
9:25 10:4,15 86:8
143:8

**shipments** 143:19
144:5 145:13,18

**shipped** 87:13
102:8,19 103:7,14
104:12,16 105:22
106:9,10 135:16
137:24 144:7,23
146:4

**shipping** 18:21
42:4 86:11,15
135:17 145:9

**ships** 145:11,21

**short** 46:10 107:2
108:18 134:2
142:23 151:14,18

**shortly** 65:10

**show** 77:20 101:11

**showing** 140:10

**shows** 107:21

**side** 27:3,4 80:19
110:24 111:23

**sided** 45:23 46:3
108:24 109:2
154:14

**sign** 39:10

**signature** 156:18

**significance** 36:3

**significantly**
112:18

**silver** 80:16 107:6

**similar** 35:24

**simple** 121:20
122:5

**simply** 9:21 26:22
31:2

**simultaneously**
102:22

**singer** 2:2

**single** 59:8 137:15

**sit** 113:25

**sitting** 7:8

**six** 19:3 20:13
33:12 93:9 98:19
98:21 101:2,4
110:25 135:19
145:24

**size** 91:21

**sku** 136:5,13,21,22

**skus** 136:2,8

**slash** 84:25 146:12

**slider** 5:18 115:13
115:21 116:6,9,14
123:18,24 136:18

**small** 39:9 61:12
100:19 112:12
131:12,18 132:4
132:14,15,19,21
133:7 134:13,17
147:18

**snoopy** 130:19,21
132:7 134:6,16

**snow** 130:19,25
131:5,9,11 132:3
133:3 134:6

**sold** 30:7 103:12
103:22 104:24,25
116:18 118:5,8
132:5

**sole** 69:25

**solely** 60:7

**somebody** 7:3
149:24

**soon** 5:20 101:16
101:18 102:17
104:21 152:4

**sorry** 22:9 23:20
32:10 36:13 39:16
39:18 42:7 46:19
49:17,18 55:11
61:21 63:7,9 68:6
70:18 76:9 83:12
87:14 107:19
112:2 116:25
117:8 129:7
137:18 147:11
152:9

**sort** 51:6 64:11
79:24 81:8

**sorted** 143:17,22
144:2

**sounds** 19:12
72:22 73:20 83:8
114:9 134:7

**sourcing** 53:15,22
53:25 54:12

**south** 60:9

**sparkle** 5:17 25:2
25:12 36:7 37:13
42:14 75:7,22
87:8 115:12

[sparkle - taken]                                        Page 22

136:14,17
**speak**  63:12 148:7
**speaking**  70:5
91:9
**speaks**  126:16,21
**specific**  24:7 49:11
**specifically**  22:3
31:23 40:22 64:19
94:14 135:4
**specifics**  69:15
**speculate**  47:6,10
**speeding**  63:6
**spends**  54:19,23
**spoke**  6:10,19,20
141:22
**spot**  70:10
**spreadsheet**  143:8
143:18,22 144:2
145:23 155:7
**stamp**  108:24
109:3 110:21
111:23 120:17
138:25 143:9
**stamped**  110:24
115:7 116:4
121:14
**stand**  32:16 33:9
42:23 140:3,5
**standard**  9:6 49:9
66:15
**standards**  94:4
95:3
**stands**  51:13,14
**stapled**  113:6
**start**  31:11 38:20
68:13 131:21
**started**  49:15,16
49:18 60:14 62:18
62:19 65:9,9 67:4
68:16,17,24 69:3,4
87:7,9 107:2

**starting**  67:14
89:11
**starts**  31:10 46:20
93:23 96:4 113:2
115:10
**state**  1:1,4,25 2:10
3:4,8 11:3 129:14
143:9 144:16
145:13,19 146:5
156:4
**stated**  111:3
**states**  27:3 31:13
41:23 42:6 48:5
97:10 101:20
102:6,9,19 104:2
104:17,24,25
105:22 106:7
119:17 128:21
129:23 130:4,11
130:12 132:5
**stationery**  13:3
**stats**  135:15
**step**  29:12
**stephanie**  90:7
**sticker**  35:16 39:4
39:10 40:3
**stock**  136:5
**stop**  5:23 113:16
**store**  144:24 145:5
145:12 146:2,2
**stores**  144:8
145:23,24
**strap**  78:12,13
**straps**  77:25 78:18
**structure**  14:25
15:2
**subject**  77:14
80:24
**subjected**  86:11
**subjects**  75:25

**submission**  117:11
117:12
**submit**  97:4,5
**submitted**  90:13
92:4
**subpoena**  1:21
10:20,25 11:12
12:4,13 28:10
141:6,7,8,10 154:8
**subscribed**  153:14
157:22
**substance**  148:12
148:17 149:20,23
150:6,9,11
**substantially**
112:6
**subvendor**  56:3,3
56:7,8,9 72:10,25
77:24 79:6 125:3
128:18 129:2,19
**subvendors**  55:4
56:4 57:17 71:12
71:17,19,21 72:4
72:17 80:23
**successor**  130:10
**summer**  65:11
**supplied**  86:10
**supplier**  151:2
**supplier's**  67:11
**suppliers**  51:24
52:9
**supplies**  59:25
**support**  118:16
**supposed**  45:16
58:10 74:11 96:20
96:21 119:3
**sure**  3:23 18:5,21
19:15 22:5 25:9
25:24 30:22 44:19
44:20 58:24 62:3
62:20 63:14 73:18

74:12 77:17 79:19
81:14 82:7,15
90:22 93:10 97:12
100:19 101:5
108:15 113:12
119:22 120:13
123:20,21 127:12
128:19 129:11
130:6 148:18,18
150:19 152:25
**sussex**  3:10
**sworn**  3:3,17
153:14 156:7
157:22
**symoffski**  90:7
**system**  73:8,10

**t**

**t**  1:3 2:12 18:14,15
38:12 53:3
**table**  118:15
**take**  4:7,9 6:3
11:13 13:13 21:10
31:11,24 32:3,6,8
35:10 38:11 42:3
42:9 46:6,8,12,15
47:13 50:13 53:18
53:21 58:19,21
60:19 70:8,10
74:25 80:7 86:25
89:15 98:11,12,17
105:24 106:6,14
106:24 108:13
111:21 114:24
125:22 132:24
133:23 151:14
**taken**  1:21 3:17
4:15 20:2 46:11
75:3 91:19 98:22
101:2 108:19
134:3 142:24
151:19

**takes** 31:19,25
41:22
**talk** 54:5 62:21
151:4
**talking** 82:7 134:5
**talks** 54:16
**tam** 18:13 21:9,12
**tar** 38:13 42:20,23
46:21,21,22 75:16
**target** 36:5,11,15
36:20 38:3,12,17
39:22 40:12,14,18
40:24 41:3,15,17
41:22 42:13,14,23
46:21,22,24 47:24
118:18,21,24
119:4,18,20,23
120:2,3,8,23
138:12 144:6,15
144:25 146:11,12
146:13
**targeted** 42:15
**tax** 152:7
**teaches** 137:13
**team** 28:19,20,24
28:25 29:9 55:2,6
**technicians** 63:11
63:13,22,23
**tell** 3:17 9:19
22:13 52:24,25
101:7 105:8
116:21 150:24
**telling** 101:14
**tend** 23:4
**term** 43:15 84:5
95:16
**terms** 19:21 95:8
**test** 56:24 57:9
58:12,22,24 59:13
64:7 70:11 82:16
92:20,24 93:25

96:4 97:2 98:25
99:20 100:18
101:4,6,17 102:2
102:10,16 103:16
104:13,20,23
105:2,9,11,20,21
106:19 107:12,16
107:21,24 108:7
109:24 110:17,17
111:4,7,11,12,24
112:6 113:5
115:13,14,23
116:8 117:19,25
120:2,3,23,25
121:24 122:10,11
124:7 132:4,19,21
154:19
**tested** 57:6 58:16
58:20 59:9 91:19
92:15 101:2,9
102:9 111:2
112:14,16,18
115:22 116:15
120:6,9 122:3,13
122:15 123:17,25
124:23
**testified** 3:5 71:11
107:15 118:20
127:6 141:23
146:15 149:15
151:20
**testify** 4:20 26:19
26:20
**testifying** 4:12,17
127:6
**testimony** 11:2
126:12 128:3
154:2 156:9
**testing** 10:6,7 22:5
54:7 59:11 66:19
73:25 77:12,14,16

85:13 87:19 90:14
92:5 97:12 99:12
99:14,15 100:4,20
101:18,25 103:8
105:3 120:5
122:21,25 123:10
**tests** 57:7 96:18
100:2,9,16,21
102:21 103:9
106:18,20 108:6
116:7,10 121:25
124:15,17 148:2
**thank** 5:5 7:5
11:18 12:11 13:19
15:19 26:24 37:16
48:25 71:9 81:3
82:6 104:5 116:19
118:11 119:21
121:4 134:4
151:17 152:14
153:6,10
**thanks** 3:14
**thing** 69:7 82:7
**things** 26:17 27:4
45:15,18 77:18
102:22 108:21
**think** 23:20 37:18
39:3 42:19 46:13
89:3 94:22 104:3
107:15 113:14
114:10 115:18
121:14 127:13
134:5 137:25
142:8
**thinking** 115:9
**third** 84:14 90:13
115:5 121:21
136:19
**thorough** 52:5
**thought** 7:24 33:7
33:8 34:12 68:20

**thousand** 136:2,7
136:8,9,10,12
138:21
**three** 9:14 16:22
18:11 23:13,14
65:2 67:17 77:3
78:3 89:10,12
111:24 133:22
154:17
**time** 1:23 8:22
10:16 18:21 20:13
31:9,17 48:7
50:12 52:17 54:20
54:24 56:21 63:5
69:2 84:7,9 91:11
91:15 93:8 95:17
97:14,20 103:18
107:18,20 114:24
121:25 125:7
127:2 130:6
142:13 145:17
146:18 151:6,11
152:14,15 153:11
**timely** 121:23
122:3
**times** 69:17 74:22
113:11
**title** 5:2
**today** 4:13,17,21
7:8 10:19
**told** 31:22,24
62:22 122:5 129:6
129:9 132:2
**tony** 148:10
**tooling** 80:4
**top** 23:13,14 45:24
80:11 93:21 94:14
112:24 139:19,24
**topics** 118:3
**total** 30:22

**toy** 10:9 14:9
15:22 19:9,13
20:25 21:3 23:7
23:15 24:4,20
25:4,11,15,19,21
29:14,14 31:10,10
31:25 32:9,22
34:17 35:12,15,19
35:22 36:4,10,14
37:12,14,19 38:16
39:4,24 40:6
41:11 45:11,11
47:18 48:2,10
50:5,9 82:3,20
86:25 91:16 93:14
103:6 111:18
116:11,14 131:3,6
131:8 133:14
134:8 135:22
137:8 139:15
147:7 148:8 151:9
154:10,11,12,13
**toys** 1:5 2:3 13:11
14:5,9 18:3 22:19
30:13,17,20,25
31:4,12 34:22
35:4 36:19,23
37:3,8 40:9,10,21
41:16,18 42:5,9,10
42:13,15 43:13,18
44:21 45:12 48:10
50:2,6,10,12 67:4
68:18,18,21 73:16
75:11,15,19 77:19
87:12 91:3 93:15
100:18 101:8,17
101:18 102:4,8
104:7,11,15,22
105:10,16,17,19
105:21 106:6
112:17 118:22

119:9 120:3,9
122:11,11,13,14
122:15,15 123:10
124:14,16,17,18
135:21 137:21,23
138:10,14 144:6
144:25 145:4
146:17 147:25
**track** 104:2
**trade** 51:7 150:23
**trading** 72:2,6,7,8
125:5 148:20
150:24
**train** 60:12
**trained** 83:5
**training** 19:7,21
20:15 62:5,11
83:19
**transaction** 9:9,10
**transcribe** 4:3
**transcript** 156:8
**transport** 31:17
**travel** 60:10
**travels** 130:13
**trick** 6:14
**true** 151:5 156:8
**truth** 3:18
**truthfully** 4:13,17
4:20
**try** 6:14
**trying** 26:16,22
50:7 97:13 107:25
**turn** 55:23 74:6
98:14 115:4
**turned** 141:18
**turning** 48:12
51:20 77:2 82:19
**turnpike** 3:11
**two** 32:6 34:7
45:22 46:2,7,9
50:21 51:20 56:22

65:2 67:6 106:12
108:22,24 109:2,4
112:6 120:16,18
126:21 135:19
136:16 139:25
147:6 155:2
**type** 20:23
**typical** 91:21
**typically** 30:7
31:18 110:10
139:16

| u |
|---|

**u** 3:2 23:16,24
53:3,13 58:8
67:20,21
**u.s.** 87:13
**uday** 53:3 54:9
65:19 97:20 100:5
**uh** 57:15 60:3,12
61:6 72:11 78:17
78:24
**ultimate** 25:2
35:14 41:8 43:25
**ultimately** 114:20
**unable** 4:20
**underlying** 10:7
**underneath**
112:12
**understand** 3:16
3:20,23 26:16,21
40:4 59:16 63:15
73:19 103:3
123:14 124:8
127:20
**understanding**
52:5 113:14
**understood** 3:25
6:17 147:18
**united** 27:3 31:13
41:23 42:6 48:5
97:9 101:19 102:6

102:9,19 104:12
104:16,24,24
105:22 106:7
119:17 129:23
130:3,11,12 132:5
**units** 136:6
**unquote** 95:14
**upc** 32:13 42:19
**uploads** 109:25
**upper** 6:20
**usa** 52:6 65:17
**use** 8:11 17:25
22:19 23:2,4,12,17
23:18 28:22 29:5
56:4 82:9 88:11
88:17 91:16
**uses** 115:17
**usual** 102:12
**usually** 67:9 96:13

| v |
|---|

**various** 72:13
79:14 113:4
**vena** 2:24
**vendor** 22:13
27:15 29:15 45:25
48:14 49:3,7,10
50:21 51:20 52:16
56:4 63:3,24
65:17 72:20,21
73:3 74:2,5 76:25
82:24 95:4 97:5
125:18,21 126:13
127:2 128:4,7,22
129:17 154:15
**vendor's** 147:2
**vendors** 18:20,22
37:14 49:11 54:4
54:5,16,16,17
55:18,18,21,24
56:6 57:17,21,22
58:10,12 65:16

**[vendors - yesterday]**

86:10 93:24 95:2
98:11 125:11,12
128:14
**verb**  91:16
**verbalize**  4:4
148:4 151:6
**version**  136:25
**vessel**  106:10
**vice**  28:4 53:9
**victor**  18:15,23
54:8 55:22 96:22
**visit**  54:4,4 55:3
65:19 67:2 69:17
74:20
**visited**  54:3
**visiting**  67:11
69:13
**visits**  54:15,16
57:16
**volunteer**  2:24

**w**

**w**  67:20 148:10
**wait**  52:21 56:18
129:25 147:9,9,9
**waiting**  137:4
**waits**  105:9
**wal**  66:19,20,22,24
100:8,13 120:25
138:12 144:6,25
145:21,22,24,25
146:2,6 152:19
**walk**  38:20
**want**  3:22 7:18
27:23 41:4 47:9
73:18 77:16 91:16
146:24 147:22
149:6 152:25
153:2
**wanted**  82:6 94:21
145:3

**watch**  78:12
**water**  71:2,4
**way**  26:23 33:16
36:7 63:4 101:14
133:15,17 137:20
137:24 150:25
156:13
**ways**  55:6,10,13
**wch**  38:20
**week**  69:18,19
74:22 93:17
**weeks**  93:9 99:19
99:21,22 106:12
**welcome**  3:15
152:16
**went**  9:21 33:7
145:4,18 148:7
**west**  106:12
**wheel**  131:14
133:16
**wheels**  132:10
134:22
**whereof**  156:15
**white**  39:9 131:2
**withdraw**  21:11
27:7
**witness**  1:21 2:3
3:2 6:8 7:23 8:4
11:16 25:25 26:10
26:20 47:8 48:20
87:25 88:15 89:18
100:24 103:5
106:21 107:9
109:9 113:12,15
125:25 136:5
147:16 148:3,22
150:2 156:6,10,15
**witness's**  157:1
**witnesses**  6:15
28:9,11

**wolf**  2:5 5:23 6:9
6:12,18 7:8,18,25
8:7,19 9:15,17
14:24 26:2,3,11,14
26:24 28:8,10
33:3,6 34:13 45:6
46:6 47:7,16
48:22 52:21 59:19
88:13 94:10 96:9
100:22,23 102:24
103:3,7,11,20
104:5 106:2,23
107:3 108:15,17
113:18 114:19
117:8 121:9 122:7
126:20 127:5
129:3,25 133:22
134:4 136:3 147:9
147:12 148:21,23
149:11,13,22
150:3,15 151:17
152:18,25 153:6
**wondering**  14:7
37:18
**wong**  148:10,13
149:18,21
**wooden**  131:3
**word**  104:18
**words**  47:25 56:6
59:9 78:18 79:6
102:15,21 116:2
116:13 120:8
129:16 133:13
138:10 139:25
145:16 151:10
**work**  8:9 15:15
18:20 19:14 21:20
34:9 45:16 50:7
123:14 130:7
**worked**  4:24,25
6:20 18:25 19:9

19:13 20:11,12
21:3,24 24:19
27:24 28:19 68:13
129:11,21 130:4
131:25 135:14
**working**  22:4
49:15 58:25 65:10
**works**  7:16 39:24
101:5 109:23
**wrapped**  78:2
**writing**  125:15
153:2
**written**  66:17
76:17 128:20,21
**wrong**  8:2 133:15
133:17
**wto**  23:19
**wu**  67:20 68:25
70:19

**x**

**x**  1:2,6
**x's**  112:13
**xrf**  57:23 58:9,11
58:14 59:7,15,17
59:20 60:2 70:9
73:20 77:11 82:10
82:15 85:12 95:11
123:7

**y**

**y**  23:24 53:3,13
62:2 67:21
**yao**  62:2,14
**yeah**  78:14 106:25
121:10 135:11
**year**  50:6 69:11,17
**years**  4:25 5:7
9:14 19:3,10
20:13 24:21
**yesterday**  60:14
62:18,19

**yeuh** 52:22
**yeung** 67:21 68:11
  69:6 70:21
**york** 1:1,4,8,8,25
  2:5,5,10,14,14 3:4
  11:3 143:9,19
  144:16 145:5,13
  145:19 146:3,5,7
  156:4
**young** 29:11
**yudo** 23:24
**yueh** 2:15
**yung** 53:13,18
  54:15,19 55:3,17
  56:5,10 57:16
  62:15 65:15 66:11
  67:14 71:13,14,16
  72:12 73:23 77:8
  84:19 85:5,9
  94:19 97:21,24
  100:6 123:8 125:7
  129:5 130:10
  142:9 151:21
  152:10
**yung's** 54:10 76:2

### z

**z** 5:17 12:22,23
  24:25 25:11 35:13
  45:24 51:23 58:7
  61:8,10,16 67:9
  85:2 86:10 87:18
  115:12 126:13

# EXHIBIT B

# ANSECO Test Results

| OAG Purchase Date | ANSECO Test Report # | ANSECO Test Report Date | Retailer | Address | Item Name | UPC # | BCH # | Manufacture Date[1] | Test Results Lead (ppm) |
|---|---|---|---|---|---|---|---|---|---|
| 11/17/2015 | 16B-00048 | 1/26/2016 | Kmart | One Penn Plaza NY, NY 10119 | Shimmer 'n Sparkle Base Kit | 884920173504 | BCH00617K8A13-0715 | July 13, 2015 | 670 |
| 2/8/2016 | 16B-00354 | 3/11/2016 | Kmart | 2055 Walden Avenue, Cheektowaga, NY 14225 | Shimmer 'n Sparkle Base Kit | 884920173504 | BCH00617K8A13-0715 | July 13, 2015 | 540 |
| 2/10/2016 | 16B-00358 | 3/11/2016 | Kmart | 8007 Oswego Road, Liverpool, NY 13090 | Shimmer 'n Sparkle Base Kit | 884920173504 | BCH00617K8A13-0715 | July 13, 2015 | 640 |
| 11/13/2015 | 16B-00047 | 1/26/2016 | Toys "R" Us | 117 Old Country Road, Carle Place, NY 11514 | Shimmer 'n Sparkle Base Kit | 884920173504 | BCH00617K8A13-0715 | July 13, 2015 | 880 |
| 11/13/2015 | 16B-00060 | 1/26/2016 | Toys "R" Us | 117 Old Country Road, Carle Place, NY 11514 | Shimmer 'n Sparkle Refill Kit | 884920173849 | BCH00643K1A28-0715 | July 28, 2015 | 720, 680, 920, 980 (bands 1-4) |
| 2/14/2016 | 16B-00359 | 3/11/2016 | Toys "R" Us | 4155 NY-31 Great Northern Mall, Clay, NY 13041 | Shimmer 'n Sparkle Refill Kit | 884920173849 | BCH00643K1A28-0715 | July 28, 2015 | 640, 470, 650, 590 (bands 1-4) |
| 2/8/2016 | 16B-00356 | 3/11/2016 | Toys "R" Us | 3030 Sheridan Drive, Amherst, NY 14226 | Shimmer 'n Sparkle Base Kit | 884920173504 | BCH00625K2A10-0815 | August 10, 2015 | 740 |
| 10/15/2015 | 16B-00046 | 1/26/2016 | Target | 999 Corporate Drive, Westbury 11590 | My Look Base Kit | 884920466340 | BCH00621K3A10-0715 | July 10, 2015 | 770 |
| 2/8/2016 | 16B-00355 | 3/11/2016 | Target | 2626 Delaware Avenue, Buffalo, NY 14216 | My Look Base Kit | 884920466340 | BCH1TAR741A28-1015 | October 28, 2015 | 580 |
| 2/10/2016 | 16B-00357 | 3/11/2016 | Target | 340 Towne Dr, Fayetteville, NY 13066 | My Look Base Kit | 884920466340 | BCH1TAR742A28-1015 | October 28, 2015 | 550 |
| received by OAG 2/21/2017 | 17B-000477 | 4/14/2017 | Target | From inventory - Cheryl Falvey | My Look Base Kit | 884920466340 | BCH1TAR741A28-1015 | October 28, 2015 | 890 |
| received by OAG 2/21/2017 | 17B-000477 | 4/14/2017 | Target | From inventory - Cheryl Falvey | My Look Base Kit | 884920466340 | BCH1TAR741A28-1015 | October 28, 2015 | 960 |
| received by OAG 2/21/2017 | 17B-000477 | 4/14/2017 | Target | From inventory - Cheryl Falvey | My Look Base Kit | 884920466340 | BCH1TAR741A28-1015 | October 28, 2015 | 1000 |
| received by OAG 2/21/2017 | 17B-000477 | 4/14/2017 | Target | From inventory - Cheryl Falvey | My Look Base Kit | 884920466340 | BCH1TAR741A28-1015 | October 28, 2015 | 870 |
| received by OAG 2/21/2017 | 17B-000477 | 4/14/2017 | Target | From inventory - Cheryl Falvey | My Look Base Kit | 884920466340 | BCH1TAR741A28-1015 | October 28, 2015 | 920 |
| received by OAG 2/21/2017 | 17B-000477 | 4/14/2017 | Target | From inventory - Cheryl Falvey | My Look Base Kit | 884920466340 | BCH00621K3A10-0715 | July 10, 2015 | 900 |
| received by OAG 2/21/2017 | 17B-000477 | 4/14/2017 | Target | From inventory - Cheryl Falvey | My Look Base Kit | 884920466340 | BCH00621K3A10-0715 | July 10, 2015 | 990 |
| received by OAG 2/21/2017 | 17B-000477 | 4/14/2017 | Target | From inventory - Cheryl Falvey | My Look Base Kit | 884920466340 | BCH00621K3A10-0715 | July 10, 2015 | 1000 |
| received by OAG 2/21/2017 | 17B-000477 | 4/14/2017 | Target | From inventory - Cheryl Falvey | My Look Base Kit | 884920466340 | BCH1TAR742A28-1015 | October 28, 2015 | 990 |
| received by OAG 2/21/2017 | 17B-000477 | 4/14/2017 | Target | From inventory - Cheryl Falvey | My Look Base Kit | 884920466340 | BCH1TAR754A18-1115 | November 18, 2015 | 980 |
| received by OAG 2/21/2017 | 17B-000477 | 4/14/2017 | Target | From inventory - Cheryl Falvey | My Look Base Kit | 884920466340 | BCH1TAR754A18-1115 | November 18, 2015 | 970 |
| received by OAG 2/21/2017 | 17B-000477 | 4/14/2017 | Target | From inventory - Cheryl Falvey | My Look Base Kit | 884920466340 | BCH1TAR754A18-1115 | November 18, 2015 | 970 |
| received by OAG 2/21/2017 | 17B-000477 | 4/14/2017 | Target | From inventory - Cheryl Falvey | My Look Base Kit | 884920466340 | BCH1TAR754A18-1115 | November 18, 2015 | 940 |
| received by OAG 2/21/2017 | 17B-000477 | 4/14/2017 | Target | From inventory - Cheryl Falvey | My Look Base Kit | 884920466340 | BCH1TAR754A18-1115 | November 18, 2015 | 990 |
| received by OAG 2/21/2017 | 17B-000477 | 4/14/2017 | Target | From inventory - Cheryl Falvey | My Look Base Kit | 884920466340 | BCH1TAR754A18-1115 | November 18, 2015 | 1000 |
| received by OAG 2/21/2017 | 17B-000477 | 4/14/2017 | Target | From inventory - Cheryl Falvey | My Look Base Kit | 884920466340 | BCH1TAR754A18-1115 | November 18, 2015 | 950 |
| received by OAG 2/21/2017 | 17B-000477 | 4/14/2017 | Target | From inventory - Cheryl Falvey | My Look Base Kit | 884920466340 | BCH00615K2A28-0715 | July 28, 2015 | 890 |
| received by OAG 2/21/2017 | 17B-000477 | 4/14/2017 | Target | From inventory - Cheryl Falvey | My Look Base Kit | 884920466340 | could not read | could not read | 870 |
| received by OAG 2/21/2017 | 17B-000477 | 4/14/2017 | Target | From inventory - Cheryl Falvey | My Look Base Kit | 884920466340 | BCH1TAR697K3A0-0715 | July 30, 2015 | 980 |
| received by OAG 2/21/2017 | 17B-000477 | 4/14/2017 | Target | From inventory - Cheryl Falvey | My Look Base Kit | 884920466340 | BCH1TAR698K3A10-0815 | August 10, 2015 | 1000 |

[1] June Daddea, the Director of Human Resources and Administration for LaRose, testified that a Kit's date of manufacture is the last six numbers on the box's batch code in this format: two-digit day, followed by a dash, followed by the two-digit month and two-digit year. Thus, a Kit with batch code BCH00617K8A13-0715 was manufactured on July 13, 2015. Hearing Transcript of June Daddea, March 8, 2017, at 32:11-24. The Attorney General used this method to determine manufacture dates for the tested Kits for which a visible batch code was available. See also Exhibit D (which includes manufacture dates determined with the same method).

# EXHIBIT C

**ᴾAI   ANSECO**

**TEST REPORT**

| | | | |
|---|---|---|---|
| Company: | New York State Office of the Attorney General | **Test Report #** | 16B-00046 |
| Recipient: | Jodi Feld | Date: | January 26, 2016 |
| Recipient Email: | Jodi.feld@ag.ny.gov | PO #: | LAW01-0000005030 |
| cc to Email: | Nancy.christensen@ag.ny.gov | | |

**SAMPLE INFORMATION:**

| | | | |
|---|---|---|---|
| Description: | Cra-Z-Jewelz Ultimate Gem Machine | | |
| OAG Item No.: | 29 | Retail Store: | Target |
| SKU/UPC/Lot No.: | 884920466340 / 46634 / 230715 | Distributor: | LaRose Industries, LLC |
| Brand Name/Manufacturer: | Cra-Z-Art | Country of Origin: | - |
| Country of Distribution: | - | Labeled Age Grade: | 6+ |
| Quantity Submitted: | 1 | Recommended Age Grade: | - |
| Date Received: | 1/15/16 | Tested Age Grade: | - |
| Testing Period: | 1/18/16 – 1/26/16 | | |

**OVERALL RESULT:**          **FAIL**

At the request of the client, the sample was evaluated for compliance with the following specifications:

| CONCLUSION | SPECIFICATION |
|---|---|
| FAIL | CPSIA Section 101, Children's Products Containing Lead (Substrates) (Requested Components) |
| FAIL | ASTM F2923-14 Clause 5, Total Lead Content in Substrate Materials (Requested Components) |

ANSECO GROUP, LLC

David Ennis
Manager, Chemical Laboratory

**ANAB** ACCREDITED
TESTING LABORATORY

"The test result(s) and conclusion(s) in this report relate only to the sample(s) and method/regulation section(s) tested as described herein."
Testing was performed in compliance with applicable regulations using appropriate testing protocols.
This test report may not be reproduced in whole or in part, without written approval of ANSECO Group, LLC. (RP-BF-RE001 Ver. 24)
Â  Non-accredited test. All other tests are accredited and meet the requirements of ISO 17025:2005 as verified by ANAB (Certificate # AT-1487)

OAG  000001

 ANSECO

**TEST REPORT**

Page 2 of 3

| | | | |
|---|---|---|---|
| Company: | New York State Office of the Attorney General | **Test Report #** | 16B-00046 |
| Recipient: | Jodi Feld | Date: | January 26, 2016 |
| Sample Description: | Cra-Z-Jewelz Ultimate Gem Machine | | |

**DETAILED RESULTS:**

**CPSIA Section 101, Children's Products Containing Lead (Substrates) (Requested Components)**
**ASTM F2923-14 Clause 5, Total Lead Content in Substrate Materials (Requested Components)**

Analytical determination by ICP-OES
(Method: CPSC-CH-E1001-08.1, Metals and/or CPSC-CH-E1002-08.1 Non-Metals)

| | Specimen No. | | | | | | CPSIA & ASTM F2923-14 Total Limit |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | - | - | - | - | |
| | Total Result | Total Result | Total Result | Total Result | Total Result | Total Result | |
| Lead (Pb) | 9 | **770** | - | - | - | - | 100 ppm |
| **Conclusion** | PASS | **FAIL** | - | - | - | - | |

LT = Less Than
Results are reported in parts per million (ppm)

| Specimen No. | Specimen Description (Color) | Location |
|---|---|---|
| 1 | Pink Material | Band |
| 2 | Tan Material | Band |

"The test result(s) and conclusion(s) in this report relate only to the sample(s) and method/regulation section(s) tested as described herein."
Testing was performed in compliance with applicable regulations using appropriate testing protocols.
This test report may not be reproduced in whole or in part, without written approval of ANSECO Group, LLC. (RP-BF-RE001 Ver. 24)
Â  Non-accredited test. All other tests are accredited and meet the requirements of ISO 17025:2005 as verified by ANAB (Certificate # AT-1497)

OAG  000002



**TEST REPORT**

Page 3 of 3

| | | | |
|---|---|---|---|
| Company: | New York State Office of the Attorney General | **Test Report #** | 16B-00046 |
| Recipient: | Jodi Feld | Date: | January 26, 2016 |
| Sample Description: | Cra-Z-Jewelz Ultimate Gem Machine | | |

**Sample Photo:**



***End Report***

"The test result(s) and conclusion(s) in this report relate only to the sample(s) and method/regulation section(s) tested as described herein."
Testing was performed in compliance with applicable regulations using appropriate testing protocols.
This test report may not be reproduced in whole or in part, without written approval of ANSECO Group, LLC. (RP-BF-RE001 Ver. 24)
Â  Non-accredited test. All other tests are accredited and meet the requirements of ISO 17025:2005 as verified by ANAB (Certificate # AT-1487)

OAG  000003

PAI  ANSECO

**TEST REPORT**

| | |
|---|---|
| Company: | New York State Office of the Attorney General |
| Recipient: | Jodi Feld |
| Recipient Email: | Jodi.feld@ag.ny.gov |
| cc to Email: | Nancy.christensen@ag.ny.gov |

| | |
|---|---|
| **Test Report #** | 16B-00047 |
| Date: | January 26, 2016 |
| PO #: | LAW01-0000005030 |

---

**SAMPLE INFORMATION:**

| | | | |
|---|---|---|---|
| Description: | Cra-Z-Jewelz Ultimate Gem Machine | | |
| OAG Item No.: | 92 | Retail Store: | Toys "R" Us |
| SKU/UPC/Lot No.: | 884920174504 / 050815 | Distributor: | LaRose Industries, LLC |
| Brand Name/Manufacturer: | Cra-Z-Art | Country of Origin: | - |
| Country of Distribution: | - | Labeled Age Grade: | 6+ |
| Quantity Submitted: | 1 | Recommended Age Grade: | - |
| Date Received: | 1/15/16 | Tested Age Grade: | - |
| Testing Period: | 1/18/16 – 1/26/16 | | |

**OVERALL RESULT:**

## FAIL

At the request of the client, the sample was evaluated for compliance with the following specifications:

| CONCLUSION | SPECIFICATION |
|---|---|
| **FAIL** | CPSIA Section 101, Children's Products Containing Lead (Substrates) (Requested Components) |
| **FAIL** | ASTM F2923-14 Clause 5, Total Lead Content in Substrate Materials (Requested Components) |

ANSECO GROUP, LLC

*[signature]*

ANAB
ACCREDITED
TESTING LABORATORY

David Ennis
Manager, Chemical Laboratory

"The test result(s) and conclusion(s) in this report relate only to the sample(s) and method/regulation section(s) tested as described herein."
Testing was performed in compliance with applicable regulations using appropriate testing protocols.
This test report may not be reproduced in whole or in part, without written approval of ANSECO Group, LLC. (RP-BF-RE001 Ver. 24)
Â  Non-accredited test. All other tests are accredited and meet the requirements of ISO 17025:2005 as verified by ANAB (Certificate AT 1487)

OAG  000004

FILED: ALBANY COUNTY CLERK 12/13/2018 11:42 PM        INDEX NO. 907519-18
NYSCEF DOC. NO. Case 1:19-cv-00040-MAD-CFH   Document 2   Filed 01/10/19   Page 291 of 486   RECEIVED NYSCEF: 12/13/2018



# TEST REPORT

| Company: | New York State Office of the Attorney General | **Test Report #** | 16B-00047 |
|---|---|---|---|
| Recipient: | Jodi Feld | Date: | January 26, 2016 |
| Sample Description: | Cra-Z-Jewelz Ultimate Gem Machine | | |

## DETAILED RESULTS:

**CPSIA Section 101, Children's Products Containing Lead (Substrates) (Requested Components)**
**ASTM F2923-14 Clause 5, Total Lead Content in Substrate Materials (Requested Components)**

Analytical determination by ICP-OES
(Method: CPSC-CH-E1001-08.1, Metals and/or CPSC-CH-E1002-08.1 Non-Metals)

| | | Specimen No. | | | | | CPSIA & ASTM F2923-14 Total Limit |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | - | - | - | - | |
| | Total Result | Total Result | Total Result | Total Result | Total Result | Total Result | |
| Lead (Pb) | LT 5 | **880** | - | - | - | - | 100 ppm |
| **Conclusion** | PASS | **FAIL** | - | - | - | - | |

LT = Less Than
Results are reported in parts per million (ppm)

| Specimen No. | Specimen Description (Color) | Location |
|---|---|---|
| 1 | Pink Material | Band |
| 2 | Tan Material | Band |

"The test result(s) and conclusion(s) in this report relate only to the sample(s) and method/regulation section(s) tested as described herein."
Testing was performed in compliance with applicable regulations using appropriate testing protocols.
This test report may not be reproduced in whole or in part, without written approval of ANSECO Group, LLC. (RP-BF-RE001 Ver. 24)
Â Non-accredited test. All other tests are accredited and meet the requirements of ISO 17025:2005 as verified by ANAB (Certificate # AT-1487)

OAG 000005

FILED: ALBANY COUNTY CLERK 12/13/2018 11:42 PM          INDEX NO. 907519-18
NYSCEF DOC. NO. 111   Case 1:19-cv-00040-MAD-CFH   Document 2   Filed 01/10/19   Page 282 of 486   RECEIVED NYSCEF: 12/13/2018



# TEST REPORT

| | | | |
|---|---|---|---|
| Company: | New York State Office of the Attorney General | **Test Report #** | 16B-00047 |
| Recipient: | Jodi Feld | Date: | January 26, 2016 |
| Sample Description: | Cra-Z-Jewelz Ultimate Gem Machine | | |

**Sample Photo:**



***End Report***

"The test result(s) and conclusion(s) in this report relate only to the sample(s) and method/regulation section(s) tested as described herein."
Testing was performed in compliance with applicable regulations using appropriate testing protocols.
This test report may not be reproduced in whole or in part, without written approval of ANSECO Group, LLC. (RP-BF-RE001 Ver. 24)
Â  Non-accredited test.  All other tests are accredited and meet the requirements of ISO 17025:2005 as verified by ANAB (Certificate # AT-1497)

OAG 000006

PAI ANSECO

**TEST REPORT**

Page 1 of 3

| | | | |
|---|---|---|---|
| Company: | New York State Office of the Attorney General | **Test Report #** | 16B-00048 |
| Recipient: | Jodi Feld | Date: | January 26, 2016 |
| Recipient Email: | Jodi.feld@ag.ny.gov | PO #: | LAW01-0000005030 |
| cc to Email: | Nancy.christensen@ag.ny.gov | | |

**SAMPLE INFORMATION:**

| | | | |
|---|---|---|---|
| Description: | Cra-Z-Jewelz Ultimate Gem Machine | | |
| OAG Item No.: | 107 | Retail Store: | Kmart |
| SKU/UPC/Lot No.: | 884920174504 / 092115 | Distributor: | LaRose Industries, LLC |
| Brand Name/Manufacturer: | Cra-Z-Art | Country of Origin: | - |
| Country of Distribution: | - | Labeled Age Grade: | 6+ |
| Quantity Submitted: | 1 | Recommended Age Grade: | - |
| Date Received: | 1/15/16 | Tested Age Grade: | - |
| Testing Period: | 1/18/16 – 1/26/16 | | |

**OVERALL RESULT:**

# FAIL

At the request of the client, the sample was evaluated for compliance with the following specifications:

| CONCLUSION | SPECIFICATION |
|---|---|
| **FAIL** | CPSIA Section 101, Children's Products Containing Lead (Substrates) (Requested Components) |
| **FAIL** | ASTM F2923-14 Clause 5, Total Lead Content in Substrate Materials (Requested Components) |

ANSECO GROUP, LLC

David Ennis
Manager, Chemical Laboratory

ANAB
ACCREDITED
TESTING LABORATORY

"The test result(s) and conclusion(s) in this report relate only to the sample(s) and method/regulation section(s) tested as described herein."
Testing was performed in compliance with applicable regulations using appropriate testing protocols.
This test report may not be reproduced in whole or in part, without written approval of ANSECO Group, LLC. (RP-BF-RE001 Ver. 24)
Å  Non-accredited test.  All other tests are accredited and meet the requirements of ISO 17025:2005 as verified by ANAB (Certificate # AT-1487)

OAG  000007



# TEST REPORT

Page 2 of 3

| | | | |
|---|---|---|---|
| Company: | New York State Office of the Attorney General | **Test Report #** | 16B-00048 |
| Recipient: | Jodi Feld | Date: | January 26, 2016 |
| Sample Description: | Cra-Z-Jewelz Ultimate Gem Machine | | |

## DETAILED RESULTS:

**CPSIA Section 101, Children's Products Containing Lead (Substrates) (Requested Components)**
**ASTM F2923-14 Clause 5, Total Lead Content in Substrate Materials (Requested Components)**

Analytical determination by ICP-OES
(Method: CPSC-CH-E1001-08.1, Metals and/or CPSC-CH-E1002-08.1 Non-Metals)

| | Specimen No. | | | | | | |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | - | - | - | - | **CPSIA & ASTM F2923-14 Total Limit** |
| | Total Result | Total Result | Total Result | Total Result | Total Result | Total Result | |
| Lead (Pb) | LT 5 | **670** | - | - | - | - | 100 ppm |
| **Conclusion** | PASS | **FAIL** | - | - | - | - | |

LT = Less Than
Results are reported in parts per million (ppm)

| Specimen No. | Specimen Description (Color) | Location |
|---|---|---|
| 1 | Pink Material | Band |
| 2 | Tan Material | Band |

"The test result(s) and conclusion(s) in this report relate only to the sample(s) and method/regulation section(s) tested as described herein."
Testing was performed in compliance with applicable regulations using appropriate testing protocols.
This test report may not be reproduced in whole or in part, without written approval of ANSECO Group, LLC. (RP-BF-RE001 Ver. 24)
Â  Non-accredited test. All other tests are accredited and meet the requirements of ISO 17025:2005 as verified by ANAB (Certificate # AT-1407)

OAG  000008



**TEST REPORT**

Page 3 of 3

| | |
|---|---|
| Company: | New York State Office of the Attorney General |
| Recipient: | Jodi Feld |
| Sample Description: | Cra-Z-Jewelz Ultimate Gem Machine |

**Test Report #**   16B-00048

Date:   January 26, 2016

**Sample Photo:**

***End Report***

"The test result(s) and conclusion(s) in this report relate only to the sample(s) and method/regulation section(s) tested as described herein."
Testing was performed in compliance with applicable regulations using appropriate testing protocols.
This test report may not be reproduced in whole or in part, without written approval of ANSECO Group, LLC. (RP-BF-RE001 Ver. 24)
Â  Non-accredited test.  All other tests are accredited and meet the requirements of ISO 17025:2005 as verified by ANAB (Certificate # AT-1497)

OAG  000009

**ᵖAI** **ANSECO**

**TEST REPORT**

Page 1 of 3

| | | | |
|---|---|---|---|
| Company: | New York State Office of the Attorney General | **Test Report #** | 16B-00060 |
| Recipient: | Jodi Feld | Date: | January 26, 2016 |
| Recipient Email: | Jodi.feld@ag.ny.gov | PO #: | LAW01-0000005030 |
| cc to Email: | Nancy.christensen@ag.ny.gov | | |

**SAMPLE INFORMATION:**

| | | | |
|---|---|---|---|
| Description: | Cra-Z-Jewelz Gem Creations | | |
| OAG Item No.: | 93 | Retail Store: | Toys "R" Us |
| SKU/UPC/Lot No.: | 884920174849 | Distributor: | LaRose Industries, LLC |
| Brand Name/Manufacturer: | Cra-Z-Art | Country of Origin: | - |
| Country of Distribution: | - | Labeled Age Grade: | 6+ |
| Quantity Submitted: | 1 | Recommended Age Grade: | - |
| Date Received: | 1/15/16 | Tested Age Grade: | - |
| Testing Period: | 1/18/16 – 1/26/16 | | |

**OVERALL RESULT:**

# FAIL

At the request of the client, the sample was evaluated for compliance with the following specifications:

| CONCLUSION | SPECIFICATION |
|---|---|
| **FAIL** | CPSIA Section 101, Children's Products Containing Lead (Substrates) (Requested Components) |
| **FAIL** | ASTM F2923-14 Clause 5, Total Lead Content in Substrate Materials (Requested Components) |

ANSECO GROUP, LLC

*[signature]*

**ANAB**
ACCREDITED
ISO/IEC 17025
TESTING LABORATORY

David Ennis
Manager, Chemical Laboratory

*"The test result(s) and conclusion(s) in this report relate only to the sample(s) and method/regulation section(s) tested as described herein."*
Testing was performed in compliance with applicable regulations using appropriate testing protocols.
*This test report may not be reproduced in whole or in part, without written approval of ANSECO Group, LLC.* (RP-BF-RE001 Ver. 24)
Â  Non-accredited test. All other tests are accredited and meet the requirements of ISO 17025:2005 as verified by ANAB (Certificate # AT 1487)

OAG  000010

FILED: ALBANY COUNTY CLERK 12/13/2018 11:42 PM
NYSCEF DOC. NO. 94    Case 1:19-cv-00040-MAD-CFH   Document 2   Filed 01/10/19   Page 287 of 486    RECEIVED NYSCEF: 12/13/2018



# TEST REPORT

| | |
|---|---|
| Company: | New York State Office of the Attorney General |
| Recipient: | Jodi Feld |
| Sample Description: | Cra-Z-Jewelz Gem Creations |

| | |
|---|---|
| **Test Report #** | 16B-00060 |
| Date: | January 26, 2016 |

---

**DETAILED RESULTS:**

**CPSIA Section 101, Children's Products Containing Lead (Substrates) (Requested Components)**
**ASTM F2923-14 Clause 5, Total Lead Content in Substrate Materials (Requested Components)**

Analytical determination by ICP-OES
(Method: CPSC-CH-E1001-08.1, Metals and/or CPSC-CH-E1002-08.1 Non-Metals)

| | Specimen No. | | | | | | |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | **CPSIA & ASTM F2923-14 Total Limit** |
| | Total Result | Total Result | Total Result | Total Result | Total Result | Total Result | |
| Lead (Pb) | LT 5 | **720** | LT 5 | **680** | **120** | **920** | 100 ppm |
| Conclusion | PASS | **FAIL** | PASS | **FAIL** | **FAIL** | **FAIL** | |

| | Specimen No. | | | | | | |
|---|---|---|---|---|---|---|---|
| | 7 | 8 | - | - | - | - | **CPSIA & ASTM F2923-14 Total Limit** |
| | Total Result | Total Result | Total Result | Total Result | Total Result | Total Result | |
| Lead (Pb) | **130** | **980** | - | - | - | - | 100 ppm |
| Conclusion | **FAIL** | **FAIL** | - | - | - | - | |

LT = Less Than
Results are reported in parts per million (ppm)

| Specimen No. | Specimen Description (Color) | Location |
|---|---|---|
| 1 | Purple Glitter Material | Band 1 |
| 2 | Tan Material | Band 1 |
| 3 | Purple Glitter Material | Band 2 |
| 4 | Tan Material | Band 2 |
| 5 | Pink Material | Band 3 |
| 6 | Tan Material | Band 3 |
| 7 | Pink Material | Band 4 |
| 8 | Tan Material | Band 4 |

"The test result(s) and conclusion(s) in this report relate only to the sample(s) and method/regulation section(s) tested as described herein."
Testing was performed in compliance with applicable regulations using appropriate testing protocols.
This test report may not be reproduced in whole or in part, without written approval of ANSECO Group, LLC. (RP-BF-RE001 Ver. 24)
Å  Non-accredited test. All other tests are accredited and meet the requirements of ISO 17025:2005 as verified by ANAB (Certificate # AT-1487)

OAG  000011



# TEST REPORT

Page 3 of 3

| | | | |
|---|---|---|---|
| Company: | New York State Office of the Attorney General | **Test Report #** | 16B-00060 |
| Recipient: | Jodi Feld | Date: | January 26, 2016 |
| Sample Description: | Cra-Z-Jewelz Gem Creations | | |

**Sample Photo:**



***End Report***

"The test result(s) and conclusion(s) in this report relate only to the sample(s) and method/regulation section(s) tested as described herein."
Testing was performed in compliance with applicable regulations using appropriate testing protocols.
This test report may not be reproduced in whole or in part, without written approval of ANSECO Group, LLC. (RP-BF-RE001 Ver. 24)
Â Non-accredited test. All other tests are accredited and meet the requirements of ISO 17025:2005 as verified by ANAB (Certificate # AT-1487)

OAG 000012

**TEST REPORT**

Page 1 of 3

| Company: | New York State Office of the Attorney General | **Test Report #** | 16B-00354 |
|---|---|---|---|
| Recipient: | Jodi Feld | Date: | March 11, 2016 |
| Recipient Email: | Jodi.feld@ag.ny.gov | PO #: | LAW01-0000005030 |
| cc to Email: | Nancy.christensen@ag.ny.gov | | |

## SAMPLE INFORMATION:

| | | | |
|---|---|---|---|
| Description: | CraZJewelz Gem Creations Ultimate Gem Machine | | |
| OAG Item No.: | 120 | Retail Store: | Kmart |
| SKU/UPC/Lot No.: | 17450 / 884920174504 / BCH006178A13-0715 | Distributor: | LaRose Industries, LLC |
| Brand Name/Manufacturer: | Cra-Z-Art | Country of Origin: | - |
| Country of Distribution: | - | Labeled Age Grade: | - |
| Quantity Submitted: | 1 | Recommended Age Grade: | - |
| Date Received: | 3/4/16 | Tested Age Grade: | - |
| Testing Period: | 3/4/16 – 3/11/16 | | |

**OVERALL RESULT:**

## FAIL

At the request of the client, the sample was evaluated for compliance with the following specifications:

| CONCLUSION | SPECIFICATION |
|---|---|
| FAIL | CPSIA Section 101, Children's Products Containing Lead (Substrates) (Requested Components) |
| FAIL | ASTM F2923-14 Clause 5, Specification for Lead in Children's Jewelry (Requested Components) |

ANSECO GROUP, LLC



David Ennis
Manager, Chemical Laboratory

"The test result(s) and conclusion(s) in this report relate only to the sample(s) and method/regulation section(s) tested as described herein."
Testing was performed in compliance with applicable regulations using appropriate testing protocols.
This test report may not be reproduced in whole or in part, without written approval of ANSECO Group, LLC. (RP-BF-RE001 Ver. 24)
Å Non-accredited test. All other tests are accredited and meet the requirements of ISO 17025:2005 as verified by ANAB (Certificate # AT-1487)

OAG 000013



# TEST REPORT

Page 2 of 3

| | | | |
|---|---|---|---|
| Company: | New York State Office of the Attorney General | **Test Report #** | 16B-00354 |
| Recipient: | Jodi Feld | Date: | March 11, 2016 |
| Sample Description: | CraZJewelz Gem Creations Ultimate Gem Machine | | |

**DETAILED RESULTS:**

**CPSIA Section 101, Children's Products Containing Lead (Substrates) (Requested Components)**
**ASTM F2923-14 Clause 5, Specification for Lead in Children's Jewelry (Requested Components)**

Analytical determination by ICP-OES
(Method: CPSC-CH-E1001-08.1, Metals and/or CPSC-CH-E1002-08.1 Non-Metals)

| | Specimen No. | | | | | | |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | - | - | - | - | |
| | Total Result | Total Result | Total Result | Total Result | Total Result | Total Result | |
| Lead (Pb) | LT 5 | **540** | - | - | - | - | **CPSIA Total Limit** |
| | | | | | | | 100 ppm |
| Lead (Pb) | LT 5 | **540** | - | - | - | - | **ASTM F2923 Total Limit** |
| | | | | | | | 100 ppm |
| **Conclusion** | PASS | **FAIL** | - | - | - | - | |

LT = Less Than
Results reported in parts per million (ppm)

| Specimen No. | Specimen Description (Color) | Location |
|---|---|---|
| 1 | Pink Material | Band |
| 2 | Tan Material | Band |

ANSECO Group, LLC · 4455 Genesee Street · Buffalo · New York · 14225 · Tel: 716.635.1180 · Fax: 716.635.1188

*"The test result(s) and conclusion(s) in this report relate only to the sample(s) and method/regulation section(s) tested as described herein."*
Testing was performed in compliance with applicable regulations using appropriate testing protocols.
*This test report may not be reproduced in whole or in part, without written approval of ANSECO Group, LLC. (RP-BF-RE001 Ver. 24)*
Â  Non-accredited test. All other tests are accredited and meet the requirements of ISO 17025:2005 as verified by ANAB (Certificate # AT-1487)

OAG  000014



# TEST REPORT

Page 3 of 3

| | | | |
|---|---|---|---|
| Company: | New York State Office of the Attorney General | **Test Report #** | 16B-00354 |
| Recipient: | Jodi Feld | Date: | March 11, 2016 |
| Sample Description: | CraZJewelz Gem Creations Ultimate Gem Machine | | |

**Sample Photo:**



***End Report***

ANSECO Group, LLC · 4455 Genesee Street · Buffalo · New York · 14225 · Tel: 716.635.1180 · Fax: 716.635.1188

*"The test result(s) and conclusion(s) in this report relate only to the sample(s) and method/regulation section(s) tested as described herein."*
Testing was performed in compliance with applicable regulations using appropriate testing protocols.
*This test report may not be reproduced in whole or in part, without written approval of ANSECO Group, LLC.* (RP-BF-RE001 Ver. 24)
Â  *Non-accredited test. All other tests are accredited and meet the requirements of ISO 17025:2005 as verified by ANAB (Certificate # AT-1407).*

OAG 000015

**PAI ANSECO**

**TEST REPORT**

Page 1 of 3

| | | | |
|---|---|---|---|
| Company: | New York State Office of the Attorney General | **Test Report #** | 16B-00355 |
| Recipient: | Jodi Feld | Date: | March 11, 2016 |
| Recipient Email: | Jodi.feld@ag.ny.gov | PO #: | LAW01-0000005030 |
| cc to Email: | Nancy.christensen@ag.ny.gov | | |

---

### SAMPLE INFORMATION:

| | | | |
|---|---|---|---|
| Description: | CraZJewelz Gem Creations Ultimate Gem Machine | | |
| OAG Item No.: | 121 | Retail Store: | Target |
| SKU/UPC/Lot No.: | 46634 / 884920466340 / BCHTAR741A28-1015 | Distributor: | LaRose Industries, LLC |
| Brand Name/Manufacturer: | Cra-Z-Art | Country of Origin: | - |
| Country of Distribution: | - | Labeled Age Grade: | - |
| Quantity Submitted: | 1 | Recommended Age Grade: | - |
| Date Received: | 3/4/16 | Tested Age Grade: | - |
| Testing Period: | 3/4/16 – 3/11/16 | | |

---

**OVERALL RESULT:**

## FAIL

At the request of the client, the sample was evaluated for compliance with the following specifications:

| CONCLUSION | SPECIFICATION |
|---|---|
| FAIL | CPSIA Section 101, Children's Products Containing Lead (Substrates) (Requested Components) |
| FAIL | ASTM F2923-14 Clause 5, Specification for Lead in Children's Jewelry (Requested Components) |

ANSECO GROUP, LLC



David Ennis
Manager, Chemical Laboratory

"The test result(s) and conclusion(s) in this report relate only to the sample(s) and method/regulation section(s) tested as described herein."
Testing was performed in compliance with applicable regulations using appropriate testing protocols.
This test report may not be reproduced in whole or in part, without written approval of ANSECO Group, LLC. (RP-BF-RE001 Ver. 24)
Å  Non-accredited test. All other tests are accredited and meet the requirements of ISO 17025:2005 as verified by ANAB (Certificate # AT-1497)

OAG 000016

FILED: ALBANY COUNTY CLERK 12/13/2018 11:42 PM
NYSCEF DOC. NO. 53 Case 1:19-cv-00040-MAD-CFH Document 2 Filed 01/10/19 Page 293 of 486

INDEX NO. 907519-18
RECEIVED NYSCEF: 12/13/2018



# TEST REPORT

Page 2 of 3

| | | | |
|---|---|---|---|
| Company: | New York State Office of the Attorney General | **Test Report #** | 16B-00355 |
| Recipient: | Jodi Feld | Date: | March 11, 2016 |
| Sample Description: | CraZJewelz Gem Creations Ultimate Gem Machine | | |

## DETAILED RESULTS:

**CPSIA Section 101, Children's Products Containing Lead (Substrates) (Requested Components)**
**ASTM F2923-14 Clause 5, Specification for Lead in Children's Jewelry (Requested Components)**

Analytical determination by ICP-OES
(Method: CPSC-CH-E1001-08.1, Metals and/or CPSC-CH-E1002-08.1 Non-Metals)

| | Specimen No. | | | | | | |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | - | - | - | - | |
| | Total Result | Total Result | Total Result | Total Result | Total Result | Total Result | |
| Lead (Pb) | LT 5 | **580** | - | - | - | - | **CPSIA Total Limit** |
| | | | | | | | 100 ppm |
| Lead (Pb) | LT 5 | **580** | - | - | - | - | **ASTM F2923 Total Limit** |
| | | | | | | | 100 ppm |
| **Conclusion** | PASS | **FAIL** | - | - | - | - | |

LT = Less Than
Results reported in parts per million (ppm)

| Specimen No. | Specimen Description (Color) | Location |
|---|---|---|
| 1 | Pink Material | Band |
| 2 | Tan Material | Band |

"The test result(s) and conclusion(s) in this report relate only to the sample(s) and method/regulation section(s) tested as described herein."
Testing was performed in compliance with applicable regulations using appropriate testing protocols.
This test report may not be reproduced in whole or in part, without written approval of ANSECO Group, LLC. (RP-BF-RE001 Ver. 24)
Â Non-accredited test. All other tests are accredited and meet the requirements of ISO 17025:2005 as verified by ANAB (Certificate # AT-1487)

OAG 000017

**PAI ANSECO**

# TEST REPORT

Page 3 of 3

| | | | |
|---|---|---|---|
| Company: | New York State Office of the Attorney General | **Test Report #** | 16B-00355 |
| Recipient: | Jodi Feld | Date: | March 11, 2016 |
| Sample Description: | CraZJewelz Gem Creations Ultimate Gem Machine | | |

**Sample Photo:**



***End Report***

*"The test result(s) and conclusion(s) in this report relate only to the sample(s) and method/regulation section(s) tested as described herein."*
Testing was performed in compliance with applicable regulations using appropriate testing protocols.
*This test report may not be reproduced in whole or in part, without written approval of ANSECO Group, LLC.* (RP-BF-RE001 Ver. 24)
Â *Non-accredited test. All other tests are accredited and meet the requirements of ISO 17025:2005 as verified by ANAB (Certificate # AT-1497)*

OAG 000018

**PAI  ANSECO**

**TEST REPORT**

| | | | |
|---|---|---|---|
| Company: | New York State Office of the Attorney General | **Test Report #** | 16B-00356 |
| Recipient: | Jodi Feld | Date: | March 11, 2016 |
| Recipient Email: | Jodi.feld@ag.ny.gov | PO #: | LAW01-0000005030 |
| cc to Email: | Nancy.christensen@ag.ny.gov | | |

**SAMPLE INFORMATION:**

| | | | |
|---|---|---|---|
| Description: | CraZJewelz Gem Creations Ultimate Gem Machine | | |
| OAG Item No.: | 122 | Retail Store: | Toys "R" Us |
| SKU/UPC/Lot No.: | 17450 / 884920174504 / BCH006254A10-0815 | Distributor: | LaRose Industries, LLC |
| Brand Name/Manufacturer: | Cra-Z-Art | Country of Origin: | - |
| Country of Distribution: | - | Labeled Age Grade: | - |
| Quantity Submitted: | 1 | Recommended Age Grade: | - |
| Date Received: | 3/4/16 | Tested Age Grade: | - |
| Testing Period: | 3/4/16 – 3/11/16 | | |

**OVERALL RESULT:**

## FAIL

At the request of the client, the sample was evaluated for compliance with the following specifications:

| CONCLUSION | SPECIFICATION |
|---|---|
| FAIL | CPSIA Section 101, Children's Products Containing Lead (Substrates) (Requested Components) |
| FAIL | ASTM F2923-14 Clause 5, Specification for Lead in Children's Jewelry (Requested Components) |

ANSECO GROUP, LLC

*David C. Ennis*

David Ennis
Manager, Chemical Laboratory

**ANAB** ACCREDITED
TESTING LABORATORY

"The test result(s) and conclusion(s) in this report relate only to the sample(s) and method/regulation section(s) tested as described herein."
Testing was performed in compliance with applicable regulations using appropriate testing protocols.
This test report may not be reproduced in whole or in part, without written approval of ANSECO Group, LLC. (RP-BF-RE001 Ver. 24)
Å  Non-accredited test. All other tests are accredited and meet the requirements of ISO 17025:2005 as verified by ANAB (Certificate # AT-1497)

OAG  000019





# TEST REPORT

Page 2 of 3

| | | | |
|---|---|---|---|
| Company: | New York State Office of the Attorney General | **Test Report #** | 16B-00356 |
| Recipient: | Jodi Feld | Date: | March 11, 2016 |
| Sample Description: | CraZJewelz Gem Creations Ultimate Gem Machine | | |

---

**DETAILED RESULTS:**

**CPSIA Section 101, Children's Products Containing Lead (Substrates) (Requested Components)**
**ASTM F2923-14 Clause 5, Specification for Lead in Children's Jewelry (Requested Components)**

Analytical determination by ICP-OES
(Method: CPSC-CH-E1001-08.1, Metals and/or CPSC-CH-E1002-08.1 Non-Metals)

| | Specimen No. | | | | | | |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | - | - | - | - | |
| | Total Result | Total Result | Total Result | Total Result | Total Result | Total Result | |
| Lead (Pb) | **210** | **740** | - | - | - | - | **CPSIA Total Limit** |
| | | | | | | | 100 ppm |
| Lead (Pb) | **210** | **740** | - | - | - | - | **ASTM F2923 Total Limit** |
| | | | | | | | 100 ppm |
| **Conclusion** | **FAIL** | **FAIL** | - | - | - | - | |

LT = Less Than
Results reported in parts per million (ppm)

| Specimen No. | Specimen Description (Color) | Location |
|---|---|---|
| 1 | Pink Material | Band |
| 2 | Tan Material | Band |

"The test result(s) and conclusion(s) in this report relate only to the sample(s) and method/regulation section(s) tested as described herein."
Testing was performed in compliance with applicable regulations using appropriate testing protocols.
This test report may not be reproduced in whole or in part, without written approval of ANSECO Group, LLC. (RP-BF-RE001 Ver. 24)
Â  Non-accredited test. All other tests are accredited and meet the requirements of ISO 17025:2005 as verified by ANAB (Certificate # AT-1487)

OAG  000020

PAI ANSECO

# TEST REPORT

Page 3 of 3

| | | | | |
|---|---|---|---|---|
| Company: | New York State Office of the Attorney General | **Test Report #** | 16B-00356 |
| Recipient: | Jodi Feld | Date: | March 11, 2016 |
| Sample Description: | CraZJewelz Gem Creations Ultimate Gem Machine | | |

**Sample Photo:**



***End Report***

"The test result(s) and conclusion(s) in this report relate only to the sample(s) and method/regulation section(s) tested as described herein."
Testing was performed in compliance with applicable regulations using appropriate testing protocols.
This test report may not be reproduced in whole or in part, without written approval of ANSECO Group, LLC.  (RP-BF-RE001 Ver. 24)
Â  Non-accredited test.  All other tests are accredited and meet the requirements of ISO 17025:2005 as verified by ANAB (Certificate # AT-1497)

OAG  000021

**PAI  ANSECO**

**TEST REPORT**

Page 1 of 3

| | | | |
|---|---|---|---|
| Company: | New York State Office of the Attorney General | **Test Report #** | 16B-00357 |
| Recipient: | Jodi Feld | Date: | March 11, 2016 |
| Recipient Email: | Jodi.feld@ag.ny.gov | PO #: | LAW01-0000005030 |
| cc to Email: | Nancy.christensen@ag.ny.gov | | |

**SAMPLE INFORMATION:**

| | | | |
|---|---|---|---|
| Description: | CraZJewelz Gem Creations Ultimate Gem Machine | | |
| OAG Item No.: | 123 | Retail Store: | Target |
| SKU/UPC/Lot No.: | 46634 / 884920466340 / BCHTAR742A28-1015 | Distributor: | LaRose Industries, LLC |
| Brand Name/Manufacturer: | Cra-Z-Art | Country of Origin: | - |
| Country of Distribution: | - | Labeled Age Grade: | - |
| Quantity Submitted: | 1 | Recommended Age Grade: | - |
| Date Received: | 3/4/16 | Tested Age Grade: | - |
| Testing Period: | 3/4/16 – 3/11/16 | | |

**OVERALL RESULT:**          **FAIL**

At the request of the client, the sample was evaluated for compliance with the following specifications:

| CONCLUSION | SPECIFICATION |
|---|---|
| FAIL | CPSIA Section 101, Children's Products Containing Lead (Substrates) (Requested Components) |
| FAIL | ASTM F2923-14 Clause 5, Specification for Lead in Children's Jewelry (Requested Components) |

ANSECO GROUP, LLC

David Ennis
Manager, Chemical Laboratory

**ANAB ACCREDITED**
TESTING LABORATORY

"The test result(s) and conclusion(s) in this report relate only to the sample(s) and method/regulation section(s) tested as  described herein."
Testing was performed in compliance with applicable regulations using appropriate testing protocols.
This test report may not be reproduced in whole or in part, without written approval of ANSECO Group, LLC.  (RP-BF-RE001 Ver. 24)
Â  Non-accredited test.  All other tests are accredited and meet the requirements of ISO 17025:2005 as verified by ANAB (Certificate # AT 1487)

OAG  000022



# TEST REPORT

Page 2 of 3

| | | | |
|---|---|---|---|
| Company: | New York State Office of the Attorney General | **Test Report #** | 16B-00357 |
| Recipient: | Jodi Feld | Date: | March 11, 2016 |
| Sample Description: | CraZJewelz Gem Creations Ultimate Gem Machine | | |

## DETAILED RESULTS:

**CPSIA Section 101, Children's Products Containing Lead (Substrates) (Requested Components)**
**ASTM F2923-14 Clause 5, Specification for Lead in Children's Jewelry (Requested Components)**

Analytical determination by ICP-OES
(Method: CPSC-CH-E1001-08.1, Metals and/or CPSC-CH-E1002-08.1 Non-Metals)

| | Specimen No. | | | | | | |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | - | - | - | - | |
| | Total Result | Total Result | Total Result | Total Result | Total Result | Total Result | |
| Lead (Pb) | **120** | **550** | - | - | - | - | **CPSIA Total Limit** |
| | | | | | | | 100 ppm |
| Lead (Pb) | **120** | **550** | - | - | - | - | **ASTM F2923 Total Limit** |
| | | | | | | | 100 ppm |
| **Conclusion** | **FAIL** | **FAIL** | - | - | - | - | |

LT = Less Than
Results reported in parts per million (ppm)

| Specimen No. | Specimen Description (Color) | Location |
|---|---|---|
| 1 | Pink Material | Band |
| 2 | Tan Material | Band |

"The test result(s) and conclusion(s) in this report relate only to the sample(s) and method/regulation section(s) tested as described herein."
Testing was performed in compliance with applicable regulations using appropriate testing protocols.
This test report may not be reproduced in whole or in part, without written approval of ANSECO Group, LLC. (RP-BF-RE001 Ver. 24)
Â Non-accredited test. All other tests are accredited and meet the requirements of ISO 17025:2005 as verified by ANAB (Certificate # AT-1487)

OAG 000023



# TEST REPORT

Page 3 of 3

| | | | |
|---|---|---|---|
| Company: | New York State Office of the Attorney General | **Test Report #** | 16B-00357 |
| Recipient: | Jodi Feld | Date: | March 11, 2016 |
| Sample Description: | CraZJewelz Gem Creations Ultimate Gem Machine | | |

**Sample Photo:**



***End Report***

"The test result(s) and conclusion(s) in this report relate only to the sample(s) and method/regulation section(s) tested as described herein."
Testing was performed in compliance with applicable regulations using appropriate testing protocols.
This test report may not be reproduced in whole or in part, without written approval of ANSECO Group, LLC. (RP-BF-RE001 Ver. 24)
Â Non-accredited test. All other tests are accredited and meet the requirements of ISO 17025:2005 as verified by ANAB (Certificate # AT-1497)

OAG 000024

**PAI  ANSECO**

**TEST REPORT**

Page 1 of 3

| | | | |
|---|---|---|---|
| Company: | New York State Office of the Attorney General | **Test Report #** | 16B-00358 |
| Recipient: | Jodi Feld | Date: | March 11, 2016 |
| Recipient Email: | Jodi.feld@ag.ny.gov | PO #: | LAW01-0000005030 |
| cc to Email: | Nancy.christensen@ag.ny.gov | | |

**SAMPLE INFORMATION:**

| | | | |
|---|---|---|---|
| Description: | CraZJewelz Gem Creations Ultimate Gem Machine | | |
| OAG Item No.: | 124 | Retail Store: | Kmart |
| SKU/UPC/Lot No.: | 17450 / 884920174504 / BCH006178A13-0715 | Distributor: | LaRose Industries, LLC |
| Brand Name/Manufacturer: | Cra-Z-Art | Country of Origin: | - |
| Country of Distribution: | - | Labeled Age Grade: | - |
| Quantity Submitted: | 1 | Recommended Age Grade: | - |
| Date Received: | 3/4/16 | Tested Age Grade: | - |
| Testing Period: | 3/4/16 – 3/11/16 | | |

**OVERALL RESULT:**

# FAIL

At the request of the client, the sample was evaluated for compliance with the following specifications:

| CONCLUSION | SPECIFICATION |
|---|---|
| FAIL | CPSIA Section 101, Children's Products Containing Lead (Substrates) (Requested Components) |
| FAIL | ASTM F2923-14 Clause 5, Specification for Lead in Children's Jewelry (Requested Components) |

ANSECO GROUP, LLC

*David C. Ennis* (signature)

David Ennis
Manager, Chemical Laboratory

**ANAB ACCREDITED · TESTING LABORATORY**

"The test result(s) and conclusion(s) in this report relate only to the sample(s) and method/regulation section(s) tested as  described herein."
Testing was performed in compliance with applicable regulations using appropriate testing protocols.
This test report may not be reproduced in whole or in part, without written approval of ANSECO Group, LLC.  (RP-BF-RE001 Ver. 24)
Â  Non-accredited test.  All other tests are accredited and meet the requirements of ISO 17025:2005 as verified by ANAB (Certificate # AT-1487)

OAG  000025



# TEST REPORT

Page 2 of 3

| | | | |
|---|---|---|---|
| Company: | New York State Office of the Attorney General | **Test Report #** | 16B-00358 |
| Recipient: | Jodi Feld | Date: | March 11, 2016 |
| Sample Description: | CraZJewelz Gem Creations Ultimate Gem Machine | | |

## DETAILED RESULTS:

**CPSIA Section 101, Children's Products Containing Lead (Substrates) (Requested Components)**
**ASTM F2923-14 Clause 5, Specification for Lead in Children's Jewelry (Requested Components)**

Analytical determination by ICP-OES
(Method: CPSC-CH-E1001-08.1, Metals and/or CPSC-CH-E1002-08.1 Non-Metals)

| | Specimen No. | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | - | - | - | - | | |
| | Total Result | Total Result | Total Result | Total Result | Total Result | Total Result | | |
| Lead (Pb) | **210** | **640** | - | - | - | - | **CPSIA Total Limit** | |
| | | | | | | | 100 ppm | |
| Lead (Pb) | **210** | **640** | - | - | - | - | **ASTM F2923 Total Limit** | |
| | | | | | | | 100 ppm | |
| **Conclusion** | **FAIL** | **FAIL** | - | - | - | - | | |

LT = Less Than
Results reported in parts per million (ppm)

| Specimen No. | Specimen Description (Color) | Location |
|---|---|---|
| 1 | Pink Material | Band |
| 2 | Tan Material | Band |

ANSECO Group, LLC · 4455 Genesee Street · Buffalo · New York · 14225 · Tel: 716.635.1180 · Fax: 716.635.1188

*"The test result(s) and conclusion(s) in this report relate only to the sample(s) and method/regulation section(s) tested as described herein."*
Testing was performed in compliance with applicable regulations using appropriate testing protocols.
*This test report may not be reproduced in whole or in part, without written approval of ANSECO Group, LLC.* (RP-BF-RE001 Ver. 24)
Â Non-accredited test. All other tests are accredited and meet the requirements of ISO 17025:2005 as verified by ANAB (Certificate # AT-1497)

OAG 000026



# TEST REPORT

Page 3 of 3

| | | | |
|---|---|---|---|
| Company: | New York State Office of the Attorney General | **Test Report #** | 16B-00358 |
| Recipient: | Jodi Feld | Date: | March 11, 2016 |
| Sample Description: | CraZJewelz Gem Creations Ultimate Gem Machine | | |

**Sample Photo:**



\*\*\*End Report\*\*\*

ANSECO Group, LLC · 4455 Genesee Street · Buffalo · New York · 14225 · Tel: 716.635.1180 · Fax: 716.635.1188

*"The test result(s) and conclusion(s) in this report relate only to the sample(s) and method/regulation section(s) tested as  described herein."*
Testing was performed in compliance with applicable regulations using appropriate testing protocols.
*This test report may not be reproduced in whole or in part, without written approval of  ANSECO Group, LLC.*  (RP-BF-RE001 Ver. 24)
Å  Non-accredited test.  All other tests are accredited and meet the requirements of ISO 17025:2005 as verified by ANAB (Certificate # AT-1497)

OAG  000027

PAI ANSECO

**TEST REPORT**

Page 1 of 3

| | | | |
|---|---|---|---|
| Company: | New York State Office of the Attorney General | **Test Report #** | 16B-00359 |
| Recipient: | Jodi Feld | Date: | March 11, 2016 |
| Recipient Email: | Jodi.feld@ag.ny.gov | PO #: | LAW01-0000005030 |
| cc to Email: | Nancy.christensen@ag.ny.gov | | |

**SAMPLE INFORMATION:**

| | | | |
|---|---|---|---|
| Description: | CraZJewelz Gem Charm & Slider Bracelets | | |
| OAG Item No.: | 125 | Retail Store: | Toys "R" Us |
| SKU/UPC/Lot No.: | 17484 / 884920174849 / BCH006431A28-0715 | Distributor: | LaRose Industries, LLC |
| Brand Name/Manufacturer: | Cra-Z-Art | Country of Origin: | - |
| Country of Distribution: | - | Labeled Age Grade: | - |
| Quantity Submitted: | 1 | Recommended Age Grade: | - |
| Date Received: | 3/4/16 | Tested Age Grade: | - |
| Testing Period: | 3/4/16 – 3/11/16 | | |

**OVERALL RESULT:**

## FAIL

At the request of the client, the sample was evaluated for compliance with the following specifications:

| CONCLUSION | SPECIFICATION |
|---|---|
| FAIL | CPSIA Section 101, Children's Products Containing Lead (Substrates) (Requested Components) |
| FAIL | ASTM F2923-14 Clause 5, Specification for Lead in Children's Jewelry (Requested Components) |

ANSECO GROUP, LLC

David Ennis
Manager, Chemical Laboratory

ANAB
ACCREDITED
TESTING LABORATORY

"The test result(s) and conclusion(s) in this report relate only to the sample(s) and method/regulation section(s) tested as described herein."
Testing was performed in compliance with applicable regulations using appropriate testing protocols.
This test report may not be reproduced in whole or in part, without written approval of ANSECO Group, LLC. (RP-BF-RE001 Ver. 24)
Å  Non-accredited test. All other tests are accredited and meet the requirements of ISO 17025:2005 as verified by ANAB (Certificate # AT-1487)

OAG 000028



# TEST REPORT

Page 2 of 3

| | | | |
|---|---|---|---|
| Company: | New York State Office of the Attorney General | **Test Report #** | 16B-00359 |
| Recipient: | Jodi Feld | Date: | March 11, 2016 |
| Sample Description: | CraZJewelz Gem Charm & Slider Bracelets | | |

## DETAILED RESULTS:

**CPSIA Section 101, Children's Products Containing Lead (Substrates) (Requested Components)**
**ASTM F2923-14 Clause 5, Specification for Lead in Children's Jewelry (Requested Components)**

Analytical determination by ICP-OES
(Method: CPSC-CH-E1001-08.1, Metals and/or CPSC-CH-E1002-08.1 Non-Metals)

| | Specimen No. | | | | | | |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | |
| | Total Result | Total Result | Total Result | Total Result | Total Result | Total Result | |
| Lead (Pb) | **120** | **640** | **120** | **470** | LT 5 | **650** | **CPSIA Total Limit** |
| | | | | | | | 100 ppm |
| Lead (Pb) | **120** | **640** | **120** | **470** | LT 5 | **650** | **ASTM F2923 Total Limit** |
| | | | | | | | 100 ppm |
| **Conclusion** | **FAIL** | **FAIL** | **FAIL** | **FAIL** | **PASS** | **FAIL** | |

| | Specimen No. | | | | | | |
|---|---|---|---|---|---|---|---|
| | 7 | 8 | - | - | - | - | |
| | Total Result | Total Result | Total Result | Total Result | Total Result | Total Result | |
| Lead (Pb) | LT 5 | **590** | - | - | - | - | **CPSIA Total Limit** |
| | | | | | | | 100 ppm |
| Lead (Pb) | LT 5 | **590** | - | - | - | - | **ASTM F2923 Total Limit** |
| | | | | | | | 100 ppm |
| **Conclusion** | PASS | **FAIL** | - | - | - | - | |

LT = Less Than
Results reported in parts per million (ppm)

| Specimen No. | Specimen Description (Color) | Location |
|---|---|---|
| 1 | Pink Material | Band #1 |
| 2 | Tan Material | Band #1 |
| 3 | Pink Material | Band #2 |
| 4 | Tan Material | Band #2 |
| 5 | Purple Glitter Material | Band #3 |
| 6 | Tan Material | Band #3 |
| 7 | Purple Glitter Material | Band #4 |
| 8 | Tan Material | Band #4 |

ANSECO Group, LLC · 4455 Genesee Street · Buffalo · New York · 14225 · Tel: 716.635.1180 · Fax: 716.635.1188

*"The test result(s) and conclusion(s) in this report relate only to the sample(s) and method/regulation section(s) tested as  described herein."*
Testing was performed in compliance with applicable regulations using appropriate testing protocols.
*This test report may not be reproduced in whole or in part, without written approval of ANSECO Group, LLC.* (RP-BF-RE001 Ver. 24)
Â  Non-accredited test.  All other tests are accredited and meet the requirements of ISO 17025:2005 as verified by ANAB (Certificate # AT-1487)

OAG  000029



# TEST REPORT

Page 3 of 3

| | | | |
|---|---|---|---|
| Company: | New York State Office of the Attorney General | **Test Report #** | 16B-00359 |
| Recipient: | Jodi Feld | Date: | March 11, 2016 |
| Sample Description: | CraZJewelz Gem Charm & Slider Bracelets | | |

**Sample Photo:**



***End Report***

*"The test result(s) and conclusion(s) in this report relate only to the sample(s) and method/regulation section(s) tested as  described herein."*
Testing was performed in compliance with applicable regulations using appropriate testing protocols.
*This test report may not be reproduced in whole or in part, without written approval of ANSECO Group, LLC.* (RP-BF-RE001 Ver. 24)
Â  Non-accredited test.  All other tests are accredited and meet the requirements of ISO 17025:2005 as verified by ANAB (Certificate # AT-1497)

OAG  000030

 

AT-1407

# TEST REPORT

| | | | |
|---|---|---|---|
| Test Report # | 17B-000477 | Date of Report Issue: | April 14, 2017 |
| Date of Sample Received: | April 6, 2017 | Pages: | Page 1 of 6 |

**CLIENT INFORMATION:**

| | | |
|---|---|---|
| Company: | New York State Office of the Attorney General | |
| Recipient: | Jodi Feld | |
| Recipient Email: | Jodi.feld@ag.ny.gov | |



**SAMPLE INFORMATION:**

| | | | |
|---|---|---|---|
| Description: | My Look CraZJewelz Gem Creations | | |
| Assortment: | See page 2 | Purchase Order Number: | - |
| UPC No.: | See page 2 | Toy Co./Agency: | - |
| Factory/Supplier/Vendor: | - | Country of Origin: | - |
| Country of Distribution: | - | Labeled Age Grade: | - |
| Quantity Submitted: | 20 | Recommended Age Grade: | - |
| Testing Period: | 4/6/17 – 4/14/17 | Tested Age Grade: | - |

**OVERALL RESULT:**

<div align="center">

♀ **FAIL**

</div>

Refer to page 2 for test result summary and appropriate notes.

ANSECO GROUP, LLC

David Ennis
Manager, Chemical Laboratory

*"The test result(s) and conclusion(s) in this report relate only to the sample(s) and method/regulation section(s) tested as described herein."*
*Testing was performed in compliance with applicable regulations using appropriate testing protocols.*
*This test report may not be reproduced in whole or in part, without written approval of ANSECO Group, LLC. (RP-BF-RE001 Ver. 28)*
▲ *Non-accredited test. All other tests are accredited and meet the requirements of ISO 17025:2005 as verified by ANAB (Certificate # AT-1407).*

OAG  000031



Test Report #              17B-000477          Pages:              Page 2 of 6

| Specimen No. | UPC | BCH# | OAG Item# | Lot No. |
|---|---|---|---|---|
| 1 | 884920466340 | BCHTAR741A28-1015 | 129a | |
| 2 | 884920466340 | BCHTAR741A28-1015 | 129b | |
| 3 | 884920466340 | BCHTAR741A28-1015 | 129c | |
| 4 | 884920466340 | BCHTAR741A28-1015 | 129d | |
| 5 | 884920466340 | BCHTAR741A28-1015 | 129e | |
| 6 | 884920466340 | BCH006213A10-0715 | 130a | 010915 |
| 7 | 884920466340 | BCH006213A10-0715 | 130b | 010915 |
| 8 | 884920466340 | BCH006213A10-0715 | 130c | 010915 |
| 9 | 884920466340 | BCHTAR742A28-1015 | 131 | |
| 10 | 884920466340 | BCHTAR754A18-1115 | 132a | |
| 11 | 884920466340 | BCHTAR754A18-1115 | 132b | |
| 12 | 884920466340 | BCHTAR754A18-1115 | 132c | |
| 13 | 884920466340 | BCHTAR754A18-1115 | 132d | |
| 14 | 884920466340 | BCHTAR754A18-1115 | 132e | |
| 15 | 884920466340 | BCHTAR754A18-1115 | 132f | |
| 16 | 884920466340 | BCHTAR754A18-1115 | 132g | |
| 17 | 884920466340 | BCH006315A28-0715 | 133 | 010915 |
| 18 | 884920466340 | - | 134 | |
| 19 | 884920466340 | BCHTAR697A30-0715 | 135 | |
| 20 | 884920466340 | BCHTAR698A10-0815 | 136 | |

ANSECO Group, LLC · 4455 Genesee Street · Buffalo · New York · 14225 · Tel: 716.635.1180 · Fax: 716.635.1188

"The test result(s) and conclusion(s) in this report relate only to the sample(s) and method/regulation section(s) tested as described herein."
Testing was performed in compliance with applicable regulations using appropriate testing protocols.
This test report may not be reproduced in whole or in part, without written approval of ANSECO Group, LLC. (RP-BF-RE001 Ver. 28)
▲ Non-accredited test. All other tests are accredited and meet the requirements of ISO 17025:2005 as verified by ANAB (Certificate # AT-1407).

**OAG  000032**



| Test Report # | 17B-000477 | Pages: | Page 3 of 6 |

**TEST RESULT SUMMARY:**

At the request of the client, the following tests were conducted:

| CONCLUSION | TEST(S) CONDUCTED |
|---|---|
| **FAIL** | CPSIA Section 101, Children's Products Containing Lead (Substrates) (Requested Components) |
| **FAIL** | ASTM F2923-14 Clause 5.1, Specification for Lead in Children's Jewelry (Requested Components) |

*"The test result(s) and conclusion(s) in this report relate only to the sample(s) and method/regulation section(s) tested as d escribed herein."*
*Testing was performed in compliance with applicable regulations using appropriate testing protocols.*
*This test report may not be reproduced in whole or in part, without written approval of ANSECO Group, LLC. (RP-BF-RE001 Ver. 28)*
*▲ Non-accredited test. All other tests are accredited and meet the requirements of ISO 17025:2005 as verified by ANAB (Certificate # AT-1407).*

OAG 000033



| Test Report # | | 17B-000477 | | Pages: | | Page 4 of 6 |
|---|---|---|---|---|---|---|

**DETAILED RESULTS:**

**CPSIA Section 101, Children's Products Containing Lead (Substrates) (Requested Components)**
**ASTM F2923-14 Clause 5.1, Specification for Lead in Children's Jewelry (Requested Components)**

Analytical determination by ICP-OES
(Method: CPSC-CH-E1001-08.1 Metals and/or CPSC-CH-E1002-08.1 Non-Metals)

| Specimen No. | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Element/Limit | Total Result | Total Result | Total Result | Total Result | Total Result | Total Result |
| Lead (Pb) 100 ppm | **890** | **960** | **1000** | **870** | **920** | **900** |
| **Conclusion** | **FAIL** | **FAIL** | **FAIL** | **FAIL** | **FAIL** | **FAIL** |

| Specimen No. | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|
| Element/Limit | Total Result | Total Result | Total Result | Total Result | Total Result | Total Result |
| Lead (Pb) 100 ppm | **990** | **1000** | **990** | **980** | **970** | **970** |
| **Conclusion** | **FAIL** | **FAIL** | **FAIL** | **FAIL** | **FAIL** | **FAIL** |

| Specimen No. | 13 | 14 | 15 | 16 | 17 | 18 |
|---|---|---|---|---|---|---|
| Element/Limit | Total Result | Total Result | Total Result | Total Result | Total Result | Total Result |
| Lead (Pb) 100 ppm | **940** | **990** | **1000** | **950** | **890** | **970** |
| **Conclusion** | **FAIL** | **FAIL** | **FAIL** | **FAIL** | **FAIL** | **FAIL** |

| Specimen No. | 19 | 20 | - | - | - | - |
|---|---|---|---|---|---|---|
| Element/Limit | Total Result | Total Result | Total Result | Total Result | Total Result | Total Result |
| Lead (Pb) 100 ppm | **980** | **1000** | - | - | - | - |
| **Conclusion** | **FAIL** | **FAIL** | - | - | - | - |

LT = Less Than
Results are reported in parts per million (ppm)

"The test result(s) and conclusion(s) in this report relate only to the sample(s) and method/regulation section(s) tested as described herein."
Testing was performed in compliance with applicable regulations using appropriate testing protocols.
This test report may not be reproduced in whole or in part, without written approval of ANSECO Group, LLC. (RP-BF-RE001 Ver. 28)
▲ Non-accredited test. All other tests are accredited and meet the requirements of ISO 17025:2005 as verified by ANAB (Certificate # AT-1407).

OAG 000034



| Test Report # | 17B-000477 | Pages: | Page 5 of 6 |

**SPECIMEN DESCRIPTION:**

| Specimen No. | Specimen Description (Color) | Location |
|---|---|---|
| 1 | Tan Material | Pink Band BCHTAR741A28-1015 |
| 2 | Tan Material | Pink Band BCHTAR741A28-1015 |
| 3 | Tan Material | Pink Band BCHTAR741A28-1015 |
| 4 | Tan Material | Pink Band BCHTAR741A28-1015 |
| 5 | Tan Material | Pink Band BCHTAR741A28-1015 |
| 6 | Tan Material | Pink Band BCH006213A10-0715 |
| 7 | Tan Material | Pink Band BCH006213A10-0715 |
| 8 | Tan Material | Pink Band BCH006213A10-0715 |
| 9 | Tan Material | Pink Band BCHTAR742A28-1015 |
| 10 | Tan Material | Pink Band BCHTAR754A18-1115 |
| 11 | Tan Material | Pink Band BCHTAR754A18-1115 |
| 12 | Tan Material | Pink Band BCHTAR754A18-1115 |
| 13 | Tan Material | Pink Band BCHTAR754A18-1115 |
| 14 | Tan Material | Pink Band BCHTAR754A18-1115 |
| 15 | Tan Material | Pink Band BCHTAR754A18-1115 |
| 16 | Tan Material | Pink Band BCHTAR754A18-1115 |
| 17 | Tan Material | Pink Band BCH006315A28-0715 |
| 18 | Tan Material | Pink Band NO BCH NO. |
| 19 | Tan Material | Pink Band BCHTAR697A30-0715 |
| 20 | Tan Material | Pink Band BCHTAR698A10-0815 |

ANSECO Group, LLC · 4455 Genesee Street · Buffalo · New York · 14225 · Tel: 716.635.1180 · Fax: 716.635.1188

*"The test result(s) and conclusion(s) in this report relate only to the sample(s) and method/regulation section(s) tested as d escribed herein."*
*Testing was performed in compliance with applicable regulations using appropriate testing protocols.*
*This test report may not be reproduced in whole or in part, without written approval of ANSECO Group, LLC. (RP-BF-RE001 Ver. 28)*
▲ *Non-accredited test. All other tests are accredited and meet the requirements of ISO 17025:2005 as verified by ANAB (Certificate # AT-1407).*

OAG 000035



| Test Report # | 17B-000477 | Pages: | Page 6 of 6 |

**SAMPLE PHOTO:**





-End Report-

ANSECO Group, LLC · 4455 Genesee Street · Buffalo · New York · 14225 · Tel: 716.635.1180 · Fax: 716.635.1188

*"The test result(s) and conclusion(s) in this report relate only to the sample(s) and method/regulation section(s) tested as d escribed herein."*
*Testing was performed in compliance with applicable regulations using appropriate testing protocols.*
*This test report may not be reproduced in whole or in part, without written approval of ANSECO Group, LLC. (RP-BF-RE001 Ver. 28)*
*▲ Non-accredited test. All other tests are accredited and meet the requirements of ISO 17025:2005 as verified by ANAB (Certificate # AT-1407).*

OAG 000036

# EXHIBIT D

# SGS North America Inc. Test Results

| SGS Test Sample # | SGS Test Report # | SGS Test Report Date | Address | Item Name | UPC # | BCH # | Manufacture Date[1] | Test Results Lead (ppm) |
|---|---|---|---|---|---|---|---|---|
| 3 | 3973198-CH01 | 4/27/2016 | 1578 Sussex Turnpike, Randolph, NJ 07869 | Shimmer 'n Sparkle Refill Kit | 884920174849 | BCH006431A28-0715 | July 28, 2015 | 1070 |
| 7 | 3973198-CH01 | 4/27/2016 | 1579 Sussex Turnpike, Randolph, NJ 07869 | Shimmer 'n Sparkle Refill Kit | 884920174849 | BCH006431A28-0715 | July 28, 2015 | 880 |
| 10 | 3973198-CH01 | 4/27/2016 | 1580 Sussex Turnpike, Randolph, NJ 07869 | Shimmer 'n Sparkle Refill Kit | 884920174849 | BCH006431A28-0715 | July 28, 2015 | 731 |
| 14 | 3973198-CH01 | 4/27/2016 | 1581 Sussex Turnpike, Randolph, NJ 07869 | Shimmer 'n Sparkle Refill Kit | 884920174849 | BCH006431A28-0715 | July 28, 2015 | 908 |
| 3 | 3973198-CH02 | 4/27/2016 | 1582 Sussex Turnpike, Randolph, NJ 07869 | My Look Base Kit | 884920466340 | BCHTAR742A28-1015 | October 28, 2015 | 1030 |
| 6 | 3973198-CH02 | 4/27/2016 | 1583 Sussex Turnpike, Randolph, NJ 07869 | My Look Base Kit | 884920466340 | BCHTAR742A28-1015 | October 28, 2015 | 729 |
| 3 | 3973198-CH03 | 4/27/2016 | 1584 Sussex Turnpike, Randolph, NJ 07869 | My Look Base Kit | 884920466340 | BCH00621 3A10-0715 | July 10, 2015 | 1220 |
| 6 | 3973198-CH03 | 4/27/2016 | 1585 Sussex Turnpike, Randolph, NJ 07869 | My Look Base Kit | 884920466340 | BCH006213A10-0715 | July 10, 2015 | 518 |
| 3 | 3973198-CH04 | 4/27/2016 | 1586 Sussex Turnpike, Randolph, NJ 07869 | Shimmer 'n Sparkle Base Kit | 884920174504 | BCH006178A13-0715 | July 13, 2015 | 638 |
| 6 | 3973198-CH04 | 4/27/2016 | 1587 Sussex Turnpike, Randolph, NJ 07869 | Shimmer 'n Sparkle Base Kit | 884920174504 | BCH006178A13-0715 | July 13, 2015 | 625 |
| 9 | 3973198-CH04 | 4/27/2016 | 1588 Sussex Turnpike, Randolph, NJ 07869 | Shimmer 'n Sparkle Base Kit | 884920174504 | BCH006178A13-0715 | July 13, 2015 | 1070 |
| 12 | 3973198-CH04 | 4/27/2016 | 1589 Sussex Turnpike, Randolph, NJ 07869 | Shimmer 'n Sparkle Base Kit | 884920174504 | BCH006178A13-0715 | July 13, 2015 | 1130 |
| 15 | 3973198-CH04 | 4/27/2016 | 1590 Sussex Turnpike, Randolph, NJ 07869 | Shimmer 'n Sparkle Base Kit | 884920174504 | BCH006254A10-0815 | August 10, 2015 | 1130 |
| 18 | 3973198-CH04 | 4/27/2016 | 1591 Sussex Turnpike, Randolph, NJ 07869 | Shimmer 'n Sparkle Base Kit | 884920174504 | BCH006178A13-0715 | July 13, 2015 | 862 |

[1] June Daddea, the Director of Human Resources and Administration for LaRose, testified that a Kit's date of manufacture is the last six numbers on the box's batch code in this format: two digit month and two digit year. Thus, a Kit with batch code BCH006178A13-0715 was manufactured on July 13, 2015. Hearing Transcript of June Daddea, March 8, 2017, at 32:11-24. The Attorney General used this method to determine manufacture dates for the tested Kits for which a visible batch code was available. *See also* Exhibit B (which includes manufacture dates determined with the same method).

# EXHIBIT E



## Test Report    No. 3973198-CH01    Date: April 27, 2016    Page 1 of 8

**Cra-Z-Art**
**1578 Sussex Turnpike**
**Randolph, NJ 07869**
**United States**

The following sample(s) was/were submitted
and identified by/on behalf of the client as:

Item # 17484, My Look, Cra-Z-Jewelz Gem Charm
and Slider Bracelets
Color: Black & White
Country of Origin: China
Sample/Style #: 17484
Point of Sale: USA
Letter on Box / Box #: J / 1314 and E / 2116
PO #: 006431

Sample Received Date:          **4/25/2016**

Testing Period                 **4/26/2016**

Test Requested         :   Please refer to the result summary.

Test Method & Results  :   Please refer to next page(s).

Result Summary         :

| Test Requested | Conclusion |
|---|---|
| 1) CPSIA Section 101(a)(2) – Lead in accessible substrate materials | FAIL |

Signed for and on behalf of SGS North America, Inc.          Prepared By:

Christina Crimi
Laboratory Manager, Chemistry Laboratory

Veronica Marrero
Laboratory Operations Lead, Chemistry
Laboratory

*"This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law. Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 45 days only."*

SGS North America Inc. | Consumer Testing Services 291 Fairfield Ave, Fairfield, NJ 07004, USA  t (973) 575-5252  f (973) 575-7175 www.sgs.com

Member of the SGS Group



**Test Report**      No. 3973198-CH01      Date: April 27, 2016      Page 2 of 8

1) **Lead in accessible substrate materials**

Method (non-metal materials): CPSC Test Method: CPSC-CH-E1002-08.1 'Standard Operating Procedure for Determining Total Lead (Pb) in Children's Non-Metal Products.

| Test item | 1 | 2 | 3 | Permissible Limit** |
|---|---|---|---|---|
| Lead (Pb) | 410 ppm | 229 ppm | 1,070 ppm | 0.01 % or 100 ppm |
| **Conclusion** | **FAIL** | **FAIL** | **FAIL** | --- |

| Test item | 4 | 5 | 6 | Permissible Limit** |
|---|---|---|---|---|
| Lead (Pb) | ND | 393 ppm | 406 ppm | 0.01 % or 100 ppm |
| **Conclusion** | **PASS** | **FAIL** | **FAIL** | --- |

| Test item | 7 | 8 | 9 | Permissible Limit** |
|---|---|---|---|---|
| Lead (Pb) | 880 ppm | 472 ppm | 359 ppm | 0.01 % or 100 ppm |
| **Conclusion** | **FAIL** | **FAIL** | **FAIL** | --- |

| Test item | 10 | 11 | 12 | Permissible Limit** |
|---|---|---|---|---|
| Lead (Pb) | 731 ppm | 298 ppm | 443 ppm | 0.01 % or 100 ppm |
| **Conclusion** | **FAIL** | **FAIL** | **FAIL** | --- |

| Test item | 13 | 14 | Permissible Limit** |
|---|---|---|---|
| Lead (Pb) | 281 ppm | 908 ppm | 0.01 % or 100 ppm |
| **Conclusion** | **FAIL** | **FAIL** | --- |

** Limit applies to a children's product manufactured after 14 August 2011 (Public Law 112-28 (HR 2715, 112th Congress) amending CPSIA)

| Test Sample # | Letter on Box | Box # | Sample Component Tested |
|---|---|---|---|
| 1 | J | 1314 | Light Pink top layer of band strap (w/ white underlayer) |
| 2 | J | 1314 | Light pink edge coating with substrate |
| 3 | J | 1314 | Tan material (underside of band) - light pink band |
| 4 | J | 1314 | Pink/Purple Glitter top layer |
| 5 | J | 1314 | Base substrate of purple glitter band (w/out glitter top layer) |
| 6 | J | 1314 | Purple edge coating with substrate |
| 7 | J | 1314 | Tan material (underside of band) - glitter band |
| 8 | E | 2116 | Light Pink top layer of band strap (w/ white underlayer) |
| 9 | E | 2116 | Light pink edge coating with substrate |
| 10 | E | 2116 | Tan material (underside of band) - light pink band |

*"This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law. Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 45 days only."*

SGS North America Inc. | Consumer Testing Services 291 Fairfield Ave, Fairfield, NJ 07004, USA  **t** (973) 575-5252  **f** (973) 575-7175 www.sgs.com

Member of the SGS Group

**Confidential**      L000011



## Test Report    No. 3973198-CH01    Date: April 27, 2016    Page 3 of 8

| 11 | E | 2116 | Pink/Purple Glitter top layer |
| 12 | E | 2116 | Base substrate of purple glitter band (w/out glitter top layer) |
| 13 | E | 2116 | Purple edge coating with substrate |
| 14 | E | 2116 | Tan material (underside of band) - glitter band |

Note:   1. % = percentage by weight
2. 1% = 10000ppm (mg/kg)
3. ND = not detected
4. Method Detection Limit = 20 ppm

"This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law. Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 45 days only."

SGS North America Inc.  |  Consumer Testing Services 291 Fairfield Ave, Fairfield, NJ 07004, USA  t (973) 575-5252  f (973) 575-7175 www.sgs.com

Member of the SGS Group



| Test Report | No. 3973198-CH01 | Date: April 27, 2016 | Page 4 of 8 |
|---|---|---|---|

**Sample Photo:**





"This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law. Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 45 days only."

SGS North America Inc. | Consumer Testing Services 291 Fairfield Ave, Fairfield, NJ 07004, USA  t (973) 575-5252  f (973) 575-7175 www.sgs.com

Member of the SGS Group

**Confidential**
L000013



## Test Report     No. 3973198-CH01    Date: April 27, 2016                    Page 5 of 8





*"This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law. Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 45 days only."*

SGS North America Inc. | Consumer Testing Services 291 Fairfield Ave, Fairfield, NJ 07004, USA  t (973) 575-5252  f (973) 575-7175 www.sgs.com

Member of the SGS Group

**Confidential**                                                                                                                **L000014**



| **Test Report** | No. 3973198-CH01 | Date: April 27, 2016 | Page 6 of 8 |









*"This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law. Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 45 days only."*

SGS North America Inc.  Consumer Testing Services 291 Fairfield Ave, Fairfield, NJ 07004, USA  t (973) 575-5252  f (973) 575-7175 www.sgs.com

Member of the SGS Group

**Confidential**

FILED: ALBANY COUNTY CLERK 12/13/2018 11:42 PM INDEX NO. 907519-18
NYSCEF DOC. Case 1:19-cv-00040-MAD-CFH Document 2 Filed 01/10/19 RECEIVED OF 486 12/13/2018



**Test Report**     No. 3973198-CH01     Date: April 27, 2016     Page 7 of 8





*"This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law. Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 45 days only."*

SGS North America Inc. | Consumer Testing Services 291 Fairfield Ave, Fairfield, NJ 07004, USA  t (973) 575-5252  f (973) 575-7175 www.sgs.com

Member of the SGS Group

**Confidential**                                                                                              **L000016**



## Test Report    No. 3973198-CH01    Date: April 27, 2016    Page 8 of 8





SGS authenticates the photo on the original report only

*** End of Report ***

"This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law. Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 45 days only."

SGS North America Inc. | Consumer Testing Services 291 Fairfield Ave, Fairfield, NJ 07004, USA  t (973) 575-5252  f (973) 575-7175 www.sgs.com

Member of the SGS Group



## Test Report    No. 3973198-CH03    Date: April 27, 2016    Page 1 of 8

**Cra-Z-Art**
**1578 Sussex Turnpike**
**Randolph, NJ 07869**
**United States**

The following sample(s) was/were submitted
and identified by/on behalf of the client as:

Item # 46634, My Look, Cra-Z-Jewelz Gem Creations
Ultimate Gem Machine
Color: Black & White
Country of Origin: China
Sample/Style #: 46634
Point of Sale: USA
Letter on Box/Box #: F / 2113 and I / US Assembled
Carton
PO #: 006213

Sample Received Date:    **4/25/2016**

Testing Period    **4/26/2016 – 4/27/2016**

Test Requested    :    Please refer to the result summary.

Test Method & Results    :    Please refer to next page(s).

Result Summary    :

| Test Requested | Conclusion |
|---|---|
| 1) CPSIA Section 101(f) – Lead in paint/similar surface coating materials | FAIL |
| 2) CPSIA Section 101(a)(2) – Lead in accessible substrate materials | FAIL |

Signed for and on behalf of SGS North America, Inc.    Prepared By:

Christina Crimi
Laboratory Manager, Chemistry Laboratory

Veronica Marrero
Laboratory Operations Lead, Chemistry
Laboratory

"This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law. Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 45 days only."

SGS North America Inc.  |  Consumer Testing Services 291 Fairfield Ave, Fairfield, NJ 07004, USA  t (973) 575-5252  f (973) 575-7175 www.sgs.com

Member of the SGS Group

**Confidential**    L000023



## Test Report          No. 3973198-CH03     Date: April 27, 2016          Page 2 of 8

**1)  Lead in paint/similar surface coating material**

Method: CPSC Test Method: CPSC-CH-E1003-09.1 'Standard Operating Procedure for Determining Lead (Pb) in Paint and Other Similar Surface Coatings'

| Test item | 1 | 2 | Permissible Limit |
|-----------|---|---|-------------------|
| Lead (Pb) | 376 ppm | 355 ppm | 90 ppm |
| **Conclusion** | **FAIL** | **FAIL** | --- |

| Test Sample # | Letter on Box | Box # | Sample Component Tested |
|---------------|---------------|-------|-------------------------|
| 1 | F | 2213 | Pink edge coating on band strap |
| 2 | I | US Assembled Carton | Pink edge coating on band strap |

Note:  1. ppm = parts per million
      2. 1% = 10000ppm (mg/kg)
      3. ND = not detected
      4. Method Detection Limit = 20 ppm

"This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law. Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 45 days only."

SGS North America Inc.  |  Consumer Testing Services 291 Fairfield Ave, Fairfield, NJ 07004, USA  t (973) 575-5252  f (973) 575-7175 www.sgs.com

Member of the SGS Group

**Confidential**                                                                                    L000024



## Test Report    No. 3973198-CH03    Date: April 27, 2016    Page 3 of 8

**2)** <u>**Lead in accessible substrate materials**</u>

Method (non-metal materials): CPSC Test Method: CPSC-CH-E1002-08.1 'Standard Operating Procedure for Determining Total Lead (Pb) in Children's Non-Metal Products.

| Test item | 1 | 2 | 3 | Permissible Limit** |
|---|---|---|---|---|
| Lead (Pb) | 889 ppm | 271 ppm | 1,220 ppm | 0.01 % or 100 ppm |
| **Conclusion** | **FAIL** | **FAIL** | **FAIL** | --- |

| Test item | 4 | 5 | 6 | Permissible Limit** |
|---|---|---|---|---|
| Lead (Pb) | ND | ND | 518 ppm | 0.01 % or 100 ppm |
| **Conclusion** | **PASS** | **PASS** | **FAIL** | --- |

** Limit applies to a children's product manufactured after 14 August 2011 (Public Law 112-28 (HR 2715, 112th Congress) amending CPSIA)

| Test Sample # | Letter on Box | Box # | Sample Component Tested |
|---|---|---|---|
| 1 | F | 2213 | Pink top layer of band strap (with white underlayer) |
| 2 | F | 2213 | Pink loop of band strap |
| 3 | F | 2213 | Tan material (underside of band) |
| 4 | I | US Assembled Carton | Pink top layer of band strap (with white underlayer) |
| 5 | I | US Assembled Carton | Pink loop of band strap |
| 6 | I | US Assembled Carton | Tan material (underside of band) |

Note:  1. % = percentage by weight
       2. 1% = 10000ppm (mg/kg)
       3. ND = not detected
       4. Method Detection Limit = 20 ppm

*"This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law. Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 45 days only."*

SGS North America Inc.  |  Consumer Testing Services 291 Fairfield Ave, Fairfield, NJ 07004, USA  **t** (973) 575-5252  **f** (973) 575-7175 www.sgs.com

Member of the SGS Group



**Test Report**   No. 3973198-CH03   Date: April 27, 2016   Page 4 of 8

**Sample Photo:**





*"This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law. Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 45 days only."*

SGS North America Inc. | Consumer Testing Services 291 Fairfield Ave, Fairfield, NJ 07004, USA  t (973) 575-5252  f (973) 575-7175 www.sgs.com

Member of the SGS Group



**Test Report**     No. 3973198-CH03     Date: April 27, 2016     Page 5 of 8





"This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law. Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 45 days only."

SGS North America Inc. | Consumer Testing Services 291 Fairfield Ave, Fairfield, NJ 07004, USA  t (973) 575-5252  f (973) 575-7175 www.sgs.com

Member of the SGS Group

**Confidential**

L000027



## Test Report   No. 3973198-CH03   Date: April 27, 2016   Page 6 of 8





"This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law. Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 45 days only."

SGS North America Inc. | Consumer Testing Services 291 Fairfield Ave, Fairfield, NJ 07004, USA  t (973) 575-5252  f (973) 575-7175 www.sgs.com
Member of the SGS Group

**Confidential**



| **Test Report** | No. 3973198-CH03 | Date: April 27, 2016 | Page 7 of 8 |
| --- | --- | --- | --- |





"This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law. Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 45 days only."

SGS North America Inc. | Consumer Testing Services 291 Fairfield Ave, Fairfield, NJ 07004, USA  t (973) 575-5252  f (973) 575-7175 www.sgs.com

Member of the SGS Group

**Confidential**

L000029



**Test Report**   No. 3973198-CH03   Date: April 27, 2016   Page 8 of 8



SGS authenticates the photo on the original report only

*** End of Report ***

"This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law. Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 45 days only."

SGS North America Inc. | Consumer Testing Services 291 Fairfield Ave, Fairfield, NJ 07004, USA  t (973) 575-5252  f (973) 575-7175 www.sgs.com

Member of the SGS Group



## Test Report    No. 3973198-CH02    Date: April 27, 2016    Page 1 of 5

**Cra-Z-Art**
**1578 Sussex Turnpike**
**Randolph, NJ 07869**
**United States**

The following sample(s) was/were submitted and identified by/on behalf of the client as:

Item # 46634, My Look, Cra-Z-Jewelz Gem Creations
Ultimate Gem Machine
Color: Black & White
Country of Origin: China
Sample/Style #: 46634
Point of Sale: USA
Item # 46634 – Target version
Letter on Box/Box #: T / Target Version
PO #: Date code 1115 and Date code 1015

Sample Received Date:            **4/25/2016**

Testing Period                   **4/26/2016 – 4/27/2016**

Test Requested          :   Please refer to the result summary.

Test Method & Results   :   Please refer to next page(s).

Result Summary          :

| Test Requested | Conclusion |
|---|---|
| 1) CPSIA Section 101(f) – Lead in paint/similar surface coating materials | FAIL |
| 2) CPSIA Section 101(a)(2) – Lead in accessible substrate materials | FAIL |

Signed for and on behalf of SGS North America, Inc.          Prepared By:

Christina Crimi
Laboratory Manager, Chemistry Laboratory

Veronica Marrero
Laboratory Operations Lead, Chemistry Laboratory

"This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law. Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 45 days only."

SGS North America Inc. | Consumer Testing Services 291 Fairfield Ave, Fairfield, NJ 07004, USA  t (973) 575-5252  f (973) 575-7175 www.sgs.com

Member of the SGS Group

**Confidential**                                      L000031



## Test Report          No. 3973198-CH02     Date: April 27, 2016          Page 2 of 5

**1)     Lead in paint/similar surface coating material**

Method: CPSC Test Method: CPSC-CH-E1003-09.1 'Standard Operating Procedure for Determining Lead (Pb) in Paint and Other Similar Surface Coatings'

| Test item | 1 | 2 | Permissible Limit |
|---|---|---|---|
| Lead (Pb) | 292 ppm | 349 ppm | 90 ppm |
| **Conclusion** | **FAIL** | **FAIL** | --- |

| Test Sample # | Letter on Box | Box # | Sample Component Tested |
|---|---|---|---|
| 1 | T (Date code: 1115) | Target | Pink edge coating on band strap |
| 2 | T (Date code: 1015) | Target | Pink edge coating on band strap |

Note:     1. ppm = parts per million
          2. 1% = 10000ppm (mg/kg)
          3. ND = not detected
          4. Method Detection Limit = 20 ppm

*"This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law. Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 45 days only."*

SGS North America Inc.  |  Consumer Testing Services 291 Fairfield Ave, Fairfield, NJ 07004, USA  t (973) 575-5252  f (973) 575-7175 www.sgs.com

Member of the SGS Group

**Confidential**                                                                                          **L000032**



**Test Report**          No. 3973198-CH02     Date: April 27, 2016          Page 3 of 5

2) <u>**Lead in accessible substrate materials**</u>

Method (non-metal materials): CPSC Test Method: CPSC-CH-E1002-08.1 'Standard Operating Procedure for Determining Total Lead (Pb) in Children's Non-Metal Products.

| Test item | 1 | 2 | 3 | Permissible Limit** |
|---|---|---|---|---|
| Lead (Pb) | 433 ppm | 94.4 ppm | 1,030 ppm | 0.01 % or 100 ppm |
| **Conclusion** | **FAIL** | **PASS** | **FAIL** | --- |

| Test item | 4 | 5 | 6 | Permissible Limit** |
|---|---|---|---|---|
| Lead (Pb) | 969 ppm | 225 ppm | 729 ppm | 0.01 % or 100 ppm |
| **Conclusion** | **FAIL** | **FAIL** | **FAIL** | --- |

** Limit applies to a children's product manufactured after 14 August 2011 (Public Law 112-28 (HR 2715, 112th Congress) amending CPSIA)

| Test Sample # | Letter on Box | Box # | Sample Component Tested |
|---|---|---|---|
| 1 | T (Date code: 1115) | Target | Pink top layer of band strap (with white underlayer) |
| 2 | T (Date code: 1115) | Target | Pink loop of band strap |
| 3 | T (Date code: 1115) | Target | Tan material (underside of band) |
| 4 | T (Date code: 1015) | Target | Pink top layer of band strap (with white underlayer) |
| 5 | T (Date code: 1015) | Target | Pink loop of band strap |
| 6 | T (Date code: 1015) | Target | Tan material (underside of band) |

Note:   1. % = percentage by weight
        2. 1% = 10000ppm (mg/kg)
        3. ND = not detected
        4. Method Detection Limit = 20 ppm

*"This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law. Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 45 days only."*

SGS North America Inc. | Consumer Testing Services 291 Fairfield Ave, Fairfield, NJ 07004, USA  **t** (973) 575-5252  **f** (973) 575-7175 www.sgs.com

Member of the SGS Group

**Confidential**                                                                      L000033



## Test Report

No. 3973198-CH02    Date: April 27, 2016      Page 4 of 5

**Sample Photo:**





"This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law. Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 45 days only."

SGS North America Inc. | Consumer Testing Services 291 Fairfield Ave, Fairfield, NJ 07004, USA  t (973) 575-5252  f (973) 575-7175 www.sgs.com

Member of the SGS Group

**Confidential**

L000034



## Test Report

No. 3973198-CH02     Date:  April 27, 2016     Page 5 of 5





SGS authenticates the photo on the original report only

*** End of Report ***

"This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law. Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 45 days only."

SGS North America Inc. | Consumer Testing Services 291 Fairfield Ave, Fairfield, NJ 07004, USA  t (973) 575-5252  f (973) 575-7175 www.sgs.com

Member of the SGS Group

**Confidential**    L000035



## Test Report    No. 3973198-CH04    Date: April 27, 2016    Page 1 of 9

**Cra-Z-Art**
**1578 Sussex Turnpike**
**Randolph, NJ 07869**
**United States**

The following sample(s) was/were submitted and identified by/on behalf of the client as:

# 17450, Cr-Z-Jewelz Gem Creation Ultimate Gem Machine
Color: Black & White
Country of Origin: China
Sample/Style #: 17450
Point of Sale: USA
Letter on Box / Box #: A/512, B/9683, C/1805, D/247 G/463
H/7105
PO #: 006178

Sample Received Date:                    **4/25/2016**

Testing Period                          **4/26/2016 – 4/27/2016**

Test Requested           :    Please refer to the result summary.

Test Method & Results    :    Please refer to next page(s).

Result Summary           :

| Test Requested | Conclusion |
|---|---|
| 1) CPSIA Section 101(f) – Lead in paint/similar surface coating materials | FAIL |
| 2) CPSIA Section 101(a)(2) – Lead in accessible substrate materials | FAIL |

Signed for and on behalf of SGS North America, Inc.          Prepared By:

*Christina Crimi*                                              *Veronica Marrero*

Christina Crimi                                               Veronica Marrero
Laboratory Manager, Chemistry Laboratory                     Laboratory Operations Lead, Chemistry Laboratory

*"This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law. Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 45 days only."*

SGS North America Inc. | Consumer Testing Services 291 Fairfield Ave, Fairfield, NJ 07004, USA  t (973) 575-5252  f (973) 575-7175 www.sgs.com

Member of the SGS Group



## Test Report    No. 3973198-CH04    Date: April 27, 2016    Page 2 of 9

**1)    Lead in paint/similar surface coating material**

Method: CPSC Test Method: CPSC-CH-E1003-09.1 'Standard Operating Procedure for Determining Lead (Pb) in Paint and Other Similar Surface Coatings'

| Test item | 1 | 2 | 3 | Permissible Limit |
|---|---|---|---|---|
| Lead (Pb) | 133 ppm | 137 ppm | 333 ppm | 90 ppm |
| **Conclusion** | **FAIL** | **FAIL** | **FAIL** | --- |

| Test item | 4 | 5 | 6 | Permissible Limit |
|---|---|---|---|---|
| Lead (Pb) | 307 ppm | 350 ppm | 151 ppm | 90 ppm |
| **Conclusion** | **FAIL** | **FAIL** | **FAIL** | --- |

| Test Sample # | Letter on Box | Box # | Sample Component Tested |
|---|---|---|---|
| 1 | A | 562 | Pink edge coating on band strap |
| 2 | B | 9683 | Pink edge coating on band strap |
| 3 | C | 1805 | Pink edge coating on band strap |
| 4 | D | 2478 | Pink edge coating on band strap |
| 5 | G | 463 | Pink edge coating on band strap |
| 6 | H | 7105 | Pink edge coating on band strap |

Note:   1. ppm = parts per million
        2. 1% = 10000ppm (mg/kg)
        3. ND = not detected
        4. Method Detection Limit = 20 ppm

"This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law. Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 45 days only."

SGS North America Inc.   Consumer Testing Services 291 Fairfield Ave, Fairfield, NJ 07004, USA  t (973) 575-5252  f (973) 575-7175 www.sgs.com

Member of the SGS Group



## Test Report    No. 3973198-CH04    Date: April 27, 2016    Page 3 of 9

**2) Lead in accessible substrate materials**

Method (non-metal materials): CPSC Test Method: CPSC-CH-E1002-08.1 'Standard Operating Procedure for Determining Total Lead (Pb) in Children's Non-Metal Products.

| Test item | 1 | 2 | 3 | Permissible Limit** |
|---|---|---|---|---|
| Lead (Pb) | ND | ND | 638 ppm | 0.01 % or 100 ppm |
| **Conclusion** | **PASS** | **PASS** | **FAIL** | --- |

| Test item | 4 | 5 | 6 | Permissible Limit** |
|---|---|---|---|---|
| Lead (Pb) | ND | ND | 625 ppm | 0.01 % or 100 ppm |
| **Conclusion** | **PASS** | **PASS** | **FAIL** | --- |

| Test item | 7 | 8 | 9 | Permissible Limit** |
|---|---|---|---|---|
| Lead (Pb) | 920 ppm | 264 ppm | 1,070 ppm | 0.01 % or 100 ppm |
| **Conclusion** | **FAIL** | **FAIL** | **FAIL** | --- |

| Test item | 10 | 11 | 12 | Permissible Limit** |
|---|---|---|---|---|
| Lead (Pb) | 1,030 ppm | 272 ppm | 1,130 ppm | 0.01 % or 100 ppm |
| **Conclusion** | **FAIL** | **FAIL** | **FAIL** | --- |

| Test item | 13 | 14 | 15 | Permissible Limit** |
|---|---|---|---|---|
| Lead (Pb) | 1,070 ppm | 257 ppm | 1,130 ppm | 0.01 % or 100 ppm |
| **Conclusion** | **FAIL** | **FAIL** | **FAIL** | --- |

| Test item | 16 | 17 | 18 | Permissible Limit** |
|---|---|---|---|---|
| Lead (Pb) | ND | ND | 862 ppm | 0.01 % or 100 ppm |
| **Conclusion** | **PASS** | **PASS** | **FAIL** | --- |

** Limit applies to a children's product manufactured after 14 August 2011 (Public Law 112-28 (HR 2715, 112th Congress) amending CPSIA)

| Test Sample # | Letter on Box | Box # | Sample Component Tested |
|---|---|---|---|
| 1 | A | 562 | Pink top layer of band strap (with white under-layer) |
| 2 | A | 562 | Pink loop of band strap |
| 3 | A | 562 | Tan material (underside of ban) |
| 4 | B | 9683 | Pink top layer of band strap (with white under-layer) |
| 5 | B | 9683 | Pink loop of band strap |
| 6 | B | 9683 | Tan material (underside of ban) |
| 7 | C | 1805 | Pink top layer of band strap (with white under-layer) |

*"This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law. Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 45 days only."*

SGS North America Inc.  Consumer Testing Services 291 Fairfield Ave, Fairfield, NJ 07004, USA  t (973) 575-5252  f (973) 575-7175 www.sgs.com

Member of the SGS Group

**Confidential**    L000038



## Test Report

No. 3973198-CH04    Date: April 27, 2016    Page 4 of 9

| 8 | C | 1805 | Pink loop of band strap |
| 9 | C | 1805 | Tan material (underside of ban) |
| 10 | D | 2478 | Pink top layer of band strap (with white under-layer) |
| 11 | D | 2478 | Pink loop of band strap |
| 12 | D | 2478 | Tan material (underside of ban) |
| 13 | G | 463 | Pink top layer of band strap (with white under-layer) |
| 14 | G | 463 | Pink loop of band strap |
| 15 | G | 463 | Tan material (underside of ban) |
| 16 | H | 7105 | Pink top layer of band strap (with white under-layer) |
| 17 | H | 7105 | Pink loop of band strap |
| 18 | H | 7105 | Tan material (underside of ban) |

Note:  1. % = percentage by weight
       2. 1% = 10000ppm (mg/kg)
       3. ND = not detected
       4. Method Detection Limit = 20 ppm

"This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law. Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 45 days only."

SGS North America Inc.  Consumer Testing Services 291 Fairfield Ave, Fairfield, NJ 07004, USA  t (973) 575-5252  f (973) 575-7175 www.sgs.com

Member of the SGS Group



## Test Report

No. 3973198-CH04     Date:  April 27, 2016     Page 5 of 9

**Sample Photo:**













*"This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law. Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 45 days only."*

SGS North America Inc. | Consumer Testing Services 291 Fairfield Ave, Fairfield, NJ 07004, USA  t (973) 575-5252  f (973) 575-7175 www.sgs.com

Member of the SGS Group

**Confidential**                                                                                               L000040



## Test Report

No. 3973198-CH04     Date: April 27, 2016                Page 6 of 9













"This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law. Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 45 days only."

SGS North America Inc. | Consumer Testing Services 291 Fairfield Ave, Fairfield, NJ 07004, USA  t (973) 575-5252  f (973) 575-7175 www.sgs.com

Member of the SGS Group

Confidential

L000041



## Test Report    No. 3973198-CH04    Date: April 27, 2016    Page 7 of 9









"This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law. Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 45 days only."

SGS North America Inc. | Consumer Testing Services 291 Fairfield Ave, Fairfield, NJ 07004, USA t (973) 575-5252 f (973) 575-7175 www.sgs.com

Member of the SGS Group

Confidential                                                                                           L000042



**Test Report**   No. 3973198-CH04   Date: April 27, 2016   Page 8 of 9








"This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law. Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 45 days only."

SGS North America Inc. | Consumer Testing Services 291 Fairfield Ave, Fairfield, NJ 07004, USA  t (973) 575-5252  f (973) 575-7175 www.sgs.com

Member of the SGS Group



## Test Report No. 3973198-CH04 Date: April 27, 2016 Page 9 of 9











SGS authenticates the photo on the original report only

*** End of Report ***

"This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law. Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 45 days only."

SGS North America Inc. | Consumer Testing Services 291 Fairfield Ave, Fairfield, NJ 07004, USA  t (973) 575-5252  f (973) 575-7175 www.sgs.com

Member of the SGS Group

**Confidential** L000044

Case 1:19-cv-00040-MAD-CFH   Document 2   Filed 01/10/19   Page 346 of 486

# EXHIBIT F

# CPSC Test Results

| CPSC Test Sample # | CPSC Test Report Date | Item Name | Test Results Lead (ppm) |
|---|---|---|---|
| 16-800-0953-02 | 4/28/2016 | Shimmer 'n Sparkle Refill Kit | 1001 |
| 16-800-0953-03 | 4/28/2016 | Shimmer 'n Sparkle Refill Kit | 801 |
| 16-800-0954-04 | 4/28/2016 | Shimmer 'n Sparkle Base Kit | 824 |
| 16-800-0955-02 | 4/28/2016 | Shimmer 'n Sparkle Base Kit | 574 |
| 16-800-0955-02 | 4/28/2016 | Shimmer 'n Sparkle Base Kit | 780 |
| 16-800-0955-03 | 4/28/2016 | Shimmer 'n Sparkle Base Kit | 851 |
| 16-800-0955-03 | 4/28/2016 | Shimmer 'n Sparkle Base Kit | 700 |

# EXHIBIT G

| **Laboratory Report** | **1. Product**: Cra-Z-Jewelz | **2. Sample Number**: 16-800-0953 |
|---|---|---|
| **3. Seals**: Intact | **4. Date Received**: 4/25/2016 | **5. Laboratory**: LSC |

**6. Sample Description:** Five sub units received (1-5). The seal had the following information: 16-800-0953, Elizabeth S. Phillips, PSI, 4/22/2016. The seal was broken by M. Dreyfus on 4/26/16.

**7. Product Description:**
This product is a jewelry-making craft set.

**8. Analytical Results:**

Lead in coating exceeding 90 ppm was found.
Lead in plastic exceeding 100 ppm was found.
Test method CPSC-CH-E1002-08 3(Non-Metals) was used.
Test method ASTM F2853-10(Paints) was used.

| Component | 16-800-0953-02 Pb (ppm) | 16-800-0953-03 Pb (ppm) | Analysis |
|---|---|---|---|
| Beige base layer of pink bracelet | 1001 | 801 | XRF |
| Pink coating of bracelet | 216 | 676 | HD-XRF |

Comments: **Bracelet has multiple component layers; see body of report for pictures.**

**9. Reserve Sample:** Sub-samples were placed for warehouse pickup.

| **10. Analyst:** Matthew Dreyfus, Ph.D., Chemist | **Date:** 4/28/2016 |
|---|---|
| **11. Check Analyst:** | **Date:** |
| **12. Report Checked by:** aorland@cpsc.gov | **Date:** |

Digitally signed by aorland@cpsc.gov
DN: cn=aorland@cpsc.gov
Date: 2016.04.28 07:02:50 -04'00'

U.S. CPSC Laboratory Report

**Confidential**

L003786

| Laboratory Continuation | Sample Number: 16-800-0953 |
|---|---|

**Methods:** The following selected test methods were used in the analysis of sample component parts.

☒ **XRF Screening:** Inhomogeneous plastic, metal and painted component parts were examined individually for lead by XRF (X-Ray Fluorescence) Spectroscopy using a handheld Thermo Scientific NITON XL3tXRF analyzer. Results were not quantitative and used for screening purposes only.

☐ **Determination of Total Lead in Plastic, Polymers, and Other Non-Siliceous Materials by ICP-OES:** Total lead content was determined following procedures outlined in Section IIA (Acid Digestion) of CPSC-CH-E1002-8.3. Subsequent solutions were analyzed following procedures outlined in Section III (Total Pb in Acid Digests of Polymeric or Siliceous Materials).

☒ **Determination of Total Lead in Plastic, Polymers, and Other Non-Siliceous Materials by XRF:** Total lead content was determined following procedures outlined in Section IIB (Identification and Quantification of Pb in Polymeric and Other Nonmetal Materials Using XRF) of CPSC-CH-E1002-8.3.

☐ **Determination of Total Lead in Ceramics, Glass and Crystal, and Other Siliceous Materials by ICP-OES:** Total lead content was determined following procedures outlined in Section IA (Acid Digestion) of CPSC-CH-E1002-8.3. Subsequent solutions were analyzed following procedures outlined in Section III (Total Pb in Acid Digests of Polymeric or Siliceous Materials).

☐ **Determination of Total Lead in Ceramics, Glass and Crystal, and Other Siliceous Materials by HD-XRF:** Total lead content was determined following procedures outlined in Section IB (Identification of Quantification of Pb in Siliceous Materials Using Energy Dispersive XRF Spectrometry Using Multiple Monochromatic Excitation Beams) of CPSC-CH-E1002-8.3.

☐ **Determination of Total Lead in Ceramics, Glass and Crystal, and Other Siliceous Materials by XRF:** Total lead content was determined following procedures outlined in Section IC (Identification of Quantification of Pb in Siliceous Materials Using Other Forms of XRF Spectrometry) of CPSC-CH-E1002-8.3.

☐ **Determination of Total Lead in Metal by ICP-OES:** Total lead in metal was determined following procedures outlined in Section IA (Hot Block Method) of CPSC-CH-E1001-8.3. Subsequent solutions were analyzed following procedures outlined in Section II (Total Pb in Metals Analysis).

☐ **Determination of Total Lead in Metal by ICP-OES:** Total lead in metal was determined following procedures outlined in Section IB (Microwave Method) of CPSC-CH-E1001-8.3. Subsequent solutions were analyzed following procedures outlined in Section II (Total Pb in Metals Analysis).

☐ **Determination of Total Lead in Paint by ICP-OES:** Total lead in paint was determined following procedures outlined in CPSC-CH-E1003-9.1. Subsequent solutions were analyzed following procedures outlined in Section I (ICP Operating Procedures and Quality Control Measures).

☒ **Determination of Lead in Paint and Similar Surface Coatings by HD-XRF:** Lead in paint and similar surface coatings or in substrates and homogenous materials was determined following procedures outlined of ASTM F2853-10.

| Analyst: Matthew Dreyfus, Ph.D., Chemist | Date: 4/28/2016 |
|---|---|

U.S. CPSC Laboratory Report

**Confidential**

L003787

| Laboratory Continuation | Sample Number: 16-800-0953 |
|---|---|

**Results (XRF Screening):** Inhomogeneous component parts, including plastic, metal and painted materials, were examined individually for lead by XRF (X-Ray Fluorescence) Spectroscopy using a handheld XRF analyzer. Results were not quantitative and used for screening purposes only.

| Component | 16-800-0953-02 | |
|---|---|---|
| | Pb (ppm) | Pb (±2σ,ppm) |
| Purple press | ND | 9 |
| Top of press | ND | 9 |
| Blue plastic circle | ND | 6 |
| Grey plastic wristband | ND | 7 |
| Thin grey plastic wristband | ND | 10 |
| Plastic pendants on frame | ND | 8 |
| Heart charm | ND | 6 |
| Butterfly charm | ND | 8 |
| LOVE charm | ND | 9 |
| Metal clasp | ND | 63 |
| Small plastic spacer | ND | 10 |
| Larger plastic spacer | ND | 13 |
| Velvet band | ND | 6 |
| Tiny metal rings | ND | 124 |
| Necklace chain | 52 | 27 |
| Ring | ND | 8 |
| Earring stud | ND | 8 |
| Purple bracelet | ND | 15 |
| Tassel | ND | 37 |
| Bracelet clasp | ND | 6 |
| Clasp in bag | ND | 92 |
| Earring clasp | ND | 20 |
| Metal bracelet | ND | 63 |
| Metal bracelet clasp | ND | 89 |
| Green bead | ND | 19 |
| Blue bead | ND | 14 |
| Purple bead | ND | 9 |
| White bead | ND | 5 |
| Red bead | ND | 8 |
| Pink bead | ND | 11 |
| Yellow bead | ND | 14 |
| Orange bead | ND | 15 |

| Analyst: Matthew Dreyfus, Ph.D., Chemist | Date: 4/28/2016 |
|---|---|

U.S. CPSC Laboratory Report

**Confidential**

L003788

| Laboratory Continuation | Sample Number:<br>16-800-0953 |
|---|---|

**Results (XRF Testing):** Homogenous plastic component parts were examined individually for lead by XRF (X-Ray Fluorescence) Spectroscopy using a handheld XRF analyzer.  Results were used for quantitative purposes.

| Component | 16-800-0953-02 | | 16-800-0953-03 | |
|---|---|---|---|---|
| | Pb<br>(ppm) | Pb<br>($\pm 2\sigma$,ppm) | Pb<br>(ppm) | Pb<br>($\pm 2\sigma$,ppm) |
| Pink bracelet (beige base layer) | 1001 | 85 | 801 | 28 |

**Comments:   Pink bracelet had multiple layers (see pictures below); beige base layer, white plastic layer, and pink coating. Beige layer was isolated prior to XRF testing.**

**Results (HD-XRF):** Component parts were examined for lead by XRF (X-Ray Fluorescence) Spectroscopy using a bench top analyzer with multiple monochromatic beams capabilities. Results were used for quantitative purposes.

| Component | 16-800-0953-02 | | | 16-800-0953-03 | | |
|---|---|---|---|---|---|---|
| | Pb<br>(ppm) | Pb<br>($\pm 2\sigma$) | Pb<br>(%) | Pb<br>(ppm) | Pb<br>($\pm 2\sigma$) | Pb<br>(%) |
| Pink coating | 216 | 7 | 0.0216 | 676 | 17 | 0.0676 |
| White middle layer | ND | 2 | | 12 | 2 | |
| Metal ring pendant | ND | 14 | | NT | | |



Beige base layer

White plastic layer

| Analyst:<br>Matthew Dreyfus, Ph.D., Chemist | Date:<br>4/28/2016 |
|---|---|

U.S. CPSC Laboratory Report

**Confidential**                                                                                                                    L003789

| Laboratory Continuation | Sample Number: 16-800-0953 |
|---|---|

**Laboratory Quality Control, Definitions, and Test Method References:**

**Laboratory Quality Control:**

| Laboratory Test Equipment | | | | |
|---|---|---|---|---|
| Equipment | Manufacturer | Model | CPSC/Serial # | SOP # |
| HD-XRF | XOS | HD Prime | 12408 | SOP-12-04-V1 |
| HandheldXRF | ThermoScientific | NITON XL3t970GOLD | 24648 | SOP-12-03-V2 |

All test equipment were operating within accepted specifications as confirmed by verification recorded in the corresponding Maintenance and Calibration Logbook (MCL).

**Definitions:**

| NA or N/A = not applicable | $\pm 2\sigma$ = error estimate at 95% confidence interval |
|---|---|
| ND = not detected (below detection limits) | w/ = with |
| NI = not included | w/o = without |
| NT = not tested | |

**Test Method References:** The following documents are referenced in this report.

CPSC-CH-E1002-8.3 (Standard Operating Procedure for Determining Total Lead (Pb) in Nonmetal Children's Products, Revision November 15, 2012) http://www.cpsc.gov/PageFiles/137832/CPSC-CH-E1002-08_3.pdf.

CPSC-CH-E1001-8.3 (Standard Operating Procedure for Determining Total Lead (Pb) in Children's Metal Products (Including Children's Metal Jewelry), Revision November 15, 2012 http://www.cpsc.gov/PageFiles/137829/CPSC-CH-E1001-08_3.pdf.

CPSC-CH-E1003-09.1 (Standard Operating Procedure for Determining Lead (Pb) in Paint and Other Similar Surface Coatings, February 25, 2011 http://www.cpsc.gov/PageFiles/140861/CPSC-CH-E1003-09_1.pdf.

ASTM F2853-10 (Standard Test Method for Determination of Lead in Paint Layers and Similar Coatings or in Substrates and Homogeneous Materials by Energy Dispersive X-Ray Fluorescence Spectrometry Using multiple Monochromatic Excitation Beams) http://www.astm.org/Standards/F2853.htm.

| Analyst: Matthew Dreyfus, Ph.D., Chemist | Date: 4/28/2016 |
|---|---|

U.S. CPSC Laboratory Report

**Confidential**                                                                                          **L003790**

## Laboratory Continuation

**Sample Number:**
**16-800-0953**

**Sample Picture:**





| **Analyst:** | **Date:** |
| --- | --- |
| Matthew Dreyfus, Ph.D., Chemist | **4/28/2016** |

U.S. CPSC Laboratory Report

**Confidential**                                                                L003791

## Laboratory Continuation

**Sample Number:**
**16-800-0953**

**Sample Picture:**





| Analyst: | Date: |
|---|---|
| Matthew Dreyfus, Ph.D., Chemist | 4/28/2016 |

U.S. CPSC Laboratory Report

**Confidential**

L003792

| **Laboratory Report** | **1. Product**: Cra-Z-Jewels | **2. Sample Number**:<br>**16-800-0954** |
|---|---|---|
| **3. Seals**:<br>Intact | **4. Date Received**:<br>4/25/2016 | **5. Laboratory**:<br>LSC |

**6. Sample Description:** Four sub units received (1-4). The seal had the following information: 16-800-0954, Elizabeth S. Phillips, PSI, 4/22/2016. The seal was broken by M. Dreyfus on 4/26/16.

**7. Product Description:**
This product is a jewelry-making craft set.

**8. Analytical Results:**
Lead in plastic exceeding 100 ppm was found.
Test method CPSC-CH-E1002-08.3(Non-Metals) was used.

| | **16-800-0954-04** | |
|---|---|---|
| **Component** | **Pb (ppm)** | **Analysis** |
| Beige base layer of fuchsia bracelet | 824 | XRF |

Comments: **Bracelet has multiple component layers; see body of report for pictures.**

**9. Reserve Sample:** Sub-samples were placed for warehouse pickup.

| **10. Analyst:**<br>Matthew Dreyfus, Ph.D., Chemist | **Date:**<br>**4/28/2016** |
|---|---|
| **11. Check Analyst:** | **Date:** |
| **12. Report Checked by:**<br><br>aorland@cpsc.gov | **Date:** |

Digitally signed by aorland@cpsc.gov
DN: cn=aorland@cpsc.gov
Date: 2016.04.28 07:54:10 -04'00'

U.S. CPSC Laboratory Report

**Confidential**

| Laboratory Continuation | Sample Number: 16-800-0954 |
|---|---|

**Methods:** The following selected test methods were used in the analysis of sample component parts.

☒**XRF Screening:** Inhomogeneous plastic, metal and painted component parts were examined individually for lead by XRF (X-Ray Fluorescence) Spectroscopy using a handheld Thermo Scientific NITON XL3tXRF analyzer.  Results were not quantitative and used for screening purposes only.

☐**Determination of Total Lead in Plastic, Polymers, and Other Non-Siliceous Materials by ICP-OES:** Total lead content was determined following procedures outlined in Section IIA (Acid Digestion) of CPSC-CH-E1002-8.3. Subsequent solutions were analyzed following procedures outlined in Section III (Total Pb in Acid Digests of Polymeric or Siliceous Materials).

☒**Determination of Total Lead in Plastic, Polymers, and Other Non-Siliceous Materials by XRF:** Total lead content was determined following procedures outlined in Section IIB (Identification and Quantification of Pb in Polymeric and Other Nonmetal Materials Using XRF) of CPSC-CH-E1002-8.3.

☐**Determination of Total Lead in Ceramics, Glass and Crystal, and Other Siliceous Materials by ICP-OES:** Total lead content was determined following procedures outlined in Section IA (Acid Digestion) of CPSC-CH-E1002-8.3. Subsequent solutions were analyzed following procedures outlined in Section III (Total Pb in Acid Digests of Polymeric or Siliceous Materials).

☐**Determination of Total Lead in Ceramics, Glass and Crystal, and Other Siliceous Materials by HD-XRF:** Total lead content was determined following procedures outlined in Section IB (Identification of Quantification of Pb in Siliceous Materials Using Energy Dispersive XRF Spectrometry Using Multiple Monochromatic Excitation Beams) of CPSC-CH-E1002-8.3.

☐**Determination of Total Lead in Ceramics, Glass and Crystal, and Other Siliceous Materials by XRF:** Total lead content was determined following procedures outlined in Section IC (Identification of Quantification of Pb in Siliceous Materials Using Other Forms of XRF Spectrometry) of CPSC-CH-E1002-8.3.

☐**Determination of Total Lead in Metal by ICP-OES:** Total lead in metal was determined following procedures outlined in Section IA (Hot Block Method) of CPSC-CH-E1001-8.3. Subsequent solutions were analyzed following procedures outlined in Section II (Total Pb in Metals Analysis).

☐**Determination of Total Lead in Metal by ICP-OES:** Total lead in metal was determined following procedures outlined in Section IB (Microwave Method) of CPSC-CH-E1001-8.3. Subsequent solutions were analyzed following procedures outlined in Section II (Total Pb in Metals Analysis).

☐**Determination of Total Lead in Paint by ICP-OES:** Total lead in paint was determined following procedures outlined in CPSC-CH-E1003-9.1.  Subsequent solutions were analyzed following procedures outlined in Section I (ICP Operating Procedures and Quality Control Measures).

☒**Determination of Lead in Paint and Similar Surface Coatings by HD-XRF:** Lead in paint and similar surface coatings or in substrates and homogenous materials was determined following procedures outlined of ASTM F2853-10.

| Analyst: Matthew Dreyfus, Ph.D., Chemist | Date: 4/28/2016 |
|---|---|

U.S. CPSC Laboratory Report

Confidential

L003794

| **Laboratory Continuation** | **Sample Number:** |
|---|---|
| | **16-800-0954** |

**Results (XRF Screening):** Inhomogeneous component parts, including plastic, metal and painted materials, were examined individually for lead by XRF (X-Ray Fluorescence) Spectroscopy using a handheld XRF analyzer. Results were not quantitative and used for screening purposes only. Measurements were performed by Maricar Duque.

| | 16-800-0954-04 | |
|---|---|---|
| **Component** | **Pb (ppm)** | **Pb ($\pm 2\sigma$,ppm)** |
| Purple press | ND | 5 |
| Top of press | ND | 3 |
| Jewel | ND | 7 |
| Blue plastic circle | ND | 4 |
| Star charm | ND | 5 |
| Velvet bracelet | ND | 10 |
| Silver bracelet | ND | 13 |
| White plastic bracelet | ND | 4 |
| Purple bracelet | ND | 9 |
| Small flower chain | ND | 5 |
| Heart chain | ND | 3 |
| Heart ring | ND | 3 |
| Plastic ring | ND | 5 |
| Bracelet hook | ND | 60 |
| Bracelet chain | ND | 130 |

| **Analyst:** | **Date:** |
|---|---|
| Matthew Dreyfus, Ph.D., Chemist | 4/28/2016 |

U.S. CPSC Laboratory Report

**Confidential**

L003795

| Laboratory Continuation | Sample Number: 16-800-0954 |
|---|---|

**Results (XRF Testing):** Homogenous plastic component parts were examined individually for lead by XRF (X-Ray Fluorescence) Spectroscopy using a handheld XRF analyzer. Results were used for quantitative purposes. Measurement was performed by Maricar Duque.

| | 16-800-0954-04 | |
|---|---|---|
| **Component** | **Pb (ppm)** | **Pb (±2σ,ppm)** |
| Fuchsia bracelet (beige base layer) | 824 | 60 |

> **Comments:  Pink bracelet had multiple layers (see pictures below); beige base layer, white plastic layer, and pink coating. Beige layer was isolated prior to XRF testing.**

**Results (HD-XRF):** Component parts were examined for lead by XRF (X-Ray Fluorescence) Spectroscopy using a bench top analyzer with multiple monochromatic beams capabilities. Results were used for quantitative purposes.

| | 16-800-0954-04 | |
|---|---|---|
| **Component** | **Pb (ppm)** | **Pb (±2σ)** |
| Fuchsia coating | ND | 5 |
| White middle layer | 4 | 2 |



Beige base layer

White middle layer

| Analyst: Matthew Dreyfus, Ph.D., Chemist | Date: 4/28/2016 |
|---|---|

U.S. CPSC Laboratory Report

**Confidential**                                                                                 L003796

| Laboratory Continuation | Sample Number: 16-800-0954 |
|---|---|

**Laboratory Quality Control, Definitions, and Test Method References:**

**Laboratory Quality Control:**

| Laboratory Test Equipment | | | | |
|---|---|---|---|---|
| Equipment | Manufacturer | Model | CPSC/Serial # | SOP # |
| HD-XRF | XOS | HD Prime | 12408 | SOP-12-04-V1 |
| HandheldXRF | ThermoScientific | NITON XL3t970GOLD | 24583 | SOP-12-03-V2 |

All test equipment were operating within accepted specifications as confirmed by verification recorded in the corresponding Maintenance and Calibration Logbook (MCL).

**Definitions:**

| NA or N/A = not applicable | $\pm 2\sigma$ = error estimate at 95% confidence interval |
|---|---|
| ND = not detected (below detection limits) | w/ = with |
| NI = not included | w/o = without |
| NT = not tested | |

**Test Method References:** The following documents are referenced in this report.

CPSC-CH-E1002-8.3 (Standard Operating Procedure for Determining Total Lead (Pb) in Nonmetal Children's Products, Revision November 15, 2012) http://www.cpsc.gov/PageFiles/137832/CPSC-CH-E1002-08_3.pdf.

CPSC-CH-E1001-8.3 (Standard Operating Procedure for Determining Total Lead (Pb) in Children's Metal Products (Including Children's Metal Jewelry), Revision November 15, 2012 http://www.cpsc.gov/PageFiles/137829/CPSC-CH-E1001-08_3.pdf.

CPSC-CH-E1003-09.1 (Standard Operating Procedure for Determining Lead (Pb) in Paint and Other Similar Surface Coatings, February 25, 2011 http://www.cpsc.gov/PageFiles/140861/CPSC-CH-E1003-09_1.pdf.

ASTM F2853-10 (Standard Test Method for Determination of Lead in Paint Layers and Similar Coatings or in Substrates and Homogeneous Materials by Energy Dispersive X-Ray Fluorescence Spectrometry Using multiple Monochromatic Excitation Beams) http://www.astm.org/Standards/F2853.htm.

| Analyst: Matthew Dreyfus, Ph.D., Chemist | Date: 4/28/2016 |
|---|---|

U.S. CPSC Laboratory Report

Confidential

L003797

| Laboratory Continuation | Sample Number: 16-800-0954 |
| --- | --- |

**Sample Picture:**





| Analyst: Matthew Dreyfus, Ph.D., Chemist | Date: 4/28/2016 |
| --- | --- |

U.S. CPSC Laboratory Report

| Laboratory Report | 1. **Product**: Cra-Z-Jewelz | 2. **Sample Number**: 16-800-0955 |
|---|---|---|
| 3. **Seals**: Intact | 4. **Date Received**: 4/25/2016 | 5. **Laboratory**: LSC |

**6.   Sample Description:** Four sub units received (1-4).  The seal had the following information: 16-800-0953, Elizabeth S. Phillips, PSI, 4/22/2016.  The seal was broken by M. Dreyfus on 4/26/16.

**7.   Product Description:**
This product is a jewelry-making craft set.

**8.   Analytical Results:**
Lead in coating exceeding 90 ppm was found.
Lead in plastic exceeding 100 ppm was found.
Test method CPSC-CH-E1002-08 3(Non-Metals) was used.
Test method ASTM F2853-10(Paints) was used.

| Component | 16-800-0955-02 Pb (ppm) | 16-800-0955-03 Pb (ppm) | Analysis |
|---|---|---|---|
| Beige base layer of pink bracelet | 574 | 851 | XRF |
| Beige base layer of purple glitter bracelet | 780 | 700 | XRF |
| Pink coating of bracelet | 400 | 282 | HD-XRF |

Comments:  **Bracelets have multiple component layers; see body of report for pictures.**

**9. Reserve Sample:**  Sub-samples were placed for warehouse pickup.

| 10. **Analyst:** Matthew Dreyfus, Ph.D., Chemist | Date: 4/28/2016 |
|---|---|
| 11. **Check Analyst:** | Date: |
| 12. **Report Checked by:** aorland@cpsc.gov | Date: |

*Digitally signed by aorland@cpsc.gov DN: cn=aorland@cpsc.gov Date: 2016.04.28 07:05:33 -04'00'*

U.S. CPSC Laboratory Report

| Laboratory Continuation | Sample Number:<br>16-800-0955 |
|---|---|

**Methods:** The following selected test methods were used in the analysis of sample component parts.

☒ **XRF Screening:** Inhomogeneous plastic, metal and painted component parts were examined individually for lead by XRF (X-Ray Fluorescence) Spectroscopy using a handheld Thermo Scientific NITON XL3tXRF analyzer. Results were not quantitative and used for screening purposes only.

☐ **Determination of Total Lead in Plastic, Polymers, and Other Non-Siliceous Materials by ICP-OES:** Total lead content was determined following procedures outlined in Section IIA (Acid Digestion) of CPSC-CH-E1002-8.3. Subsequent solutions were analyzed following procedures outlined in Section III (Total Pb in Acid Digests of Polymeric or Siliceous Materials).

☒ **Determination of Total Lead in Plastic, Polymers, and Other Non-Siliceous Materials by XRF:** Total lead content was determined following procedures outlined in Section IIB (Identification and Quantification of Pb in Polymeric and Other Nonmetal Materials Using XRF) of CPSC-CH-E1002-8.3.

☐ **Determination of Total Lead in Ceramics, Glass and Crystal, and Other Siliceous Materials by ICP-OES:** Total lead content was determined following procedures outlined in Section IA (Acid Digestion) of CPSC-CH-E1002-8.3. Subsequent solutions were analyzed following procedures outlined in Section III (Total Pb in Acid Digests of Polymeric or Siliceous Materials).

☐ **Determination of Total Lead in Ceramics, Glass and Crystal, and Other Siliceous Materials by HD-XRF:** Total lead content was determined following procedures outlined in Section IB (Identification of Quantification of Pb in Siliceous Materials Using Energy Dispersive XRF Spectrometry Using Multiple Monochromatic Excitation Beams) of CPSC-CH-E1002-8.3.

☐ **Determination of Total Lead in Ceramics, Glass and Crystal, and Other Siliceous Materials by XRF:** Total lead content was determined following procedures outlined in Section IC (Identification of Quantification of Pb in Siliceous Materials Using Other Forms of XRF Spectrometry) of CPSC-CH-E1002-8.3.

☐ **Determination of Total Lead in Metal by ICP-OES:** Total lead in metal was determined following procedures outlined in Section IA (Hot Block Method) of CPSC-CH-E1001-8.3. Subsequent solutions were analyzed following procedures outlined in Section II (Total Pb in Metals Analysis).

☐ **Determination of Total Lead in Metal by ICP-OES:** Total lead in metal was determined following procedures outlined in Section IB (Microwave Method) of CPSC-CH-E1001-8.3. Subsequent solutions were analyzed following procedures outlined in Section II (Total Pb in Metals Analysis).

☐ **Determination of Total Lead in Paint by ICP-OES:** Total lead in paint was determined following procedures outlined in CPSC-CH-E1003-9.1. Subsequent solutions were analyzed following procedures outlined in Section I (ICP Operating Procedures and Quality Control Measures).

☒ **Determination of Lead in Paint and Similar Surface Coatings by HD-XRF:** Lead in paint and similar surface coatings or in substrates and homogenous materials was determined following procedures outlined of ASTM F2853-10.

| Analyst:<br>Matthew Dreyfus, Ph.D., Chemist | Date:<br>4/28/2016 |
|---|---|

U.S. CPSC Laboratory Report

**Confidential**

| Laboratory Continuation | Sample Number: 16-800-0955 |
|---|---|

**Results (XRF Screening):** Inhomogeneous component parts, including plastic, metal and painted materials, were examined individually for lead by XRF (X-Ray Fluorescence) Spectroscopy using a handheld XRF analyzer. Results were not quantitative and used for screening purposes only. Measurements performed by Maricar Duque.

| Component | 16-800-0955-02 | |
|---|---|---|
| | Pb (ppm) | Pb ($=2\sigma$,ppm) |
| Dark pink jewel | ND | 9 |
| Light pink jewel | ND | 9 |
| White jewel | ND | 20 |
| Blue jewel | ND | 77 |
| Purple jewel | ND | 9 |
| Green jewel | ND | 7 |
| Small star charm | ND | 4 |
| Big star charm | ND | 3 |
| Moon charm | ND | 4 |
| Big heart charm | ND | 4 |
| Small heart charm | ND | 4 |
| Dragonfly charm | ND | 4 |
| Flower charm | ND | 4 |
| Square charm | ND | 3 |
| Oval charm | ND | 3 |
| Lock charm | ND | 4 |
| LOL charm | ND | 3 |
| LOVE charm | ND | 4 |
| Elongated charm | ND | 3 |
| Large charm | ND | 3 |
| Bracelet clasp | ND | 58 |
| Bracelet chain | ND | 80 |
| Purple glitter layer on bracelet | ND | 13 |

| Analyst: Matthew Dreyfus, Ph.D., Chemist | Date: 4/28/2016 |
|---|---|

U.S. CPSC Laboratory Report

**Confidential**                                                                                                      L003801

## Laboratory Continuation

**Sample Number:**
**16-800-0955**

**Results (XRF Testing):** Homogenous plastic component parts were examined individually for lead by XRF (X-Ray Fluorescence) Spectroscopy using a handheld XRF analyzer. Results were used for quantitative purposes. Measurements performed by Maricar Duque.

| Component | 16-800-0955-02 | | 16-800-0955-03 | |
|---|---|---|---|---|
| | Pb (ppm) | Pb (±2σ,ppm) | Pb (ppm) | Pb (±2σ,ppm) |
| Pink bracelet (beige base layer) | 574 | 57 | 851 | 47 |
| Purple bracelet (beige base layer) | 780 | 59 | 700 | 63 |

**Comments:  Bracelets have multiple layers (see pictures below); beige base layer, white plastic layer, and pink/purple glitter coating. Beige layer was isolated prior to XRF testing.**

**Results (HD-XRF):** Component parts were examined for lead by XRF (X-Ray Fluorescence) Spectroscopy using a bench top analyzer with multiple monochromatic beams capabilities. Results were used for quantitative purposes. Measurements performed by Maricar Duque.

| Component | 16-800-0955-02 | | | 16-800-0955-03 | | |
|---|---|---|---|---|---|---|
| | Pb (ppm) | Pb (±2σ) | Pb (%) | Pb (ppm) | Pb (±2σ) | Pb (%) |
| Pink coating | 400 | 11 | 0.0400 | 282 | 7 | 0.0282 |
| White middle layer | 32 | 3 | | 6 | 2 | |

**Images below illustrate three distinct layers: Beige base layer, Top colored layer, and middle layer (grey for purple bracelet, white for pink bracelet).**




| Analyst: | Date: |
|---|---|
| Matthew Dreyfus, Ph.D., Chemist | 4/28/2016 |

U.S. CPSC Laboratory Report

| Laboratory Continuation | Sample Number: 16-800-0955 |
|---|---|

**Laboratory Quality Control, Definitions, and Test Method References:**

**Laboratory Quality Control:**

| Laboratory Test Equipment | | | | |
|---|---|---|---|---|
| Equipment | Manufacturer | Model | CPSC/Serial # | SOP # |
| HandheldXRF | ThermoScientific | NITON XL3t970GOLD | 24583 | SOP-12-03-V2 |
| HD-XRF | XOS | HD Prime | 12408 | SOP-12-04-V1 |

All test equipment were operating within accepted specifications as confirmed by verification recorded in the corresponding Maintenance and Calibration Logbook (MCL).

**Definitions:**

| | |
|---|---|
| NA or N/A = not applicable | ±2σ = error estimate at 95% confidence interval |
| ND = not detected (below detection limits) | w/ = with |
| NI = not included | w/o = without |
| NT = not tested | |

**Test Method References:** The following documents are referenced in this report.

CPSC-CH-E1002-8.3 (Standard Operating Procedure for Determining Total Lead (Pb) in Nonmetal Children's Products, Revision November 15, 2012) http://www.cpsc.gov/PageFiles/137832/CPSC-CH-E1002-08_3.pdf.

CPSC-CH-E1001-8.3 (Standard Operating Procedure for Determining Total Lead (Pb) in Children's Metal Products (Including Children's Metal Jewelry), Revision November 15, 2012 http://www.cpsc.gov/PageFiles/137829/CPSC-CH-E1001-08_3.pdf.

CPSC-CH-E1003-09.1 (Standard Operating Procedure for Determining Lead (Pb) in Paint and Other Similar Surface Coatings, February 25, 2011 http://www.cpsc.gov/PageFiles/140861/CPSC-CH-E1003-09_1.pdf.

ASTM F2853-10 (Standard Test Method for Determination of Lead in Paint Layers and Similar Coatings or in Substrates and Homogeneous Materials by Energy Dispersive X-Ray Fluorescence Spectrometry Using multiple Monochromatic Excitation Beams) http://www.astm.org/Standards/F2853.htm.

| Analyst: Matthew Dreyfus, Ph.D., Chemist | Date: 4/28/2016 |
|---|---|

U.S. CPSC Laboratory Report

**Confidential**

L003803

## Laboratory Continuation

**Sample Number:**
16-800-0955

**Sample Picture:**





**Analyst:**
Matthew Dreyfus, Ph.D., Chemist

**Date:**
4/28/2016

# EXHIBIT H



## Test Report    No.T31520230020TY    Date: SEP 14, 2015    Page 1 of 7

CRA-Z-ART CORP

1578 SUSSEX TURNPIKE,RANDOLPH,
MORRIS,NJ,07869,UNITED STATES

The following samples were submitted and identified by/on behalf of the client as:

SNS JEWELS & GEM MAKER.

| | | |
|---|---|---|
| Item No. | : | 17450 |
| Country of Origin | : | CHINA |
| Labeled Age Grading | : | 6+ |
| Requested Age Grading | : | NOT STATED |
| Tested Age Grading | : | OVER 6 YEARS |
| Sample Receiving Date | : | AUG 03, 2015 |
| Further Information Date | : | AUG 20, 2015 |
| Testing Period | : | AUG 03, 2015 TO SEP 14, 2015 |

Test Requested    :  Please refer to the next page.

Test Results    :  Please refer to the next page.

Signed for and on behalf of
SGS Hong Kong Ltd.

Au Shui Lun,  Jonathan
Section Manager

This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 30 days only.

SGS Hong Kong Ltd    Laboratory: 1/F, 4/F, 5/F & Units 301-4, 307-11, 3/F, On Wui Centre, 25 Lok Yip Road, Fanling, N.T., Hong Kong    www.sgsgroup.com.hk
Office: 5/F & 8/F, Manhattan Centre, 8 Kwai Cheong Road, Kwai Chung, N.T., Hong Kong  t (852) 2334 4481  f (852) 2764 3126  e mktg.hk@sgs.com

Member of the SGS Group (SGS SA)

**Confidential**                                    L000069



## Test Report    No.T31520230020TY    Date: SEP 14, 2015    Page 2 of 7

**Protocol for Testing:**

➢ The requirements of the Wal-Mart performance test protocol – Carft kit or component performance (V2).

➢ The requirements of the Wal-Mart test protocol –Jewelry costume non toy performance (v2).

➢ The requirements of the Wal-Mart test protocol –Jewelry, children's fine, costume, and hair accessories (Version 2014-7-21).

➢ The requirements of the Wal-Mart test protocol – All Products (version 2015-3-10).

➢ The requirements of the Wal-Mart test protocol – Children's Products (version 2014-7-9).

**Executive Summary:**

Based on the result of actual test in the submitted sample and/or document review provided by applicant, the sample(s) **MEET** the following requirements:

➢ The flammability requirements of 16 CFR 1500.3(c)(6)(vi), "Flammability of solid".

➢ The safety and labeling requirements of Title 16, Code of Federal Regulations, Chapter II – Consumer Products Safety Commission of U.S.A.

➢ The total lead content by composite testing in accessible paint/similar surface coating materials per modified 16 CFR 1303, "Ban of lead-containing paint and certain products bearing lead-containing paint" of Consumer Products Safety Improvement Act (CPSIA) of 2008 (Refer to Summary of documentation provided by vendors).

➢ The total lead content by composite testing in substrate materials per 16 CFR 1500.87 and Consumer Products Safety Improvement Act (CPSIA) of 2008 and Wal-mart's requirement (Refer to Summary of documentation provided by vendors).

➢ The total lead content of metal jewelry per Consumer Products Safety Improvement Act (CPSIA) of 2008 (Refer to Summary of documentation provided by vendors).

➢ The total cadmium content for children's costume jewelry per Wal-mart's requirement (Refer to Summary of documentation provided by vendors).

➢ The requirements of ASTM F2923-2014.

➢ Wal-Mart heavy metals requirements (Refer to Summary of documentation provided by vendors).

➢ The heavy metals content in packaging requirements of US Model Toxics in Packaging Legislation (TPCH: Toxics in Packaging Clearing House) (Refer to Summary of documentation provided by vendors).

This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

Unless otherwise stated the results shown in this test report refer only to the sample(s) tested *and such sample(s) are retained for 30 days only*.

Laboratory: 1/F, 4/F, 5/F & Units 301-4, 307-11, 3/F. On Wui Centre, 25 Lok Yip Road, Fanling, N.T., Hong Kong    www.sgsgroup.com.hk
Office: 5/F & 8/F, Manhattan Centre, 8 Kwai Cheong Road, Kwai Chung, N.T., Hong Kong    t (852) 2334 4481  f (852) 2764 3126  e mktg.hk@sgs.com

Member of the SGS Group (SGS SA)

**Confidential**    L000070



## Test Report    No.T31520230020TY    Date: SEP 14, 2015    Page 3 of 7

---

**Executive Summary:**

Based on the result of actual test in the submitted sample and/or document review provided by applicant, the sample(s) **MEET** the following requirements:

➢ The packaging and labeling requirements of the client's testing program.

➢ The performance requirements of the client's testing program.

➢ The physical and mechanical requirements of client's testing program.

➢ The requirement of the tracking label of Consumer Products Safety Improvement Act (CPSIA) of 2008 (Refer to Result Page).

---

**Summary of documentation provided by vendors/suppliers for the compliance evaluation:**

| Requirements | Report Number | Date | Testing Lab | Result |
|---|---|---|---|---|
| Total Lead Content | T31520230022TY-01<br>T31520230023TY | AUG 24, 2015<br>SEP 14, 2015 | SGS<br>SGS | Acceptable |
| Cadmium content in children's costume jewelry | T31520230022TY-01 | AUG 24, 2015 | SGS | Acceptable |
| Toxics in Packaging Clearing House | Guarantee Letter Provided by vendor | ---------------- | ---------------- | Acceptable |
| Wal-Mart soluble heavy metals Content | T31520230021TY | AUG 25, 2015 | SGS | Acceptable |
| Chemical requirements of ASTM F2923-14 | T31520230021TY<br>T31520230022TY-01<br>T31520230029TC | AUG 25, 2015<br>AUG 24, 2015<br>SEP 02, 2015 | SGS | Acceptable |
| Nickel Release | T31520230029TC | SEP 02, 2015 | SGS | Acceptable |
| EN71-1,2 & 3 (Claim) | T31520230021TY | AUG 25, 2015 | SGS | Acceptable |

This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

Unless otherwise stated the results shown in this test report refer only to the sample(s) tested *and such sample(s) are retained for 30 days only.*

SGS Hong Kong Ltd. | Laboratory: 1/F, 4/F, 5/F & Units 301-4, 307-11, 3/F, On Wui Centre, 25 Lok Yip Road, Fanling, N.T., Hong Kong    www.sgsgroup.com.hk
Office: 5/F & 8/F, Manhattan Centre, 8 Kwai Cheong Road, Kwai Chung, N.T., Hong Kong    t (852) 2334 4481    f (852) 2764 3126    e mktg.hk@sgs.com

Member of the SGS Group (SGS SA)



## Test Report    No.T31520230020TY    Date: SEP 14, 2015    Page 4 of 7

**Claim Verification:**

| Claims | Classification | Actual Situation | Result |
|---|---|---|---|
| Includes Everything You Need: 1 Gem Machine, 11 Assorted Medium Gem Strips, 3 Assorted Large Gem Strips, 1 Tennis Bracelet with 19 Large Gem Settings-7.75 in (19.7cm), 1 Tennis Bracelet with 28 Medium Gem Settings-7.75 in (19.7cm), 1 Stretchy Bracelet with Charm-2.25in (5.7cm) Diameter, 1 Gem Choker (15 Large Gem Settings and 15 Medium Gem Settings)-14 in (35.6cm) 1 velvet Choker with 3 Chains-12 in (30.5cm), 2 Chain-Link Bracelets-6.25in (15.9cm) each, 19 Charms, 3 Tassels, 1 Chain with Pendant-22 in (55.9cm), 2 Earring posts with 3 Gem Settings Each, 2 Finger Rings, 2 Ring Gem Settings, 6 Slider Charms, 1 Slider Bracelet-8.375 in (21.3cm), 1 Slider Headband-18 in (45.7cm), 60 Jump Rings, Easy-to-Follow Instructions. | Visual, Counted & Measured | As claim | Pass |
| CE marking | Tested | As claim | Pass |

This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

Unless otherwise stated the results shown in this test report refer only to the sample(s) tested *and such sample(s) are retained for 30 days only.*

SGS Hong Kong Ltd    Laboratory: 1/F, 4/F, 5/F & Units 301-4, 307-11, 3/F, Un Wui Centre, 25 Lok Yip Road, Fanling, N.T., Hong Kong    www.sgsgroup.com.hk
Office: 5/F & 8/F, Manhattan Centre, 8 Kwai Cheong Road, Kwai Chung, N.T., Hong Kong    t (852) 2334 4481  f (852) 2764 3126  e mktg.hk@sgs.com

Member of the SGS Group (SGS SA)



## Test Report   No.T31520230020TY       Date: SEP 14, 2015        Page 5 of 7

### TEST REPORT – Picture Page



This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 30 days only.

SGS Hong Kong Ltd.    Laboratory: 1/F, 4/F, 5/F & Units 301-4, 307-11, 3/F, On Wui Centre, 25 Lok Yip Road, Fanling, N.T., Hong Kong    www.sgsgroup.com.hk
Office: 5/F & 8/F, Manhattan Centre, 8 Kwai Cheong Road, Kwai Chung, N.T., Hong Kong   t (852) 2334 4481  f (852) 2764 3126  e mktg.hk@sgs.com

Member of the SGS Group (SGS SA)

**Confidential**                                                                 L000073



**Test Report**      No.T31520230020TY      Date:  SEP 14, 2015      Page 6 of  7

## TEST REPORT – Result Page

**Physical Characteristics**

Material type: plastic, metal, fabric
Type of product produced: Jewelry
Mounting means of finished product: wearing
Type of jewelry: ring, earrings, necklace, bracelet

**Color Fastness to Crocking**

(AATCC 116-2013.
Size of crocking finger: 16mm dia.)

|              | 1   | 2   | 3   | 4   | 5   | 6   |
|--------------|-----|-----|-----|-----|-----|-----|
| Dry staining | 4.5 | 4.5 | 4.5 | 4.5 | 4.5 | 4.5 |
| Wet staining | 4.5 | 4.5 | 4.5 | 4.5 | 4.5 | 4.0 |

Remark: Grey Scale Rating is based on the 5-step scale of 1 to 5, where 1 is bad and 5 is good.

Specimen Description:

1.  Silvery string

2.  Orange and purple elastic cord

3.  Black velcro

4.  Purple suede elastic band

5.  Light grey elastic band with silvery plastic stripe

6.  Pink foam sheet

This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 30 days only.

Laboratory: 1/F, 4/F, 5/F & Units 301-4, 307-11, 3/F, Un Wui Centre, 25 Lok Yip Road, Fanling, N.T., Hong Kong   www.sgsgroup.com.hk
Office: 5/F & 8/F, Manhattan Centre, 8 Kwai Cheong Road, Kwai Chung, N.T., Hong Kong   t (852) 2334 4481  f (852) 2764 3126  e mktg.hk@sgs.com

Member of the SGS Group (SGS SA)

**Confidential**                                                                                      L000074



## Test Report    No.T31520230020TY    Date: SEP 14, 2015    Page 7 of 7

**Tracking label of Consumer Products Safety Improvement Act (CPSIA) of 2008**

As specified in Consumer Product Safety Improvement Act (CPSIA) of 2008 section 103 tracking labels for children's product.

- Tracking Label was found on the packaging:

| | | |
|---|---|---|
| Manufacturer/ Private Labeler | : | CRA-Z-ART |
| Source (Location) | : | BCH006178A13-0715 MADE IN CHINA |
| Date Code | : | BCH006178A13-0715 |
| Cohort Information | : | BCH006178A13-0715 |

- Tracking Label was found on the product:

| | | |
|---|---|---|
| Manufacturer/ Private Labeler | : | CRA-Z-ART |
| Source (Location) | : | BCH006178A13-0715 MADE IN CHINA |
| Date Code | : | BCH006178A13-0715 |
| Cohort Information | : | BCH006178A13-0715 |

Remark# 1: City and State, or administrative state shall be also provided for the source (location) information.

Note :    The tracking label assessment was based on the submitted samples and the information provided by the applicant. There was no verification on the validity of such information.

*** End of Report ***

This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 30 days only.

SGS Hong Kong Ltd.    Laboratory: 1/F, 4/F, 5/F & Units 301-4, 307-11, 3/F, Un Wai Centre, 25 Lok Yip Road, Fanling, N.T., Hong Kong    www.sgsgroup.com.hk
Office: 5/F & 8/F, Manhattan Centre, 8 Kwai Cheong Road, Kwai Chung, N.T., Hong Kong    t (852) 2334 4481  f (852) 2764 3126  e mktg.hk@sgs.com

Member of the SGS Group (SGS SA)



## Test Report    No.T31520230023TY        Date: SEP 14, 2015        Page 1 of 18

CRA-Z-ART CORP

1578 SUSSEX TURNPIKE,RANDOLPH,
MORRIS,NJ,07869,UNITED STATES

The following samples were submitted and identified by/on behalf of the client as:

SNS JEWELS & GEM MAKER

| | | |
|---|---|---|
| Item No. | : | 17450 |
| Country of Origin | : | CHINA |
| Labeled Age Grading | : | 6+ |
| Requested Age Grading | : | NOT STATED |
| Sample Receiving Date | : | AUG 03, 2015 |
| Testing Period | : | AUG 03, 2015 TO SEP 14, 2015 |

This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 30 days only.

SGS Hong Kong Ltd.   Laboratory: 1/F, 4/F, 5/F & Units 301-4, 307-11, 3/F, Un Wui Centre, 25 Lok Yip Road, Fanling, N.T., Hong Kong   www.sgsgroup.com.hk
Office: 5/F & 8/F, Manhattan Centre, 8 Kwai Cheong Road, Kwai Chung, N.T., Hong Kong   t (852) 2334 4481   f (852) 2764 3126   e mktg.hk@sgs.com

Member of the SGS Group (SGS SA)



## Test Report  No.T31520230023TY  Date: SEP 14, 2015  Page 2 of 18

| Test Requested | | Conclusion |
|---|---|---|
| 1. | For compliance with the ASTM F2923-14 Standard Specification for Consumer Product Safety for Children's Jewelry. | -- |
| | -ASTM F2923-14 Standard Specification for Consumer Product Safety for Children's Jewelry | PASS |
| 2. | For compliance with the test requirement of the Physical & Mechanical, Flammability test requirement of Title 16, Code of Federal Regulations, Chapter II – Consumer Products Safety Commission of U.S.A. | -- |
| | Physical and mechanical tests consisting US CPSC 16 CFR 1500.48, US CPSC 16 CFR 1500.49 and US CPSC 16 CFR 1501:<br><br>- US CPSC 16 CFR 1500.48 – Technical requirements for determining a sharp point in toys and other articles intended for use by children under 8 years of ages<br><br>- US CPSC 16 CFR 1500.49 – Technical requirements for determining a sharp metal or glass edge in toys and other articles intended for use by children under 8 years of age<br><br>- US CPSC 16 CFR 1501 – Method for identifying toys and other articles intended for use by children under 3 years of age which present choking, aspiration, or ingestion hazards because of small parts | PASS |
| | US CPSC 16 CFR 1500.44 – Method for determining extremely flammable and flammable solids | PASS |
| 3. | Title 16, Code of Federal Regulations, Chapter II - Consumer Products Safety Commission of U.S.A. - Part 1303 - Ban of Lead - Containing Paint and Certain Consumer Products Bearing Lead - Containing Paint – Lead Content | PASS |
| 4. | CPSIA section 101 - Total Lead content | -- |
| 4.1 | CPSIA section 101(f) (1) – Lead in paint/similar surface coating material | PASS |
| 4.2 | CPSIA section 101(a) (2) – Lead in accessible substrate materials (Including Children's Metal Jewelry) | PASS |
| 5. | Public Act 10-113 of Connecticut, USA - Cadmium content on the tested specimen(s) | PASS |

This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 30 days only.

Laboratory: 1/F, 4/F, 5/F & Units 301-4, 307-11, 3/F, Un Wui Centre, 25 Lok Yip Road, Fanling, N.T., Hong Kong ■ www.sgsgroup.com.hk
Office: 5/F & 8/F, Manhattan Centre, 8 Kwai Cheong Road, Kwai Chung, N.T., Hong Kong ■ t (852) 2334 4481 f (852) 2764 3126 ■ mktg.hk@sgs.com



## Test Report    No.T31520230023TY    Date: SEP 14, 2015    Page 3 of 18

| Test Requested | | Conclusion |
|---|---|---|
| 6. | US Model Toxics in Packaging Legislation (TPCH: Toxics in Packaging Clearing House) (formerly drafted by CONEG) – Total Lead, Cadmium, Mercury and Hexavalent Chromium content | PASS |
| 7. | Public Act 097-0612 of the US State of Illinois, the Lead Poisoning Prevention Act – Lead in surface coating materials of painted toy / children's jewelry / childcare article | PASS |
| 8. | Public Act 097-0612 of the US State of Illinois, the Lead Poisoning Prevention Act – Lead in substrate materials of children's jewelry / childcare article | PASS |

******** FOR FURTHER DETAILS, PLEASE REFER TO THE FOLLOWING PAGE(S) ********

Signed for and on behalf of
SGS Hong Kong Ltd.

_____
Au Shui Lun,   Jonathan
Section Manager

This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 30 days only.

Laboratory: 1/F, 4/F, 5/F & Units 301-4, 307-11, 3/F, On Wui Centre, 25 Lok Yip Road, Fanling, N.T., Hong Kong   www.sgsgroup.com.hk
Office: 5/F & 8/F, Manhattan Centre, 8 Kwai Cheong Road, Kwai Chung, N.T., Hong Kong   t (852) 2334 4481   f (852) 2764 3126   e mktg.hk@sgs.com

Member of the SGS Group (SGS SA)



## Test Report        No.T31520230023TY        Date: SEP 14, 2015        Page 4 of 18

**Test Results:**

**1. ASTM F2923-14**

AS SPECIFIED IN ASTM F2923-14 Standard Specification for Consumer Product Safety for Children's Jewelry.

| Clause | Description | Result |
|--------|-------------|--------|
| 5 | Specification for Lead in children's jewelry | Pass (See Result Page) |
| 8 | Specification for Antimony, Arsenic, Barium, Cadmium, Chromium, Mercury, and Selenium in Paint and Surface Coatings of Children's Jewelry | Pass (See Result Page) |
| 9 | Specification for Cadmium In Certain Substrate Materials of Children's Jewelry | Pass (See Result Page) |
| 10 | Specification for Nickel In Metal Components of Children's Jewelry | Pass (See Result Page) |

**ASTM F2923-14, Clause 5 – Lead in Children's Jewelry**

Lead in Paint/Surface Coating Materials

Method: With reference to CPSC-CH-E1003-09.1 - Standard Operating Procedure for Determining Heavy Metal in Paint and Other Similar Surface Coatings

| Test Item(s) | Lead (Pb) |
|--------------|-----------|
| **Permissible Limit (ppm)** | **90** |
| **Specimen Description** | **Result(s) (ppm)** |
| 1.  Shiny silvery coating on plastic (Gem) + Dark pink coating on foam sheet (Strap) | ND |

Note:  -  ppm = parts per million

-  ND = Not Detected (lower than MDL)

-  MDL = Method Detection Limit = 10 ppm

-  1% = 10000 mg/kg = 10000 ppm

-  The result(s) is (are) calculated using the minimum specimen weight for composite test.

This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 30 days only.

SGS Hong Kong Ltd.    Laboratory: 1/F, 4/F, 5/F & Units 301-4, 307-11, 3/F, Un Wah Centre, 25 Lok Yip Road, Fanling, N.T., Hong Kong    www.sgsgroup.com.hk
Office: 5/F & 8/F, Manhattan Centre, 8 Kwai Cheong Road, Kwai Chung, N.T., Hong Kong   t (852) 2334 4481  f (852) 2764 3126  e mktg.hk@sgs.com
Member of the SGS Group (SGS SA)

**Confidential**                                                                                    **L000178**



## Test Report          No.T31520230023TY          Date: SEP 14, 2015          Page 5 of 18

Lead in Substrate Materials

Method (non-metallic materials): With reference to CPSC-CH-E1002-08.3 - Standard Operation Procedure for Determining Heavy Metal in Non-Metal Children Product

Method (metal materials): With reference to CPSC-CH-E1001-08.3 - Standard Operating Procedure for Determining Heavy Metal in Children's Metal Products (Including Children's Metal Jewelry)

| Test Item(s) | Lead (Pb) |
|---|---|
| **Permissible Limit (ppm)** | 100 |
| **Specimen Description** | **Result(s) (ppm)** |
| 1.  Green rubber core (Elastic cord) + White elastic ring (Elastic band) + Transparent elastic ring (Elastic band) | ND |
| 2.  Silvery metal electro-plated black plastic (Fastener) | ND |
| 3.  Translucent soft plastic (Earplug) + Transparent dark pink plastic (Gem) + Transparent pink plastic (Gem) | ND |
| 4.  Transparent green plastic (Gem) + Transparent plastic (Gem) + Transparent orange plastic (Gem) | ND |
| 5.  Transparent blue plastic (Gem) + Transparent purple plastic (Gem) + Transparent dark orange plastic (Gem) | ND |
| 6.  Pearl white plastic (Part) + White plastic (Part), transparent plastic sheet & adhesive backing (Flower) | ND |
| 7.  White woven band w/ silvery plastic strip (Elastic band) + Dark pink surfaced white foam sheet w/ white mesh backing (Strap) + Light brown foam sheet w/ light brown woven backing (Strap) | ND |
| 8.  Silvery metal chain | ND |
| 9.  Silvery metal lobster claw | ND |
| 10. Silvery metal jump ring | ND |
| 11. Silvery metal ring | ND |
| 12. Silvery metal buckle | ND |
| 13. Silvery metal buckle pin | ND |

This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 30 days only.

Laboratory: 1/F, 4/F, 5/F & Units 301-4, 307-11, 3/F, Un Wui Centre, 25 Lok Yip Road, Fanling, N.T., Hong Kong   www.sgsgroup.com.hk
Office: 5/F & 8/F, Manhattan Centre, 8 Kwai Cheong Road, Kwai Chung, N.T., Hong Kong   t (852) 2334 4481  f (852) 2764 3126  e mktg.hk@sgs.com
SGS Hong Kong Ltd.                                                                                                                              Member of the SGS Group (SGS SA)



## Test Report   No.T31520230023TY   Date: SEP 14, 2015   Page 6 of 18

Note:   - ppm = parts per million

- ND = Not Detected (lower than MDL)

- MDL = Method Detection Limit = 10 ppm

- 1% = 10000 mg/kg = 10000 ppm

- The result(s) is (are) calculated using the minimum specimen weight for composite test.


**ASTM F2923-14, Clause 8 - Certain Soluble Elements in Paint and Surface Coatings of Children's Jewelry**

Method: With reference to ASTM F963-11 Clause 8.3
Analysis was performed by Inductively Coupled Plasma Optical Emission Spectrometer (ICP-OES)

| Test Item(s) | | Sb | As | Ba | Cd | Cr | Hg | Se |
|---|---|---|---|---|---|---|---|---|
| MDL (ppm) | | 5 | 2.5 | 10 | 5 | 5 | 5 | 10 |
| Permissible Limit (ppm) | | 60 | 25 | 1000 | 75 | 60 | 60 | 500 |
| Specimen No. | Mass of trace amount (mg) | Adjusted Soluble Result(s) (ppm) | | | | | | |
| 1 | 22.7 | ND | ND | ND | ND | ND | ND | ND |
| 2 | 60.1 | ND | ND | ND | ND | ND | ND | ND |

Specimen Description:

1. Shiny silvery coating on plastic (Gem)

2. Dark pink coating on foam sheet (Strap)

Note:   - ppm = parts per million

- mg = milligram

- ND = Not Detected (lower than MDL)

- MDL = Method Detection Limit

- Result(s) of soluble elements shown is (are) of the adjusted analytical result(s).

This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 30 days only.

SGS Hong Kong Ltd.   Laboratory: 1/F, 4/F, 5/F & Units 301-4, 307-11, 3/F, Un Wai Centre, 25 Lok Yip Road, Fanling, N.T., Hong Kong   www.sgsgroup.com.hk
Office: 5/F & 8/F, Manhattan Centre, 8 Kwai Cheong Road, Kwai Chung, N.T., Hong Kong   t (852) 2334 4481   f (852) 2764 3126   e mktg.hk@sgs.com

Member of the SGS Group (SGS SA)

**Confidential**

L000180



## Test Report   No.T31520230023TY   Date: SEP 14, 2015   Page 7 of 18

**ASTM F2923-14, Clause 9 - Cadmium in Certain Substrate Materials of Children's Jewelry**

Method (non-metallic materials): With reference to CPSC-CH-E1002-08.3 - Standard Operation Procedure for Determining Heavy Metal in Non-Metal Children Product

Method (metal materials): With reference to CPSC-CH-E1001-08.3 - Standard Operating Procedure for Determining Heavy Metal in Children's Metal Products (Including Children's Metal Jewelry)

Analysis was performed by Inductively Coupled Plasma Optical Emission Spectrometer (ICP-OES)

| Test Item(s) | Cadmium (Cd) |
|---|---|
| **MDL (ppm)** | **5** |
| **Total Screening Limit (ppm)** | **300** |
| **Specimen Description** | **Result(s) (ppm)** |
| 1. Green rubber core (Elastic cord) + White elastic ring (Elastic band) + Transparent elastic ring (Elastic band) | ND |
| 2. Silvery metal electro-plated black plastic (Fastener) | ND |
| 3. Translucent soft plastic (Earplug) + Transparent dark pink plastic (Gem) + Transparent pink plastic (Gem) | ND |
| 4. Transparent green plastic (Gem) + Transparent plastic (Gem) + Transparent orange plastic (Gem) | ND |
| 5. Transparent blue plastic (Gem) + Transparent purple plastic (Gem) + Transparent dark orange plastic (Gem) | ND |
| 6. Pearl white plastic (Part) + White plastic (Part), transparent plastic sheet & adhesive backing (Flower) | ND |
| 7. White woven band w/ silvery plastic strip (Elastic band) + Dark pink surfaced white foam sheet w/ white mesh backing (Strap) + Light brown foam sheet w/ light brown woven backing (Strap) | ND |
| 8. Silvery metal chain | ND |
| 9. Silvery metal lobster claw | ND |
| 10. Silvery metal jump ring | ND |
| 11. Silvery metal ring | ND |
| 12. Silvery metal buckle | ND |
| 13. Silvery metal buckle pin | ND |

This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 30 days only.

Laboratory: 1/F, 4/F, 5/F & Units 301-4, 307-13, 3/F, On Wui Centre, 25 Lok Yip Road, Fanling, N.T., Hong Kong   www.sgsgroup.com.hk
Office: 5/F & 8/F, Manhattan Centre, 8 Kwai Cheong Road, Kwai Chung, N.T., Hong Kong   t (852) 2334 4481  f (852) 2764 3126  e mktg.hk@sgs.com

Member of the SGS Group (SGS SA)



## Test Report    No.T31520230023TY    Date: SEP 14, 2015    Page 8 of 18

Remark:    No soluble cadmium test was conducted due to the total cadmium content results do not exceed total screening limit. (For specimen 1-13)
The result(s) is (are) calculated using the minimum specimen weight for composite test.

Note:    -   ppm = parts per million

-   mg = milligram

-   1% =10000ppm= 10000mg/kg=10000µg /g

-   ND = Not Detected (lower than MDL)

-   MDL = Method Detection Limit

**ASTM F2923-14, Clause 10 - Nickel in Metal Components of Children's Jewelry**

Method: With reference to EN12472: 2005+A1:2009 and EN 1811: 2011
Analysis was performed by Inductively Coupled Plasma Optical Emission Spectrometer (ICP-OES) or Inductively Coupled Plasma Mass Spectrometer (ICP-MS)

EN 1811: 2011

Non-body Piercing Article

| Test Item (s) | Sample Area (cm$^2$) | Volume of Test Solution (ml) | Results (s) (µg/cm$^2$/week) | | | Limit (µg/cm$^2$/week) |
|---|---|---|---|---|---|---|
| | | | Trial 1 | Trial 2 | Trial 3 | |
| 1 | 12.59 | 13.0 | ND | ND | ND | 0.5 |
| 2 | 2.93 | 3.0 | ND | ND | ND | 0.5 |

Specimen Description:

1. Silvery metal chain

2. Silvery metal ring

This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

Unless otherwise stated the results shown in this test report refer only to the sample(s) tested *and such sample(s) are retained for 30 days only.*

SGS Hong Kong Ltd.    Laboratory: 1/F, 4/F, 5/F & Units 301-4, 307-13, 3/F, Un Wui Centre, 25 Lok Yip Road, Fanling, N.T., Hong Kong    www.sgsgroup.com.hk
Office: 5/F & 8/F, Manhattan Centre, 8 Kwai Cheong Road, Kwai Chung, N.T., Hong Kong    t (852) 2334 4481    f (852) 2764 3126    e mktg.hk@sgs.com

Member of the SGS Group (SGS SA)

**Confidential**    L000182



## Test Report    No.T31520230023TY    Date:  SEP 14, 2015    Page 9 of  18

EN12472: 2005+A1:2009 and EN 1811: 2011

Non-body Piercing Article

| Test Item (s) | Sample Area (cm²) | Volume of Test Solution (ml) | Results (s) (µg/cm²/week) | | | Limit (µg/cm²/week) |
|---|---|---|---|---|---|---|
| | | | Trial 1 | Trial 2 | Trial 3 | |
| 1 | 2.21 | 2.5 | ND | ND | ND | 0.5 |
| 2 | 0.56 (2pcs) | 1.0 | ND | ND | ND | 0.5 |
| 3 | 1.56 | 2.0 | ND | ND | ND | 0.5 |
| 4 | 0.79 | 1.0 | ND | ND | ND | 0.5 |
| 5 | 1.58 | 2.0 | ND | ND | ND | 0.5 |

Specimen Description:

1.  Silvery metal lobster claw

2.  Silvery metal jump ring

3.  Silvery metal buckle

4.  Silvery metal buckle pin

5.  Silvery metal electro-plated black plastic (Fastener)

Note:    -   cm² = square centimeter

-   ml = milliliter

-   µg/cm²/week = microgram per square centimeter per week

-   ND = Not Detected (lower than MDL)

-   MDL = Method Detection Limit = 0.1 µg/cm²/week

This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 30 days only.

Laboratory: 1/F, 4/F, 5/F & Units 301-4, 307-13, 3/F, Un Wui Centre, 25 Lok Yip Road, Fanling, N.T., Hong Kong    www.sgsgroup.com.hk
Office: 5/F & 8/F, Manhattan Centre, 8 Kwai Cheong Road, Kwai Chung, N.T., Hong Kong   t (852) 2334 4481  f (852) 2764 3126  e mktg.hk@sgs.com

Member of the SGS Group (SGS SA)

**Confidential**    L000183



**Test Report**      No.T31520230023TY      Date: SEP 14, 2015      Page 10 of 18

## 2. US CPSC

**PHYSICAL AND MECHANICAL TESTS CONSISTING US CPSC 16 CFR 1500.48, US CPSC 16 CFR 1500.49 AND US CPSC 16 CFR 1501**

AS SPECIFIED IN PHYSICAL AND MECHANICAL TESTS CONSISTING US CPSC 16 CFR 1500.48, US CPSC 16 CFR 1500.49 AND US CPSC 16 CFR 1501

|  | No. of sample tested | Sharp point (16 CFR 1500.48) | Sharp edge (16 CFR 1500.49) | Small part (16 CFR 1501) |
|---|---|---|---|---|
| As received | 1 | Pass | Pass | N/A |
| Impact test (16 CFR 1500.53b) | 1 | Pass | Pass | N/A |
| Bite test (16 CFR 1500.52c) | 0 | N/A | N/A | N/A |
| Flexure test (16 CFR 1500.53d) | 0 | N/A | N/A | N/A |
| Torque test (16 CFR 1500.53e) | 1 | Pass | Pass | N/A |
| Tension test (16 CFR 1500.53f) | 1 | Pass | Pass | N/A |
| Compression test (16 CFR 1500.53g) | 1 | Pass | Pass | N/A |

N/A = Not Applicable

**US CPSC 16 CFR 1500.44 – METHOD FOR DETERMINING EXTREMELY FLAMMABLE AND FLAMMABLE SOLIDS**

AS SPECIFIED IN US CPSC 16 CFR 1500.44 – METHOD FOR DETERMINING EXTREMELY FLAMMABLE AND FLAMMABLE SOLIDS

| Sample | Burning Rate (inch/sec) |
|---|---|
| COMPONENTS | 0.1* |

*Burning rate has been rounded to the nearest one tenth of an inch per second.

Requirement:   A toy / component is considered a "flammable solid" if it ignites and burns with a self-sustaining flame at a rate greater than 0.10 in/sec along its major axis.

This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 30 days only.

Laboratory: 1/F, 4/F, 5/F & Units 301-4, 307-11, 3/F, Un Wui Centre, 25 Lok Yip Road, Fanling, N.T., Hong Kong   www.sgsgroup.com.hk
Office: 5/F & 8/F, Manhattan Centre, 8 Kwai Cheong Road, Kwai Chung, N.T., Hong Kong   t (852) 2334 4481   f (852) 2764 3126   e mktg.hk@sgs.com

Member of the SGS Group (SGS SA)

**Confidential**                                                                L000184



### Test Report     No.T31520230023TY          Date: SEP 14, 2015          Page 11 of 18

**3. CPSC 16 CFR 1303 - Lead in Paint/Similar Surface Coating Materials**

Method: With reference to CPSC-CH-E1003-09.1 - Standard Operating Procedure for Determining Lead (Pb) in Paint and Other Similar Surface Coatings

| Test Item(s) | Lead (Pb) |
|---|---|
| **Permissible Limit (ppm)** | 90 |
| **Specimen Description** | **Result(s) (ppm)** |
| 1.  Pink coating on plastic (Mould) + Purple coating on plastic (Mould) + Blue coating on plastic (Mould) | ND |
| 2.  Multi-color coating (Instruction) w/ shiny silvery coating on plastic (Gem) + Dark pink coating on foam sheet (Strap) | ND |

Note:    -   ppm = parts per million

-   ND = Not Detected (lower than MDL)

-   MDL = Method Detection Limit = 10 ppm

-   1% = 10000 mg/kg = 10000 ppm

-   The result(s) is (are) calculated using the minimum specimen weight for composite test.

**4.1 CPSIA - Lead in Paint/Similar Surface Coating Materials**

Method: With reference to CPSC-CH-E1003-09.1 - Standard Operating Procedure for Determining Lead (Pb) in Paint and Other Similar Surface Coatings

| Test Item(s) | Lead (Pb) |
|---|---|
| **Permissible Limit (ppm)** | 90 |
| **Specimen Description** | **Result(s) (ppm)** |
| 1.  Pink coating on plastic (Mould) + Purple coating on plastic (Mould) + Blue coating on plastic (Mould) | ND |
| 2.  Multi-color coating (Instruction) w/ shiny silvery coating on plastic (Gem) + Dark pink coating on foam sheet (Strap) | ND |

Note:    -   ppm = parts per million

-   ND = Not Detected (lower than MDL)

-   MDL = Method Detection Limit = 10 ppm

-   1% = 10000 mg/kg = 10000 ppm

-   The result(s) is (are) calculated using the minimum specimen weight for composite test.

This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 30 days only.

Laboratory: 1/F, 4/F, 5/F & Units 301-4, 307-11, 3/F, Un Wah Centre, 25 Lok Yip Road, Fanling, N.T., Hong Kong     www.sgsgroup.com.hk
Office: 5/F & 8/F, Manhattan Centre, 8 Kwai Cheong Road, Kwai Chung, N.T., Hong Kong   t (852) 2334 4481  f (852) 2764 3126  e mktg.hk@sgs.com

Member of the SGS Group (SGS SA)



### Test Report   No.T31520230023TY   Date: SEP 14, 2015   Page 12 of 18

**4.2 CPSIA - Lead in Accessible Substrate Materials**

Method (non-metallic materials): With reference to CPSC-CH-E1002-08.1 - Standard Operation Procedure for Determining Total Lead (Pb) in Non-Metal Children Product

Method (metal materials): With reference to CPSC-CH-E1001-08.1 - Standard Operating Procedure for Determining Total Lead (Pb) in Children's Metal Products (Including Children's Metal Jewelry)

| Test Item(s) | Lead (Pb) |
|---|---|
| **Permissible Limit **(ppm)** | 100 |
| **Specimen Description** | **Result(s) (ppm)** |
| 1.  Green rubber core (Elastic cord) + White elastic ring (Elastic band) + Transparent elastic ring (Elastic band) | ND |
| 2.  Silvery metal electro-plated black plastic (Fastener) | ND |
| 3.  Purple plastic (Mould) + Dark pink plastic (Mould) + Blue plastic (Block) | ND |
| 4.  Translucent soft plastic (Earplug) + Transparent dark pink plastic (Gem) + Transparent pink plastic (Gem) | ND |
| 5.  Transparent green plastic (Gem) + Transparent plastic (Gem) + Transparent orange plastic (Gem) | ND |
| 6.  Transparent blue plastic (Gem) + Transparent purple plastic (Gem) + Transparent dark orange plastic (Gem) | ND |
| 7.  Pearl white plastic (Part) + White plastic (Part), transparent plastic sheet & adhesive backing (Flower) | ND |
| 8.  White woven band w/ silvery plastic strip (Elastic band) + Dark pink surfaced white foam sheet w/ white mesh backing (Strap) + Light brown foam sheet w/ light brown woven backing (Strap) | ND |
| 9.  Silvery metal shaft (Block) | ND |
| 10. Silvery metal shaft (Mould) | ND |
| 11. Silvery metal connector shaft | ND |
| 12. Silvery metal screw | ND |
| 13. Silvery metal chain | ND |
| 14. Silvery metal lobster claw | ND |
| 15. Silvery metal jump ring | ND |
| 16. Silvery metal ring | ND |
| 17. Silvery metal buckle | ND |
| 18. Silvery metal buckle pin | ND |

This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 30 days only.

Laboratory: 1/F, 4/F, 5/F & Units 301-4, 307-11, 3/F, Un Wui Centre, 25 Lok Yip Road, Fanling, N.T., Hong Kong   www.sgsgroup.com.hk
Office: 5/F & 8/F, Manhattan Centre, 8 Kwai Cheong Road, Kwai Chung, N.T., Hong Kong   t (852) 2334 4481  f (852) 2764 3126  e mktg.hk@sgs.com

Member of the SGS Group (SGS SA)



## Test Report    No.T31520230023TY    Date: SEP 14, 2015    Page 13 of 18

** Permissible Limit applies to a children's product manufactured after 14 August 2011 (Public Law 110-314 (Consumer Product Safety Improvement Act of 2008) and its Amendments Public Law 112-28)

Note:
- ppm = parts per million
- ND = Not Detected (lower than MDL)
- MDL = Method Detection Limit = 10 ppm
- 1% = 10000 mg/kg = 10000 ppm
- The result(s) is (are) calculated using the minimum specimen weight for composite test.

### 5. USA Jewelry Requirement – Total Cadmium Content

Method: With reference to US EPA 3050B: 1996 / US EPA 3051A: 2007 / US EPA 3052: 1996
Analysis was performed by Atomic Absorption Spectrometry (AAS) / Inductively Coupled Plasma Optical Emission Spectrometer (ICP-OES)

| Specimen Description | Result(s) (ppm) |
|---|---|
| 1.  Shiny silvery coating on plastic (Gem) + Dark pink coating on foam sheet (Strap) | ND |
| 2.  Green rubber core (Elastic cord) + White elastic ring (Elastic band) + Transparent elastic ring (Elastic band) | ND |
| 3.  Silvery metal electro-plated black plastic (Fastener) | ND |
| 4.  Translucent soft plastic (Earplug) + Transparent dark pink plastic (Gem) + Transparent pink plastic (Gem) | ND |
| 5.  Transparent green plastic (Gem) + Transparent plastic (Gem) + Transparent orange plastic (Gem) | ND |
| 6.  Transparent blue plastic (Gem) + Transparent purple plastic (Gem) + Transparent dark orange plastic (Gem) | ND |
| 7.  Pearl white plastic (Part) + White plastic (Part), transparent plastic sheet & adhesive backing (Flower) | ND |
| 8.  White woven band w/ silvery plastic strip (Elastic band) + Dark pink surfaced white foam sheet w/ white mesh backing (Strap) + Light brown foam sheet w/ light brown woven backing (Strap) | ND |
| 9.  Silvery metal chain | ND |
| 10. Silvery metal lobster claw | ND |
| 11. Silvery metal jump ring | ND |
| 12. Silvery metal ring | ND |
| 13. Silvery metal buckle | ND |
| 14. Silvery metal buckle pin | ND |

This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 30 days only.

SGS Hong Kong Limited    Laboratory: 1/F, 4/F, 5/F & Units 301-4, 307-11, 3/F, Un Wui Centre, 25 Lok Yip Road, Fanling, N.T., Hong Kong    www.sgsgroup.com.hk
Office: 5/F & 8/F, Manhattan Centre, 8 Kwai Cheong Road, Kwai Chung, N.T., Hong Kong  t (852) 2334 4481  f (852) 2764 3126  e mktg.hk@sgs.com

Member of the SGS Group (SGS SA)

**Confidential**    L000187



## Test Report    No.T31520230023TY        Date: SEP 14, 2015        Page 14 of 18

Note:   -   ppm = parts per million

-   ND = Not Detected (lower than MDL)

-   MDL = Method Detection Limit = 5 ppm

-   The result(s) is (are) calculated using the minimum specimen weight for composite test

**Remark: Summary of Requirements:**

| State | Act / Regulation(Bill) | Scope | Requirement | Effective Date |
|---|---|---|---|---|
| Connecticut | Public Act 10-113 (Substituted House Bill 5314, Session 2010) | Jewelry for children up to the age of 12 | ≤75 ppm total cadmium | July 1, 2014 |

### 6. US Model Toxics in Packaging Legislation (TPCH: Toxics in Packaging Clearing House) (formerly drafted by CONEG) – Total Lead, Cadmium, Mercury and Hexavalent Chromium content

Method: With reference to IEC 62321: 2008, IEC 62321-4:2013, IEC 62321-5:201
Analysis was performed by Inductively Coupled Plasma Optical Emission Spectrometer (ICP-OES) / Ultraviolet Visible Spectrophotometer (UV-Vis)

| Test Item(s) | Pb | Cd | Hg | Cr(VI) | Total (Pb + Cd + Cr(VI)+ Hg) |
|---|---|---|---|---|---|
| **MDL(mg/kg)** | 5 | 5 | 5 | 5 | -- |
| **Permissible Limit (mg/kg)** | -- | -- | -- | -- | 100 |
| **Specimen No.** | -- | -- | -- | -- | -- |
| 1 | ND | ND | ND | ND# | ND |
| 2 | ND | ND | ND | ND | ND |
| 3 | ND | ND | ND | ND# | ND |
| 4 | ND | ND | ND | ND | ND |
| 5 | ND | ND | ND | ND# | ND |
| 6 | ND | ND | ND | ND# | ND |
| 7 | ND | ND | ND | ND# | ND |

This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

Unless otherwise stated the results shown in this test report refer only to the sample(s) tested *and such sample(s) are retained for 30 days only.*

Laboratory: 1/F, 4/F, 5/F & Units 301-4, 307-11, 3/F, Un Wui Centre, 25 Lok Yip Road, Fanling, N.T., Hong Kong   www.sgsgroup.com.hk
Office: 5/F & 8/F, Manhattan Centre, 8 Kwai Cheong Road, Kwai Chung, N.T., Hong Kong   t (852) 2334 4481   f (852) 2764 3126   e mktg.hk@sgs.com

Member of the SGS Group (SGS SA)

**Confidential**                                                                                                        L000188



**Test Report**     No.T31520230023TY        Date: SEP 14, 2015         Page 15 of 18

Specimen Description:

1.  Multi-color w/ iridescent silvery coating on corrugated paper board (Box)

2.  White surfaced brown corrugated paper board (Box) + Light brown corrugated paper board (Box)

3.  Transparent adhesive plastic tape + Transparent plastic film w/ black printing (Bag) + Transparent plastic sheet w/ black printing (Bag)

4.  Yellow paper sheet + Laminated paper label w/ black printing (Box), transparent plastic sheet & adhesive backing

5.  Transparent dark pink plastic (Board) + Transparent pink plastic (Board) + Transparent green plastic (Board)

6.  Transparent plastic (Board) + Transparent orange plastic (Board) + Transparent blue plastic (Board)

7.  Transparent purple plastic (Board) + Transparent dark orange plastic (Board)

Note:    -   mg/kg = milligram per kilogram

-   1% = 10000 mg/kg = 10000 ppm

-   MDL = Method Detection Limit

-   ND = Not Detected (lower than MDL)

-   Results shown as ND are ignored in the sum calculation

-   # = The result of Hexavalent chromium (Cr(VI)) is considered as "Not Detected" since the total chromium content determined by acid digestion is "Not Detected".

-   The result(s) is (are) calculated using the minimum specimen weight for composite test

-   The TPCH legislation has been enacted by California, Connecticut, Florida, Georgia, Illinois, Iowa, Maine, Maryland, Minnesota, Missouri, New Hampshire, New Jersey, New York, Pennsylvania, Rhode Island, Vermont, Virginia, Washington and Wisconsin.

This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 30 days only.

Laboratory: 1/F, 4/F, 5/F & Units 301-4, 307-13, 3/F, Un Wah Centre, 25 Lok Yip Road, Fanling, N.T., Hong Kong   www.sgsgroup.com.hk
Office: 5/F & 8/F, Manhattan Centre, 8 Kwai Cheong Road, Kwai Chung, N.T., Hong Kong   t (852) 2334 4481   f (852) 2764 3126   e mktg.hk@sgs.com

Member of the SGS Group (SGS SA)

**Confidential**                                                                                          L000189



**Test Report**     No.T31520230023TY     Date: SEP 14, 2015     Page 16 of 18

### 7. Public Act 097-0612 of the US State of Illinois, the Lead Poisoning Prevention Act - Lead in Surface Coating Materials of Painted Toy / Children's Jewelry / Childcare Article

Method (coating materials): With reference to CPSC-CH-E1003-09.1 - Standard Operating Procedure for Determining Lead (Pb) in Paint and Other Similar Surface Coatings

| Test Item(s) | Lead (Pb) |
|---|---|
| MDL (ppm) | 10 |
| Permissible Limit (ppm) | 90 |
| Warning Limit (ppm) | 40# |
| Specimen Description | Result(s) (ppm) |
| 1.  Pink coating on plastic (Mould) + Purple coating on plastic (Mould) + Blue coating on plastic (Mould) | ND |
| 2.  Multi-color coating (Instruction) w/ shiny silvery coating on plastic (Gem) + Dark pink coating on foam sheet (Strap) | ND |

Note:   -   ppm = parts per million

-   ND = Not Detected (lower than MDL)

-   MDL = Method Detection Limit

-   1% = 10000 mg/kg = 10000 ppm

-   # = Effective 1 January, 2010, total Lead content in any surface coating materials of toy, children's jewelry and childcare article that is more than 40ppm but lower than 90ppm should bear the following warning statement on the product or the packaging to indicate the product contains Lead.

   **WARNING: CONTAINS LEAD.**
   **MAYBE HARMFUL IF EATEN OR CHEWED.**
   **COMPLIES WITH FEDERAL STANDARDS.**
-   The result(s) is(are) calculated using the minimum specimen weight for composite test.

This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 30 days only.

Laboratory: 1/F, 4/F, 5/F & Units 301-4, 307-11, 3/F, Un Wui Centre, 25 Lok Yip Road, Fanling, N.T., Hong Kong   www.sgsgroup.com.hk
Office: 5/F & 8/F, Manhattan Centre, 8 Kwai Cheong Road, Kwai Chung, N.T., Hong Kong   t (852) 2334 4481  f (852) 2764 3126   e mktg.hk@sgs.com

SGS Hong Kong Ltd.
Member of the SGS Group (SGS SA)

**Confidential**
L000190



## Test Report     No.T31520230023TY          Date:  SEP 14, 2015          Page 17 of  18

### 8. Public Act 097-0612 of the US State of Illinois, the Lead Poisoning Prevention Act - Lead in Substrate Materials of Children's Jewelry / Childcare article

Method (non-metallic materials): With reference to CPSC-CH-E1002-08.1- Standard Operation Procedure for Determining Total Lead (Pb) in Non-Metal Children Product

Method (metal materials): With reference to CPSC-CH-E1001-08.1- Standard Operating Procedure for Determining Total Lead (Pb) in Children's Metal Products (Including Children's Metal Jewelry)

| Test Item(s) | Lead (Pb) |
|---|---|
| MDL (ppm) | 10 |
| Permissible Limit (ppm) | 100 |
| Warning Limit (ppm) | 40$^{\#}$ |
| **Specimen Description** | **Result(s) (ppm)** |
| 1.   Green rubber core (Elastic cord) + White elastic ring (Elastic band) + Transparent elastic ring (Elastic band) | ND |
| 2.   Silvery metal electro-plated black plastic (Fastener) | ND |
| 3.   Translucent soft plastic (Earplug) + Transparent dark pink plastic (Gem) + Transparent pink plastic (Gem) | ND |
| 4.   Transparent green plastic (Gem) + Transparent plastic (Gem) + Transparent orange plastic (Gem) | ND |
| 5.   Transparent blue plastic (Gem) + Transparent purple plastic (Gem) + Transparent dark orange plastic (Gem) | ND |
| 6.   Pearl white plastic (Part) + White plastic (Part), transparent plastic sheet & adhesive backing (Flower) | ND |
| 7.   White woven band w/ silvery plastic strip (Elastic band) + Dark pink surfaced white foam sheet w/ white mesh backing (Strap) + Light brown foam sheet w/ light brown woven backing (Strap) | ND |
| 8.   Silvery metal chain | ND |
| 9.   Silvery metal lobster claw | ND |
| 10.  Silvery metal jump ring | ND |
| 11.  Silvery metal ring | ND |
| 12.  Silvery metal buckle | ND |
| 13.  Silvery metal buckle pin | ND |

This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

Unless otherwise stated the results shown in this test report refer only to the sample(s) tested *and such sample(s) are retained for 30 days only.*

SGS Hong Kong Ltd.   Laboratory: 1/F, 4/F, 5/F & Units 301-4, 307-11, 3/F, Un Wui Centre, 25 Lok Yip Road, Fanling, N.T., Hong Kong   www.sgsgroup.com.hk
Office: 5/F & 8/F, Manhattan Centre, 8 Kwai Cheong Road, Kwai Chung, N.T., Hong Kong   t (852) 2334 4481   f (852) 2764 3126   e mktg.hk@sgs.com

Member of the SGS Group (SGS SA)

**Confidential**                                                                                       L000191



## Test Report   No.T31520230023TY   Date: SEP 14, 2015   Page 18 of 18

Note:
- ppm = parts per million
- ND = Not Detected (lower than MDL)
- MDL = Method Detection Limit = 10 ppm
- 1% = 10000 mg/kg = 10000 ppm
- # = Effective 1 January, 2010, total Lead content in any substrate materials of children's jewelry and childcare article that is more than 40ppm but lower than 100ppm should bear the following warning statement on the product or the packaging to indicate the product contains Lead.

  **WARNING: CONTAINS LEAD.**
  **MAYBE HARMFUL IF EATEN OR CHEWED.**
  **COMPLIES WITH FEDERAL STANDARDS.**
- The result(s) is(are) calculated using the minimum specimen weight for composite test.

N.B. :
- Only applicable clauses were shown.

**Sample Photo:**



SGS authenticate the photo on original report only

*** End of Report ***

This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 30 days only.

SGS Hong Kong Ltd.   Laboratory: 1/F, 4/F, 5/F & Units 301-4, 307-11, 3/F, Un Wui Centre, 25 Lok Yip Road, Fanling, N.T., Hong Kong   www.sgsgroup.com.hk
Office: 5/F & 8/F, Manhattan Centre, 8 Kwai Cheong Road, Kwai Chung, N.T., Hong Kong   t (852) 2334 4481   f (852) 2764 3126   e mktg.hk@sgs.com

Member of the SGS Group (SGS SA)



**Test Report**     No.T31520230264TC        Date: SEP 02, 2015        Page 1 of 12

CRA-Z-ART CORP.

1578 SUSSEX TURNPIKE RANDOLPH, NJ 07869

The following samples were submitted and identified by/on behalf of the client as:

CRA-Z-ART MY LOOK CRA-Z-JEWELZ ULTIMATE GEM MACHINE

| | | |
|---|---|---|
| Item No. | : | 46634 |
| Buyer | : | TARGET CORPORATION |
| Country of Origin | : | CHINA |
| Labeled Age Grading | : | 6+ |
| Sample Receiving Date | : | AUG 06, 2015 |
| Last Submission Sample Date | : | AUG 28, 2015 |
| Testing Period | : | AUG 06, 2015 TO SEP 02, 2015 |

This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 30 days only.

SGS Hong Kong Ltd.   Laboratory: 1/F, 4/F, 5/F & Units 301-4, 307-13, 3/F, On Wui Centre, 25 Lok Yip Road, Fanling, N.T., Hong Kong   www.sgsgroup.com.hk
Office: 5/F & 8/F, Manhattan Centre, 8 Kwai Cheong Road, Kwai Chung, N.T., Hong Kong   t (852) 2334 4481   f (852) 2764 3126   e mktg.hk@sgs.com

Member of the SGS Group (SGS SA)

**Confidential**                                                                                    L000302



## Test Report   No.T31520230264TC   Date: SEP 02, 2015   Page 2 of 12

| Test Requested | | Conclusion |
|---|---|---|
| 1. | CPSIA section 101 - Total Lead content | -- |
| 1.1 | CPSIA section 101(f) (1) – Lead in paint/similar surface coating material | PASS |
| 1.2 | CPSIA section 101(a) (2) – Lead in accessible substrate materials (Including Children's Metal Jewelry) | PASS |
| 2. | Public Act 10-113 of Connecticut, USA - Cadmium content | PASS |
| 3. | US Model Toxics in Packaging Legislation (TPCH: Toxics in Packaging Clearing House) (formerly drafted by CONEG) – Total Lead, Cadmium, Mercury and Hexavalent Chromium content | PASS |
| 4.1 | Public Act 097-0612 of the US State of Illinois, the Lead Poisoning Prevention Act – Lead in surface coating materials of painted toy / children's jewelry / childcare article | PASS |
| 4.2 | Public Act 097-0612 of the US State of Illinois, the Lead Poisoning Prevention Act – Lead in substrate materials of children's jewelry / childcare article | PASS |

******** FOR FURTHER DETAILS, PLEASE REFER TO THE FOLLOWING PAGE(S) ********

Signed for and on behalf of
SGS Hong Kong Ltd.

To Man Wah, Po
Section Manager

This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 30 days only.

Laboratory: 1/F, 4/F, 5/F & Units 301-4, 307-13, 3/F, On Wai Centre, 25 Lok Yip Road, Fanling, N.T., Hong Kong   www.sgsgroup.com.hk
Office: 5/F & 8/F, Manhattan Centre, 8 Kwai Cheong Road, Kwai Chung, N.T., Hong Kong   t (852) 2334 4481   f (852) 2764 3126   e mktg.hk@sgs.com

Member of the SGS Group (SGS SA)

**Confidential**   L000303



## Test Report   No.T31520230264TC      Date: SEP 02, 2015      Page 3 of 12

**Test Results:**

**1.1 Lead in Paint/Similar Surface Coating Materials**

Method: With reference to CPSC-CH-E1003-09.1 - Standard Operating Procedure for Determining Lead (Pb) in Paint and Other Similar Surface Coatings

| Test Item(s) | Lead (Pb) |
|---|---|
| **Permissible Limit (ppm)** | 90 |
| **Specimen Description** | **Result(s) (ppm)** |
| 1.   Pink coating on plastic (Mould) + Purple coating on plastic (Mould) + Blue coating on plastic (Mould) | ND |
| 2.   Dark pink coating on foam sheet (Strap) w/ shiny silvery coating on plastic (Gem) | ND |
| 3.   Multi-color coating (Instruction) | ND |

Note:
- ppm = parts per million
- ND = Not Detected (lower than MDL)
- MDL = Method Detection Limit = 10 ppm
- 1% = 10000 mg/kg = 10000 ppm
- The result(s) is (are) calculated using the minimum specimen weight for composite test.

This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 30 days only.

Laboratory: 1/F, 4/F, 5/F & Units 301-4, 307-13, 3/F, Un Wui Centre, 25 Lok Yip Road, Fanling, N.T., Hong Kong   www.sgsgroup.com.hk
Office: 5/F & 8/F, Manhattan Centre, 8 Kwai Cheong Road, Kwai Chung, N.T., Hong Kong   t (852) 2334 4481  f (852) 2764 3126  e mktg.hk@sgs.com

Member of the SGS Group (SGS SA)

**Confidential**                    L000304



## Test Report  No.T31520230264TC  Date: SEP 02, 2015  Page 4 of 12

**1.2 CPSIA - Lead in Accessible Substrate Materials**

Method (non-metallic materials): With reference to CPSC-CH-E1002-08.1 - Standard Operation Procedure for Determining Total Lead (Pb) in Non-Metal Children Product

Method (metal materials): With reference to CPSC-CH-E1001-08.1 - Standard Operating Procedure for Determining Total Lead (Pb) in Children's Metal Products (Including Children's Metal Jewelry)

| Test Item(s) | Lead (Pb) |
|---|---|
| **Permissible Limit **(ppm)** | 100 |
| **Specimen Description** | **Result(s) (ppm)** |
| 1.  Silvery metal shaft (Block) | ND |
| 2.  Silvery metal shaft (Mould) | ND |
| 3.  Silvery metal connector shaft | ND |
| 4.  Silvery metal screw | ND |
| 5.  Silvery metal chain | ND |
| 6.  Silvery metal lobster claw | ND |
| 7.  Silvery metal jump ring | ND |
| 8.  Silvery metal ring | ND |
| 9.  Silvery metal buckle | ND |
| 10. Silvery metal buckle pin | ND |
| 11. Purple plastic (Mould) + Dark pink plastic (Mould) + Blue plastic (Block) | ND |
| 12. Translucent soft plastic (Earplug) + Transparent dark pink plastic (Gem) + Transparent pink plastic (Gem) | ND |
| 13. Transparent green plastic (Gem) + Transparent plastic (Gem) + Transparent orange plastic (Gem) | ND |
| 14. Transparent blue plastic (Gem) + Transparent purple plastic (Gem) + Transparent dark orange plastic (Gem) | ND |
| 15. Pearl white plastic (Part) + White plastic (Part), transparent plastic sheet & adhesive backing (Flower) | ND |

This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and *such sample(s) are retained for 30 days only.*

Laboratory: 1/F, 4/F, 5/F & Units 301-4, 307-11, 3/F, Un Wui Centre, 25 Lok Yip Road, Fanling, N.T., Hong Kong   www.sgsgroup.com.hk
Office: 5/F & 8/F, Manhattan Centre, 8 Kwai Cheong Road, Kwai Chung, N.T., Hong Kong   t (852) 2334 4481  f (852) 2764 3126  e inktg.hk@sgs.com

SGS Hong Kong Ltd.
Member of the SGS Group (SGS SA)



### Test Report    No.T31520230264TC    Date: SEP 02, 2015    Page 5 of 12

| Test Item(s) | Lead (Pb) |
|---|---|
| **Permissible Limit **(ppm)** | 100 |
| **Specimen Description** | **Result(s) (ppm)** |
| 16. Dark pink surfaced white foam sheet w/ white mesh backing (Strap) + Light brown foam sheet w/ light brown woven backing (Strap) | ND |
| 17. White rubber core (Elastic cord) + White elastic string (Elastic band) + White woven band w/ silvery plastic strip (Elastic band), transparent elastic string (Elastic band) | ND |
| 18. Silvery metal electro-plated black plastic (Fastener) | ND |

** Permissible Limit applies to a children's product manufactured after 14 August 2011 (Public Law 110-314 (Consumer Product Safety Improvement Act of 2008) and its Amendments Public Law 112-28)

Note:
- ppm = parts per million
- ND = Not Detected (lower than MDL)
- MDL = Method Detection Limit = 10 ppm
- 1% = 10000 mg/kg = 10000 ppm
- The result(s) is (are) calculated using the minimum specimen weight for composite test.
- Result(s) of specimen No.8 (is)are extracted from report No.T31520230022TY-01.

This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 30 days only.

SGS Hong Kong Ltd.    Laboratory: 1/F, 4/F, 5/F & Units 301-4, 307-11, 3/F, Un Wah Centre, 25 Lok Yip Road, Fanling, N.T., Hong Kong    www.sgsgroup.com.hk
Office: 5/F & 8/F, Manhattan Centre, 8 Kwai Cheong Road, Kwai Chung, N.T., Hong Kong    t (852) 2334 4481    f (852) 2764 3126    e mktg.hk@sgs.com

Member of the SGS Group (SGS SA)



## Test Report     No.T31520230264TC          Date: SEP 02, 2015          Page 6 of 12

### 2. USA Jewelry Requirement – Total Cadmium Content

Method: With reference to US EPA 3050B: 1996 / US EPA 3051A: 2007 / US EPA 3052: 1996
Analysis was performed by Atomic Absorption Spectrometry (AAS) / Inductively Coupled Plasma Optical Emission Spectrometer (ICP-OES)

| Specimen Description | Result(s) (ppm) |
|---|---|
| 1.   Dark pink coating on foam sheet (Strap) w/ shiny silvery coating on plastic (Gem) | ND |
| 2.   Silvery metal chain | ND |
| 3.   Silvery metal lobster claw | ND |
| 4.   Silvery metal jump ring | ND |
| 5.   Silvery metal ring | ND |
| 6.   Silvery metal buckle | ND |
| 7.   Silvery metal buckle pin | ND |
| 8.   Translucent soft plastic (Earplug) + Transparent dark pink plastic (Gem) + Transparent pink plastic (Gem) | ND |
| 9.   Transparent green plastic (Gem) + Transparent plastic (Gem) + Transparent orange plastic (Gem) | ND |
| 10.  Transparent blue plastic (Gem) + Transparent purple plastic (Gem) + Transparent dark orange plastic (Gem) | ND |
| 11.  Pearl white plastic (Part) + White plastic (Part), transparent plastic sheet & adhesive backing (Flower) | ND |
| 12.  Dark pink surfaced white foam sheet w/ white mesh backing (Strap) + Light brown foam sheet w/ light brown woven backing (Strap) | ND |
| 13.  White rubber core (Elastic cord) + White elastic string (Elastic band) + White woven band w/ silvery plastic strip (Elastic band), transparent elastic string (Elastic band) | ND |
| 14.  Silvery metal electro-plated black plastic (Fastener) | ND |

This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 30 days only.

SGS Hong Kong Ltd.     Laboratory: 1/F, 4/F, 5/F & Units 301-4, 307-13, 3/F, On Wui Centre, 25 Lok Yip Road, Fanling, N.T., Hong Kong   www.sgsgroup.com.hk
Office: 5/F & 8/F, Manhattan Centre, 8 Kwai Cheong Road, Kwai Chung, N.T., Hong Kong   t (852) 2334 4481   f (852) 2764 3126   e mktg.hk@sgs.com
Member of the SGS Group (SGS SA)

**Confidential**                                                                                           L000307



### Test Report        No.T31520230264TC        Date:  SEP 02, 2015        Page 7 of  12

Note:  -  ppm = parts per million

  -  ND = Not Detected (lower than MDL)

  -  MDL = Method Detection Limit = 5 ppm

  -  The result(s) is (are) calculated using the minimum specimen weight for composite test

  -  Result(s) of specimen No.5 (is)are extracted from report No.T31520230022TY-01.

**Remark: Summary of Requirements:**

| State | Act / Regulation(Bill) | Scope | Requirement | Effective Date |
|---|---|---|---|---|
| Connecticut | Public Act 10-113 (Substituted House Bill 5314, Session 2010) | Jewelry for children up to the age of 12 | ≤75 ppm total cadmium | July 1, 2014 |

**3. US Model Toxics in Packaging Legislation (TPCH: Toxics in Packaging Clearing House) (formerly drafted by CONEG) – Total Lead, Cadmium, Mercury and Hexavalent Chromium content**

Method: With reference to IEC 62321: 2008, IEC 62321-4:2013, IEC 62321-5:2013
Analysis was performed by Inductively Coupled Plasma Optical Emission Spectrometer (ICP-OES) / Ultraviolet Visible Spectrophotometer (UV-Vis)

| Test Item(s) | Pb | Cd | Hg | Cr(VI) | Total (Pb + Cd + Cr(VI)+ Hg) |
|---|---|---|---|---|---|
| **MDL(mg/kg)** | 5 | 5 | 5 | 5 | -- |
| **Permissible Limit (mg/kg)** | -- | -- | -- | -- | 100 |
| **Specimen No.** | -- | -- | -- | -- | -- |
| 1 | ND | ND | ND | ND | ND |
| 2 | ND | ND | ND | ND | ND |
| 3 | ND | ND | ND | ND[#] | ND |
| 4 | ND | ND | ND | ND | ND |
| 5 | ND | ND | ND | ND[#] | ND |
| 6 | ND | ND | ND | ND[#] | ND |
| 7 | ND | ND | ND | ND[#] | ND |

This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

Unless otherwise stated the results shown in this test report refer only to the sample(s) tested *and such sample(s) are retained for 30 days only.*

SGS Hong Kong Limited        Laboratory: 1/F, 4/F, 5/F & Units 301-4, 307-11, 3/F, Un Wah Centre, 25 Lok Yip Road, Fanling, N.T., Hong Kong   www.sgsgroup.com.hk
Office: 5/F & 8/F, Manhattan Centre, 8 Kwai Cheong Road, Kwai Chung, N.T., Hong Kong   t (852) 2334 4481  f (852) 2764 3126  e mktg.hk@sgs.com

Member of the SGS Group (SGS SA)



## Test Report    No.T31520230264TC    Date: SEP 02, 2015    Page 8 of 12

Specimen Description:

1. Multi-color w/ iridescent silvery coating on corrugated paper board (Box)

2. White surfaced brown corrugated paper board (Box) + Light brown corrugated paper board (Box) + Yellow paper sheet

3. Transparent plastic film w/ black printing (Bag) + Transparent plastic sheet w/ black printing (Bag)

4. Laminated paper label w/ black printing (Box), transparent plastic sheet & adhesive backing + Transparent adhesive plastic tape

5. Transparent dark pink plastic (Board) + Transparent pink plastic (Board) + Transparent green plastic (Board)

6. Transparent plastic (Board) + Transparent orange plastic (Board) + Transparent blue plastic (Board)

7. Transparent purple plastic (Board) + Transparent dark orange plastic (Board)


Note:   -   mg/kg = milligram per kilogram

-   1% = 10000 mg/kg = 10000 ppm

-   MDL = Method Detection Limit

-   ND = Not Detected (lower than MDL)

-   Results shown as ND are ignored in the sum calculation

-   # = The result of Hexavalent chromium (Cr(VI)) is considered as "Not Detected" since the total chromium content determined by acid digestion is "Not Detected".

-   The result(s) is (are) calculated using the minimum specimen weight for composite test

-   The TPCH legislation has been enacted by California, Connecticut, Florida, Georgia, Illinois, Iowa, Maine, Maryland, Minnesota, Missouri, New Hampshire, New Jersey, New York, Pennsylvania, Rhode Island, Vermont, Virginia, Washington and Wisconsin.

This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 30 days only.

SGS Hong Kong Ltd.   Laboratory: 1/F, 4/F, 5/F & Units 301-4, 307-11, 3/F, Un Wui Centre, 25 Lok Yip Road, Fanling, N.T., Hong Kong   www.sgsgroup.com.hk
Office: 5/F & 8/F, Manhattan Centre, 8 Kwai Cheong Road, Kwai Chung, N.T., Hong Kong   t (852) 2334 4481   f (852) 2764 3126   e inktg.hk@sgs.com
Member of the SGS Group (SGS SA)

**Confidential**                                                                    L000309



## Test Report    No.T31520230264TC        Date: SEP 02, 2015        Page 9 of 12

### 4.1 Public Act 097-0612 of the US State of Illinois, the Lead Poisoning Prevention Act - Lead in Surface Coating Materials of Painted Toy / Children's Jewelry / Childcare Article

Method (coating materials): With reference to CPSC-CH-E1003-09.1 - Standard Operating Procedure for Determining Lead (Pb) in Paint and Other Similar Surface Coatings

| Test Item(s) | Lead (Pb) |
|---|---|
| MDL (ppm) | 10 |
| Permissible Limit (ppm) | 90 |
| Warning Limit (ppm) | 40# |
| Specimen Description | Result(s) (ppm) |
| 1. Pink coating on plastic (Mould) + Purple coating on plastic (Mould) + Blue coating on plastic (Mould) | ND |
| 2. Dark pink coating on foam sheet (Strap) w/ shiny silvery coating on plastic (Gem) | ND |
| 3. Multi-color coating (Instruction) | ND |

Note:   -   ppm = parts per million

-   ND = Not Detected (lower than MDL)

-   MDL = Method Detection Limit

-   1% = 10000 mg/kg = 10000 ppm

-   # = Effective 1 January, 2010, total Lead content in any surface coating materials of toy, children's jewelry and childcare article that is more than 40ppm but lower than 90ppm should bear the following warning statement on the product or the packaging to indicate the product contains Lead.

    **WARNING: CONTAINS LEAD.**
    **MAYBE HARMFUL IF EATEN OR CHEWED.**
    **COMPLIES WITH FEDERAL STANDARDS.**
-   The result(s) is(are) calculated using the minimum specimen weight for composite test.

This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 30 days only.

SGS Hong Kong Ltd.   Laboratory: 1/F, 4/F, 5/F & Units 301-4, 307-11, 3/F, On Wui Centre, 25 Lok Yip Road, Fanling, N.T., Hong Kong   www.sgsgroup.com.hk
Office: 5/F & 8/F, Manhattan Centre, 8 Kwai Cheong Road, Kwai Chung, N.T., Hong Kong   t (852) 2334 4481   f (852) 2764 3126   e mktg.hk@sgs.com

Member of the SGS Group (SGS SA)



**Test Report**     No.T31520230264TC     Date: SEP 02, 2015     Page 10 of 12

### 4.2 Public Act 097-0612 of the US State of Illinois, the Lead Poisoning Prevention Act - Lead in Substrate Materials of Children's Jewelry / Childcare article

Method (non-metallic materials): With reference to CPSC-CH-E1002-08.1- Standard Operation Procedure for Determining Total Lead (Pb) in Non-Metal Children Product

Method (metal materials): With reference to CPSC-CH-E1001-08.1- Standard Operating Procedure for Determining Total Lead (Pb) in Children's Metal Products (Including Children's Metal Jewelry)

| Test Item(s) | Lead (Pb) |
|---|---|
| **MDL (ppm)** | **10** |
| **Permissible Limit (ppm)** | **100** |
| **Warning Limit (ppm)** | **40#** |
| **Specimen Description** | **Result(s) (ppm)** |
| 1.   Silvery metal chain | ND |
| 2.   Silvery metal lobster claw | ND |
| 3.   Silvery metal jump ring | ND |
| 4.   Silvery metal ring | ND |
| 5.   Silvery metal buckle | ND |
| 6.   Silvery metal buckle pin | ND |
| 7.   Translucent soft plastic (Earplug) + Transparent dark pink plastic (Gem) + Transparent pink plastic (Gem) | ND |
| 8.   Transparent green plastic (Gem) + Transparent plastic (Gem) + Transparent orange plastic (Gem) | ND |
| 9.   Transparent blue plastic (Gem) + Transparent purple plastic (Gem) + Transparent dark orange plastic (Gem) | ND |
| 10. Pearl white plastic (Part) + White plastic (Part), transparent plastic sheet & adhesive backing (Flower) | ND |

This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 30 days only.

SGS Hong Kong Limited     Laboratory: 1/F, 4/F, 5/F & Units 301-4, 307-13, 3/F, On Wui Centre, 25 Lok Yip Road, Fanling, N.T., Hong Kong   www.sgsgroup.com.hk
Office: 5/F & 8/F, Manhattan Centre, 8 Kwai Cheong Road, Kwai Chung, N.T., Hong Kong   t (852) 2334 4481  f (852) 2764 3126  e mktg.hk@sgs.com

Member of the SGS Group (SGS SA)

**Confidential**                                                                                     **L000311**



## Test Report   No.T31520230264TC   Date: SEP 02, 2015   Page 11 of 12

| Test Item(s) | Lead (Pb) |
|---|---|
| MDL (ppm) | 10 |
| Permissible Limit (ppm) | 100 |
| Warning Limit (ppm) | 40# |
| Specimen Description | Result(s) (ppm) |
| 11. Dark pink surfaced white foam sheet w/ white mesh backing (Strap) + Light brown foam sheet w/ light brown woven backing (Strap) | ND |
| 12. White rubber core (Elastic cord) + White elastic string (Elastic band) + White woven band w/ silvery plastic strip (Elastic band), transparent elastic string (Elastic band) | ND |
| 13. Silvery metal electro-plated black plastic (Fastener) | ND |

Note:
- ppm = parts per million
- ND = Not Detected (lower than MDL)
- MDL = Method Detection Limit = 10 ppm
- 1% = 10000 mg/kg = 10000 ppm
- # = Effective 1 January, 2010, total Lead content in any substrate materials of children's jewelry and childcare article that is more than 40ppm but lower than 100ppm should bear the following warning statement on the product or the packaging to indicate the product contains Lead.

  **WARNING: CONTAINS LEAD.**
  **MAYBE HARMFUL IF EATEN OR CHEWED.**
  **COMPLIES WITH FEDERAL STANDARDS.**
- The result(s) is(are) calculated using the minimum specimen weight for composite test.
- Result(s) of specimen No.4 (is)are extracted from report No.T31520230022TY-01.

This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 30 days only.

Laboratory: 1/F, 4/F, 5/F & Units 301-4, 307-11, 3/F, Un Wui Centre, 25 Lok Yip Road, Fanling, N.T., Hong Kong   www.sgsgroup.com.hk
Office: 5/F & 8/F, Manhattan Centre, 8 Kwai Cheong Road, Kwai Chung, N.T., Hong Kong   t (852) 2334 4481   f (852) 2764 3126   e mktg.hk@sgs.com

Member of the SGS Group (SGS SA)

**Confidential**                                                    L000312



## Test Report       No.T31520230264TC       Date: SEP 02, 2015       Page 12 of 12

**Sample Photo:**



SGS authenticate the photo on original report only

*** End of Report ***

This document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

Unless otherwise stated the results shown in this test report refer only to the sample(s) tested *and such sample(s) are retained for 30 days only.*

SGS Hong Kong Ltd    Laboratory: 1/F, 4/F, 5/F & Units 301-4, 307-11, 3/F, On Wui Centre, 25 Lok Yip Road, Fanling, N.T., Hong Kong    www.sgsgroup.com.hk
Office: 5/F & 8/F, Manhattan Centre, 8 Kwai Cheong Road, Kwai Chung, N.T., Hong Kong   t (852) 2334 4481  f (852) 2764 3126  e mktg.hk@sgs.com

Member of the SGS Group (SGS SA)

**Confidential**                                                    L000313



# TEST REPORT

| | | | |
|---|---|---|---|
| **LAB LOCATION:** | HONG KONG | **ISSUE DATE:** | APR 26, 2016 |
| **REPORT NUMBER:** | 65315-110368 I | **PAGE:** | 1 of 6 |

| | | |
|---|---|---|
| Applicant | : | Cra-z-art Corp. |
| | | 1578 Sussex Turnpike Bldg 5, Randolph N.J. 07869 USA. |
| Contact Person | : | Kenny / Victor Pan |
| Sample Description | : | Cra-z-art Shimmer'n Sparkle Gem Charm & Slider Bracelets |
| Style Number | : | 17484 |
| Purchase Order Number | : | -- |
| Buyer | : | -- |
| Country of Origin | : | China |
| Country of Destination | : | -- |
| Date of Submission | : | NOV 25, 2015/DEC 17, 2015/JAN 19, 2016 |
| Test Performance Dates | : | NOV 25, 2015 – APR 26, 2016 |

## Photo of Submitted Sample



### TEST RESULT SUMMARY

| Test Requested | Results |
|---|---|
| Total Lead Content – U.S. Consumer Product Safety Improvement Act of 2008 (CPSIA), Title I, Section 101 | **PASS** |
| Total Lead Content – Client's Requirement with reference to Illinois Lead Poisoning Prevention Act | **PASS** |
| Total Lead Content in Toys and Child Care Articles – Client's Requirement according to the Consent Decrees of California Proposition 65 | **PASS** |
| Total Lead in Jewelry (Children's Jewelry) – Client's Requirement according to the Consent Decrees of California Proposition 65 | **PASS** |

*For and on behalf of*
Modern Testing Services (Global) Ltd.

SIU, Chung Hong
Toys Testing Manager
Toys, Arts and Crafts Division

Modern Testing Services (Global) Ltd.
6/F ~ 8/F, CEO Tower, 77 Wing Hong Street, Cheung Sha Wan, Kowloon, Hong Kong
Tel: (852) 3604-1328    Fax: (852) 2323-4180    E-mail: info@mts-global.com    Website: www.mts-global.com

USA • Hong Kong • Shanghai • Dongguan • Taiwan • India • Bangladesh • Indonesia • Germany • UK • Turkey • Cambodia • Vietnam • Korea • Pakistan • Egypt • Thailand

Confidential                                                                                              L000003



# TEST REPORT

| | | | |
|---|---|---|---|
| **LAB LOCATION:** | HONG KONG | **ISSUE DATE:** | APR 26, 2016 |
| **REPORT NUMBER:** | 65315-110368 I | **PAGE:** | 2 of 6 |

## COMPONENT BREAKDOWN LIST:

| Test Item | Component Description |
|---|---|
| A1 | Silver Coating (Charm) |
| A2 | Bright Silver Coating (Backing of Gem) |
| A3 | White Plastic without Coating (Charm) |
| A4 | Transparent Plastic without Coating (Gem) |
| A5 | Transparent Blue Plastic without Coating (Gem) |
| A6 | Transparent Green Plastic without Coating (Gem) |
| A7 | Transparent Pink Plastic without Coating (Gem) |
| A8 | Transparent Purple Plastic without Coating (Gem) |
| A9 | Transparent Red Plastic without Coating (Gem) |
| A10 | Pink Glitter (Strap) |
| A11 | Pink/Brown Printed Plastic (Strap) |
| A12 | Silver Metal (Buckle of Strap) |
| A13 | Silver Metal (Pin of Strap) |
| A14 | Silver Metal (Lobster Hook) |
| A15 | Silver Metal (Chain) |
| A16 | Silver Metal (Jump Ring of Chain) |
| A17 | Silver Metal (Jump Ring) |
| A18 | Silver Metal (Axis of Buckle) |
| A19 | Pink/Light Brown Printed Plastic (Strap) |

**Modern Testing Services (Global) Ltd.**
6/F ~ 8/F, CEO Tower, 77 Wing Hong Street, Cheung Sha Wan, Kowloon, Hong Kong
Tel: (852) 3604-1328    Fax: (852) 2323-4180    E-mail: info@mts-global.com    Website: www.mts-global.com

USA • Hong Kong • Shanghai • Dongguan • Taiwan • India • Bangladesh • Indonesia • Germany • UK • Turkey • Cambodia • Vietnam • Korea • Pakistan • Egypt • Thailand

**Confidential**

L000004



## TEST REPORT

| | | | |
|---|---|---|---|
| **LAB LOCATION:** | HONG KONG | **ISSUE DATE:** | APR 26, 2016 |
| **REPORT NUMBER:** | 65315-110368 I | **PAGE:** | 3 of 6 |

## TEST RESULT:

### Total Lead Content – U.S. Consumer Product Safety Improvement Act of 2008 (CPSIA), Title I, Section 101

| Test Item | Accessibility (Remark 1) | Classification | Total Lead (Pb) (ppm) | | Conclusion |
|---|---|---|---|---|---|
| | | | Result | Limit | |
| A1+A2 | Accessible as received | Paint or similar surface coating | <10 | 90 | PASS |
| A3+A4+A5 | Accessible as received | Accessible substrate | <10 | 100 | PASS |
| A6+A7 | Accessible as received | Accessible substrate | <10 | 100 | PASS |
| A8+A9 | Accessible as received | Accessible substrate | <10 | 100 | PASS |
| A10+A11 | Accessible as received | Accessible substrate | <10 | 100 | PASS |
| A12 | Accessible as received | Accessible substrate | <10 | 100 | PASS |
| A13 | Accessible as received | Accessible substrate | <10 | 100 | PASS |
| A14+A15 | Accessible as received | Accessible substrate | <10 | 100 | PASS |
| A16+A17 | Accessible as received | Accessible substrate | <10 | 100 | PASS |
| A19 | Accessible as received | Accessible substrate | <10 | 100 | PASS |

Method:
1) Lead in paint and other similar surface coatings: The test is conducted according to CPSC-CH-E1003-09
2) Lead in metals: The test is conducted according to CPSC-CH-E1001-08
3) Lead in other non-metal materials including plastics, glass and leather material: The test is conducted according to CPSC-CH-E1002-08

Remark:
1) The accessibility of the submitted sample after use and abuse is verified according to 16 CFR 1500.87 (e) to (h).
2) Test is performed on the specified item(s) that is / are excluded from the material listed under 16 CFR 1500.91 (d) as per client's declaration.

Note:    ppm = part per million = mg/kg (milligram per kilogram)
         "<" = less than

Modern Testing Services (Global) Ltd.
6/F ~ 8/F, CEO Tower, 77 Wing Hong Street, Cheung Sha Wan, Kowloon, Hong Kong
Tel: (852) 3604-1328    Fax: (852) 2323-4180    E-mail: info@mts-global.com    Website: www.mts-global.com

USA • Hong Kong • Shanghai • Dongguan • Taiwan • India • Bangladesh • Indonesia • Germany • UK • Turkey • Cambodia • Vietnam • Korea • Pakistan • Egypt • Thailand

Confidential                                                                 L000005



## TEST REPORT

| | |
|---|---|
| **LAB LOCATION:** HONG KONG | **ISSUE DATE:** APR 26, 2016 |
| **REPORT NUMBER:** 65315-110368 I | **PAGE:** 4 of 6 |

### Total Lead Content – Client's Requirement with reference to Illinois Lead Poisoning Prevention Act

| Test Item | Total Lead (Pb) (ppm) | | Conclusion |
|---|---|---|---|
| | Result | Client's Limit | |
| A1+A2 | <10 | 40 | PASS |
| A3+A4+A5 | <10 | 40 | PASS |
| A6+A7 | <10 | 40 | PASS |
| A8+A9 | <10 | 40 | PASS |
| A10+A11 | <10 | 40 | PASS |
| A12 | <10 | 40 | PASS |
| A13 | <10 | 40 | PASS |
| A14+A15 | <10 | 40 | PASS |
| A16+A17 | <10 | 40 | PASS |
| A19 | <10 | 40 | PASS |

Method:
1) Lead in paint and other similar surface coatings:
   The test is conducted according to the US CPSC Standard Operating Procedure for Determining Lead (Pb) in Paint and Other Similar Surface Coatings, April 26, 2009 (CPSC-CH-E1003-09.1)
2) Lead in metals:
   The test is conducted according to the US CPSC Standard Operating Procedure for Determining Total Lead (Pb) in Children's Metal Products (Including Children's Metal Jewelry), December 4, 2008 (CPSC-CH-E1001-08.2)
3) Lead in other non-metal materials including plastics, glass and leather material:
   The test is conducted according to the US CPSC Standard Operating Procedure for Determining Total Lead (Pb) in Non-Metal Children's Products, February 1, 2009 (CPSC-CH-E1002-08.1)

Note:   ppm = part per million = mg/kg (milligram per kilogram)
        "<" = less than

**Modern Testing Services (Global) Ltd.**
6/F ~ 8/F, CEO Tower, 77 Wing Hong Street, Cheung Sha Wan, Kowloon, Hong Kong
Tel: (852) 3604-1328   Fax: (852) 2323-4180   E-mail: info@mts-global.com   Website: www.mts-global.com

USA • Hong Kong • Shanghai • Dongguan • Taiwan • India • Bangladesh • Indonesia • Germany • UK • Turkey • Cambodia • Vietnam • Korea • Pakistan • Egypt • Thailand



# TEST REPORT

| LAB LOCATION: | HONG KONG | ISSUE DATE: | APR 26, 2016 |
|---|---|---|---|
| REPORT NUMBER: | 65315-110368 I | PAGE: | 5 of 6 |

## Total Lead Content in Toys and Child Care Articles – Client's Requirement according to the Consent Decrees of California Proposition 65

| Test Item | Classification | Total Lead (Pb) (mg/kg) | | Conclusion |
|---|---|---|---|---|
| | | Result | Maximum Permissible Limit | |
| A1+A2 | Surface coating | <10 | 90 | PASS |
| A3+A4+A5 | Substrate | <10 | 100 | PASS |
| A6+A7 | Substrate | <10 | 100 | PASS |
| A8+A9 | Substrate | <10 | 100 | PASS |
| A10+A11 | Substrate | <10 | 100 | PASS |
| A12 | Substrate | <10 | 100 | PASS |
| A13 | Substrate | <10 | 100 | PASS |
| A14+A15 | Substrate | <10 | 100 | PASS |
| A16+A17 | Substrate | <10 | 100 | PASS |
| A19 | Substrate | <10 | 100 | PASS |

Method: Sample was digested with reference to EPA 3051. The lead content was analyzed by Atomic Absorption Spectrophotometer / Inductively Coupled Argon Plasma Spectrometer / Inductively Coupled Plasma Mass Spectrometer.

Remark: The maximum permissible limit(s) was / were quoted from the client's protocol constructed according to various Consent Decrees. Compliance with the above stated limit(s) does not show compliance with Proposition 65 or a guarantee against possible legal action but provides a relative level of assurance against potential lawsuits.

Note: mg/kg = milligram per kilogram
"<" = less than

**Modern Testing Services (Global) Ltd.**
6/F ~ 8/F, CEO Tower, 77 Wing Hong Street, Cheung Sha Wan, Kowloon, Hong Kong
Tel: (852) 3604-1328    Fax: (852) 2323-4180    E-mail: info@mts-global.com    Website: www.mts-global.com

USA • Hong Kong • Shanghai • Dongguan • Taiwan • India • Bangladesh • Indonesia • Germany • UK • Turkey • Cambodia • Vietnam • Korea • Pakistan • Egypt • Thailand

**Confidential**
L000007



# TEST REPORT

| LAB LOCATION: | HONG KONG | ISSUE DATE: | APR 26, 2016 |
|---|---|---|---|
| REPORT NUMBER: | 65315-110368 I | PAGE: | 6 of 6 |

## Total Lead in Jewelry (Children's Jewelry) – Client's Requirement according to the Consent Decrees of California Proposition 65

| Test Item | Classification | Total Lead (Pb) (ppm) | | Conclusion |
|---|---|---|---|---|
| | | Result | Maximum Permissible Limit | |
| A1+A2 | Paints and surface coatings | <10 | 90 | PASS |
| A3+A4+A5 | All other materials | <10 | 100 | PASS |
| A6+A7 | All other materials | <10 | 100 | PASS |
| A8+A9 | All other materials | <10 | 100 | PASS |
| A10+A11 | All other materials | <10 | 100 | PASS |
| A12 | All other materials | <10 | 100 | PASS |
| A13 | All other materials | <10 | 100 | PASS |
| A14+A15 | All other materials | <10 | 100 | PASS |
| A16+A17 | All other materials | <10 | 100 | PASS |
| A18 | All other materials | <10 | 100 | PASS |
| A19 | All other materials | <10 | 100 | PASS |

Method: With reference to US EPA 3050B or 3051. The lead content was analyzed by Inductively Coupled Argon Plasma Spectrometer / Inductively Coupled Mass Spectrometer.

Remark: The maximum permissible limit(s) was / were quoted from the client's protocol constructed according to various Consent Decrees. Compliance with the above stated limit(s) does not show compliance with Proposition 65 or a guarantee against possible legal action but provides a relative level of assurance against potential lawsuits.

Note: ppm = part per million = mg/kg (milligram per kilogram)
"<" = less than

## NOTE:

If there is question or concern regarding the above results, please contact the appropriate lab person below:

Technical question & concern:     Gary Siu
Toys Testing Manager,
Toys, Arts and Crafts Division
Tel: (852) 3604 1325
Fax: (852) 2799 9135
Email: garysiu@mts-global.com

*The testing lab overall rating is provided to client as an aid in reviewing report data. The rating is based on lab results. Final product acceptance or rejection is per client only. Testing of vendor's merchandise by client is not a substitute for vendor's own testing and other quality assurance related obligations in connection with its sale of merchandise to client. Client testing shall not limit client's rights, or diminish or remove any of vendor's responsibilities.*

**Modern Testing Services (Global) Ltd.**
6/F ~ 8/F, CEO Tower, 77 Wing Hong Street, Cheung Sha Wan, Kowloon, Hong Kong
Tel: (852) 3604-1328   Fax: (852) 2323-4180   E-mail: info@mts-global.com   Website: www.mts-global.com

USA • Hong Kong • Shanghai • Dongguan • Taiwan • India • Bangladesh • Indonesia • Germany • UK • Turkey • Cambodia • Vietnam • Korea • Pakistan • Egypt • Thailand

# EXHIBIT I

# TAR-SCU-00000004

*REDACTED PENDING
COURT DECISION ON CONFIDENTIALITY*

TAR-SCU-00000008

*REDACTED PENDING*
*COURT DECISION ON CONFIDENTIALITY*

# TAR-SCU-00000013 – TAR-SCU-00000016

*REDACTED PENDING*
*COURT DECISION ON CONFIDENTIALITY*

# EXHIBIT J

# L000002

*REDACTED PENDING*
*COURT DECISION ON CONFIDENTIALITY*

Case 1:19-cv-00040-MAD-CFH   Document 2   Filed 01/10/19   Page 418 of 486

# EXHIBIT K

# L003809 – L003812

## *REDACTED PENDING*
## *COURT DECISION ON CONFIDENTIALITY*

FILED: ALBANY COUNTY CLERK 12/13/2018 11:42 PM
NYSCEF DOC. NO. 188
RECEIVED NYSCEF: 12/13/2018

# TAR-MOR-0000173 – TAR-MOR-0000178

*REDACTED PENDING
COURT DECISION ON CONFIDENTIALITY*

# EXHIBIT L

WM-2016010510C0000033

*REDACTED PENDING*
*COURT DECISION ON CONFIDENTIALITY*

WM-2016010510C0000034

*REDACTED PENDING*
*COURT DECISION ON CONFIDENTIALITY*

FILED: ALBANY COUNTY CLERK 12/13/2018 11:42 PM INDEX NO. 907519-18

NYSCEF DOC. NO. 169 Case 1:19-cv-00040-MAD-CFH Document 2 Filed 01/10/19 Page 424 of 486 RECEIVED NYSCEF: 12/13/2018

# WM-2016010510C0000048

*REDACTED PENDING*
*COURT DECISION ON CONFIDENTIALITY*

# EXHIBIT M

# Kmart_000001

*REDACTED PENDING
COURT DECISION ON CONFIDENTIALITY*

# Kmart_000014

*REDACTED PENDING*
*COURT DECISION ON CONFIDENTIALITY*

# Kmart Response to Attorney General's Requests for Information

*REDACTED PENDING*
*COURT DECISION ON CONFIDENTIALITY*

# EXHIBIT N

# TRU_000001

*REDACTED PENDING*
*COURT DECISION ON CONFIDENTIALITY*

# TRU_000002

*REDACTED PENDING*
*COURT DECISION ON CONFIDENTIALITY*

# EXHIBIT O



## GENERAL CERTIFICATION OF CONFORMITY

## CERTIFICATION OF COMPLIANCE

Date of Issue: | 04/26/16

**1. Identification of the product covered by this certificate:**

Item # | 17450 | Description: | Cra-Z-Jewelz Gem Creations Ultimate Gem Machine

**2. Citation to each CPSC product safety regulation to which this product is being certified:**

| | |
|---|---|
| [X] CPSIA, Sec. 101 - Lead in Substrate of Children's Products | [ ] 16 CFR 1501 - Small Parts |
| [X] CPSIA, Sec. 101, 16 CFR Part 1303 - Lead in Paint and Surface Coating | [ ] 16 CFR 1505 - Electrically Operated Toys and Children's Articles |
| [X] CPSIA, Sec. 103 - Pkg/Product Tracking Labels for Children's Products | [ ] 16 CFR 1510 - Rattles |
| [X] CPSIA, Sec. 106 - ASTM F963-08 Mandatory Toy Safety Standards | [ ] 16 CFR 1511 - Pacifiers |
| [ ] CPSIA, Sec. 108 - Products Containing Certain Phthalates | [ ] 16 CFR 1610 - Flammability of Clothing Textiles |
| [ ] 16 CFR 1500.3 (b) & (c) - Toxicology and Hazardous Substances | [ ] 16 CFR 1611 - Flammability of Vinyl Plastic Film |
| [ ] 16 CFR 1500.14 (b)(8) - Art Materials (including LHAMA) | [ ] 16 CFR 1615 & 1616 - Flammability of Children's Sleepwear |
| [ ] 16 CFR 1500.18 (a)(17) - Small Balls | [X] CPSC - Lead in Children's Jewelry |
| [ ] 16 CFR 1500.19 - CSPA Labeling (small parts, etc.) | [X] Other: Safety & Labeling requirement of ASTM F2923-14 |
| [X] 16 CFR 1500.44 - Flammability | [X] Other: Total Cadmium content for children costum jewelry |
| [X] 16 CFR 1500.48 & 49 - Sharp Points/Edges | [ ] Other: |

**3. Identification of the U.S. importer or domestic manufacturer certifying compliance of the product:**

La Rose Industries d/b/a Cra-Z-Art, 1578 Sussex Turnpike, Randolph, New Jersey 07869
Tel.: 973/543-2037

**4. Contact information for the individual maintaining records of test results:**

Daniel Khakshoor Tel.: 973/543-2037 ext 317, dkhakshoor@cra-z-art.com

**5. Date and place where this product was manufactured:** CRA-Z-ART A DIVISION OF LAROSE INDUSTRIES, LLC

Confidential

L000018

Date:                                   Place:    Dongguan City/China

**6. Date and place where these products was tested for compliance with the regulation(s) cited above:**

Date:    09/14/15    Test Report# T315202300020TY    Place:    Hong Kong, China

**7. Identification of any third-party laboratory on whose testing the certificate depends:**

SGS Hong Kong, LTD
Laboratory: 1/F,4/F,5/F & Unites 301-4,307-11, 3/F on Wui Centre, 25 Lok Yip road Falling,N.T. Hong Kong
Office: 5/F, 8/F, Manhattan Centre, 8 Kwai Cheong Road, Kwai Chung, N.T. Hong Kong
Tel:852-2334-4481 Fax: 852-2764-3126
www.sgs.group.com.hk

CRA-Z-ART A DIVISION OF LAROSE INDUSTRIES, LLC



## GENERAL CERTIFICATION OF CONFORMITY

## CERTIFICATION OF COMPLIANCE

Date of Issue: 05/02/16

### 1. Identification of the product covered by this certificate:

Item # 17484 | Description: Cra-Z-Jewelz Gem Creations Gem Charm and Slider Bracelets

### 2. Citation to each CPSC product safety regulation to which this product is being certified:

| | |
|---|---|
| [X] CPSIA, Sec. 101 - Lead in Substrate of Children's Products | [ ] 16 CFR 1501 - Small Parts |
| [X] CPSIA, Sec. 101, 16 CFR Part 1303 - Lead in Paint and Surface Coating | [ ] 16 CFR 1505 - Electrically Operated Toys and Children's Articles |
| [X] CPSIA, Sec. 103 - Pkg/Product Tracking Labels for Children's Products | [ ] 16 CFR 1510 - Rattles |
| [X] CPSIA, Sec. 106 - ASTM F963-08 Mandatory Toy Safety Standards | [ ] 16 CFR 1511 - Pacifiers |
| [X] CPSIA, Sec. 108 - Products Containing Certain Phthalates | [ ] 16 CFR 1610 - Flammability of Clothing Textiles |
| [ ] 16 CFR 1500.3 (b) & (c) - Toxicology and Hazardous Substances | [ ] 16 CFR 1611 - Flammability of Vinyl Plastic Film |
| [ ] 16 CFR 1500.14 (b)(8) - Art Materials (including LHAMA) | [ ] 16 CFR 1615 & 1616 - Flammability of Children's Sleepwear |
| [ ] 16 CFR 1500.18 (a)(17) - Small Balls | [X] CPSC - Lead in Children's Jewelry |
| [ ] 16 CFR 1500.19 - CSPA Labeling (small parts, etc.) | [X] Other: Safety & Labeling requirement of ASTM F2923-14 |
| [X] 16 CFR 1500.44 - Flammability | [X] Other: Total Cadmium content for children costum jewelry |
| [X] 16 CFR 1500.48 & 49 - Sharp Points/Edges | [X] Other: IL, lead poisioning Act |

GCC Provided Based on: Item#17450, Cra-Z-Jewelz Gem Creations Ultimate Gem Machine tested on 9/14/15
Item#46634, Cra-Z-Jewelz Gem Creations Ultimate Gem Machine tested on 8/21/15

### 3. Identification of the U.S. importer or domestic manufacturer certifying compliance of the product:

La Rose Industries d/b/a Cra-Z-Art, 1578 Sussex Turnpike, Randolph, New Jersey 07869
Tel.: 973/543-2037

### 4. Contact information for the individual maintaining records of test results:

Daniel Khakshoor Tel.: 973/543-2037 ext 317, dkhakshoor@cra-z-art.com

### 5. Date and place where this product was manufactured: CRA-Z-ART A DIVISION OF LAROSE INDUSTRIES, LLC

Confidential

Date:                                    Place:   Dongguan City/China

**6. Date and place where these products was tested for compliance with the regulation(s) cited above:**

Date:   8/21/2015  Test Report# T3152023019 1TY    Place:   Hong Kong, China
Date:   09/14/15    Test Report# T3152023002 0TY    Place:   Hong Kong, China
Date:   5/2/2016   Test Report# 65315-110368 C      Place:   Hong Kong, China

**7. Identification of any third-party laboratory on whose testing the certificate depends:**

SGS Hong Kong, LTD
Laboratory: 1/F, 4/F, 5/F & Unites 301-4, 307-11, 3/F on Wui Centre, 25 Lok Yip road Falling, N.T. Hong Kong
Office: 5/F, 8/F, Manhattan Centre, 8 Kwai Cheong Road, Kwai Chung, N.T. Hong Kong
Tel:852-2334-4481 Fax: 852-2764-3126
www.sgs.group.com.hk

Modern Testing Services (Global) LTD
6/F~8/F, CEO Tower, 77 Wing Hong Street, Cheung Sha Wan, Kowloon, Hong Kong
Tel: 852-3604-1328   Fax:852-2323-4180
Email: info@mts-global.com

CRA-Z-ART A DIVISION OF LAROSE INDUSTRIES, LLC

# L004060 – L004061

## *REDACTED PENDING*
## *COURT DECISION ON CONFIDENTIALITY*

FILED: ALBANY COUNTY CLERK 12/13/2018 11:42 PM    INDEX NO. 907519-18
NYSCEF DOC. NO. 8                                    RECEIVED NYSCEF: 12/13/2018

# NON TARGET BRAND
# TARGET GENERAL CONFORMITY CERTIFICATE (TGCC)
# FOR
# CONSUMER PRODUCT SAFETY IMPROVEMENT ACT

9/9/2015

Page 1 of 2

| IMPORTER/DOMESTIC MANUFACTURER | PERSON MAINTAINING RECORDS |
|---|---|
| Target Corporation | Target Corporation |
| 1000 Nicollet Mall | 1000 Nicollet Mall |
| Minneapolis, MN 55403 | Minneapolis, MN 55403 |
| Email: CPSIA@Target.com | Email: CPSIA@Target.com |
| Tel. No.: 612-304-6073 | Tel. No.: 612-304-6073 |

**Sample Description:** Cra-Z-Art My Look Cra-Z-Jewelz Ultimate Gem Machine

**DPCIs/TCIN:** 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

**Name of Manufacturer:** 1256552          CRA-Z-ART CORP

**Place of Manufacture:**

| **Factory Name:** | **Factory City:** | **Country or administrative region:** |
|---|---|---|
| Fairlandtoy | Dongguan | |
| **Country of Origin:** | China | |
| **Date of Manufacture:** | 07/30/2015 | |

| | |
|---|---|
| Testing Lab Name: | SGS Hong Kong Limited |
| Lab Address: | 1/F On Wui Centre, 25 Lok Yip Road |
| Lab City: | Fanling, NT |
| Lab State/Province: | |
| Lab Country: | Hong Kong |
| Lab Zip/Country Code: | |

**I (we) hereby certify that the product contained within this shipment complies with all applicable federal rules, bans, regulations and standards enforced by the CPSC.**

**The following rules, bans, standards and regulations apply for this product:**

Use and abuse testing FHSA 16 CFR 1500.50-53
Sharp Points and Edges CPSA 16 CFR 1500.48 and 49
Flammability of Solids FHSA 16 CFR 1500.44
Lead Paint Ban CPSA 16 CFR 1303
Lead in Substrate CPSIA Section 101

**CONFIDENTIAL**                                                    **TAR-FIG-0000251**

FILED: ALBANY COUNTY CLERK 12/13/2018 11:42 PM   INDEX NO. 907519-18
NYSCEF DOC. NO. 8                                           RECEIVED NYSCEF: 12/13/2018

# NON TARGET BRAND
## TARGET GENERAL CONFORMITY CERTIFICATE (TGCC)
## FOR
## CONSUMER PRODUCT SAFETY IMPROVEMENT ACT

9/9/2015

Page 2 of 2

| Note: | CPSA | - Consumer Product Safety Act |
|-------|------|-------------------------------|
|       | FHSA | - Federal Hazardous Safety Act |
|       | PPPA | - Poison Prevention Packaging Act |
|       | RSA  | - Refrigerator Safety Act |
|       | FFA  | - Flammable Fabrics Act |

CONFIDENTIAL

TAR-FIG-0000252

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ALBANY
------------------------------------------------------------- x

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK, by BARBARA UNDERWOOD, Attorney General of the State of New York, | INDEX NO. 907519-18<br>RJI NO. 01-18-130331<br><br>Assigned Judge:<br>Richard Platkin |
| Petitioners, | |
| - against - | **AFFIDAVIT OF**<br>**JENNIFER NALBONE** |
| TARGET CORPORATION, WALMART INC., and LAROSE INDUSTRIES LLC, | |
| Respondents. | |

------------------------------------------------------------- x

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF ERIE           )

JENNIFER NALBONE, being duly sworn deposes and says:

**I. Background and Credentials**

1.     I am employed as an Environmental Scientist with the New York State Attorney General's Environmental Protection Bureau (OAG), and work in the Buffalo Regional Office.   My responsibilities include, among other things, the conduct of research and scientific analysis to support the office's litigation, legislative initiatives, and policy positions.  I also review and analyze legal and scientific documents, and prepare scientific reports.

2.     I received a Bachelor of Science degree in Biology and Geology from Syracuse University and a Master of Science degree in Environmental Science from the University of Virginia.

1

3.     I submit this affidavit in support of the State of New York (State)'s petition for injunctive relief and penalties against the respondents for importing, distributing, selling, and holding for sale toys that contain more than the 100 parts per million (ppm) of lead.  This affidavit is based on my personal knowledge, my review of the files maintained by the OAG, and direct conversations with other employees of the OAG.

4.     In 2015, the OAG began an investigation into lead in children's toys.  I assisted in that investigation by purchasing Cra-Z-Art Cra-Z-Jewelz Ultimate Gem Machine kits (Base Kits) from the retailers Target, Kmart and Toys "R" Us.

5.     On February 8, 2016, I visited the Target store located at 2626 Delaware Avenue, Buffalo, NY 14216 and purchased a My Look Base Kit having UPC Code 884920466340.  The Kit was held and displayed for sale in the toy section of the store.

6.      On February 8, 2016, I visited the Kmart located at 2055 Walden Avenue, Cheektowaga, NY 14225 and purchased a Shimmer 'n Sparkle Base Kit having UPC Code 884920174504.  The Kit was held and displayed for sale in the toy section of the store.

7.     On February 8, 2016, I visited the Toys "R" Us located at 3030 Sheridan Drive, Amherst, NY 14226 and purchased a Shimmer 'n Sparkle Base Kit having UPC Code 884920174504.

8.     I personally packed all of these Kits for delivery by United Parcel Service to Chief Scientist Jodi Feld at the New York City Office of the OAG then

2

located at 120 Broadway New York, NY 10271.

WHEREFORE, I respectfully request that the Court grant the relief sought.

JENNIFER NALBONE

Sworn before me this _5_ day of _December_ , 2018

Notary Public
State of New York
My Commission Expires: _09.06.2022_

MELISSA H. THORE
Notary Public, State of New York
Qualified in Erie County
My Commission Expires_____ 09.06.2022

4

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ALBANY

—————————————————————— x
                                            :

THE PEOPLE OF THE STATE OF NEW YORK,  :
by BARBARA UNDERWOOD, Attorney General  :
of the State of New York,                   :

           Petitioners,          :

         - against -        :

TARGET CORPORATION, WALMART INC.,   :
and LAROSE INDUSTRIES LLC,       :

           Respondents.      :
                                            :
—————————————————————— x

Index No. 907519-18
RJI No. 01-18-130331
Assigned Judge: Richard Platkin

**WORD COUNT**
**CERTIFICATION**

       Channing Wistar-Jones, an attorney in the Office of the Attorney General of

the State of New York, hereby certifies that according to the word count feature

of the word processing program used to prepare the Affidavit of Jennifer Nalbone,

the affidavit contains 377 words and complies with Rule 17 of the Rules of the

Commercial Division.

Dated: December 13, 2018
      New York, New York

                                    ————————————————
                                    Channing Wistar-Jones
                                    Assistant Attorney General
                                    Environmental Protection Bureau
                                    28 Liberty Street, 19th Floor
                                    New York, New York 10005
                                    212-416-8082

Case 1:19-cv-00040-MAD-CFH   Document 2   Filed 01/10/19   Page 445 of 486

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ALBANY

-------------------------------------------------------------------x

THE PEOPLE OF THE STATE OF NEW YORK,
by BARBARA UNDERWOOD, the Attorney General
of the State of New York,

                                  Petitioners,

                  - against -

TARGET CORPORATION, WALMART INC., and
LAROSE INDUSTRIES LLC,

                              Respondents.

-------------------------------------------------------------------x

**AFFIDAVIT OF
PHILIP E. GOODRUM,
Ph.D.**

INDEX NO. 907519-18
RJI NO. 01-18-130331

Assigned Judge:
Richard Platkin

State of New York
            ss.:
County of Onondaga

      PHILIP E. GOODRUM, Ph.D., Diplomat of the American Board of Toxicology
(DABT), having been duly sworn, deposes and says:

      1.      I am a Senior Science Advisor at Integral Consulting Inc. (Integral)
with more than 25 years of experience in environmental statistics, lead risk
assessment, probabilistic modeling, and statistical sampling methods for site
evaluation and characterization.  I submit this affidavit in support of petitioners,
the People of the State of New York (State)'s, request for injunctive relief and
penalties.

1

INDEX NO. 907519-18

NYSCEF DOC. NO. 459   Case 1:19-cv-00040-MAD-CFH   Document 2   Filed 01/10/19   Page 446 of 486   RECEIVED NYSCEF: 12/13/2018

### Educational Background and Experience

2.       I received a Bachelor of Science degree in Environmental Technology from Cornell University, a Master of Science Degree in Environmental Engineering with an emphasis in Water Resources from the State University of New York College of Environmental Science and Forestry (SUNY ESF), and a Doctorate of Philosophy Degree in Environmental Engineering from SUNY ESF. My academic training included graduate level courses in statistics, including multivariate analysis, regression analysis, probability theory, and spatial statistics. My research focused on quantifying variability and uncertainty in risk assessment and was conducted in collaboration with toxicologists from the United States Environmental Protection Agency (EPA). In my practice, I often rely on the interpretation of data on biological and ecological systems, chemical analysis, toxicology studies, and my knowledge, training, and experience in federal and state risk assessment guidance to estimate and quantify exposure and potential adverse effects, and to characterize risks to human and ecological receptors.

3.       I am a board certified toxicologist and recognized nationally as an expert in lead risk assessment, probabilistic exposure modeling, and statistical sampling and evaluation methods.

4.        I was responsible for developing the Integrated Stochastic Exposure model for lead collaboration with EPA to support risk-based action levels for soil

2

lead at several mining sites and have also conducted statistical analyses in support of research on lead bioavailability conducted at Columbia University.

5. Prior to joining Integral, I was the corporate leader for statistical analysis at two companies, for which I managed teams responsible for addressing a wide range of day-to-day issues regarding the application of statistics.

6. I have been invited by regulatory agencies to serve on national science advisory committees to evaluate applications of statistics and quantitative models used in human health risk assessment. I have served on EPA's Clean Air Science Advisory Committee, EPA's Science Advisory Board for Lead, and National Institute of Health's Time Sensitive Grant Review Committee following the Flint, MI lead in drinking water crisis. In 2017, I served as a peer reviewer for EPA on the new edition of the Exposure Factors Handbook as well as a member of an independent advisory committee to EPA on the development of a health-based household drinking water standard for lead. I also served as a peer reviewer for EPA's statistical analysis software known as ProUCL. In 2018, I assisted Florida Department of Environmental Protection with developing new guidance on the application of statistical sampling methods to improve site investigation programs.

7. I have been invited to teach numerous professional short courses on applications of statistics and probabilistic modeling methods by regulators and industry. I have taught a university graduate level course in toxicology and I currently teach a university undergraduate level course in environmental risk

3

assessment. I have authored numerous papers on the use of Applied

Environmental Statistics for regulatory agencies including EPA and Florida

Department of Environmental Protection.

8.     My credentials, research, and publications are summarized in my

curriculum vitae, which is included as Attachment A to this affidavit.

**Scope of Work and Summary of Conclusions**

9.     I have been retained by the Office of the Attorney General for the

State of New York as an expert to estimate the percentage of all Cra-Z-Art Cra-Z-

Jewelz Kits[1] imported, distributed, sold, or held for sale in New York that contained

lead in excess of the federal limit of 100 parts per million (ppm)[2] (permissible lead

limit) based on a sample of Kits for which lead content test results are available.

My analyses lead me to the following key conclusions:

- A preliminary review of the sample results, prior to conducting a statistical analysis, indicates that lead concentrations in the tan underside of the slider bracelet components of the Kits are consistently more than four-fold, and as much as around twelve-fold, greater than the 100 ppm standard;

- The available sample data do not exhibit evidence of bias and are sufficiently reliable for the purposes of extrapolating results from the sample data to the

---

[1] Three variations of these kits are at issue: the Shimmer 'n Sparkle Ultimate Gem Machine; the My Look Ultimate Gem Machine, which was identical to the Shimmer 'n Sparkle toy in all material respects, except it was branded "My Look" exclusively for Target (collectively, Base Kits); and the Shimmer 'n Sparkle Gem Charm and Slider Bracelets (Refill Kit), which contained four slider bracelets and additional gems and was not sold at Target. "Kits" will refer to the Base Kits and Refill Kit collectively.
[2] This limit was set by the Consumer Product Safety Improvement Act and is codified at 15 U.S.C. § 1278a(a)(2)(C). *See also id.* § 2068(a)(1)–(2); 16 C.F.R. §§ 1200.2, 1500.91(a); 76 Fed. Reg. 44,463 (July 26, 2011).

4

broader population of all Kits imported, distributed, sold, or held for sale in New York; and,

- Based on my analysis, at least 96 percent of all the Kits imported, distributed, sold, or held for sale in New York would have slider bracelets the tan undersides of which would have a total lead content above 100 ppm.

I have drafted four tables and one figure as part of my analysis. Tables 1, 2, and 4 as well as Figure 1 are included at the end of my affidavit. Table 3 is relatively short and appears within the text where it is first cited.

**Sample Data Reviewed**

10.    I have been provided data on lead test results for 48 Kits, which include the test results for a total of 61 tests on 60 slider bracelets, one of the individual components in the Kits.[3]  (The number of slider bracelets is greater than the number of Kits because one type of Kit contained more than one slider bracelet; and the number of tests is greater than the number of slider bracelets because one bracelet appears to have been tested twice.)  Each slider bracelet had a colored outer layer and a tan underside.  The test results for the Kits were obtained from the following testing sources:

- 30 Kits (36 slider bracelet observations) that had been held for sale in New York prior to being obtained by the Attorney General and submitted for testing by ANSECO labs;

---

[3] The full dataset I have used in my analysis is provided in Table 1, which appears at the end of my affidavit.  As I have noted in this table, some of the Kits had more than one sample result (observation) because they contained more than one slider bracelet or had more than one sample collected from a single slider bracelet.

5

- 12 Kits (14 slider bracelet observations) that were submitted by LaRose for testing by SGS North America labs;

- 3 Kits (7 slider bracelet observations) that were tested by the U.S. Consumer Product Safety Commission (CPSC);

- 2 Kits (2 slider bracelet observations) tested by SGS Hong Kong on behalf of LaRose around the time the Kits were first imported.  It is unclear whether SGS tested  the tan underside of the slider bracelet alone; a composite of the tan underside and colored side; or some other component of the Kit; and,

- 1 Kit (2 slider bracelet observations) tested by Modern Testing Services Ltd. (MTS) in Hong Kong on behalf of LaRose.  It is unclear if MTS tested the tan underside of the slider bracelet alone; a composite of the tan underside and colored side; or some other component of the Kit. However, these uncertainties have no effect on the final result applied in the data analysis; the overall result is n=1 Kit with a lead concentration of <10 ppm.

The data include information on testing entity, date tested, date and location of manufacture (where available), and test results for each of the 61 test results for

6

the slider bracelets included in 48 total Kits tested.  A complete set of this

information for each observation in the data provided to me is contained in Table 1.[4]

11.     As indicated above, around the time the Kits were first imported, in

the summer of 2015, SGS Hong Kong analyzed samples of items from 2 Base Kits

for LaRose.  Later, sometime between November 2015 and April 2016, MTS,

another laboratory, analyzed samples of items from 1 Refill Kit for LaRose.  The

results were examined for compliance with consumer product safety requirements.

Lead was not detected in these samples, meaning the results were lower than the

analytical method detection limit of 10 ppm.

12.     All of the Kits subsequently analyzed by SGS North America, as well

as all of the Kits analyzed by ANSECO and the CPSC, had slider bracelets with

lead levels in excess of the 100 ppm permissible lead level.  Lead levels ranged from

470 to 1,220 ppm (*i.e.*, from almost 5 times to more than 12 times the permissible

level).

**Statistical Analysis Overview**

13.     I estimated the percentage of all Kits imported, distributed, sold, or

held for sale in New York that would have slider bracelets with tan undersides

containing lead concentrations greater than 100 ppm using the sample test data

discussed above.  This estimate requires the use of inferential statistics, which

---

[4] Copies of the ANSECO, SGS, and CPSC test results, and tables summarizing those results, are included as Exhibits B–H accompanying the Verified Petition.

7

allows a statistician to make inferences about an entire population by analyzing data drawn from a subset of that population, called a statistical sample. My analysis of the sample dataset includes a calculation of a statistical confidence limit, which conveys the level of certainty in an estimate, given the properties of the sample data.

14.     The use of inferential statistics to evaluate environmental samples is common in the field of human health risk assessment. For example, every year, the Centers for Disease Control and Prevention (CDC) collects data on a representative subset of the United States population of children and adults using a survey instrument called the National Health and Nutrition Examination Survey (NHANES).[5] In this study, CDC collects information from less than 0.01 percent of the 300 million people who live in the United States to infer characteristics about the entire population of the country, including factors such as physical attributes (e.g., body weight, height), nutritional status, and measurements of chemicals in blood.[6] Similarly, EPA analyzes samples of drinking water systems throughout the United States with a study program called the Unregulated Contaminant Monitoring Rule (UCMR).[7] The purpose of the UCMR survey is to collect data on chemicals that are suspected of being present in drinking water and that do not

---

[5] CDC's web page for NHANES is https://www.cdc.gov/nchs/nhanes/index.htm.

[6] *See id.*

[7] EPA's web page for the UCMR survey is https://www.epa.gov/dwucmr/learn-about-unregulated-contaminant-monitoring-rule.

8

have health-based standards set under the Safe Drinking Water Act (SDWA). EPA applies statistical analyses to UCMR survey results to infer the frequency of detection and probability distribution of chemical concentrations present in public drinking water systems throughout the country and, therefore, which chemicals should be prioritized for further research on potential toxicity and water treatment options.

15.    The first step in applying inferential statistics is to evaluate the suitability of the available data for the application of the particular statistical methods being applied. For this case, I evaluated the suitability by conducting an exploratory data analysis, which included a consideration of the following factors:

- Verifying there are no anomalous results;

- Verifying that there is no evidence of systematic bias in lead measurements made by the four different testing institutions;

- Verifying that the sample size is adequate to calculate confidence intervals on percentiles, given the variability in lead concentrations; and

-  Verifying that the sample observations are sufficiently distributed across the duration of manufacture of all Kits.

I determined that the data met all of the necessary requirements for the appropriate application of the statistical method described below.

9

### Description of Statistical Method Used

16.     I used inferential statistics to estimate the percentage of all the Kits imported, distributed, sold or offered for sale in New York that are likely to have a slider bracelet with tan underside with greater than 100 ppm lead.  Specifically, I calculated a statistic called a one-sided lower tolerance limit (LTL)[8] because it simultaneously conveys the following two types of information: 1) the percentage of all the Kits that have a slider bracelet underside with a lead concentration that is *greater than* or equal to 100 ppm; and 2) the confidence or likelihood that the calculated value does not overestimate the true percentage of Kits with a slider bracelet underside that exceeds 100 ppm lead.

17.     A LTL is completely described with two numbers separated by a forward slash "/".  The number to the right conveys the percentage of the entire population (e.g., the full set of lead concentrations from the slider bracelets in all Kits) that exceeds the calculated statistic, and the number to the left conveys the level of confidence I have in the percentage, which statisticians refer to as the "confidence coefficient".  For example, a "95/99 LTL" is a value that is exceeded by 99 percent of the population with 95 percent confidence; a "95/98 LTL" is a value

---

[8] Consistent with EPA guidance, a lower tolerance limit (LTL) is used to estimate the percentage of the target population that *exceeds* a standard, whereas an upper tolerance limit (UTL) is used to estimate the percentage of the population that is *less* than a standard.  *See* U.S. Environmental Protection Agency Office of Research and Development, *ProUCL Version 5.1.002 Technical Guide*, EPA/600/R-07/041, at 101 (2015) (hereinafter *ProUCL Guide*).

that is exceeded by 98 percent of the population with 95 percent confidence, and so on.

18.     I calculated all LTLs using a fixed confidence coefficient of 95%. Statisticians frequently choose a 95% confidence coefficient to provide a high degree of confidence in the estimated percentage.  EPA notes that a 95% confidence coefficient is an appropriate choice for balancing desired statistical properties of a tolerance limit for purposes of health risk assessment.[9]

19.     I calculated the LTL using Microsoft Excel®.  I selected equations based on the properties of the dataset, consistent with guidance from EPA.[10,11]

**Results of Statistical Analysis**

20.     I calculated LTLs for four different data groups which represent different groupings of the data based on the testing entity (i.e., ANSECO, SGS, CPSC, and MTS), to determine whether or not there were any significant differences in the results based on the entity that performed the sampling.  I performed the analysis of the four data groups described below to evaluate whether

---

[9] *See ProUCL Guide* at 100, 103.

[10] EPA statistics guidance states that for mildly skewed data sets, defined as a standard deviation of detected log-transformed data less than 0.5, a normal distribution tolerance limit yields the desired coverage and confidence level, regardless of the findings of goodness-of-fit testing.  I have calculated normal distribution tolerance limits using Microsoft Excel®.  *See ProUCL Guide* at 109.  Note that in this context, EPA is referring to the use of the natural logarithms of the data (i.e., log base "e").

[11] The calculation of a tolerance limit for a dataset that is approximately normally distributed requires an estimate of the non-central Student's t value, which reflects the degrees of freedom (df), confidence coefficient (1-α) and desired coverage (1-p).  *See ProUCL Guide* at 107; Millard, S.P. and N.K. Neercheal, *Environmental Statistics with S-Plus*, at 301–305 (2001).

11

the different origins of the data materially affect the estimate of the percentage of Kits imported, distributed, sold or held for sale in NY that would exceed 100 ppm. I determined that the percentage of Kits that would exceed 100 ppm are not affected by the testing entity. The sample sizes for each of the four data groups are summarized in Table 2 and described as follows[12]:

- **Group 1** (Known NY Kits (i.e., Kits known to have been imported, distributed, sold, or held for sale in NY) plus LaRose kits tested for certificate of compliance): The 30 failing Kits analyzed by ANSECO on behalf of the Attorney General combined with the three passing Kits analyzed LaRose (two analyzed by SGS Hong Kong and one analyzed by MTS) to comply with product safety standards, including the permissible lead limit (hereafter called "SGS/LaRose" and "MTS/LaRose") (n=33);

- **Group 2** (Known NY Kits only): The 30 failing Kits analyzed by ANSECO on behalf of the Attorney General alone (n=30), representing Kits known to have been sold or held for sale in New York;

- **Group 3** (All tested Kits): The 30 failing Kits analyzed by ANSECO on behalf of the Attorney General, plus the 12 failing SGS North America

---

[12] As explained in the Feld Affidavit, it is unclear whether SGS Hong Kong and MTS tested the tan underside of the slider bracelets in their tests. Feld Aff. at ¶¶ 25 and 26. Therefore, I have run the analysis both with and without the two Kits analyzed by SGS Hong Kong and one Kit analyzed by MTS.

Kits analyzed on behalf of LaRose in response to the Attorney General's investigation, plus the 3 failing Kits analyzed by CPSC in response to the Attorney General's investigation, plus the two passing SGS/LaRose Kits and one passing MTS/LaRose Kit (n=48); and

- **Group 4** (All tested Kits except for three LaRose Kits tested for certificate of compliance): The 30 failing Kits analyzed by ANSECO on behalf of the Attorney General, plus the 12 failing SGS North America Kits analyzed on behalf of LaRose in response to the Attorney General's investigation, plus the 3 failing Kits analyzed by CPSC in response to the Attorney General's investigation (n=45).

21.    I also evaluated whether or not there were any systematic differences in reported lead concentrations by manufacture/assembly date (available for a subset of the Kits), and by reporting entity. Figure 1 includes graphics that illustrate data grouped in this manner. The top graphic is a dot plot that show the lead concentration on the y-axis, and the date on the x-axis. There do not appear to be any systematic differences as a function of manufacture/assembly date – in each of the periods sampled, concentrations range between approximately 500 ppm and 1,250 ppm. The bottom graphic is a cumulative empirical distribution function, using the Group 4 dataset. Different symbols are used for ANSECO, SGS, and CPSC. There does not appear to be a systematic grouping of the lead concentrations, although it is noted that the SGS samples comprise the 5 highest

13

FILED: ALBANY COUNTY CLERK 12/13/2018 11:42 PM
NYSCEF DOC. NO.    Case 1:19-cv-00040-MAD-CFH   Document 2   Filed 01/10/19   Page 458 of 486

INDEX NO. 907519-18
RECEIVED NYSCEF: 12/13/2018

lead concentrations, and the three CPSC samples are all in the lower half of the

dataset (i.e., less than the 50th percentile).  These findings indicate that there is no

bias in the data that would have materially affected the representativeness of the

data or the results of the analysis.

22.    The results of my analysis for each group are summarized in Table 3

below.

Table 3.  Interpretation of LTL calculations for each data group (n = number of Kits).

| Data Group | Data Sets | Lead measurements in the sample for this Group indicate: |
|---|---|---|
| Group 1 (n=33) | • Known NY (ANSECO)<br>• SGS/LaRose<br>• MTS/LaRose | at least 96% of Kits have a slider bracelet underside with more than 100 ppm lead, with 95% certainty |
| Group 2 (n=30) | • Known NY (ANSECO) | at least 99.9% of Kits have a slider bracelet underside with more than 100 ppm lead, with 95% certainty |
| Group 3 (n=48) | • Known NY (ANSECO)<br>• SGS<br>• CPSC<br>• SGS/LaRose<br>• MTS/LaRose | at least 98% of Kits have a slider bracelet underside with more than 100 ppm lead, with 95% certainty |
| Group 4 (n=45) | • Known NY (ANSECO)<br>• SGS<br>• CPSC | at least 99.9% of Kits have a slider bracelet underside with more than 100 ppm lead, with 95% certainty |

Table 4 presents the summary statistics from which these findings are based.

Across the four data group options, the lowest percentage of exceedance of 100 ppm

is at least 96%, given by the 95/96 LTL for Group 1 (known NY Kits plus

SGS/LaRose and MTS/LaRose Kits).  Therefore, the results indicate, with 95%

14

confidence, that at least 96% of the Kits imported, distributed, sold or held for sale in New York would have had slider bracelets with lead that exceeded the 100 ppm permissible lead limit. In comparison, using the full dataset, including the two SGS/LaRose samples and one MTS/LaRose sample that were non-detect for lead (i.e., Group 3), at least 98% of the population of Kits have a slider bracelet underside with a lead content that is greater than 100 ppm, with 95% confidence.

23.    Results are consistent across all the data groups that I evaluated. This means there is no material difference in the LTLs that are based on Kits known to have been sold in New York (i.e., ANESCO – Groups 1 and 2) and LTLs using the full data set of results from all Kits (i.e., Groups 3 and 4, which include results reported by SGS and CPSC).

**Final Conclusion**

24.    In summary, the results of my analysis, summarized in Tables 1 to 4 and Figure 1, indicate that at the 95% confidence level, which is the confidence level commonly used by statisticians when evaluating health data, *at least* 96 percent of the Kits imported, distributed, sold or held for sale in New York would have had slider bracelets with lead that exceeded the 100 ppm permissible lead limit.

15

Phillip E. Goodrum, Ph.D.

Sworn to before me
this 11th day of December, 2018

Notary Public

ANISA HRUSTIC
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01HR6365860
QUALIFIED IN ONONDAGA COUNTY
COMMISSION EXPIRES: 10/16/2021

16

FILED: ALBANY COUNTY CLERK 12/13/2018 11:42 PM

NYSCEF DOC. NO. 10

INDEX NO. 907519-18

RECEIVED NYSCEF: 12/13/2018

Table 1.  Complete data set of 61 observations (lead concentrations) measured in items obtained from 48 kits.

| Report | Sample Number | OAG Purchase/ Receipt Date | Test Report # | Test Report Date | Retailer | Toy Name | UPC # | BCH # | Manufacture/ Assembly Date | Test Result Lead (ppm) | Included in Dataset | Kit # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ANSECO | 107 | 11/17/2015 | 16B-0048 | 1/26/2016 | Kmart | Shimmer 'n Sparkle Base | 88492017454 | BCH0061 78A13-0715 | July 13, 2015 | 670 | X | 1 |
| ANSECO | 120 | 2/8/2016 | 16B-0354 | 3/11/2016 | Kmart | Shimmer 'n Sparkle Base | 88492017454 | BCH0061 78A13-0715 | July 13, 2015 | 540 | X | 2 |
| ANSECO | 124 | 2/10/2016 | 16B-0358 | 3/11/2016 | Kmart | Shimmer 'n Sparkle Base | 88492017454 | BCH0061 78A13-0715 | July 13, 2015 | 640 | X | 3 |
| ANSECO | 92 | 11/13/2015 | 16B-0047 | 1/26/2016 | Toys "R" Us | Shimmer 'n Sparkle Base | 88492017454 | BCH0061 78A13-0715 | July 13, 2015 | 880 | X | 4 |
| ANSECO | 93 | 11/13/2015 | 16B-0060 | 1/26/2016 | Toys "R" Us | Shimmer 'n Sparkle Refill | 88492017489 | BCH0643 1A28-0715 | July 28, 2015 | 720 |  | 5 |
| ANSECO | 93 | 11/13/2015 | 16B-0060 | 1/26/2016 | Toys "R" Us | Shimmer 'n Sparkle Refill | 88492017489 | BCH0643 1A28-0715 | July 28, 2015 | 680 | X | 5 |
| ANSECO | 93 | 11/13/2015 | 16B-0060 | 1/26/2016 | Toys "R" Us | Shimmer 'n Sparkle Refill | 88492017489 | BCH0643 1A28-0715 | July 28, 2015 | 920 |  | 5 |
| ANSECO | 93 | 11/13/2015 | 16B-0060 | 1/26/2016 | Toys "R" Us | Shimmer 'n Sparkle Refill | 88492017489 | BCH0643 1A28-0715 | July 28, 2015 | 980 |  | 5 |
| ANSECO | 125 | 2/14/2016 | 16B-0359 | 3/11/2016 | Toys "R" Us | Shimmer 'n Sparkle Refill | 88492017489 | BCH0643 1A28-0715 | July 28, 2015 | 640 |  | 6 |
| ANSECO | 125 | 2/14/2016 | 16B-0359 | 3/11/2016 | Toys "R" Us | Shimmer 'n Sparkle Refill | 88492017489 | BCH0643 1A28-0715 | July 28, 2015 | 470 | X | 6 |
| ANSECO | 125 | 2/14/2016 | 16B-0359 | 3/11/2016 | Toys "R" Us | Shimmer 'n Sparkle Refill | 88492017489 | BCH0643 1A28-0715 | July 28, 2015 | 650 |  | 6 |
| ANSECO | 125 | 2/14/2016 | 16B-0359 | 3/11/2016 | Toys "R" Us | Shimmer 'n Sparkle Refill | 88492017489 | BCH0643 1A28-0715 | July 28, 2015 | 590 |  | 6 |
| ANSECO | 122 | 2/8/2016 | 16B-0356 | 3/11/2016 | Toys "R" Us | Shimmer 'n Sparkle Base | 88492017454 | BCH0625 4A10-0815 | Augsut 10, 2015 | 740 | X | 7 |
| ANSECO | 29 | 10/15/2015 | 16B-0046 | 1/26/2016 | Target | My Look Base | 88492046340 | BCH062 13A10-0715 | July 10, 2015 | 770 | X | 8 |
| ANSECO | 121 | 2/8/2016 | 16B-0355 | 3/11/2016 | Target | My Look Base | 88492046340 | BCH TAR741A28-1015 | October 28, 2015 | 580 | X | 9 |
| ANSECO | 123 | 2/10/2016 | 16B-0357 | 3/11/2016 | Target | My Look Base | 88492046340 | BCH TAR742A28-1015 | October 28, 2015 | 550 | X | 10 |
| ANSECO | 129a | 2/21/2017 | 17B-00477 | 4/4/2017 | Target | My Look Base | 88492046340 | BCH TAR741A28-1015 | October 28, 2015 | 890 | X | 11 |
| ANSECO | 129b | 2/21/2017 | 17B-00477 | 4/4/2017 | Target | My Look Base | 88492046340 | BCH TAR741A28-1015 | October 28, 2015 | 960 | X | 12 |
| ANSECO | 129c | 2/21/2017 | 17B-00477 | 4/4/2017 | Target | My Look Base | 88492046340 | BCH TAR741A28-1015 | October 28, 2015 | 1,000 | X | 13 |
| ANSECO | 129d | 2/21/2017 | 17B-00477 | 4/4/2017 | Target | My Look Base | 88492046340 | BCH TAR741A28-1015 | October 28, 2015 | 870 | X | 14 |
| ANSECO | 129e | 2/21/2017 | 17B-00477 | 4/4/2017 | Target | My Look Base | 88492046340 | BCH TAR741A28-1015 | October 28, 2015 | 920 | X | 15 |
| ANSECO | 130a | 2/21/2017 | 17B-00477 | 4/4/2017 | Target | My Look Base | 88492046340 | BCH062 13A10-0715 | July 10, 2015 | 900 | X | 16 |
| ANSECO | 130b | 2/21/2017 | 17B-00477 | 4/4/2017 | Target | My Look Base | 88492046340 | BCH062 13A10-0715 | July 10, 2015 | 990 | X | 17 |
| ANSECO | 130c | 2/21/2017 | 17B-00477 | 4/4/2017 | Target | My Look Base | 88492046340 | BCH062 13A10-0715 | July 10, 2015 | 1,000 | X | 18 |
| ANSECO | 131 | 2/21/2017 | 17B-00477 | 4/4/2017 | Target | My Look Base | 88492046340 | BCH TAR742A28-1015 | October 28, 2015 | 990 | X | 19 |
| ANSECO | 132a | 2/21/2017 | 17B-00477 | 4/4/2017 | Target | My Look Base | 88492046340 | BCH TAR754A18-1115 | November 18, 2015 | 980 | X | 20 |
| ANSECO | 132b | 2/21/2017 | 17B-00477 | 4/4/2017 | Target | My Look Base | 88492046340 | BCH TAR754A18-1115 | November 18, 2015 | 970 | X | 21 |

Table 1 is continued on the following page.

Table 1 (continued). Complete data set of 61 observations (lead concentrations) measured in items obtained from 48 kits.

| Report | Sample Number | OAG Purchase/ Receipt Date | Test Report # | Test Report Date | Retailor | Toy Name | UPC # | BCH # | Manufacture/ Assembly Date | Test Result Lead (ppm) | Included in Dataset | Kit # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ANSECO | 132c | 2/21/2017 | 17B-000477 | 4/14/2017 | Target | My Look Base | 884920466340 | BCHTAR754A18-1115 | November 18, 2015 | 970 | X | 22 |
| ANSECO | 132d | 2/21/2017 | 17B-000477 | 4/14/2017 | Target | My Look Base | 884920466340 | BCHTAR754A18-1115 | November 18, 2015 | 940 | X | 23 |
| ANSECO | 132e | 2/21/2017 | 17B-000477 | 4/14/2017 | Target | My Look Base | 884920466340 | BCHTAR754A18-1115 | November 18, 2015 | 990 | X | 24 |
| ANSECO | 132f | 2/21/2017 | 17B-000477 | 4/14/2017 | Target | My Look Base | 884920466340 | BCHTAR754A18-1115 | November 18, 2015 | 1,000 | X | 25 |
| ANSECO | 132g | 2/21/2017 | 17B-000477 | 4/14/2017 | Target | My Look Base | 884920466340 | BCHTAR754A18-1115 | November 18, 2015 | 950 | X | 26 |
| ANSECO | 133 | 2/21/2017 | 17B-000477 | 4/14/2017 | Target | My Look Base | 884920466340 | BCH00615A28-0715 | July 28, 2015 | 890 | X | 27 |
| ANSECO | 134 | 2/21/2017 | 17B-000477 | 4/14/2017 | Target | My Look Base | 884920466340 | could not read | could not read | 870 | X | 28 |
| ANSECO | 135 | 2/21/2017 | 17B-000477 | 4/14/2017 | Target | My Look Base | 884920466340 | BCHTAR697A39-0715 | July 30, 2015 | 980 | X | 29 |
| ANSECO | 136 | 2/21/2017 | 17B-000477 | 4/14/2017 | Target | My Look Base | 884920466340 | BCHTAR698A10-0815 | August 10, 2015 | 1,000 | X | 30 |
| SGS | 3 | NA | 3973198-CH01 | 4/27/2016 | NA | Shimmer 'n Sparkle Refill | 884920174849 | BCH006431A28-0715 | July 28, 2015 | 1,070 | | 31 |
| SGS | 7 | NA | 3973198-CH01 | 4/27/2016 | NA | Shimmer 'n Sparkle Refill | 884920174849 | BCH006431A28-0715 | July 28, 2015 | 880 | X | 31 |
| SGS | 10 | NA | 3973198-CH01 | 4/27/2016 | NA | Shimmer 'n Sparkle Refill | 884920174849 | BCH006431A28-0715 | July 28, 2015 | 731 | X | 32 |
| SGS | 14 | NA | 3973198-CH01 | 4/27/2016 | NA | Shimmer 'n Sparkle Refill | 884920174849 | BCH006431A28-0715 | July 28, 2015 | 908 | | 32 |
| SGS | 3 | NA | 3973198-CH02 | 4/27/2016 | NA | My Look Base | 884920466340 | BCHTAR742A28-1015 | October 28, 2015 | 1,030 | X | 33 |
| SGS | 6 | NA | 3973198-CH02 | 4/27/2016 | NA | My Look Base | 884920466340 | BCHTAR742A28-1015 | October 28, 2015 | 729 | X | 34 |
| SGS | 3 | NA | 3973198-CH03 | 4/27/2016 | NA | My Look Base | 884920466340 | BCH006213A10-0715 | July 10, 2015 | 1,220 | X | 35 |
| SGS | 6 | NA | 3973198-CH03 | 4/27/2016 | NA | My Look Base | 884920466340 | BCH006213A10-0715 | July 10, 2015 | 518 | X | 36 |
| SGS | 3 | NA | 3973198-CH04 | 4/27/2016 | NA | Shimmer 'n Sparkle Base | 884920174594 | BCH006178A13-0715 | July 13, 2015 | 638 | X | 37 |
| SGS | 6 | NA | 3973198-CH04 | 4/27/2016 | NA | Shimmer 'n Sparkle Base | 884920174594 | BCH006178A13-0715 | July 13, 2015 | 625 | X | 38 |
| SGS | 9 | NA | 3973198-CH04 | 4/27/2016 | NA | Shimmer 'n Sparkle Base | 884920174594 | BCH006178A13-0715 | July 13, 2015 | 1,070 | X | 39 |
| SGS | 12 | NA | 3973198-CH04 | 4/27/2016 | NA | Shimmer 'n Sparkle Base | 884920174594 | BCH006178A13-0715 | July 13, 2015 | 1,130 | X | 40 |
| SGS | 15 | NA | 3973198-CH04 | 4/27/2016 | NA | Shimmer 'n Sparkle Base | 884920174594 | BCH006254A10-0815 | August 10, 2015 | 1,130 | X | 41 |
| SGS | 18 | NA | 3973198-CH04 | 4/27/2016 | NA | Shimmer 'n Sparkle Base | 884920174594 | BCH006178A13-0715 | July 13, 2015 | 862 | X | 42 |
| CPSC | 16-800-0953-02 | NA | NA | 4/28/2016 | NA | Shimmer 'n Sparkle Refill | NA | NA | NA | 1,001 | | 43 |
| CPSC | 16-800-0953-03 | NA | NA | 4/28/2016 | NA | Shimmer 'n Sparkle Base | NA | NA | NA | 801 | X | 43 |
| CPSC | 16-800-0954-04 | NA | NA | 4/28/2016 | NA | Shimmer 'n Sparkle Base | NA | NA | NA | 824 | X | 44 |
| CPSC | 16-800-0955-02 | NA | NA | 4/28/2016 | NA | Shimmer 'n Sparkle Base | NA | NA | NA | 574 | X | 45 |
| CPSC | 16-800-0955-02 | NA | NA | 4/28/2016 | NA | Shimmer 'n Sparkle Base | NA | NA | NA | 780 | | 45 |
| CPSC | 16-800-0955-03 | NA | NA | 4/28/2016 | NA | Shimmer 'n Sparkle Base | NA | NA | NA | 851 | | 45 |
| CPSC | 16-800-0955-03 | NA | NA | 4/28/2016 | NA | Shimmer 'n Sparkle Base | NA | NA | NA | 700 | X | 45 |
| SGS / LaRose | 17450 | NA | T315202302023TY | 9/14/2015 | Target | Shimmer 'n Sparkle Base | NA | NA | NA | < 10 | X | 46 |
| SGS / LaRose | 46634 | NA | T315202302364TC | 9/22/2015 | NA | Shimmer 'n Sparkle Base | NA | NA | NA | < 10 | X | 47 |
| MTS / LaRose | A11 | NA | 65315-110368 1 | 4/26/2016 | NA | Shimmer 'n Sparkle Refill | NA | NA | NA | < 10 | X | 48 |
| MTS / LaRose | A19 | NA | 65315-110368 1 | 4/26/2016 | NA | Shimmer 'n Sparkle Refill | NA | NA | NA | < 10 | | 48 |

Notes for Table 1 are on the following page.

Table 1 (continued). Complete data set of 61 observations (lead concentrations) measured in items obtained from 48 kits.

Notes

NA = not applicable

< 10 refers to two results reported as not detected at a concentration greater than a method detection limit of 10 ppm.

Row entries with the same kit number represent multiple items from the same kit.

19

FILED: ALBANY COUNTY CLERK 12/13/2018 11:42 PM

NYSCEF DOC. NO. 10

INDEX NO. 907519-18

RECEIVED NYSCEF: 12/13/2018

Table 2.   Description of four data groups with lead measurements reported by five entities.

| Lab Report | Dates Manufacture/Assembly | Dates OAG Purchase/Receipt | Test Report | Sample Size (N) # Kits | Sample Size (N) # Obs[a] | Toy Names | Group and # Sample Results in Data Set[g] 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|---|---|---|---|
| ANSECO | 7/10 - 7/28/2015 | 10/15 - 11/17/2015 | 1/26/2016 | 4 | 7 | Shimmer 'n Sparkle Base Kit / Shimmer 'n Sparkle Refill Kit[c] / My Look Base Kit | | | | 30 |
| | 7/13 - 10/18/2015 | 2/8 - 2/14/2016 | 3/11/2016 | 6 | 9 | Shimmer 'n Sparkle Base Kit / Shimmer 'n Sparkle Refill Kit[c] / My Look Base Kit | 30 | 30 | 30 | |
| | 7/10 - 11/18/2015[b] | 10/21/2017 | 4/14/2017 | 20 | 20 | My Look Base Kit | | | | |
| | | | subtotal | 30 | 36 | | | | | |
| SGS | 7/10 - 10/28/2015 | not applicable | 4/27/2016 | 12 | 14 | Shimmer 'n Sparkle Base Kit / Shimmer 'n Sparkle Refill Kit[d] / My Look Base Kit | 0 | 0 | 12 | 12 |
| CPSC | not reported | not applicable | 4/28/2016 | 3 | 7 | Shimmer 'n Sparkle Refill Kit[e] | 0 | 0 | 3 | 3 |
| SGS/LaRose | 7/13 - 7/30/2015 | not applicable | 9/14/2015 | 2 | 2 | Shimmer 'n Sparkle Base Kit | 2 | 0 | 2 | 0 |
| MTS/LaRose | not reported | not applicable | 4/26/2016 | 1 | 2 | Shimmer 'n Sparkle Refill Kit[f] | 1 | 0 | 1 | 0 |
| | | | Total | 48 | 61 | | 33 | 30 | 48 | 45 |

Notes for Table 2 are on the following page.

Table 2 (continued). Description of four data groups with lead measurements reported by five entities.

Notes

[a] The number of observations (sample results) is greater than or equal to the number of kits because more than one sample was collected for some kits.

[b] Manufacture/assembly date could not be read for one kit.

[c] For one of the Shimmer 'n Sparkle Refill Kits, 4 different slider bracelets were analyzed.

[d] For two of the Shimmer 'n Sparkle Refill Kits, 2 different slider bracelets were analyzed.

[e] Samples from 3 kits were analyzed by X-ray fluorescence rather than wet chemistry. One kit included 2 sample results, a second kit included 1 result, and a third kit included 4 results.

[f] It appears that 2 different bracelets were analyzed in the same kit (i.e., Test Items A11 and A19). As summarized in Table 1, lead was not detected in either sample, using an analytical method detection limit of 10 ppm.

[g] For kits with more than one result, the minimum result is included and remaining results are excluded.

21

INDEX NO. 907519-18
RECEIVED NYSCEF: 12/13/2018

FILED: ALBANY COUNTY CLERK 12/13/2018 11:42 PM
NYSCEF DOC. NO. 10

Table 4.  Summary statistics and tolerance limits for 95% confidence level and coverages of 95 to 99 percent.

| Data Group | Summary Statistics | | | | | | | Lower Tolerance Limits (LTLs) | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | N | Min[a] | Max | Mean[b] | SD[b] | SD Ln(x)[c] | K at 100 ppm[d] | Method[e] | K[f] | LTL for Lead (ppm) | Conclusion |
| Group 1 | 33 | 10 | 1,000 | 776 | 287 | 0.22 | 2.36 | 95/96.3 LTL | 2.35 | 102 | 95% certain that at least 96% of kits have a slider bracelet with more than 100 ppm lead |
| | | | | | | | | 95/96 LTL | 2.30 | 115 | |
| | | | | | | | | 95/95 LTL | 2.18 | 152 | |
| Group 2 | 30 | 470 | 1,000 | 853 | 164 | 0.22 | 4.59 | 95/99.98 LTL | 4.57 | 102 | 95% certain that more than 99.9% of kits have a slider bracelet with more than 100 ppm lead |
| | | | | | | | | 95/99.9 LTL | 4.01 | 195 | |
| | | | | | | | | 95/99 LTL | 3.05 | 352 | |
| | | | | | | | | 95/95 LTL | 2.21 | 490 | |
| Group 3 | 48 | 10 | 1,220 | 799 | 269 | 0.23 | 2.60 | 95/98.2 LTL | 2.60 | 101 | 95% certain that more than 98% of kits have a slider bracelet with more than 100 ppm lead |
| | | | | | | | | 95/98 LTL | 2.55 | 115 | |
| | | | | | | | | 95/95 LTL | 2.07 | 244 | |
| Group 4 | 45 | 470 | 1,220 | 852 | 183 | 0.23 | 4.11 | 95/99.96 LTL | 4.11 | 100 | 95% certain that more than 99.9% of kits have a slider bracelet with more than 100 ppm lead |
| | | | | | | | | 95/99.9 LTL | 3.80 | 157 | |
| | | | | | | | | 95/99 LTL | 2.89 | 324 | |
| | | | | | | | | 95/95 LTL | 2.09 | 471 | |

K = coefficient used in the calculation of a tolerance limit; LTL = lower tolerance limit, conceptually equivalent to a lower confidence limit for a percentile

Max = maximum; Mean = arithmetic mean; Min = minimum; N = sample size; SD = arithmetic standard deviation

Notes for Table 4 are on the following page.

22

FILED: ALBANY COUNTY CLERK 12/13/2018 11:42 PM

NYSCEF DOC. NO. 10

INDEX NO. 907519-18

RECEIVED NYSCEF: 12/13/2018

Table 4 (continued). Summary statistics and tolerance limits for 95% confidence level and coverages of 95 to 99 percent.

Notes

[a] For Groups 1 and 3, the minimum is given as 10 ppm. This is the method reporting limit for the three nondetects reported by manufacturers to demonstrate compliance.

[b] For Groups 1 and 3, which include three results that are nondetects (< 10 ppm), the mean and standard deviation are estimated with Kaplan Meier methods, consistent with EPA guidance.

[c] EPA statistics guidance for the software called ProUCL indicates that for mildly skewed distributions, defined as a standard deviation of log-transformed detected concentrations less than 0.5, the tolerance limit can be calculated using an equation that applies for normal distributions. Datasets for each scenario are mildly skewed, with standard deviation of log-transformed values of approximately 0.2.

[d] The solution for the K coefficient corresponding to the point on the distribution equal to the permissible lead limit (100 ppm) is calculated as $K = (\text{mean} - 100)/\text{SD}$.

[e] Examples of LTLs at $(1-\alpha)\%$ confidence and $(1-p)\%$ coverage. For example, 95/99 LTL is the one-sided 95% confidence limit $(\alpha=0.05)$ for 99th percent coverage (percentile, $p=0.01$).

[f] $K = z(p) + \text{sqrt}[z(p)^2 - ab]/a$, where $a = 1 - (z(\alpha)^2/2(2(n-1))$, $b = z(1-p)^2 \times z(\alpha)^2/n$, where $z0$ is the z-score for a standard normal distribution, n is the sample size, p is the percentile, and $\alpha$ is the error rate (i.e., $1-\alpha$ is the confidence coefficient). Based on NIST/Sematech Handbook, Section 7.2.6.3, available at http://www.itl.nist.gov/div898/handbook/prc/section2/prc263.htm.

23

FILED: ALBANY COUNTY CLERK 12/13/2018 11:42 PM
NYSCEF DOC. NO. 15 Case 1:19-cv-00040-MAD-CFH Document 2 Filed 01/10/19 Page 468 of 486

INDEX NO. 907519-18
RECEIVED NYSCEF: 12/13/2018



Figure 1.
Concentration by Date of Manufacture/Assembly (top)
and Empirical Distribution by Lab Report (bottom)

24

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ALBANY

———————————————————————— x

THE PEOPLE OF THE STATE OF NEW YORK, :
by BARBARA UNDERWOOD, Attorney General :
of the State of New York, :
                                       :
                                       :   Index No. 907519-18
          Petitioners,                 :   RJI No. 01-18-130331
                                       :   Assigned Judge: Richard Platkin
          - against -                  :
                                       :   **WORD COUNT**
                                       :   **CERTIFICATION**
TARGET CORPORATION, WALMART INC.,      :
and LAROSE INDUSTRIES LLC,             :
                                       :
          Respondents.                 :
                                       :
———————————————————————— x

Channing Wistar-Jones, an attorney in the Office of the Attorney General of

the State of New York, hereby certifies that according to the word count feature

of the word processing program used to prepare the Affidavit of Phillip E. Goodrum,

Ph.D., the affidavit contains 4,214 words and complies with Rule 17 of the Rules of

the Commercial Division.

Dated: December 13, 2018
       New York, New York

Channing Wistar-Jones
Assistant Attorney General
Environmental Protection Bureau
28 Liberty Street, 19th Floor
New York, New York 10005
212-416-8082

# ATTACHMENT A



## Biographical Sketch and Qualifications
### Environmental Statistics, Toxicology, Risk Assessment, and Risk Communication



Dr. Goodrum is a senior consultant with more than 25 years of experience in quantitative risk assessment and environmental modeling, specializing in applications to human health risk assessment and regulatory compliance. He is recognized nationally as an expert in lead risk assessment, probabilistic modeling, and statistical sampling methods for site characterization. He has been invited to teach numerous professional short courses on these topics by regulators and industry, as well as university college courses in environmental toxicology and risk assessment. His academic training included graduate level courses in statistics, including multivariate analysis, regression analysis, and spatial statistics.

Prior to joining Integral in 2013, he was the corporate leader on statistical analysis at two companies, for which he managed teams responsible for addressing a wide range of day-to-day questions on applications of statistics. He continues to advise regulators and private sector clients on spatial weighting and adaptive sampling methods that balance concerns for hotspots, regulatory constraints in implementation of action levels as not-to-exceed thresholds, and stakeholder concerns that stem from uncertainty in data available to quantify exposure and effects. He has co-authored several peer-reviewed manuscripts with USEPA on methods to support development of site-specific risk-based soil lead action levels and served on national advisory committees including a current appointment to USEPA's Science Advisory Board for lead modeling.

Dr. Goodrum has also developed strategies to improve efficiencies and reduce costs for clients engaged in long-term monitoring programs involving data interpretation, statistical analysis, modeling, and risk characterization. He has served as a peer reviewer of USEPA's ProUCL software and is currently assisting with the development of a new module that will facilitate hypothesis testing with Incremental Sampling Methods.

Dr. Goodrum is experienced in risk communication and advises clients on communication strategies involving statistical concepts. He served as chair of the Syracuse Regional Lead Task Force for two years to support initiatives to educate the public about lead exposure, toxicology, and risk management. He represented a county health department at public meetings involving concerns for emissions of disinfection byproducts from a new wastewater treatment plant. He currently manages a multi-year project involving emerging chemicals that are persistent, present in public drinking water supplies, and undergoing regulatory review.

**Philip Goodrum, Ph.D., DABT, Senior Science Advisor**

Integral Consulting Inc.
7030 E. Genesee Street
Suite 105
Fayetteville, NY 13066
telephone: 315.446.5090
www.integral-corp.com

### Education

Ph.D., Environmental Engineering, SUNY College of Environmental Science and Forestry, Syracuse, NY, 1999

M.S., Water Resources Engineering, SUNY College of Environmental Science and Forestry, Syracuse, NY, 1995

B.S., Environmental Technology, Cornell University, Ithaca, NY, 1989

### Honors and Awards

ITRC Annual Industry Consultant Award for Contributions to Workgroup on Incremental Sampling Methodology, 2010 and 2011

Syracuse Research Corporation Graduate Student Fellowship, 1995

Congressional Medal of Merit for Community Service, 1985

Philip Goodrum, Ph.D., DABT

## Specific Areas of Experience

- Statistics, including geostatistics
- Toxicology, including dose-response modeling and species sensitivity distributions
- CERCLA RI/FS and removal actions
- Metals exposure, bioavailability, and toxicology
- Natural resource damage assessment (NRDA)
- Human health and ecological risk assessment
- Probabilistic modeling
- Soil, groundwater, and sediment investigations
- FIFRA (ecological risk assessment of pesticides)

## Publications on Applied Environmental Statistics

- EPA Peer Review Panel for Lead in Drinking Water (2017)
- EPA Peer Review Panel for Revision to Exposure Factors Handbook (2017)
- National Institute of Health/National Institute of Environmental Health Sciences, Time Sensitive Grant Review Committee (2016)
- EPA Science Advisory Board for Lead (2010, 2015)
- U.S. Consumer Product Safety Commission (2012)
- EPA Clean Air Scientific Advisory Committee (CASAC) (2006–2012)
- EPA National Center for Exposure Assessment (NCEA)–Research Triangle Park (RTP), Peer Review Panel for All Ages Risk Model for Lead (2000)

## Publications on Applied Environmental Statistics

Goodrum, P.E. and E. Mendelsohn. 2018. A simulation study of extrapolation uncertainty in exposure assessment – use of pilot study results for site investigation. White paper prepared for Florida Department of Environmental Protection. June.

Pooler, P.S., P.E. Goodrum, D. Crumbling, L. Stuchal, and S. Roberts. 2017. Incremental sampling methodology: Applications for background screening assessments. Risk Anal. 38(1):194-209. doi: 10.1111/risa.12820.

Kubitz, J.A., Y.B. Atalay, P.E. Goodrum, S. Todorova, T. Bohrmann. 2017. The dose-response hill slope used in the aquatic toxicity module of oil spill models should be much steeper. International Oil Spill Conference Proceedings, May.

Moffa, P., J. LaGorga, L. Henry, M. Boner, P. Goodrum, F. Doherty, and T. Alexander. 2005. Identifying technologies and communicating the benefits and risks of disinfecting wet weather flows. Proceedings of the Water Environment Federation, Water Environment Research Foundation Report OOHHE6. 25:351–375.

Maddaloni, M., M. Ballew, G. Diamond, M. Follansbee, D. Gefell, P. Goodrum, M. Johnson, K. Koporec, G. Khoury, J. Luey, M. Odin, R. Troast, P. Van Leeuwen, and L. Zaragoza. 2005. Assessing lead risks at non-residential hazardous waste sites. *Hum. Ecol. Risk Assess*. 11:967–1003.

Philip Goodrum, Ph.D., DABT

Thayer, W.C., D.A. Griffith, P.E. Goodrum, G.L. Diamond, and J.M. Hassett. 2003. Application of geostatistics to risk assessment. *Risk Anal.* 23(5):945–960.

Griffin, S., P.E. Goodrum, G.L. Diamond, W. Meylan, W.J. Brattin, and J.M. Hassett. 1999. Application of a probabilistic risk assessment methodology to a lead smelter site. *Hum. Ecol. Risk Assess.* 5(4):845–868.

Goodrum, P.E., G.L. Diamond, J.M. Hassett, and D.L. Johnson. 1996. Monte Carlo modeling of childhood lead exposure: development of a probabilistic methodology for use with the U.S. EPA IEUBK model for lead in children. *Hum. Ecol. Risk Assess.* 2:681–708.

Price, P.S., C.L. Curry, P.E. Goodrum, M.N. Gray, J.I. McCrodden, N.W. Harrington, H. Carlson-Lynch, and R.E. Keenan. 1996. Monte Carlo modeling of time-dependent exposures using a microexposure event approach. *Risk Anal.* 16(3):339–348.

## Co-authored Government Guidance and Quantitative Models

Interstate Technology and Regulatory Council. Incremental Sampling Methods – Technical Regulatory Guidance Document. Co-authored chapter on statistical analysis and served as an ITRC instructor on this topic for three years, collaborating with U.S. EPA and state agencies to teach on-line courses on ISM to the risk assessment community.

U.S. Environmental Protection Agency. Risk Assessment Guidance for Superfund (Volume 3). Available at: http://www.epa.gov/oswer/riskassessment/rags3adt/index.htm&gt. Provides guidance on the use of PRA in human and ecological risk assessment. Conducted research on alternative probabilistic approaches, assisted the USEPA in the development of a three-tiered approach to PRA, and developed case studies to demonstrate the applications of PRA to both human health and ecological risk assessment. Also responsible for reviewing PRAs submitted to and conducted by the USEPA's Superfund program.

U.S. Environmental Protection Agency. Probabilistic Aquatic Risk Assessment Model. Assisted USEPA with development of "SWAMP", a new Tier 3 probabilistic model for ecological risk assessments of aquatic receptors. The model implements novel approaches for combining data across species and genus classifications. The model advances an alternative approach to evaluating species sensitivity distributions by explicitly quantifying variability and uncertainty in dose response relationships consistent with the full range of data available.

U.S. Environmental Protection Agency. Avian Exposure Assessment, Geospatial Exposure Model (GeoSEM). Principal scientist for development of GeoSEM, a software tool that implements a spatially explicit approach to ecological risk assessment that provides greater flexibility in defining habitat ranges overlaid with site-specific data on concentrations in exposure media. Applied GeoSEM to several hypothetical exposure scenarios for birds exposed in agro-environments in Florida. Implemented several random walk routines published by Bruce Hope (Oregon Department of Environmental Quality). Applied a first-order kinetics assumption to simulate bioaccumulation of chemicals over time in terrestrial receptors (prey and predator species).

FILED: ALBANY COUNTY CLERK 12/13/2018 11:42 PM
NYSCEF DOC. NO. 4 Case 1:19-cv-00040-MAD-CFH   Document 2   Filed 01/10/19   Page 474 of 486

INDEX NO. 907519-18

RECEIVED NYSCEF: 12/13/2018

Philip Goodrum, Ph.D., DABT

U.S. Environmental Protection Agency.  Refined Aquatic Risk Assessment Model.  Managed and participated in the development of a probabilistic risk assessment model for the USEPA's Office of Pesticide Programs, Environmental Fate and Effects Division. Responsibilities included coordinating software development, developing statistical methods to quantify variability and uncertainty in dose-response, and initiating technical documentation and a user's guide. Assisted the USEPA in prioritizing model development activities and in testing initial versions of the software.

U.S. Environmental Protection Agency.  Integrated Stochastic Exposure Model (ISE).  Developed a stochastic exposure and uptake model linked to U.S. EPA's Integrated Exposure Uptake and Biokinetic (IEUBK) model for lead in children to facilitate Monte Carlo Analysis and probabilistic sensitivity analysis. Applied ISE to several mining sites in collaboration with U.S. EPA Region 3 and 8.

U.S. Environmental Protection Agency.  Fate and Transport Modeling - Stochastic Weather Models. Managed a team of hydrologists, computer programmers, and environmental modelers to develop a new software tool, GemPRO, which generates a long-term stochastic time series of weather based on a short-term record from national weather stations. GemPRO is designed to generate data files that are compatible with both GLEAMS and PRZM/EXAMS.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ALBANY

---------------------------------------------------------------------------X

THE PEOPLE OF THE STATE OF NEW YORK by           :
BARBARA UNDERWOOD, Attorney General of the State of   :    Index No.: 907519-18
New York,                                         :    (Platkin, J.)
                                                  :
                          Petitioner,             :
                                                  :    **NOTICE OF APPEARANCE**
         -against-                                :
                                                  :
TARGET CORPORATION, WALMART INC., and             :
LAROSE INDUSTRIES LLC,                            :
                                                  :
                          Respondents.            :

---------------------------------------------------------------------------X

To the Clerk of the Court and All Parties of Record:

      Please take notice that the undersigned hereby appears as counsel for Respondent LaRose

Industries LLC in the above-captioned action, and requests that all pleadings and documents be

served upon the offices of the undersigned, and all electronically-filed documents be transmitted by

e-mail to the address below.

      Robert S. Wolf certifies that he is admitted to practice in this Court.

Dated:      New York, New York          MOSES & SINGER LLP
             December 21, 2018
                              By:  /s/ Robert S. Wolf
                                 Robert S. Wolf, Esq.

                              The Chrysler Building
                              405 Lexington Avenue
                              New York, New York 10174-1299
                              Telephone:  (212) 554-7825
                              E-mail:  rwolf@mosessinger.com
                              *Attorneys for Respondent LaRose Industries LLC*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ALBANY

-----------------------------------------------------------------------X

THE PEOPLE OF THE STATE OF NEW YORK by :
BARBARA UNDERWOOD, Attorney General of the State of :
New York,                                                  :      Index No.: 907519-18
                                                           :      (Platkin, J.)
                                          Petitioner,      :
                                                           :      **NOTICE OF APPEARANCE**
                   -against-                               :
                                                           :
TARGET CORPORATION, WALMART INC., and :
LAROSE INDUSTRIES LLC,                                     :
                                                           :
                                          Respondents.     :

-----------------------------------------------------------------------X

To the Clerk of the Court and All Parties of Record:

Please take notice that the undersigned hereby appears as counsel for Respondent LaRose

Industries LLC in the above-captioned action, and requests that all pleadings and documents be

served upon the offices of the undersigned, and all electronically-filed documents be transmitted by

e-mail to the address below.

Michael M. Rosenberg certifies that he is admitted to practice in this Court.

Dated:        New York, New York           MOSES & SINGER LLP
              December 21, 2018

                                           By: /s/ Michael M. Rosenberg
                                                Michael M. Rosenberg, Esq.

                                           The Chrysler Building
                                           405 Lexington Avenue
                                           New York, New York 10174-1299
                                           Telephone:  (212) 554-7879
                                           E-mail:  mrosenberg@mosessinger.com
                                           *Attorneys for Respondent LaRose Industries LLC*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ALBANY

-----------------------------------------------------------------X

THE PEOPLE OF THE STATE OF NEW YORK by :
BARBARA UNDERWOOD, Attorney General of the State :
of New York, :      Index No.: 907519-18
:      (Platkin, J.)
                Petitioner, :
:
    -against- :     **STIPULATION TO**
: **EXTEND TIME FOR**
: **RESPONDENTS TO**
TARGET CORPORATION, WALMART INC., and : **RESPOND TO VERIFIED**
LAROSE INDUSTRIES LLC, : **PETITION**
:
                Respondents.

-----------------------------------------------------------------X

     **IT IS HEREBY STIPULATED AND AGREED** by and between counsel for

Respondents Target Corporation ("Target"), Walmart Inc. ("Walmart") and LaRose Industries

LLC ("LaRose"), and counsel for Office of the Attorney General of the State of New York

("OAG"), that the time within which the Respondents may answer, move, or otherwise respond to

the Verified Petition is extended to and including February 11, 2019. The deadline for the OAG's

Reply is extended to March 11, 2019, and the return date shall be March 18, 2019, subject to the

availability of the Court.

     Counsel for Respondents hereby accept service of the Notice of Petition, Verified

Petition, and accompanying documents with exhibits on behalf of their respective clients, without

waiver of any rights, challenges, or defenses available to Respondents, including those pertaining

to jurisdiction.

Dated: December 21, 2018

BARBARA D. UNDERWOOD
Attorney General of the State of New York

By: _Yueh-ru Chu_

Yueh-ru Chu
Section Chief, Affirmative Litigation
Environmental Protection Bureau
28 Liberty Street, 19th Floor
New York, NY 10005

/s/

Mitchell J. Pawluk, Esq.
Elliot A. Hallak, Esq.
HARRIS BEACH, PLLC
677 Broadway, Suite 1101
Albany, NY 12207
Telephone: (518) 427-9700
*Attorneys for Walmart, Inc.*

/s/

Cheryl Falvey, Esq.
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004-2595
Telephone: (202) 624-2675
*Attorneys for Target Corporation*

/s/

Robert S. Wolf, Esq.
MOSES & SINGER LLP
405 Lexington Avenue
New York, NY 10174
Telephone: (212) 554-7800
Facsimile: (212) 554-7700
*Attorneys for LaRose Industries LLC*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ALBANY
-------------------------------------------------------------------------X

THE PEOPLE OF THE STATE OF NEW YORK by       :
BARBARA UNDERWOOD, Attorney General of the State   :
of New York,                                  :    Index No.: 907519-18
                                              :    (Platkin, J.)
                 Petitioner,                  :
                                              :    **NOTICE OF**
    -against-                                 :    **APPEARANCE**
                                              :
TARGET CORPORATION, WALMART INC., and         :
LAROSE INDUSTRIES LLC,                        :
                                              :
                 Respondents.
-------------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that Yueh-ru Chu, Section Chief, Office of the Attorney

General of the State of New York, hereby enters an appearance as counsel of record for

petitioner in the above-captioned action and demands that respondents serve the undersigned at

the office address listed below, with all papers in this action.

Dated: December 21, 2018
       New York, New York

                        BARBARA D. UNDERWOOD
                        Attorney General of the State of New York


                By:     /s/ Yueh-ru Chu
                        Yueh-ru Chu
                        Section Chief, Affirmative Litigation
                        Environmental Protection Bureau
                        28 Liberty Street, 19th Floor
                        New York, NY 10005
                        212-416-6588
                        Yueh-ru.Chu@ag.ny.gov

Page 1 of 2

TO:   Cheryl Falvey, Esq.
      CROWELL & MORING LLP
      1001 Pennsylvania Avenue NW
      Washington, DC 20004-2595
      Telephone: (202) 624-2675
      cfalvey@crowell.com'
      Attorneys for Target Corporation

      Robert S. Wolf, Esq.
      MOSES & SINGER LLP
      405 Lexington Avenue
      New York, NY  10174
      Telephone: (212) 554-7800
      rwolf@mosessinger.com
      Attorneys for LaRose Industries LLC

      Mitchell J. Pawluk, Esq.
      Elliot A. Hallak, Esq.
      HARRIS BEACH, PLLC
      677 Broadway, Suite 1101
      Albany, NY 12207
      Telephone: (518) 427-9700
      mpawluk@HarrisBeach.com
      Attorneys for Walmart, Inc.

Page 2 of 2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ALBANY

THE PEOPLE OF THE STATE OF NEW YORK
by BARBARA UNDERWOOD, Attorney General
of the State of New York,

                    Petitioner,

    -against-

TARGET CORPORATION, WALMART INC.,
and LAROSE INDUSTRIES LLC,

                    Respondent.

**NOTICE OF APPEARANCE**

Index No. 907519-18

**PLEASE TAKE NOTICE** that Harris Beach, PLLC, by Lauren H. Seiter, Esq., an attorney duly admitted to practice before this Court, appears as counsel for the Respondent, Walmart Inc., in the above-captioned matter.

All papers in this action may be served upon the undersigned at the address stated below.

HARRIS BEACH, PLLC

Dated: December 28, 2018      By:   */s/ Lauren H. Seiter*
                                       Lauren H. Seiter, Esq. (4272969)
                                       333 West Washington Street, Suite 200
                                       Syracuse, New York 13202
                                       Tel: (315) 423-7100
                                       Fax: (315) 422-9331
                                       E-mail: lseiter@harrisbeach.com

                                     *Attorneys for Respondent, Walmart Inc.*

## AFFIRMATION OF SERVICE

I hereby affirm that the foregoing Notice of Appearance, in the case of *The People of the State of New York by Barbara Underwood, Attorney General of the State of New York v. Target Corporation, Walmart Inc., and LaRose Industries LLC,* (Index No. 907519-18), filed through the NYSCEF system, will be sent electronically to the registered participants as identified on the Confirmation Notice on this 28th day of December, 2018 and paper copies sent to those indicated as non-registered participants on this 28th day of December, 2018.

Dated: December 28, 2018

Respectfully submitted,

*/s/ Lauren H. Seiter*
Lauren H. Seiter, Esq. (4272969)
333 West Washington Street, Suite 200
Syracuse, New York 13202
Tel: (315) 423-7100
Fax: (315) 422-9331
E-mail: lseiter@harrisbeach.com

*Attorneys for Respondent, Walmart Inc.*

The following counsel of record are registered as a NYSCEF filer that will be served by the NYSCEF system:

Channing Wistar-Jones, Esq.
New York State Office of the Attorney General
Assistant Attorney General
Environmental Protection Bureau
28 Liberty Street, 19th Floor
New York, New York 10005
Tel: (212) 416-8082
E-mail: channing.jones@ag.ny.gov

Yueh-ru Chu, Esq.
New York State Office of the Attorney General
Section Chief, Affirmative Litigation
Environmental Protection Bureau
28 Liberty Street, 19th Floor
New York, New York 10005
Tel: (212) 416-6588
E-mail: Yueh-ru.Chu@ag.ny.gov

*Attorneys for Petitioners*

Robert S. Wolf, Esq.
Michael M. Rosenberg, Esq.
Moses & Singer LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-1299
Tel: (212) 554-7825
Tel: (212) 554-7879
E-mail: rwolf@mosessinger.com
E-mail: mrosenberg@mosessinger.com

*Attorney for Respondent, LaRose Industries LLC*


The following counsel for the parties are being served paper copies by U.S. Mail:

Cheryl Falvey, Esq.
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004-2595
Tel: (202) 624-2675
E-mail: cfalvey@crowell.com

*Attorneys for Respondent, Target Corporation*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ALBANY

THE PEOPLE OF THE STATE OF NEW YORK
by BARBARA UNDERWOOD, Attorney General
of the State of New York,

                Petitioner,

    -against-

TARGET CORPORATION, WALMART INC.,
and LAROSE INDUSTRIES LLC,

                Respondent.

**NOTICE OF APPEARANCE**

Index No. 907519-18

    **PLEASE TAKE NOTICE** that Harris Beach, PLLC, by Elliot A. Hallak, Esq., an attorney duly admitted to practice before this Court, appears as counsel for the Respondent, Walmart Inc., in the above-captioned matter.

    All papers in this action may be served upon the undersigned at the address stated below.

                HARRIS BEACH, PLLC

Dated: December 28, 2018     By:    */s/ Elliot A. Hallak*
                            Elliot A. Hallak, Esq. (5382049)
                            677 Broadway, Suite 1101
                            Albany, New York  12207
                            Tel: (518) 427-9700
                            Fax: (518) 427-0235
                            E-mail: ehallak@harrisbeach.com

                            *Attorneys for Respondent, Walmart Inc.*

## AFFIRMATION OF SERVICE

I hereby affirm that the foregoing Notice of Appearance, in the case of *The People of the State of New York by Barbara Underwood, Attorney General of the State of New York v. Target Corporation, Walmart Inc., and LaRose Industries LLC,* (Index No. 907519-18), filed through the NYSCEF system, will be sent electronically to the registered participants as identified on the Confirmation Notice on this 28th day of December, 2018 and paper copies sent to those indicated as non-registered participants on this 28th day of December, 2018.

Dated: December 28, 2018                   Respectfully submitted,

By: */s/ Elliot A. Hallak*
Elliot A. Hallak (5382049)
HARRIS BEACH, PLLC
677 Broadway, Suite 1101
Albany, New York 12207
Telephone: (518) 427-9700
Facsimile: (518) 427-0235
E-mail: ehallak@harrisbeach.com

*Attorneys for Respondent, Walmart Inc.*

The following counsel of record are registered as a NYSCEF filer that will be served by the NYSCEF system:

Channing Wistar-Jones, Esq.
New York State Office of the Attorney General
Assistant Attorney General
Environmental Protection Bureau
28 Liberty Street, 19th Floor
New York, New York 10005
Tel: (212) 416-8082
E-mail: channing.jones@ag.ny.gov

Yueh-ru Chu, Esq.
New York State Office of the Attorney General
Section Chief, Affirmative Litigation
Environmental Protection Bureau
28 Liberty Street, 19th Floor
New York, New York 10005
Tel: (212) 416-6588
E-mail: Yueh-ru.Chu@ag.ny.gov

*Attorneys for Petitioners*

Robert S. Wolf, Esq.
Michael M. Rosenberg, Esq.
Moses & Singer LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-1299
Tel: (212) 554-7825
Tel: (212) 554-7879
E-mail: rwolf@mosessinger.com
E-mail: mrosenberg@mosessinger.com

*Attorney for Respondent, LaRose Industries LLC*

The following counsel for the parties are being served paper copies by U.S. Mail:

Cheryl Falvey, Esq.
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004-2595
Tel: (202) 624-2675
E-mail: cfalvey@crowell.com

*Attorneys for Respondent, Target Corporation*